IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jerry K. Chambliss
1 Trestlewood Court
Randallstown , Maryland 21133

Plaintiff
v.
National Railroad Passenger Corporation .
trading as Amtrak
60 Massachusetts Ave., Northeast
Washington, DC 20002
And
Steven S. Snyder
Amtrak
1401 W. St., Northeast
Washington, DC 20018

Defendants

COMPLAINT WITH DEMAND FOR JURY TRIAL

The Plaintiff, Jerry K. Chambliss, by the undersigned attorneys, Norris C. Ramsey, Esq., and the law offices of NORRIS C. RAMSEY, P.A., alleges as true the following:

FACTS COMMON TO ALL COUNTS

1.  That the Plaintiff, Jerry K. Chambliss, is an adult citizen of the United States, and is a resident of Randallstown, Maryland, and at all times herein was an employee of the defendant National Railroad Passenger Corporation doing business as Amtrak..

2.  That the Defendant, National Railroad Passenger Corporation .is a corporation is rail road passenger corporation trading as Amtrak doing business in Washington D.C.

3.  Steven S. Snyder , a white male at all times mentioned herein was one of plaintiff supervisors.

4.   That on May 10, 2004, Steven S physically assaulted the plaintiff. Snyder

1

causing facial injury to the plaintiff face.

5.      Plaintiff reported the attack the Amtrak police.

6.      As a result of the attack , plaintiff, he suffer emotional and physical, injury and required medical treatment and time lost from work ..

7.      Prior to this time, plaintiff had complained of racial harassment and racial discrimination in the workforce.

8.      As a result of the plaintiff missing time from work due to the injuries, the defendant National Railroad Passenger Corporation trading as Amtrak, brought plaintiff up on charges and terminated his employment on August 12, 2004.

9.      The defendant did not terminate the defendant Stephen Snyder, a white male who had attacked the plaintiff.

10.     In an effort to cover up their racial discrimination, and any liability that they may have had as result of the physical attack upon the plaintiff, the defendant, National Railroad Passenger Corporation terminated the plaintiff for absenteeism and allegedly for falsifying an injury and late reporting of an injury.

11.     Through his union, Plaintiff was required to be reinstated by the defendant without back pay. claims which had nothing to do with his workers compensation claim.

12.     The defendant National Railroad Passenger Corporation/Amtrak engaged in disparate treatment of African American employees, and as a part of this pattern of discrimination against African American employees, it terminated the plaintiff for allegedly violating rules and regulations with white employees violate but are not terminate.

13.     Defendant applies its disciplinary policies and practices in a disparate manner,

and, Plaintiff seeks to enjoin this practice.

14. Plaintiff filed a workers compensation claim as a result of the injuries he sustained, and, the defendant retaliated against the Plaintiff by refusing to settle the Plaintiff's worker's compensation claim unless he waived all civil rights.  Plaintiff timely filed a charge of discrimination with EEOC and he has received a notice of Right to Sue.

## COUNT ONE

Plaintiff sues the defendants Steven S. Snyder and National Railroad Passenger Corporation /Amtrak for violation of the 1866 Civil Rights Act, 42 USC 1981 and Title VII of the 1964 Civil Rights Act, 42 U.S.C. 2000(e) et seq.

15. That the Plaintiff, incorporates by reference, the allegations contained in paragraphs 1-14

16. Defendant engaged in racial discrimination against the plaintiff in violation of the 1866 Civil Rights Act  and Title VII of the 1964 Civil Rights Act by engaging in racial discrimination against him in its treatment of him, by terminating him for infractions that it does not terminate white employees.  The defendant further discriminated against the plaintiff by engaging in disparate treatment  when it disciplined  the white employee Steven Snyder who attacked the plaintiff.

17. Defendant Steven S. Snyder attacked the plaintiff because of his race.

18. As a result of the racial discrimination practiced against the plaintiff, he has suffered humiliation, embarrassment, loss of income, friends benefits, and he has suffered emotional,.

19. The acts of the defendants were intentional and malicious and done with the intent

        to injure in her the plaintiff all because of his race. Defendant acquiesced and condoned the acts of defendant Steven S. Snyder.

20.     Plaintiff is entitled to punitive and compensatory damages against the defendants as a result of the racial discrimination practiced against him.

       **WHEREFORE**, the Plaintiff, demands compensatory damages from Steven S. Snyder and the Defendant, National Railroad passenger Corporation/ punitive and compensatory damages together with prejudgment interest, interest, reasonable attorneys' fees, reinstatement and costs.

       Plaintiff further seeks declaratory and injunctive relief requiring the defendant , National Railroad passenger Corporation/ and ceases its disparate treatment of African American employees with regard to disciplinery treatement..

