IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jerry K. Chambliss,

    Plaintiff

V.

National Railroad Passenger Corporation

And Steven Snyder

    Defendants

PLAINTIFF'S NOTICE OF SERVICE OF SUMMONS AND COMPLAINT

    Under penalty of perjury, I hereby certify that the summons and complaint was served on the defendants, Steven S. Snyder on January 9, 2006 and the National Railroad Passenger Corporation January 9, 2006 by registered mail, return Receipt Requested as evidence by copies of the return receipts attached.

Norris C. Ramsey
2122 Maryland Ave
Baltimore, Maryland 21218
Maryland Trial Bar No.01453
Attorney for Plaintiff
