IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY K. CHAMBLISS )<br>1 Trestlewood Court )<br>Randallstown, Maryland 21133 )<br>          )<br>     Plaintiff,     )<br>          )<br>     v.          )<br>          )<br>NATIONAL RAILROAD PASSENGER )<br>     CORPORATION          )<br>60 Massachusetts Avenue, N.E. )<br>Washington, D.C. 20002 )<br>          )<br>Steven S. Snyder )<br>1401 W Street, N.E. )<br>Washington, D.C. 20018 )<br>          )<br>     Defendants.     )<br>          ) | Civil Action No. 1:05CV02490-CKK |

DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE AN ANSWER OR RESPONSIVE PLEADING

Defendant National Railroad Passenger Corporation ("Amtrak") files this Consent Motion seeking an Order extending defendants Amtrak and Steven S. Snyder's time to file an Answer or other responsive pleading to Plaintiff's Complaint until February 13, 2006. The basis for this Motion is stated in Amtrak's Memorandum of Points and Authorities.

Amtrak further states that its counsel has conferred with Plaintiff's counsel, who consents to this Motion.

Respectfully submitted,

        /s/
_____
Keith Fischler (Bar No. 377601)
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
(703) 734-0554
(703) 734-0876 (fax)

Denyse Nelson
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-3185
(202) 906-2821 (fax)

Counsel for Defendant
National Railroad Passenger Corporation

Dated: January 24, 2006

- 2 -