IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY K. CHAMBLISS<br>1 Trestlewood Court<br>Randallstown, Maryland 21133 | )<br>)<br>) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 1:05CV02490-CKK |
| | ) |
| NATIONAL RAILROAD PASSENGER<br>    CORPORATION<br>60 Massachusetts Avenue, N.E.<br>Washington, D.C. 20002 | )<br>)<br>)<br>) |
| | ) |
| Steven S. Snyder<br>1401 W Street, N.E.<br>Washington, D.C. 20018 | )<br>)<br>) |
| | ) |
| Defendants. | ) |
| | ) |

MEMORANDUM IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR
ENLARGEMENT OF TIME TO FILE AN ANSWER OR RESPONSIVE PLEADING

Defendant National Railroad Passenger Corporation ("Amtrak") files this Memorandum

in Support of its Consent Motion seeking leave for defendants Amtrak and Steven S. Snyder to

file an Answer or other responsive pleading to Plaintiff's Complaint by February 13, 2006. In

support of this Motion, Amtrak states as follows:

1.    Amtrak was served with the Complaint on January 9, 2006, approximately two

weeks ago.

2.    Counsel for Amtrak needs additional time to investigate plaintiff's claims fully

and to prepare a proper response.

3.    Counsel requests until February 13, 2006 to conduct this investigation, to meet

with potential witnesses and to prepare the necessary pleadings.

4.      Amtrak's counsel has conferred with Plaintiff's counsel, who consents to this

Motion.

For these reasons, Amtrak requests that the Court grant an extension of time through

February 13, 2006 for defendants to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,


_____/s/_____
Keith Fischler (Bar No. 377601)
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
(703) 734-0554
(703) 734-0876 (fax)


Denyse Nelson
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-3185
(202) 906-2821 (fax)

Counsel for Defendant
National Railroad Passenger Corporation


Dated: January 24, 2006