IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY K. CHAMBLISS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02490-CKK |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| STEVEN S. SNYDER ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

Upon review of Defendant National Railroad Passenger Corporation's Consent Motion for Extension of Time to Respond to Complaint, it is hereby

ORDERED that defendant's Motion is GRANTED, and it is

FURTHER ORDERED that defendants National Railroad Passenger Corporation and Steven S. Snyder have until February 13, 2006 to answer or otherwise respond to Plaintiff's Complaint.

                                                                                                    _____
                                                                                                     Judge Kollar-Kotelly

Dated: _____

Copies:    Norris C. Ramsey, Esq.
           2122 Maryland Avenue
           Baltimore, MD 21218

           Keith Fischler, Esq.
           Kruchko & Fries
           1750 Tysons Blvd., Suite 560
           McLean, VA 22102