CO-386-online
10/03

# United States District Court
# For the District of Columbia

JERRY K. CHAMBLISS )
)
)
)
              Plaintiff )    Civil Action No. __1:05CV02490-CKK__
vs )
)
NATIONAL RAILROAD PASSENGER )
CORPORATION, ET AL. )
)
             Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Defendants__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Railroad Passenger Corp.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*
Signature

__377601__
BAR IDENTIFICATION NO.

Keith Fischler
Print Name

Kruchko & Fries, 1750 Tysons Blvd.
Address

McLEAN, VA 22102
City    State    Zip Code

703-734-0554
Phone Number