NORRIS C. RAMSEY
NORRIS C. RAMSEY, P. A.
2122 MARYLAND AVE.
BALTIMORE, MD 21218
410-332-0684; 410-332-0686(f)

norris cramsey@hotmail.com

March 1, 2006


Honorable Colleen Kollar-Kotelly

United States District Judge for the District of Columbia

Re: CHAMBLISS v. NATIONAL RAILROAD PASSENGER, et al

**Case Number:** 1:05-cv-2490

Dear Judge Kollar-Kotelly

I sincerely apologize for not appearing at the pre-trial scheduling conference in this matter. I had begun a products liability trial which lasted for several days and involve approximately 20 witnesses on February 14, 2006. Washimgton and Takaw v. ThyssenKrupp Elevator Corporation, Circuit Court for Baltimore City, Case Nos. 24-C-05-00065 and 24-C-05-00067. The e-mail notifying of the date of the pretrial scheduling conference came on February 15, 2006.
    In the mix of preparing for the trial, and, continued preparation and study until the trial was over on Friday with a Plaintiffs' verdict, I missed the scheduled date that was on my e-mail. I had relied upon my secretary to keep my schedule including downloading at that information from the e-mail. The products liabilities trial was exhausting, and, I took off three days for purposes rest and recuperation.

I have communicated with the opposing counsel, apologize for any convenience, and, we are prepared to follow the court's pre-trial scheduling order.

Sincerely,

Norris C. Ramsey