IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY K. CHAMBLISS            )
                              )
         Plaintiff,           )
                              )
    v.                        )   Civil Action No. 1:05CV02490-CKK
                              )
NATIONAL RAILROAD PASSENGER   )
CORPORATION, et al.           )
                              )
         Defendants.          )
                              )

## JOINT DISCOVERY PLAN

Pursuant to the Court's Scheduling and Procedures Order, dated February 27, 2006, the parties, by their undersigned counsel, hereby submit the following joint discovery plan:

Complaint filed December 30, 2005

Answer filed February 10, 2006

Joint discovery Plan due March 9, 2006

Initial disclosures due March 13, 2006

Interrogatories and Requests for Production of Documents

    Defendants served Interrogatories on February 10, 2006
    Defendants served Requests for Production of Documents on February 10, 2006

    Plaintiff responses due March 15, 2006

    Parties complete initial discovery (interrogatories and requests for production of documents) by April 14, 2006

Depositions begin    April 17, 2006
    Parties can also serve supplemental interrogatories, supplemental requests for documents and requests for admissions

| | |
|---|---|
| Discovery closes: | June 2, 2006 |
| Mediation: | To be completed by June 5, 2006<br>Parties to confer with Magistrate Judge Facciola no later than April 3, 2006 to schedule mediation session. |
| Expert designations: | Proponent's Rule 26(a)(2) (B) statement due April 28, 2006<br>Opponent's Rule 26(a)(2)(b) statement due May 26, 2006 |
| Status conference | June 5, 2006<br>9:30 a.m.<br>Courtroom 28A |

Respectfully submitted,

_____  
Norris C. Ramsey  
2122 Maryland Avenue  
Balrtimore, MD 21218  
(410) 332-0684  

Counsel for Plaintiff  
Jerry K. Chambliss  

_____  
Keith Fischler  
(Bar No. 377601)  
Kruchko & Fries  
1750 Tysons Boulevard, Suite 560  
McLean, VA 22102  
(703) 734-0554  
(703) 734-0876 (fax)  

Denyse Nelson  
National Railroad Passenger Corp.  
60 Massachusetts Avenue, N.E.  
Washington, D.C. 20002  
(202) 906-3185  
(202) 906-2821 (fax)  

Counsel for Defendants  
National Railroad Passenger  
Corporation and Stephen S. Snyder  

Dated: March 9, 2006