IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY K. CHAMBLISS<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV02490-CKK<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendants Steven S. Snyder and National Railroad Passenger Corporation ("Amtrak") hereby submit their initial disclosures:

A. Defendants may rely on the following individuals with discoverable information to support its defenses in this case:

Jerry Chambliss
c/o Norris C. Ramsey
2122 Maryland Ave
Baltimore, MD 21218
(410) 332-0684

The following Amtrak employees can be reached through Defendants' counsel.

Steven Snyder
c/o National Railroad Passenger Corporation
60 Massachusetts Ave., N.E.
Washington, DC 20002

    Dino Giurfa
    Assistant Superintendent, HSR
    c/o National Railroad Passenger Corporation
    60 Massachusetts Ave., N.E.
    Washington, DC 20002

    Bill Vullo
    Assistant Superintendent, HSR
    c/o National Railroad Passenger Corporation
    60 Massachusetts Ave., N.E.
    Washington, DC 20002

    Victor Paz
    Amtrak Police Department Officer
    c/o National Railroad Passenger Corporation
    60 Massachusetts Ave., N.E.
    Washington, DC 20002

B.    Defendants may rely on the following categories of documents to support its defenses in this case: Copies of these files are maintained by Defendants' counsel.

    Personnel files re Jerry Chambliss

    NEC-MSC files re Jerry Chambliss

    Claims history re Jerry Chambliss

    Payroll records re Jerry Chambliss (1994-present)

    Dispute Resolution Office files re Jerry Chambliss

    Human Resources files re Jerry Chambliss

    Director, Health Services files re Jerry Chambliss

    Office of Disciplinary Investigations re Jerry Chambliss

    Collective Bargaining agreement between Amtrak and the Sheet Metal Workers

    Transcripts of arbitration hearings re Jerry Chambliss's grievances

    Transcripts of depositions re Jerry Chambliss's FELA case

    Pleadings files re Jerry Chambliss's FELA case

      Documents re Jerry Chambliss filed with the EEOC and/or D.C. Office of Human Rights

C.     Defendants do not claim damages.

D.     Defendants do not have any insurance agreement that would satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse Defendants for payments made to satisfy any judgment.

                Respectfully submitted,

/s/ Keith Fischler
Keith Fischler (Bar No. 377601)
Kruchko & Fries
1750 Tysons Boulevard, Suite 560
McLean, VA 22102
(703) 734-0554
(703) 734-0876 (fax)

Denyse Nelson
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002
(202) 906-3185
(202) 906-2821 (fax)

Counsel for Defendants
National Railroad Passenger Corporation
and Steven S. Snyder

Dated: March 13, 2006