IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JERRY CHAMBLISS

  Plaintiff

v.                                                                 Case number 105cv02490-CKK

NATIONAL RAILROAD PASSENGER CORPORATION, et al

  Defendant

## PLAINTIFF'S INITIAL DISCLOSURES

To: National Railroad Passenger Corporation, et al Plaintiff, Jerry Chambliss by *his* counsel and pursuant to Federal Rules of Civil Procedures makes these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1)

### A. Individuals with Discoverable Information

1. The names and place of employment of individuals likely to have discoverable information that Plaintiff may use to support *his* claims or are listed below:

Steven Snyder: Employee of National Railroad Passenger Corporation

Dennis Smith: Employee of National Railroad Passenger Corporation

Christopher Bello: Employee of National Railroad Passenger Corporation

Carlos Alvarado: Employee of National Railroad Passenger Corporation

Harry Charles: Employee of National Railroad Passenger Corporation

Doria W. Washington: Employee of National Railroad Passenger Corporation

Plaintiff has also disclosed various witnesses in answer to the Defendants' interrogatories.

### B. Relevant Documents & Tangible Things

2. The documents to be relied upon by the Plaintiff have bee produced in response to the Defendants' Request to Produce Documents and answers to interrogatories.

### C. Information Related to Calculation of Damages

The documents relied upon for computation of Plaintiff's damages includes his tax returns for the year prior to his termination and since the date of his termination. All payroll records in the defendant's possession are also designated.

### D. Insurance

There are no insurance policies for the Plaintiff.

### E. Expert

Witnesses. Plaintiff intends o call all physicians who treated him for the injuries he sustained as a result of being struck in the face by the book. Plaintiff will also call a psychiatrist and/ or a psychologist to testify as to the emotional trauma he sustained.

Respectfully Submitted,

Norris C. Ramsey

2122 Maryland Ave.

Baltimore, Maryland 212 18

410-332-0684

Maryland trial bar number 01453

### Certificate of Service

I hereby certify that on March 8, 2006, a copy of plaintiffs interrogatories were mailed to defendant's counsel.