IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY K. CHAMBLISS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02490-CKK |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

PLAINTIF'S NOTICE OF SERVICE OF DISCOVERY

On March 18, 2006, a copy of Plaintiff's Request   to Produce Documents, Interrogatories, Answers to Defendants' interrogatories and documents in response to Defendants' Request to Produce Documents were and,   were mailed by first-class mail postage prepaid to

        Keith Fischler (Bar No. 377601)
        Kruchko & Fries
        1750 Tysons Boulevard, Suite 560
        McLean, VA 22102
        (703) 734-0554
        (703) 734-0876 (fax)

        Denyse Nelson
        National Railroad Passenger Corporation
        60 Massachusetts Avenue, N.E.
        Washington, D.C. 20002
        (202) 906-3185
        (202) 906-2821 (fax)

        Counsel for Defendants
        National Railroad Passenger Corporation
        and Stephen S. Snyder

        Norris C. Ramsey
        Respectfully submitted,

        Norris C. Ramsey
        2122 Maryland Ave.
        Baltimore, MD 21218

410 -- 332 -- 0684