IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY K. CHAMBLISS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02490-CKK |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants National Railroad Passenger Corporation ("Amtrak") and Steven Snyder move this Court for an Order granting summary judgment in their favor and dismissing plaintiff Jerry K. Chambliss' complaint with prejudice. There are no genuine issues of material fact in dispute and, as a matter of law, defendants are entitled to judgment.

The Complaint states five counts. The first count, race discrimination, is stated against both defendants. The second count, retaliation is stated only against Amtrak. These counts fail for two reasons. To the extent Chambliss relies on Title VII, his claims are time barred. In addition, counts one and two are ripe for dismissal because the undisputed facts establish Amtrak had undisputed legitimate, non-discriminatory reasons for disciplining Chambliss.

The remaining three counts are stated only against defendant Snyder. Count three, alleging assault and battery, fails because it is time barred. Count four, alleging interference with contractual relationships, fails to state a cause of action, both because

Snyder took no action to interfere with Chambliss' employment and because Chambliss received all of his contractual rights. Finally, count five, intentional infliction of emotional distress, fails because it is time barred and because, as a matter of law, plaintiff cannot meet the high standard of proof required for this tort.

For these reasons, as set forth in full in the attached Memorandum, the Court should grant this Motion and dismiss plaintiff's claims with prejudice.

Dated: July 7, 2006

Respectfully submitted,

KRUCHKO & FRIES

By: *John G. Kruchko/KF*
John G. Kruchko

*Keith Fischler*
Keith Fischler
D.C. Bar No. 377601

Counsel for Defendants
National Railroad Passenger
Corporation and Steven Snyder

OF COUNSEL:

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554