NATIONAL RAILROAD PASSENGER CORPORATION
1401 W Street NE, Washington, D.

AMTRAK

## NOTICE OF INTENT TO IMPOSE DISCIPLINE MEETING

01-Jul-04

HSR #     JC04.184.04
O.D.I. #

CHAMBLISS SR JERRY
1 TRESTLE WOOD COURT
RANDALLSTOWN     MD 21133

HIGH SPEED SMW   TECH
SMWIA

You are hereby instructed to appear for an Intent to Impose Discipline meeting as indicated below:

    Date: **Thursday, July 08, 2004**
    Time: **9:00 AM**
    Place: Amtrak High Speed Rail Office
            2nd Floor
            1401 W Street, N.E.
            Washington, DC 20018

The purpose of this meeting is to develop the facts and determine your responsiblity, if any, in connection with the following charge(s) and specification(s):

    **Charge:** Violation of Amtrak's Standards of Ecellence. Specifically, the section(s) pertaining to "Truth and Honesty" and "Integrity", read in part: "We will always tell the truth."

    **Specifications:** While assigned as a pipefitter with High Speed Rail you allegedly claimed an injury sustained on May 10, 2004. When asked by supervision and Amtrak Police Dept. you claimed no injury at the time of the alleged incident.

You may produce any witnesses you so desire and you may be accompanied by a representative as provided for in your current governing bargaining agreement without expense to the National Railroad Passenger Corporation.

All requests for postponement of this investigation must be handled through the Amtrak High Speed Rail Office at (202) 906-2845 or by mail at the above mentioned address.

Sincerely,

*[signature]*
Joseph C. Allione, Jr.
Manager, HSR

cc: Union Rep
     file

*[signature]*     Date

EXHIBIT
Chambliss
5/24/06

DEFENDANT'S
EXHIBIT
B
Amtrak

**NORTHEAST CORRIDOR**
**MAINTENANCE SERVICE COMPANY**
*PO Box 92500, Washington, DC 20090-2500 USA*
*Phone (202) 906-2800 – Fax 202-906-2844*



To: Mr. Joe Allione, Manager, Amtrak High Speed Rail
Date: June 28, 2004

Please make arrangements to schedule another discipline investigation for Mr. Jerry Chambliss.

Mr. Chambliss is in violation of the Amtrak Standards of Excellence when he was denied a request to be off from work on Thursday, June 17 and Sunday June 20, 2004 so that he could attend a business trip with this spouse to Atlanta, GA. Mr. Chambliss' regular assignment has scheduled rest days of Friday and Saturday.

As established in Mr. W. Vullo's written statement, Mr. Chambliss was not granted permission to be off on Thursday, June 17, 2004. Mr. Bernarding also established in his written statement, Mr. Chambliss was not granted permission to be off on Sunday, June 20, 2004.

It is clear from the attached statements that Mr. Chambliss had full knowledge that he did not have permission to absent from work on June 17 and June 20, 2004. To make the situation even more serious, Mr. Chambliss failed to mark off from work on June 17 and 20, 2004 leaving management with no one to performed the required work of his position.

It is clear from Mr. Chambliss' actions that he has little concern for the his job, or the welfare of Amtrak and NeC-MSC. We believe that Mr. Chambliss is guilty of violating the following Standards of Excellence:

### Integrity:

*"We will always tell the truth. We will comply with the spirit and letter of laws, practice high ethical standards and conduct, be socially and environmentally responsible and strive to earn and maintain the trust and respect of our employees and the public."*

Mr. Chambliss was well aware that he did not have permission to be absent from work, and knowingly did not appear for his assignment, nor did he properly mark off from his assignment. Because of his actions, we assert that Mr. Chambliss is guilty of insubordination and failing to comply with managements instructions.

### Trust and Honesty:

*"Every productive employment relationship requires that the employee and his/her employer trust one another. When you become part of our company, we place our trust in you. In turn, you must conduct yourself honestly and in a way that reflects credit upon Amtrak."*

*"Because honesty is so important to trust and our ability to work together as a team, Amtrak has no tolerance for employees who are dishonest. "*

Mr. Chambliss violated our trust, and was not honest when did not report for his scheduled assignment when he clearly knew he did not have permission to be absent from work. Additionally, Mr. Chambliss violated our trust when he was "no call", "no show" for his assignment.

