

U.S. CERTIFIED MAIL: 7003 2260 0007 0416 6095
RETURN RECEIPT REQUESTED

August 12, 2004

## DECISION

Mr. Jerry Chambliss, Sr.
1 Trestle Wood Court
Randallstown, MD 21133

ODI File No.:   04.272
                04.273
                04.274

Dear Mr. Chambliss:



By Notice of Investigation – <u>ODI # 04.272, dated June 28, 2004</u>, you were charged with the following:

### CHARGE:

Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending To Duties".

### SPECIFICATION:

Between May 1, 2004 and June 25, 2004, you allegedly had excessive absenteeism occurrences (See memo). This constitutes a violation of Amtrak's National Systems Attendance Policy.

By Notice of Investigation – <u>ODI # 04.273, dated July 1, 2004</u>, you were charged with the following:

### CHARGE:

Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Safety,", read in part: "Immediately report to your supervisor all injuries and illnesses that occur..."

AMTRAK EXHIBIT  10
PAGE  1  OF  4

DEFENDANT'S EXHIBIT C

AN EQUAL OPPORTUNITY EMPLOYER       Amtrak/Ch

Mr. Jerry Chambliss, Sr.
File No. 04.272; 04.273 and 04.274
 —Page 2 —

### SPECIFICATION:

While assigned as a Pipefitter with High Speed Rail on May 10, 2004, you allegedly sustained an injury. This injury was not reported in a timely manner.

By Notice of Investigation – <u>ODI # 04.274, dated July 1, 2004</u>, you were charged with the following:

### CHARGE:

Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Trust and Honesty" and "Integrity", read in part: "We will always tell the truth..."

### SPECIFICATION:

While assigned as a Pipefitter with High Speed Rail you allegedly claimed an injury sustained on May 10, 2004. When asked by supervision and Amtrak Police Dept., you claimed no injury at the time of the alleged incident.

The undersigned Hearing Officer completed a disciplinary investigation into the above quoted charges on July 29, 2004. Your SMWIA Union Representative Mr. John M. Humphreys was present throughout the entire investigations, and was afforded the opportunity to question company witnesses and to review documentation proposed for inclusion in the record.

Regarding <u>ODI # 04.272</u>, The Amtrak's National Systems Attendance Policy is clear and concise. According to exhibit "J" you have violated the policy by having five (5) occurrences in a ninety-day (90) period.

| | |
|---|---|
| Number 1: | May 3rd sick |
| Number 2: | May 11-12-13 sick (was not reported as a injury) |
| Number 3: | May 16th Sick |
| Number 4: | June 13th 22 minuets late |
| Number 5: | June 16th 1h 18m late |
| Number 6: | June 17-20 unexcused absence |

Therefore, based on the foregoing findings and the hearing record as a whole, it is my decision the above <u>charges for ODI #'s 04.272, was proven and you are guilty as charged.</u>

There were two (2) separate sets of charges <u>ODI # 04.273</u> and <u>ODI# 04.274</u> that stemmed from the same incident. Through testimony it was brought out that you have sustained injuries in the past and you were aware of the procedures to report injuries.

Amtrak/Chambliss810

Mr. Jerry Chambliss, Sr.
File No. 04.272; 04.273 and 04.274
  - Page 3 –

On May 10, 2004, when the incident took place you met with Mr. Bello who is an Amtrak management employee (Assistant Superintendant), and you discussed the incident with him, and at that time you should have reported the injury to him. **The proper paperwork could have been submitted.** That meeting took place around 12:00 PM, on that same day you choose to contact the Police Department at 1:59 PM, and according to the Police report there was no injury reported, (See Exhibit "P" – Police Report). However you filled out paperwork with them to be sure that there was a record of the incident. The Police Department concluded no action would be taken and the disposition of the case was closed. You then went home and felt it necessary to call the help line, who referred you to a counselor because you were upset. However, were not upset enough to contact a counselor on that (same) day, but you waited until the next day and called for an appointment. Then you contacted your Union representative, still not reporting any injury to Amtrak (resulting from this said incident that you discussed with Mr. Bello). Through your own testimony you handpicked Doctor Garber who is a worker's comp-type doctor. You made an appointment with him for May 11th, and at this time still had not reported the injury, even after you were seen by the Doctor, who had not release you to work until May 17th, 2004. Your testimony stated that you contacted your lawyer approximately on May 13th even through you were told by your union representative that you needed to talk to Mr. Giurfa (your shop Manager). The union representative also instructed you to file a report about the injury. When you returned to work on May 17th you spoke to Mr. Bello and Mr. Giurfa and still never mentioned an injury. I stated before, you are well aware of the company procedures for injuries.

Mr. Giurfa stated he was not aware of your personal injury until June 14th. The only way he found out he was by being contacted by Mr. Greg Temple of Amtrak claims department, because your lawyer sent him a letter date June 8th, stating he was representing you in this incident. You did not produce any documentation or testimony to refute the stated date.

Therefore, based on the foregoing findings and the hearing record as a whole, it is my decision the above **charges for ODI #'s 04.273, and 04.274, were proven and you are guilty as charged.**

A copy of the hearing transcript and exhibits are enclosed.

                                        Very Truly Yours,

                                        *[signature]* 8/12/04
                                        A. D'Alessandro
                                        Hearing Officer

Amtrak/Chambliss811

Mr. Jerry Chambliss, Sr.
File No. 04.272; 04.273 and 04.274
 - Page 4 --

Based on the decision of the Hearing Officer, you are hereby-assessed discipline of:

Upon review of the findings of this Hearing and a review of your past Discipline Record, I find that my only option is to terminate your Employment with Amtrak as of August 12, 2004.

Please turn in all Amtrak property that you have in your possession, Along with your employee pass to the General Foreman.

_____  9/2/04
Michael J. Kapela                Date
Master Mechanic
Mid-Atlantic Division

Enclosure(s)

cc:   Mr. Joseph Allione, Jr., Charging Officer
      John M. Humphreys, SMWIA Union Rep.
          US CERTIFIED MAIL: 7003 2260 0007 0416 6101
          RETURN RECEIPT REQUESTED

Amtrak/Chambliss812