"O"

On May 10th at approximately 12:00 noon pipefitters Jerry Chambliss and Bob Mascetti came to my office and informed me that they needed to speak to me about an important matter. I invited them in my office and asked them to sit down. They proceeded to tell me about an incident involving Foreman Steve Snyder that occurred during the safety meeting earlier that day. Mr. Chambliss alleges that foreman Snyder threw the safety rulebook at him striking him in the face. Mr. Chambliss had no idea of why Mr. Snyder would throw the rulebook at him. I asked Mr. Chambliss if he felt it was done in a violent or malicious manner. He replied that he didn't know, he said he just couldn't understand why Snyder would do something like that. I assured Jerry that his allegations would be thoroughly investigated and properly addressed. After collecting statements and interviewing the witnesses I went to the station to question Steve Snyder and get a statement from him as well. After speaking with Mr. Snyder it was apparent that he intended it as something of a joke and said something to the effect "I was kidding around". After completing my investigation of the incident I determined that Mr. Snyder's actions did not warrant his immediate removal from service and feel Mr. Snyder intend no malice. However, there is no question that he used poor judgment. I informed Mr. Snyder that his action was in poor judgment especially for a supervisor and that it could also be considered horseplay which is a violation of Amtrak's standards of excellence regarding conduct. I also informed Mr. Snyder that Mr. Chambliss was highly upset over the incident and that I would have to discuss the entire matter with Asst Supt Giurfa to determine the appropriate actions or possible discipline necessary to address this matter. During our meeting Mr. Chambliss never made mention of any injury he received from the incident and did not appear to be injured in any way.


C.M Bello
General Foreman



EXHIBIT 16
Chambliss
Amtrak/Cha

DEFENDANT'S EXHIBIT
D