```
Date/Time:     5/24/04    12:49:44
-----------------------------------------------------------------
                        Crimes Management System              Page:    1
Progrm: CMS301             Incident Report
-----------------------------------------------------------------
  Case No.: 1-04-009949 AMTRAK POLICE DEPARTMENT

  Date of Occurrence.:   5/10/04 thru  5/10/04 Time of Occur.:  7:20 thru   7:35
  Date of Report......:  5/10/04              Time of Report: 13:59
  Dispatched..........:  5/10/04 @ 14:07      Responded......:         @  0:00
  Arrived.............:  5/10/04 @ 14:34      Cleared........:  5/10/04 @ 15:28

  Day of the Week....: MONDAY
  Common Name........: HIGH SPEED RAIL FACILITY WAS
  Incident Location..: 13400 MAIN LINE WAS              APT: .34
  Incident Cty/ST/PR:  WASHINGTON F/O                   ZIP:
  County.............: DC-DISTRICT OF COLUMBIA
  Location Type......: AMTRAK YARD                       317
  Beat Assignment....: WASHINGTON DC                    MILE POST: TWASM0801
  District...........: MID ATLANTIC SOUTH DIVISION
  Patrol Area    :     WASHINGTON-STATION(MP 136.)
  Department Classif: ASSAULT/SIMPLE                     X
  Reporting Officer.: VICTOR A PAZ
    CASE STATUS......: CLOSED                           Date:    5/10/04
  Alcohol Related...: UNKNOWN
  Drugs Related.....: UNKNOWN

************* V E R I F I C A T I O N   I N F O R M A T I O N *****************
  DATA ENTRY CLERK..:  5/24/04  Employee: JOAN L FORTE
  REPORT OFCR REVIEW:           Employee:
  APPROVED..........:  5/13/04  Employee: RAYMOND E WRIGHT

*********** C A S E   M A N A G E M E N T   I N F O R M A T I O N ***********

  Case Disposition.: CLOSED                              CLOSED      Date:  5/10/04
  Case Forwarded To:

********************** O F F E N S E   R E P O R T S **************************

         Offense #:    1
  STATE UCR CLASSIF.: ASSAULT/SIMPLE
  UCR CLASSIFICATION: ASSAULT - SIMPLE
  Attempt./Committed: COMMITTED
  Statute Ordinance.: SIMPLE ASSAULT
  Theft by Computer.: NO
  Reason for Attack.: UNKNOWN
  UCR Type of Weapon:
  Entry - How/Where?:
  Forced Entry......: NO
  Structure Occupcy.: OCCUPIED
  Evidence Collected: NO
  Criminal Activity.: N/A
  Location Type.....: AMTRAK YARD                             317
  STATE DISPOSITION.:
  UCR Incident Stat.: CLOSED                              Date:   5/10/04
  Arrest Case #.....:                          # of People Arrested:
  Excpt. Cleared Typ: N/A
  Rept. UCR Offense#:
```

Stamp: "COPY NOT TO BE DUPLICATED – This copy consisting of 4 page(s) is furnished for the exclusive use of Jerry Chambliss and is not to be duplicated, copied, or furnished to any other person or agency, except as provided by law, without the express permission of the AMTRAK POLICE DEPARTMENT RECORDS UNIT and is to be returned to that department upon demand. BY: ___ Chief of Police DATE: 6/25/04"

Exhibit stamp: Chambliss
DEFENDANT'S EXHIBIT E

```
Date/Time:   5/24/04   12:49:44
------------------------------------------------------------------
                        Crimes Management System         Page:    2
Progrm: CMS301              Incident Report
------------------------------------------------------------------
Case No.: 1-04-009949  AMTRAK POLICE DEPARTMENT         (Continued)


* * * * * * * * * * *   OFFENSE PRIMARY RELATIONSHIPS   * * * * * * * * * *

Offense #: 001 ASSAULT/SIMPLE / ASSAULT - SIMPLE / SIMPLE ASSAULT
    Name #....: 001 (SUSP) SNYDER, STEVE
    Name #....: 001 (VICT) CHAMBLISS, JERRY K.

******************* P E R S O N   I N F O R M A T I O N *******************

         * S U S P E C T / O F F E N D E R *      INFORMATION  #   1
Name: STEVE SNYDER                                    DOB.:
Addr:                                                 SSN.: 000000000
City:                     ST:       ZIP:              Phn#:
POB.:                     ST:       Country:
Empl:                                                 Bus#:
Occp: MECHANICAL SUPERVISOR
Race.......: WHITE                         Sex.: MALE
Ethnic Org.: NON-HISPANIC
DL #.......:                  OL ST:      Country:
Min. Height: 220 FT./IN.      Weight: 601 LBS.        Misc#:
Max. Height:     FT./IN.      Weight:     LBS.
Min. Age...:     Max:

***************** ADDITIONAL SUSPECT INFORMATION   #   1 *****************
  Hair Color..:                          Length.:
  Hair Style..:
  Eye Color...:                          Glasses:
  Complexion..:                          Fl.Hair:
  Build.......:                          Teeth..:
  Speech/Voice:
  Clothing....- Hat..:                    Shirt:
                Coat.:                    Pants:
                Shoes:
  Body Marks#1:                          Marks#2:
        Marks#3:                          Marks#4:
  Hand Use....:                           NCIC #:
  Caution/Haz.: UNKNOWN                   Weapon.:
  STATE #.....:                           ID #...:
  STATUS......: SUSPECT                   Arrest#:
  Marital stat: UNKNOWN                   FBI#...: AMTRAK

         * W I T N E S S *                INFORMATION  #   1
Name: PAM BUNCH                                       DOB.:
Addr:                                                 SSN.:
City:                     ST:       ZIP:              Phn#:
POB.:                     ST:       Country:
Empl:                                                 Bus#:
Occp: COACH CLEANER
Race.......: BLACK                         Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
DL #.......:                  OL ST:      Country:
```

