# EMPLOYEE PERSONAL STATEMENT
*(To be completed and signed by the injured person)*

| Last Name: **CHAMBLISS** | First Name: **JERRY** | MI: K | SSN: **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** |
|---|---|---|---|

Date of Accident: 5/10/04

Place of Accident: High Speed Rail Lunch room

Amtrak may need to contact you within the next 5 days. Please provide a list of telephone numbers where you can be reached. Be sure to include the appropriate area code.

410 496-4202 Home
410 736-2799 Cell

**How did the accident happen?**

I was hit in the face with a safety book

**What caused the accident?**

Sup. hit me with book

**Describe the injury/illness:**

Sore face

| Were you provided first aid treatment at the place of the accident? | ☐ Yes ☑ No | Were you taken to a medical facility for treatment? If Yes, what facility were you taken to? | ☐ Yes ☑ No |
|---|---|---|---|

not at time of injury

**Describe the treatment provided:** PRESCRIPTION- $ TOPICET

5-11-04                                   NOT FIT FOR FULL DUTY TIL MAY 17, 2004.

Dr. Jeffery P. Gaber                       JKC

**Witnesses:**

| Name | Address | Telephone |
|---|---|---|
| Pam Bunch | | |
| Doria Washington | | |
| Stacey Deffenbaugh | | |
| Bill Vullo | | |

Signature of Injured Person: Jerry K Chambliss

Date: 6/14/04

This is the date I filled out Not the date of injury

NRPC 260 (11/01) Word Template Page 2

DEFENDANT'S EXHIBIT H

EXHIBIT 18
Chambliss
05/24/05

Amtrak/Chambliss2005