FROM AMTRAK                          (THU) 7. 6'06 11:04/ST. 11:03/NO. 4860951407 P  2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY K. CHAMBLISS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02490-CKK |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF CHRISTINE TURNBLACER

I, Christine Turnblacer, do declare and state as follows:

1.      I am employed by National Railroad Passenger Corporation ("Amtrak") as Manager, Litigation Support.

2.      I make these statements based on personal knowledge or on review of records maintained in the regular course of my duties.

3.      I have attached a copy of Amtrak's National Systems Attendance Policy as Exhibit I to this Declaration.

4.      This policy is dated April 22, 1999 and it was in effect throughout the time period relevant to Mr. Chambliss' complaint.

5.      I have attached a copy of Amtrak's Standards of Excellence as Exhibit II to this Declaration.



**DEFENDANT'S EXHIBIT**

J

FROM AMTRAK                                    (THU) 7. 6'06 11:04/ST. 11:03/NO. 4860951407 P 3

6.    The Standards of Excellence were also in effect throughout the time

period relevant to Mr. Chambliss' complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed

on this 6th day of July, 2006.

_Christine Turnblacer_
Christine Turnblacer

Dated: July 6, 2006

# NATIONAL SYSTEM ATTENDANCE POLICY
# FOR ALL AMTRAK AGREEMENT-COVERED EMPLOYEES

High standards of attendance are essential to the success of Amtrak. Good teamwork requires each of us to support all other members of our teams. Teamwork starts with being consistently present and on time for work. Our customers and co-workers depend on this.

Substandard attendance has an adverse effect on the quality of service given to the customers who pay our wages and salaries. Substandard attendance by employees adversely affects productivity, increases costs and inconveniences co-workers who must fill in for absences or tardiness.

The purpose of this policy is to specify what is expected with respect to attendance and to create a process to recognize employees who achieve perfect attendance thereby contributing to Amtrak's productivity and to counsel / discipline employees who have excessive absenteeism. To eliminate inconsistencies, this policy supercedes all other Amtrak business unit and service center attendance policies nationwide. It is not intended, however, to conflict with or supercede any present or future labor agreement, law or regulation. If such a conflict should occur, the labor agreement, law or regulation will take precedence over this policy.

A. **Scope** – This policy applies to all Amtrak employees covered by collective bargaining agreements. Attendance standards for management employees are governed by other corporate policies.

B. **Summary** – The national attendance policy provides recognition for individual excellence in attendance and defines minimum standards of attendance. It addresses the performance of employees who do not meet minimum standards through counseling and, as a last resort, discipline.

C. **Recognition for Excellence- Perfect Attendance** – The objective of recognition is to increase Amtrak's productivity through perfect attendance and to reduce the costs of absenteeism. The incentives share those benefits with employees. Every employee who has perfect attendance will be recognized for his/her achievement and will be eligible for an incentive program.

Perfect attendance is defined as being present for duty and working a complete assignment, on every day that the employee is scheduled to work, or being marked up for work as scheduled, all throughout the measurement period. The only exceptions are scheduled vacations, scheduled holidays where applicable, certain approved paid absences as provided by applicable labor agreements (specifically for jury duty, bereavement leave up to three days, and Operation Care up to three days), routine military training, E-time in the Reservations Sales Call Centers, pre-approved exchange of assignments, pre-notified union business, a single bump day if displaced, and compensatory time provided under labor agreements. Sick leave is not an exception. Seasonal and furloughed employees will be eligible for recognition and incentives for any complete measurement period that they worked. Unassigned employees who do not have a guaranteed work week will be eligible for recognition and incentives provided they work at least 60 straight-time hours a month and do not miss designated call-ins and/or assignments.

Employees having perfect attendance under the preceding criteria for one year will be formally recognized in a personal letter with a copy to their personnel file. In addition, eligible employees under this program will be awarded incentives to be designed by a labor/management team. (An illustrative program is attached as Attachment B.) The incentive awards program will be reviewed and adjusted annually based upon its effectiveness, including increased productivity, and input from employees.