Count Two Retaliation

       Plaintiff sues the defendant National Railroad Passenger Corporation /Amtrak for retaliation against him because he spoke up for his civil rights in violation of Title VII of the 1964 Civil Rights Act, and the 1866 civil rights act, 42 USC 1981, for that he incorporates paragraphs 1 through 20 herein, and state :

21.    . Prior to his termination, plaintiff often spoke up concerning his civil rights based upon his race. Plaintiff often complain to supervisory personnel concerning disparate treatment based upon race by National Railroad Passenger Corporation /Amtrak . It further retaliated against the Plaintiff by refusing to settle his workers compensation claims unless he waived his civil rights while not treating white employees in the same manner.

1.    22.    As a result of the racial discrimination practiced against the plaintiff, he has

suffered humiliation, embarrassment, loss of income, friends benefits, and he has suffered emotional,.

2. 23. The acts of the defendant were intentional and malicious and done with the intent to injure in her the plaintiff all because of his race.

Plaintiff is entitled to punitive and compensatory damages against the defendants as a result of the racial discrimination practiced against him.

**WHEREFORE**, the Plaintiff, demands compensatory damages from the Defendant, National Railroad passenger Corporation/punitive and compensatory damages together with prejudgment interest, interest, reasonable attorneys' fees, reinstatement and costs.

Plaintiff further seeks declaratory and injunctive relief requiring the defendant to seek its disparate treatment of African American employees .

## Count Three ASSAULT AND BATTERY

Plaintiff sues the defendant Steven Snyder for assault and battery, for that:

1. 24. Plaintiff adopts and incorporates all prior paragraphs herein and counts herein.

3. 25. On May 10, 2004, Stephen Snyder, a white supervisor, physically assaulted and battered the plaintiff by hitting him in the face with a book .

4. . 26. Snyder acted with the intent and capability to do bodily harm to the plaintiff.  This conduct was perpetrated with actual malice.

27 As a result of Snyder's conduct and actions, plaintiff has suffered and will continue to suffer severe mental anguish, medical and other related

expenses, and loss of income.

Wherefore, plaintiff demands judgment against defendant Stephen Snyder for the sum of $2 million in compensatory damages and $2 million in punitive damages with interest, cost and such other and furthers relief as the court may deem necessary.

## Count Four

### Intentional Interference with Economic Relationship

Plaintiff sues the defendant Stephen Snyder for intentional interference with his contractual relationship with the defendant National Railroad Passenger Corporation /Amtrak .

28.    Plaintiff adopts and incorporates all prior paragraphs and Counts herein.

.    29.    As a result of the acts of the defendant Stephen Snyder, plaintiff to be terminated.

30.  Steven Snyder occupied a managerial position with the defendant National Railroad Passenger Corporation/Amtrak and caused the plaintiff to be terminated from his employment with National Railroad Passenger Corporation/Amtrak.

. 31.    Snyder acted with the intent and capability to do bodily harm to the plaintiff.  This conduct was perpetrated with actual malice.

5.    32.    As a result of Snyder's conduct and actions, plaintiff has suffered and will continue to suffer severe mental anguish, medical and other related expenses, and loss of income.

6.    33.    The acts of the defendant were intentional and malicious and done with

6

the intent to injure in her the plaintiff all because of his race.

7. 34. Plaintiff is entitled to punitive and compensatory damages against the defendants as a result of the intentional acts committed against him.

Wherefore, plaintiff demands judgment against defendant Stephen Snyder for the sum of $2 million in compensatory damages and $2 million in punitive damages with interest, cost and such other and furthers relief as the court may deem necessary.

## COUNT FIVE

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Plaintiff sues the defendant Steven S. Snyder for Intentional Infliction of Emotional Distress, and state:

22. That the Plaintiff, incorporates by reference, the allegations contained in all prior paragraphs and Counts herein

23. Defendant Steven S. Snyder attacked the plaintiff because of his race.

24. As a result of the racial discrimination practiced against the plaintiff, he has suffered humiliation, embarrassment, loss of income, fringe benefits, and he has suffered emotional,.

25. The acts of the defendants were intentional and malicious reckless, and in deliberate disregard of a high degree of probability that motional distress would result to the Plaintiff it was a done with the intent to injure the plaintiff. The conduct was extreme and outrageous and beyond the bounds of decency in society.

26. Plaintiff is entitled to punitive and compensatory damages against the defendants as a result of the racial discrimination practiced against him.

**WHEREFORE**, the Plaintiff, demands compensatory and punitive damages from the Defendant, Stephen Snyder together with prejudgment interest, interest, reasonable attorneys' fees, reinstatement and costs.

    Respectfully submitted,

    _____
    Norris C. Ramsey, Esq.

    Norris C. Ramsey, P.A.
    2122 Maryland Avenue
    Baltimore, Maryland 21218
    (410) 332 0684
    Maryland Trial bar No. 01453
    ***Attorneys for the Plaintiff***

## PRAYER FOR JURY TRIAL

The Plaintiff Jerry Chambliss, by undersigned counsel, prays for a jury trial on all issues.

    Respectfully submitted,

    _____
    Norris C. Ramsey, Esq.