Amtrak/Chambliss1857

**NORTHEAST CORRIDOR**
**MAINTENANCE SERVICE COMPANY**
*PO Box 92500, Washington, DC 20090-2500 USA*
*Phone (202) 906-2800 – Fax 202-906-2844*

### Attending to Duties:

*"Amtrak's success depends on using all available resources in the most efficient and productive way possible. As an Amtrak employee and, therefore, the company's most important resource, you have an obligation to perform your duties properly and in accordance with the standards set for your particular job. This requires that you remain alert to your duties at all time. Any activity or behavior that distracts or prevents you or others from attending to duties is unacceptable. ..."*

Mr. Chambliss did not attend to his duties when he did not make himself available for his regularly scheduled assignment after being denied permission to be off from work.

Based on Mr. Chambliss' unacceptable behavior NeC-MSC requests that a formal discipline investigation be held and recommends that he receive appropriate discipline.

If there are any questions regarding the above, please don't hesitate to call me.

*Frank Christello*
Frank Christello
Manager Human Resources

Copy:   Employee File

## Allione, Joseph

**From:** Mike Wiggins [mwiggins@necmsc.com]
**Sent:** Wednesday, June 30, 2004 11:29 AM
**To:** Joe Allione
**Cc:** Frank Christello, Jr.
**Subject:** Chambliss Statement

On approximatly June 7 Bill Vullo told me that Jerry Chambliss had asked him for 6/17 & 6/20 off without pay because he had no vacation or bank time. I asked Bill why he needed the the days off he informed me that Jerry's wife had to go out of town on business and he wanted to go with here.

That same day Mr. Chambliss approached me with a time off slip with a hand drawn block with the word permission by it, and asked me to sign it. I told him to see his supervisor. He told me Mr. Vullo had told him he could not approve time off with out pay and that he would have to get approval from me. I asked jerry why he needed time off with out pay. His response to me was he had no vacation because Amtrak said he did not work enough days last year to earn any vacation. I then asked him why he needed the time off. He responded by saying "he needed the time off". I then asked him if it was a medical reason, he responded "yes he was under stress". I asked him what stress he responded in a joking manner "do you know how stressful it is not to have money coming in for almost a year". I then responded in a joking manner "why do you want unpaid days off if you are stressed about no money". I then told him if he had a legitimate reason for the time off I would consider it. He gave me no legitimate reaso so I denied the time off, stating if I did it for him I would have to do it for everybody. Mr. Chambliss came back later in the day and asked me to sign the denied sheet and state the reason why. Which I did stating that he had no vacation or bank time available.

Michael Wiggins


EXHIBIT 3
CHAMBLISS
5/24/06

6/30/2004

Amtrak/Chambliss1855

NATIONAL RAILROAD PASSENGER CORPORATION
1401 W Street, NE, Washington, DC 20018



# NORTHEAST CORRIDOR
High Speed Rail Mechanical Operations

## NOTICE OF INTENT TO IMPOSE DISCIPLINE MEETING

April 21, 2003                                          HSR File: 04.28.03

Jerry K. Chambliss
1 Tresle Wood Court
Randallstown, MD 21133

You are hereby instructed to appear for an **Intent to Impose Discipline** meeting as indicated below:

Date: April 28, 2003
Time: 11:00 AM
Place: High Speed Rail Conference Room
1401 W Street, N.E.
Washington, D.C. 20018

The purpose of this meeting is to develop the facts and determine your responsibility, if any, in connection with the following charge(s) and specification(s):

**Charge:** Violation of **Amtrak's Standards of Excellence**, specifically that section pertaining to **"Attending to Duties"**.

**Specification:** 1) Between January 27, 2003 and April 7, 2003 you allegedly had in excess of fourteen (14) absenteeism occurrences. This constitutes a violation of **"Amtrak's National Systems Attendance Policy"**.

You may produce any witnesses you so desire and you may be accompanied by a representative as provided for in your current governing bargaining agreement without expense to the National Railroad Passenger Corporation.

All requests for postponement of this investigation must be handled through the Amtrak High Speed Rail Office at (202) 906-2900 or by mail at the above mentioned address.

Sincerely,

Dino Giurfa
Asst. Superintendent, HSR

CC:   J. Mead, NeC-MSC
      F. Christello, NeC-MSC HR
      M. McMillan – Union Rep.