Amtrak/Chambliss780

```
Date/Time:   5/24/04   12:39:33
------------------------------------------------------------------------
                        Crimes Management System          Page:    3
Progrm: CMS301              Incident Report
------------------------------------------------------------------------
Case No.: 1-04-009949 AMTRAK POLICE DEPARTMENT           (Continued)

Age.......: 46                                  Misc#: 00007290
Height....: 507 FT./IN.
Weight....: 216 LBS.

        * W I T N E S S *                    INFORMATION  #   2
Name: STACY DEFENBAUGH                       DOB.:
Addr: [REDACTED]                             SSN.: 000000000
City: [REDACTED]    ST: [REDACTED]  ZIP [REDACTED]  Phn#:
POB.:               ST:              Country:
Empl:                                                    Bus#: [REDACTED]
Occp: ELECTRICIAN
Race......: WHITE                            Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #......:                         OL ST:   Country:
Age.......:                                  Misc#:
Height....: 000 FT./IN.
Weight....:     LBS.

        * V I C T I M *                      INFORMATION  #   1
Name: JERRY K. CHAMBLISS                     DOB.: 10/09/1968
Addr: 1 TRESTLE WOOD CT.                     SSN.: 218926021
City: RANDALLSTOWN       ST: MD  ZIP: 21133  Phn#: 410/736-2799
POB.: BALTIMORE          ST: MD   Country:
Empl:                                                    Bus#: 202/906-2800
Occp: PIPEFITTER HIGH-SPEED RAIL
Race......: BLACK                            Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #......:                         OL ST:   Country:
Min. Height: 509 FT./IN.            Weight: 240 LBS.    Misc#: 0009533
Max. Height:     FT./IN.            Weight:     LBS.
Min. Age...: 35 Max: 35

************************** N A R R A T I V E   # 1 **************************
CAD Information            Reported By:                              5/10/04

    Call#: 041310266         Beat: SECTOR 8
    Units.: 267WAS       Employees: 0000001752 PAZ, VICTOR
    CAPTAIN FORNEY NOTIFIED.
    NO INJURIES REPORTED.
    NO FURTHER.
    R/P WOULD LIKE TO MAKE A POLICE REPT IN REF BEING HIT
    IN THE FACE WITH A BOOK BY HIS SUPERVISOR AT LOC.
    *
    *
    *
    *
    *
    ON MAY 10, 2004, AT ABOUT 0730 HOURS, VICTIM WAS ATTENDING A SAFETY
    MEETING AT THE IVY CITY HIGH-SPEED RAIL FACILITY LUNCH ROOM.  DURING
    THIS MEETING, THE SUSPECT THREW A TISSUE PAPER TOWARDS A TRASH CAN
    AND MISSED.  THE VICTIM MADE THE COMMENT, "WHAT ARE YOU TRYING TO HIT
```

```
Date/Time:  3/24/04  12:33:33
```
```
                         Crimes Management System              Page:    4
Progrm: CMS301              Incident Report
```
Case No.: 1-04-009949 AMTRAK POLICE DEPARTMENT                    (Continued)

ME?" AT THE STATEMENT, THE SUSPECT PICKED UP THE SAFETY BOOK FROM
THE TABLETOP WITH HIS RIGHT HAND AND MADE THE FOLLOWING STATEMENT.
"NO, THIS IS TRYING TO HIT YOU." AS HE MADE THE STATEMENT, HE THREW
THE SAFETY BOOK AT THE VICTIM, HITTING HIM ON THE BRIDGE OF HIS NOSE.
THE DISTANCE WAS ABOUT 10 FEET. THIS WAS ALSO IN THE PRESENCE OF
DORIA WASHINGTON, A BLACK, ADULT, FEMALE COACH CLEANER FOR AMTRAK.
THE VICTIM CONTACTED THE UNION REPRESENTATIVE, BOB MASECTTI,
CONCERNING THE INCIDENT.

APD INCIDENT NO. 04-009949 CLOSED.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Amtrak/Chambliss782