1

*Exhibit I*

**D. Progressive Counseling and Discipline** – The objective of this policy is to promote perfect attendance by as many employees as possible, and to minimize absence and tardiness for all employees. **Occurrences of absence or tardiness are the basis upon which performance is measured for purposes of counseling and discipline.** The differing circumstances in on-train versus off-train work require some variance in the definition of an occurrence.

- For on-train employees, including members of Amtrak Service Workers Council, United Transportation Union (Conductors and Stewards) and Brotherhood of Locomotive Engineers (Engineers), an occurrence is defined as:

  - A single absence from work, an assignment, or part of an assignment on one or more consecutive days for the same reason, or

  - Being unavailable for work on a calendar day (including a missed call, mark-off, refusing an assignment, failure to mark-up, etc.), or

  - Arriving late for sign-up prior to train departure or leaving an assignment before it is completed.

- For off-train employees, including members of all other labor organizations, an occurrence is defined as:

  - A single absence from work or an assignment on one or more consecutive days for the same reason, or

  - Late arrival, early departure, late return from lunch/break, or midday absence, or

  - Absence from scheduled overtime.

The following situations are excluded under this policy and do not count as an occurrence of absence for potential consideration regarding counseling or discipline: scheduled vacations, scheduled holidays, where applicable, certain approved absences (specifically for jury duty, military leave, bereavement leave, and Operation Care), E-time in the Reservations Sales Call Centers, pre-approved exchange of assignments, pre-approved TCU-agreement "trade days", pre-approved absences authorized by the employee's department head to insure adequate rest or for other Amtrak business purposes, pre-approved union business, compensatory time provided under labor contracts, absences due to Operation Red Block, and absences covered by and approved under the Americans with Disabilities Act, the Family Medical Leave Act and any other state and federal law.

Notification to the supervisor by the employee of an expected occurrence of absence or tardiness does not automatically constitute approval unless specifically granted by the appropriate supervisor.(Failure to provide adequate notice of an expected absence to the employee's supervisor, call center or crew management is subject to additional handling outside the scope of this policy.)

**The potential need for counseling or discipline is determined when an employee is excessively absent.** An employee may be regarded as having an instance of excessive absence/tardiness whenever his/her attendance record shows any of the following:

- The third occurrence of absence and/or tardiness in any 30-day period.

- A fifth occurrence of absence and/or tardiness in any 90-day period.

2

- Eleven or more days of absence in any twelve month period regardless of the number of occurrences. Each additional day after eleven days may result in additional action. This will not apply in situations where the employee has experienced an extended absence to recover from a serious medical condition (e.g. surgery) that has been confirmed by the employee's attending physician to Amtrak's medical officer.

Instances of excessive absenteeism and tardiness will be addressed in accordance with Amtrak's guidelines on counseling and discipline that is attached. Expungement will be in accordance with Amtrak's national policy agreed to by the Joint Labor/Management Productivity Council in 1988, or as may have been subsequently agreed to between Amtrak and the labor organizations.

**E. Questions about This Policy** – Any employee with questions about this policy should consult with his/her immediate supervisor, Human Resources, or the Labor Relations Department.

**Attachments:**

A – Amtrak's discipline and counseling guidelines

B – Illustrative Amtrak attendance program

*Effective May 17, 1999*

Attachment "A"
Amtrak's Counseling and Discipline Guidelines

Discipline is an educational tool, not to be used if more effective ways of communicating and changing unacceptable behavior are available.  Except for serious infractions where discipline may be necessary, counseling should first be used to change behavior.  When it is apparent that such counseling is not working, discipline may be utilized to change behavior.

Amtrak's guidelines for dealing with offenses generally provide for the following progression, depending on the circumstances:

Counseling:

1. Verbal

2. Written (warning letter)

Discipline:

3. Reprimand or suspension of three (3) days or less

4. Suspension of ten (10) days or less (more serious violations of operating rules involving hazards or accidents or major inconvenience to passengers may result in up to 30 days suspension)

5. Dismissal.

Employees should understand that a ten-day (or 30-day) suspension is a very serious penalty and dismissal will be the likely result of any future infraction.