Received: _____           Date: _____

Amtrak/Chambliss1838

NATIONAL RAILROAD PASSENGER CORPORATION
1401 W Street, NE, Washington, DC 20018

NORTHEAST CORRIDOR
High Speed Rail Mechanical Operations



# WAIVER

April 28, 2003                                O.D.I. File 04.28.03

Jerry K. Chambliss
1 Tresle Wood Court
Randallstown, Md  21133

I agree to waive my right to a **Formal Investigation** in connection with the below listed charge(s) and specification(s) and agree to accept the discipline assessed by the National Railroad Passenger Corporation. Furthermore, I agree to waive my right to appeal the discipline assessed.

**Charge:** Violation of **Amtrak's Standards of Excellence**, specifically that section pertaining to "**Attending to Duties**".

**Specification:** 1) Between January 27, 2003 and April 7, 2003 you allegedly had in excess of fourteen (14) absenteeism occurrences. This constitutes a violation of "**Amtrak's National Systems Attendance Policy**".

**Discipline Assessed:** 3 (three) days suspension held in abeyance for six (6) months.

_Jerry K Chambliss_                                 _4/28/03_
Employee Signature                                  Date

_MJ Demee_                                          _4-28-03_
Witness Signature                                   Date

_[signature]_                                       _4/28/03_
Management Signature                                Date

Amtrak/Chambliss1839

**NORTHEAST CORRIDOR**
**MAINTENANCE SERVICE COMPANY**
PO Box 92500, Washington, DC 20090-2500 USA
Phone (202) 906-2800 – Fax 202-906-2844

To: Dino Giurfa, Assistant General Manager Amtrak High Speed Rail
Date: April 11, 2003

Please make arrangements to schedule another discipline investigation for Mr. Jerry Chambliss.

Mr. Chambliss is in violation of the Amtrak National System Attendance Policy as established by the attached documents:

| Action Taken | Date |
|---|---|
| Counseling for excessive absenteeism | May 1, 2002 |
| Verbal Warning for excessive absenteeism | June 7, 2002 |
| Written Warning for excessive absenteeism | October 14, 2002 |
| 1st discipline investigation for absenteeism | November 15, 2002 |
| 2nd discipline investigation for absenteeism | December 2, 2002 |

It is obvious from the record that Mr. Chambliss has taken no action to correct his inappropriate behavior or improve his attendance at work.

I have attached two additional reports that establish that Mr. Chambliss was absent from work forty-four (44) workdays in the last twelve (12) months, and late for work fifty-nine (59) days during the same time period. As an example of this poor record, Mr. Chambliss was late for work every day of this past pay period. He has incurred six (6) absences and nine (9) late starts since our last discipline investigation on December 2, 2002. NeC-MSC considers Mr. Chambliss' attendance as unacceptable and a clear indication that he does not take his job seriously and is not committed to the success of the High Speed Rail program.

Because of his extensive absences, each additional absence from this date will be considered actionable as defined by the Amtrak National System Attendance Policy.

Based on Mr. Chambliss' poor attendance record NeC-MSC requests that a formal discipline investigation be held and recommends that he receive appropriate discipline.

If there are any questions regarding the above, please don't hesitate to call me at 202-497-7791.

_Eileen M. Ekey_
Eileen M. Ekey
Supervisor Human Resources

Copy: Employee File





Amtrak/Chambliss1824

**NORTHEAST CORRIDOR**
**MAINTENANCE SERVICES COMPANY**
PO Box 92500, Washington, DC 20090-2500 USA
Phone (202) 906-2800 • Fax (202) 906-2844

# MEMO

**To:** Dino Giurfa, Amtrak, Asst. Superintendent HSR

**From:** Frank Christello, Human Resources Manager

**Date:** April 11, 2003

**Subject:** **3rd Discipline Investigation for Excessive Absenteeism**

---

The employee listed below has incurred three or more occurances (illustrated below) as defined by the Amtrak National System Attendance Policy since a second discipline investigation was requested regarding their attendance on 12/2/2002.