These are guidelines only.  For more serious offenses, this progression may start at Discipline steps 4 or 5, depending on circumstances.  Further, the length of time between offenses, nature of offense, as well as an employee's overall service record, may impact what discipline is appropriate.

*Effective May 17, 1999*

4

Attachment "B"
Illustrative Amtrak Incentive Program

Employees with perfect attendance will automatically be entered in a twice-yearly drawing. The award resulting from this drawing will be of significant value. It will be tax neutral; that is, Amtrak will pay any applicable taxes associated with the prize. Finally, the prize will be visible to the employee's peers. Additionally labor and management representatives will determine other forms of recognition over the longer term.

To determine eligibility for awards the supervisor of each employment center (with the assistance of the Payroll and Information Technologies Departments) will post a list of all employees achieving perfect attendance by the tenth day of each month for the preceding month. This list will be posted in a conspicuous place readily accessible to all employees. It is the responsibility of each employee to review that list and notify the supervisor within one week if there are discrepancies in the list. (Employees on vacation can report the oversight immediately upon their return.)

The supervisor shall forward the corrected lists to the Human Resources Department by the 25th day of the month. Amtrak Human Resources will be responsible for the conduct of all drawings, and shall staff and budget for all expenses associated with the awards and related administration. The drawings may be outsourced if that would result in an increased efficiency.

The attendance incentive awards program will commence in the quarter beginning July 1999. The first drawing will be for a 3-month period, thereafter, every six months coinciding with the fiscal year cycle.

*Effective May 17, 1999*

National Railroad Passenger Corporation, 60 Massachusetts Avenue, N.E., Washington, DC 20002 Telephone (202) 906-3000



April 22, 1999

Dear Fellow Amtrak Employee:

Amtrak is, indeed, turning a new corner. But, Amtrak cannot get there without you. After all, employees are the strength of our product! However, the strength of our product is tarnished by excessive absenteeism. This is an area where we still need improvement. Unscheduled time away from work costs all of us — in productivity, inconvenience to co-workers, and added expense to the company to ensure that Amtrak operates at an optimum level of efficiency.

To address this concern, Amtrak is issuing a new company-wide attendance policy for agreement-covered employees. This new policy provides recognition and incentives for those employees who achieve perfect attendance. In addition, the policy details the consequences for excessive absenteeism. The policy is attached, and it supercedes and replaces all other attendance policies previously issued by business units and service centers. It is not intended, however, to conflict with or supercede any present or future labor agreement, law or regulation. If such a conflict should occur, the labor agreement, law or regulation will take precedence over this policy.

Perfect attendance is good for everyone. Amtrak's productivity will increase; and it will give you an opportunity to become eligible to receive an award in our new incentive program.

Please take some time to read the attached policy. We know that with your continued dedication and commitment to Amtrak and its goals, we can all be winners!

Sincerely,

Lorraine A. Green
Vice President
Human Resources

Attachment

AN EQUAL OPPORTUNITY EMPLOYER



# STANDARDS OF EXCELLENCE

*An explanation of*

*Amtrak's goals, values*

*and expectations*

Amtrak

NRPC 2525 (8/95)

Exhibit II

# LETTER FROM THE PRESIDENT

November 1994

Dear Fellow Employee:

Despite all the changes going on at Amtrak, one thing remains constant: our continuing focus on improving service to our customers. Our corporate mission says it all: *To consistently deliver a high-quality, safe, on-time rail passenger service that exceeds customer expectations.* Part of delivering high-quality service is knowing what our jobs are and what is expected of us.

At today's Amtrak, we must focus not only on how we treat our customers, but also on how we treat each other. For that reason, I have supported an effort that began shortly after I joined the company last December – rewriting the *Rules of Conduct.* This task, undertaken by a group of employees, has recently resulted in a new document, *Amtrak Standards of Excellence,* that represents a giant leap forward from the old, essentially negative prohibitions ("thou shalt not"), to a more positive approach that fosters an environment of mutual respect and support.