Chambliss, Jerry K                                       218926021

### Type of Occurrence - Sick (Unpaid)

| Date | Date |
|---|---|
| ~~Monday, February 17, 2003~~ | Thursday, March 6, 2003 |
| Friday, March 7, 2003 | Saturday, March 8, 2003 |
| Sunday, March 9, 2003 | Monday, March 10, 2003 |
| Thursday, March 13, 2003 | Monday, March 31, 2003 |

### Type of Occurrence - Unexcused Absence (Unpaid)

| Date | Date |
|---|---|
| Monday, January 27, 2003 | Friday, February 28, 2003 |
| Saturday, March 1, 2003 | Thursday, March 27, 2003 — no bank time |

### Type of Occurrence - Late Start

| Date | Time | Date | Time |
|---|---|---|---|
| Friday, March 21, 2003 | 10 m | Sunday, March 23, 2003 | 6 m |
| Monday, March 24, 2003 | 10 m | Thursday, April 3, 2003 | 33 m |
| Friday, April 4, 2003 | 8 m | Saturday, April 5, 2003 | 7 m |
| Sunday, April 6, 2003 | 16 m | Monday, April 7, 2003 | 22 m |
| ~~Friday, April 11, 2003~~ | ~~1 m~~ | | |

In accordance with the Amtrak National System Attendance Policy this employee received all appropriate counseling and warnings regarding their unacceptable attendance record.

It is clear from their attendance record that this employee has not taken any action to correct their behavior or improve their attendance after receiving the appropriate warnings.

Please make arrangements to hold another discipline investigation charging the employee with excessive absenteeism, and violation of the Amtrak National System Attendance Policy.

If additional information is needed, please don't hesitate to contact my office.

Frank Christello
Manager, Human Resources





Amtrak/Chambliss 1825

**NORTHEAST CORRIDOR**
**MAINTENANCE SERVICE COMPANY**
*PO Box 92500, Washington, DC 20090-2500 USA*
*Phone (202) 906-2800 – Fax 202-906-2844*

---

To: Dino Giurfa, Assistant General Manager Amtrak High Speed Rail
Date: December 3, 2002

Please make arrangements to schedule another discipline investigation for Mr. Jerry Chambliss.

Mr. Chambliss is in violation of the Amtrak National System Attendance Policy as established by the attached documents:

| Action Taken | Date |
|---|---|
| Counseling for excessive absenteeism | May 1, 2002 |
| Verbal Warning for excessive absenteeism | June 7, 2002 |
| Written Warning for excessive absenteeism | October 14, 2002 |
| Pending discipline investigation for absenteeism | November 15, 2002 |

It is obvious from the record that Mr. Chambliss has taken no action to correct his inappropriate behavior or improve his attendance at work.

I have attached two additional reports that establish that Mr. Chambliss was absent from work forty-one (41) workdays in the last twelve (12) months, and late for work sixty-three (63) days during the same time period. NeC-MSC considers Mr. Chambliss' attendance as unacceptable and a clear indication that he does not take his job seriously and is not committed to the success of the High Speed Rail program.

Because of his extensive absences, each additional absence from this date will be considered actionable as defined by the Amtrak National System Attendance Policy.

Based on Mr. Chambliss' poor attendance record NeC-MSC requests that a formal discipline investigation be held and recommends that he receive appropriate discipline.

If there are any questions regarding the above, please don't hesitate to call me at 202-359-5640.

Frank J. Christello
Manager Human Resources

Copy: Employee File





EXHIBIT 7
Chambliss
5/24/06

Amtrak/Chambliss1819

**NORTHEAST CORRIDOR**
**MAINTENANCE SERVICES COMPANY**
PO Box 92500, Washington, DC 20090-2500 USA
Phone (202) 906-2800 • Fax (202) 906-2844

# MEMO

To:      Dennis Smith, Amtrak HSR Manager

From:    Frank Christello, Human Resources Manager

Date:    December 02, 2002

Subject: **2nd Discipline Investigation for Excessive Absenteeism**

---

The employee listed below has incurred three or more occurances (illustrated below) as defined by the Amtrak National System Attendance Policy since a discipline investigation was requested regarding their attendance on 11/15/2002.

**Chambliss, Jerry K**                                                                  218926021

### Type of Occurrence - Sick (Unpaid)

| Date | Date |
|---|---|
| Thursday, November 21, 2002 | Saturday, November 30, 2002 |
| Sunday, December 1, 2002 | |

### Type of Occurrence - Unexcused Absence (Unpaid)

| Date | Date |
|---|---|
| Saturday, November 16, 2002 | |

### Type of Occurrence - Late Start

| Date | Time | Date | Time |
|---|---|---|---|
| Monday, November 25, 2002 | 12 m | Monday, December 2, 2002 | 13 m |

In accordance with the Amtrak National System Attendance Policy this employee received all appropriate counseling and warnings regarding their unacceptable attendance record.