Some employees may think that this is not the time to introduce these new *Standards of Excellence,* that we have many other things to focus on for now. Others may believe that an environment of mutual respect and support is difficult—if not virtually impossible—to achieve at Amtrak. However, if we are to accomplish the goals we have set for ourselves, this is the kind of environment that must exist, and our standards provide an excellent framework for today's Amtrak.

Beginning January 1, 1995, all Amtrak employees will be expected to ensure that their behavior is consistent with these standards. Accordingly, you should read the *Standards of Excellence* and sign a statement at the end of the booklet acknowledging you have received it and committing yourself to following its requirements. After you have signed it, please return the receipt to your supervisor.

Also included in the booklet is a pledge of support for Amtrak's mission, goals and corporate values. I am asking you to sign this statement, too, and keep it as a reminder of your commitment to teamwork and customer service.

Rather than setting forth "more rules to follow," the *Amtrak Standards of Excellence* is a tool for helping us develop the kind of professional, customer-service attitude we will need to achieve our corporate mission. I'm depending on each of you to make this commitment a personal one.

Sincerely,

Thomas M. Downs
President

1

# KEY CORPORATE GOALS

Amtrak's six key corporate goals, listed below, guide our efforts
as we work to achieve our mission:

*Be recognized as the best passenger railroad in the world*

*Improve customer satisfaction*

*Foster employee involvement and commitment*

*Achieve safety excellence*

*Improve financial performance*

*Improve the quality of our products and services*

# AMTRAK VALUES

The following values are the foundation for the way we do business.

**Customer Focus**
The customer is the key to our prosperity and survival, and in everything we do, we will continuously strive to understand and exceed our internal and external customers' needs.

**Continuous Improvement**
The continuous improvement of the quality of our work processes is a never-ending journey.

**Teamwork**
Employees working together to continuously improve the quality of service we provide to our customers will become a way of life. At the same time, individual initiative will be valued and recognized.

**Employee Involvement**
We value and respect each others' contributions and will continuously strive to foster an environment which will encourage and support the personal growth and job satisfaction of us all.

**Safety**
The safety of our passengers, our employees, the public, and our operating environment is our highest priority.

**Integrity**
We will always tell the truth. We will comply with the spirit and letter of laws, practice high ethical standards of conduct, be socially and environmentally responsible and strive to earn and maintain the trust and respect of our employees and the public.

**Employee Development**
We will continuously seek to provide the resources, equipment and training that will enhance our growth and provide better and continued job opportunities for our employees.

**Innovation**
We will encourage and support innovative approaches to our work that satisfy our customers' needs, improve the various aspects of our operations, and enhance the lives of our co-workers.

**Goodwill**
We value humor and perspective. They keep us in balance.

3

# WHAT AMTRAK EXPECTS OF YOU

At Amtrak, we are proud of the contributions we make to the transportation industry and to the traveling public. Just as we have developed a mission, goals and values to guide us in our business, we have also developed standards of excellence, as explained in this booklet, to let everyone know what is expected of them. All employees — both agreement-covered and management, should be familiar with and follow these standards. Together with our corporate values, they help ensure mutual respect among Amtrak employees and fair and consistent treatment for all.

Please read this information carefully so you will understand what is expected of you. At the end of the booklet is a form for you to sign acknowledging that you have received a copy of the booklet. That form will be retained in your personnel file. The other form at the end of this booklet, which you keep, is equally important: It is a personal pledge of support for Amtrak's mission, to the safety of our operations, and to providing the best possible service to our customers.

In addition to these standards of excellence, rules specific to your job may also have been developed by your own department. You should ask your supervisor whether any such rules have been issued. If so, it is your responsibility to obtain and be governed by them.

*You should understand that failure to follow the standards of excellence outlined in this booklet—as well as the rules specific to your particular job—will result in appropriate corrective or disciplinary action up to and including dismissal.*

If you have any questions about the contents of this booklet, please see your supervisor or manager.

# SAFETY

Amtrak's highest priority is the safety and well being of our employees and customers. Your help is essential to achieving that goal. You can begin by being sure that you understand and comply with all safety requirements related to your position. In many instances, it may be just a matter of using plain common sense.