It is clear from their attendance record that this employee has not taken any action to correct their behavior or improve their attendance after receiving the appropriate warnings.

Please make arrangements to hold another discipline investigation charging the employee with excessive absenteeism, and violation of the Amtrak National System Attendance Policy.

If additional information is needed, please don't hesitate to contact my office.

Frank Christello
Manager, Human Resources



Amtrak/Chambliss1820

**NORTHEAST CORRIDOR**
**MAINTENANCE SERVICES COMPANY**
PO Box 92500, Washington, DC 20090-2500 USA
Phone (202) 906-2800 • Fax (202) 906-2844

**ORIGINAL MEMO**

Amtrak/Chambliss1818

To: Chambliss, Jerry K.

From: Tom Rutkowski

Date: October 09, 2002

Subject: **Written Warning for Excessive Absenteeism**


EXHIBIT 9

This memorandum serves as written record about the discussion that you and I are having today about your attendance and job performance. Your attendance is unacceptable as defined by the Amtrak National System Attendance Policy because you incurred three or more occurances since your verbal warning on 6/7/02.

### Type of Occurrence - Sick (Unpaid)

| Date | Date |
|---|---|
| Thursday, September 5, 2002 | Sunday, September 8, 2002 |
| Wednesday, September 11, 2002 | Thursday, September 12, 2002 |
| Sunday, September 15, 2002 | |

### Type of Occurrence - Unexcused Absence (Unpaid)

| Date | Date |
|---|---|
| Monday, July 15, 2002 | Thursday, July 18, 2002 |
| Tuesday, July 23, 2002 | Monday, July 29, 2002 |
| Tuesday, July 30, 2002 | Tuesday, August 20, 2002 |
| Wednesday, August 28, 2002 | Monday, September 2, 2002 |
| Wednesday, September 4, 2002 | Sunday, September 29, 2002 |

### Type of Occurrence - Early Quit

| Date | Time | Date | Time |
|---|---|---|---|
| Sunday, September 1, 2002 | 4 h 1 m | | |

### Type of Occurrence - Late Start

| Date | Time | Date | Time |
|---|---|---|---|
| Sunday, July 14, 2002 | 9 m | Wednesday, July 17, 2002 | 27 m |
| Monday, July 22, 2002 | 33 m | Wednesday, July 24, 2002 | 6 m |
| Thursday, July 25, 2002 | 9 m | Sunday, July 28, 2002 | 7 m |
| Thursday, August 8, 2002 | 2 m | Tuesday, August 13, 2002 | 10 m |
| Tuesday, August 27, 2002 | 10 m | Thursday, August 29, 2002 | 15 m |
| Sunday, September 1, 2002 | 2 m | Friday, September 27, 2002 | 8 m |
| Thursday, October 3, 2002 | 17 m | | |

Good teamwork requires each of us to support all other members of our teams and be on time and consistently at work. Your attendance is not acceptable and has not improved even after receiving counseling and a verbal warning.

Because you failed to improve your attendance, please consider this to be a written and final warning regarding your unacceptable attendance record. Formal disciplinary action may be taken in the event of further occurrences in accordance with Amtrak's Attendance Policy.

Please sign below. Your signature on this document is an acknowledgement that this matter has been discussed with you and you have reviewed this document prior to inclusion in your personnel file. Your signature is not an indication of your agreement or disagreement of the deficiencies that are outlined in this document.

**ENTERED**

*NORTHEAST CORRIDOR*
*MAINTENANCE SERVICE COMPANY*
*PO Box 92500, Washington, DC 20090-2500 USA*
*Phone (202) 906-2800 – Fax 202-906-2844*

# Request for Discipline Investigation
# Discipline Short of Dismissal

**To:** Dennis Smith, Manager Amtrak High Speed Rail
**Date:** May 29, 2002

The Northeast Corridor Maintenance Services Company requests that Amtrak initiate a "Letter of Intent to Impose Discipline" for the following employee:

| Employee Last Name: Chambliss | Employee First Name: Jerry | |
|---|---|---|
| Social Security No.: 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 | Position: Pipefitter Tech. | Union: SMWIA |
| Work Location: Washington | Tour of Duty: First | |
| Date of Violation: May 27, 2002 | Time of Violation: 7:20 AM | |
| Type of Violation: Insubordination - refused to accept job assignment | | Challenging the authority of a Supervising Technician in front of other employees |
| Narrative of Violation: During the morning meeting Supervising Technician, J. Wilson instructed Mr. Chambliss that his job assignment for the day was going to Union Station to protect service. Mr. Chambliss refused the job assignment. | | |
| NeC- MSC Supervisor: William Vullo | Amtrak ARASA Supervisor: Joseph Wilson, Mike Hann | |

Please notify Frank Christello, at the Ivy City High Speed Facility about the time and date of the discipline investigation so that arrangements can be made to have any NeC-MSC witnesses present.