Be aware of your work area and what you can do to ensure your own safety as well as the safety of others:

- ■ Familiarize yourself with and obey safety guidelines pertinent to your department or craft. They contain wisdom gained from the experience of others who have come before you.

- ■ Practice "good housekeeping" in your work area. Clean up spills, trash and other hazards as soon as they happen.

- ■ Develop safe work habits and assist fellow employees in doing likewise. Report unsafe conditions to your immediate supervisor as quickly as possible. Alert fellow employees to any danger and, if necessary, take corrective action to prevent accidents or injuries.

- ■ Use only company-approved or company-furnished tools and equipment. Safety glasses, aprons, gloves, hardhats, etc., are provided for your protection; use them when required.

- ■ Firearms, explosives, knives or other weapons must not be in your possession unless authorized.

- ■ Learn the emergency evacuation plan and security regulations in your area. Know how to protect yourself, your fellow workers and the public in the event of a fire, accident or natural disaster.

- ■ Immediately report to your supervisor all injuries and illnesses that occur—to you, a fellow employee or the general public—while you are performing your duties or on Amtrak property.

To comply with legal obligations, Amtrak must be informed of injuries to **all** people that occur on Amtrak property. Although supervisors are responsible for the actual "reporting" of the event to Central Reporting, you must immediately report to someone in authority any job-related injuries or injuries that occur on Amtrak property to ensure that necessary medical attention is provided. Additionally, if you sustain off-duty injuries that may affect your ability to perform your duties safely, you must notify your supervisor.

*Working safely is required of all employees, regardless of position.*

# TRUST AND HONESTY

Every productive employment relationship requires that the employee and his/her employer trust one another. So it is at Amtrak. When you become part of our company, we place our trust in you. In turn, you must conduct yourself honestly and in a way that reflects credit upon Amtrak.

*Because honesty is so important to trust and our ability to work together as a team, Amtrak has no tolerance for employees who are dishonest.*

Specifically, none of us has the right to use or take for our personal gain any funds, property or services belonging to the company, our coworkers or our customers. Remember that taking anything that is not yours, no matter how small the value, is stealing and, therefore, dishonest.

All of us have a stake in keeping our company financially viable. Our jobs depend on it! Therefore, we have a responsibility to use and account for Amtrak funds, property and services—including our rail travel privleges—with care and economy and to protect them from abuse. Damaging or wasting company property or the property of fellow workers harms us all and will not be tolerated.

Since all of us share this commitment to honesty, we expect you to report any behavior that is inconsistent with it.

# DISCRIMINATION

Amtrak will continue to be a leader in providing equal opportunity for employees in a work environment free of discrimination and harassment. As a matter of policy, we manage this company and administer our programs without regard to race, color, religion, sex, national origin, age, disability, sexual orientation or veteran's status and in conformance with all applicable federal, state and local laws.

Therefore, we will not tolerate discrimination or harassment *of any kind* by our employees toward our customers or coworkers, including but not limited to racial, ethnic, religious or sexual slurs, whether written or spoken.

6

# ATTENDING TO DUTIES

Amtrak's success depends on using all available resources in the most efficient and productive way possible. As an Amtrak employee and, therefore, the company's most important resource, you have an obligation to perform your duties properly and in accordance with the standards set for your particular job. This requires that you remain alert to your duties at all times. Any activity or behavior that distracts or prevents you or others from attending to duties is unacceptable.

It is also important for all of us to report to work on time and perform our duties during our assigned hours. If you know you are going to be late for work, or if you are going to be absent altogether, inform your supervisor as much ahead of time as possible. Furthermore, some departments have established attendance requirements that apply specifically to employees at certain locations or in certain jobs. Be sure to ask your supervisor whether any such requirements apply to you.

# COMMUNICATIONS AND INFORMATION

Our communication systems are a vital link to our customers and coworkers, and we need you to do your part in keeping them open and accessible. They should be used for company business only, except in the case of an emergency.