If there are any questions regarding the above, please don't hesitate to call me at 202-359-5640.

_____
Frank J. Christello
Manager Human Resources

Copy: G. Wengert, Assistant General Manager Amtrak
J. Reinknecht, General Manager NeC-MSC          Employee File




Amtrak/Chambliss1924

NorthEast Corridor
Maintenance Services Company
PO Box 92500, Washington, DC 20090-2500 USA
Phone (202) 906-2800 • Fax (202) 906-2844

# MEMO

**To:** Dennis Smith, Manager HSR Amtrak

**From:** Frank Christello, Manager Human Resources

**Date:** May 29, 2002

**Subject:** Discipline Investigation for J. Chambliss, R. Allison, W. Wilson (SMWIA)

Attached are three (3) requests for discipline investigations for the above listed employees. All employees refused the same job assignment from Supervising Technician (ARASA), Joseph Wilson during the 7:00 a.m. morning meeting.

I have attached written statements from Mr. Joseph Wilson (ARASA), Mr. Mike Hans (ARASA), Mr. William Vullo (S&I Supervisor) as evidence, and to assist in forming the charges.

The blatant disregard and challenge of the Supervisor Wilson's authority in front of other employees by Mr. Chambliss, Mr. Allison and Mr. W. Wilson can not be tolerated if we are to maintain a productive, organized and disciplined work force.

If corrective action isn't taken quickly, it will set a poor precedent, and leave the door open for other High Speed Technicians to challenge the authority of Supervisors or Managers.

I am available to assist you in any way.


Copy:    J. Reinknecht
         G. Wengert
         J. Mead


**BOMBARDIER**   Limited Liability Company Owned by Alstom Transportation Inc. and Bombardier Corporation   **ALSTOM**

Amtrak/Chambliss1925

# AMTRAK / HIGH SPEED RAIL
## *ACELA EXPRESS*
### Ivy City Maintenance Facility
### 1401 "W" Street, NE.
### Washington, DC 20018

Date: September 20, 2001

To: Todd Zentner, Manager High Speed Rail, Amtrak - HSR

From: Jeffrey Nagy, Supervising Technician, NEC-HSR

Re: Mr. Jerry Chambliss, et al, Third Shift

---

**CONFIDENTIAL**

While conducting the daily safety meeting/job briefing last night, the meeting was interrupted a number of times and I found myself under a constant barrage of insults and harassment from a small group of mechanics led by Mr. Jerry Chambliss. They were upset that they were being asked to work-up the "Senatorial Special," in addition to their other regularly assigned work, even though I had told them that arrangements had been made to bring in extra mechanics and cleaners to handle the extra work load. Mr. Chambliss began to get belligerent about this, saying that he had had enough of being asked to do double the work of any other shift. Mr. Mike Mclean, the foreman who shares the shift responsibilities with me, said there would be a small group of cleaners and mechanics going to the station to turn one or two trains, since we were running out of room in the facility. Machinist Glen Johnston then stood up and started to speak loudly that he was tired of the same thing and that he was going to the station, whereupon Mr. Chambliss voiced his support of Mr. Johnston. Mr. Mclean told everyone to settle down and then told Mr. Johnston that he (Glen Johnston) worked for him (Mclean) and that he would work where he was assigned. Mr. Johnston's reply was to leave the room, with Mr. Chambliss and others encouraging him to do so.