It is most important that you provide the company an effective means of contacting you while you are away from work. Therefore, it is your responsibility to notify Amtrak's Personnel Department promptly of any change in your mailing address, telephone number or other means of contact.

At some point in your Amtrak career, you may have reason to work with information that is sensitive or confidential. Examples of such sensitive information would include information that could cause Amtrak financial loss, disruption of business, public embarrassment, or the loss of an employee's privacy. Should you find yourself in this situation, it is essential that you make a special effort to protect this confidential information from disclosure to individuals lacking authorization to know it.

# PROFESSIONAL AND PERSONAL CONDUCT

Projecting a professional image is important in a customer-service business like ours. We make an impression by the way we look, the way we act and the way we treat our customers and each other.

## Teamwork

Being polite to each other is one of the basics of teamwork, so it is important that we all are considerate and respectful of each other. Part of teamwork is properly performing your duties. Another part is following instructions. Therefore, you must comply with all company and departmental policies, procedures and rules as well as all instructions, directions and orders from supervisors and managers.

The only exception to the above requirement arises when compliance with a particular instruction would cause a clear, immediate danger to you, your fellow employees, our customers, the public or company property.

## Conduct

On the Amtrak team, there is no place for activities or behaviors that compromise the safety, satisfaction and well-being of our customers, the public or our fellow employees. Therefore, boisterous conduct such as fighting, rudeness, assault, intimidation, horseplay and using profane or vulgar language is unacceptable. It is important to remain calm and be courteous to all customers, even those who may be difficult at times.

## Conduct while on business or personal travel

While on Amtrak business or personal travel using our rail travel privileges, it is important to make a good impression on our fellow travelers. After all, you are a representative of Amtrak. You and members of your family traveling on a free or reduced-rate basis should act and dress in a manner that will not be objectionable to other passengers. You should also be careful not to hinder other Amtrak employees from properly performing their duties.

## Appearance

For those employees who serve customers directly, the way we look identifies us to them. We want them to know who we are and feel comfortable approaching us for help. We must be neat and clean in our appearance, following the dress and grooming standards established for our own work areas or departments.

## Gratuities

At Amtrak, we provide professional-quality service without expecting gratuities. Employees must never ask for—or solicit in any way—any type of tip or gratuity from customers or vendors.

8

**Use of Tobacco**

In consideration of the health and comfort of our customers and employees, Amtrak supports a smoke-free environment. This means smoking is not permitted inside most Amtrak facilities—for example, in our offices, shops, vehicles, certain stations and aboard certain trains. Employees should be guided by specific local or departmental policies on the subject.

*If you smoke and would like to "kick the habit," help is available. Call your Employee Assistance Program (EAP) office, nearest Amtrak Nurse's office or local Personnel office to obtain information on smoking cessation programs.*

# ALCOHOL AND DRUGS

By its very nature, railroading is a constantly demanding and sometimes dangerous industry. Employees with alcohol or drugs in their systems can undermine workplace productivity and pose an unacceptable risk to the safety of passengers, fellow workers and themselves.

As a result, Amtrak's policy on alcohol and drugs is very strict: *While on Amtrak property, employees must be drug- and alcohol-free. Both the use and possession of these substances are inconsistent with this policy.*

An exception to this requirement may arise when a physician has prescribed medication for an employee's use. To comply with Amtrak's policy, the medication must be taken in accordance with the physician's instructions and must not interfere with the safe performance of the employee's job. Because even over-the-counter medications (antihistamines, cough medicines, pain killers, etc.) may affect fitness for work, employees should check with their physicians to determine effects on their alertness, coordination and reactions.

*In any case, you must notify your supervisor if you are taking medication—either prescribed or over-the-counter—that could interfere with the safe performance of your job.*

You should understand that we enforce this policy through both drug and alcohol testing. More information on testing can be found in Amtrak's Drug and Alcohol Policy, a copy of which can be obtained from your local Personnel office.

*If you think you may have a problem with alcohol or drugs and would like help, call your Employee Assistance Program (EAP) office, Division Nurse's office. local Personnel office, or local RedBlock representative for assistance.*