After the shift was dismissed Mr. Chambliss continued along this same vein, in a very vocal manner, directing his comments to me personally. He again repeated that he was tired of doing double the work of any other shift, in half the time, and that he was only going to "get half his work done, if that " in the time allotted, and that I would have to "deal with that." During this whole time he was backed by at least 3 other mechanics, Robert Guyton for one. I took this for what it was; a clear threat of a work slow down, if not a stoppage. My response was " there are ways of dealing with that." Mr. Chambliss's immediate response was "are you threatening me?" I told him no, I was not threatening him. I then repeated to him

Amtrak/Chambliss1859



what his work assignment was for the evening. Mr. Chambliss again yelled at me "are you threatening me? I don't like to be threatened! We can take this outside and settle this right now!" I calmly told Mr. Chambliss that we had a lot of important work to do tonight, that he had an assignment, and that he could go home right now, adios, if he didn't want to follow instructions. Mr. Chambliss belligerence continued with him yelling at me, "you don't have the authority to send me home!" I assured him that I did, and that he needed to go downstairs and go to work. I left the lunchroom and immediately talked to Manager Todd Zentner, relating to him what had happened, and asked if he would monitor his radio closely, since I expected Mr. Chambliss to continue his tirade on the shop floor and possibly disrupt our work. I felt I would require backing if I needed to have Mr. Chambliss escorted from the property.

About an hour later I was called to the south end of the facility and approached by Amtrak Police, who said they were responding to a phone call from Mr. Chambliss, claiming I had physically threatened him.

While this incident is serious, it is not by any means isolated. Mr. Chambliss, along with a very small, vocal minority, regularly interrupt the daily job briefings. Occasionally the points they make have some validity. Most of the time they are just insulting. In an attempt to diffuse situations that have arisen, I have tried to deal with them in a non-confrontational way. I have tried to take into account that the increasing work load placed upon us, and the high expectations surrounding the new high speed rail service, is creating a very tense situation, in light of the fact that the manpower is not always available. But please be advised this is not the first time Mr. Chambliss has taken something that another supervisor or I have said and twisted it into a 'threat,' nor am I the only supervisor he has problems with.

I have never threatened anyone in the workplace.

Cc:

K. Abate
J. Mead
J. Cason

Amtrak/Chambliss1860

# CHAMBLISS SR JERRY        9533    218926021    HIGH SPEED SMW TECH    SMWIA

| Open | HSR No | ODI | Charges | Specifications | Outcome | CloseDate |
|---|---|---|---|---|---|---|
| | 04.28.03 | | | | | |
| 5/1/2002 | | | Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties". | | Three (3) days suspension held in abeyance for six (6) months. | 4/28/2003 |
| 5/1/2002 | | | Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties". | | Counseling for Absenteeism by NacMsc - No signature | 5/1/2002 |
| 6/7/2002 | | | Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties". | | Verbal Warning for Absenteeism by NecMsc - Refused to sing without representation | 6/11/2002 |
| 10/9/2002 | | | Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties". | | Written Warning for Absenteeism by NecMsc - Refused to sign | 10/14/2002 |
| 11/27/2002 | DS.02.12 | | Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties". | | Reschedule with investigation if new occurrences | 11/27/2002 |
| 6/28/2004 | JC04.180.03 | | Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties". | Between May 1, 2004 and June 25, 2004 you allegedly had excessive absenteeism occurences. (see memo). This constitutes a violation of Amtrak's National Systems Attendence Policy. | | |
| 6/29/2004 | JC04.181.01 | | Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties" and Rule 27(a) Unauthorized Absence; see attachement dtd 6/30/04 | See letter dtd 6/29/04 | Charges dropped - insufficient evidence | 7/1/2004 |
| 7/1/2004 | JC04.183.02 | | Violation of Amtrak's Standards of Ecellence. Specifically, the section(s) pertaining to "Safety", read in part: "Immediately report to your supervisor all injuries and illnesses that occur…." | While assigned as a pipefitter with High Speed Rail on May 10, 2004, you allegedly sustained an injury. This injury was not reported in a timely manner. | | |

Tuesday, July 13, 2004



Page 1 of 2

| Open | HSR No | ODI | Charges | Specifications | Outcome | CloseDate |
|---|---|---|---|---|---|---|
| 7/1/2004 | JC04.184.04 | | Violation of Amtrak's Standards of Ecellence. Specifically, the section(s) pertaining to "Truth and Honesty" and "Integrity", read in part: "We will always tell the truth." | While assigned as a pipefitter with High Speed Rail you allegedly claimed an injury sustained on May 10, 2004. When asked by supervision and Amtrak Police Dept. you claimed no injury at the time of the alleged incident. | | |

Amtrak/Chambliss1868