# Amtrak  EMPLOYEE INJURY/ILLNESS REPORT
*(To be completed by the supervisor of injured person)*

## Incident Information:

| 1. Incident Date | Incident Time | | 2. Res/Cen: | 3. Specific Incident location: (i.e. #6 Track etc.) |
|---|---|---|---|---|
| 5/10/2004 | 07:20 | ☒ AM ☐ PM | 3119 | Lunch Room, High Speed Rail Facility |

| 4. City: | 5. State: | 6. County: | 7. Nearest Amtrak Station: | 8. Mile Post: |
|---|---|---|---|---|
| Washington | DC | | Union Station | |

## Injured Person Information:

9. FRA Class of Person: ☒ A= Amtrak employee on duty    ☐ B= Amtrak employee not on duty

| 10. Injured Persons SBU/Commuter Agency: | 11. Injured Persons Division: | 12. Injured Persons Product Line: | 13. Injured Persons Dept: |
|---|---|---|---|
| ☒ NEC ☐ INT ☐ Commuter Agency (name) ☐ WST ☐ COR | MAD | | HSR |

| 14. Last Name: | 15. First Name: | 16. MI: | 17. Injured Persons SSN: |
|---|---|---|---|
| CHAMBLISS SR | JERRY | | 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 |

| 18. Home Address: | 19. City: | 20. State: | 21. Zip: |
|---|---|---|---|
| 1 TRESTLE WOOD COURT | RANDALLSTOWN | MD | 21133 |

| 22. Home Phone Number: | 23. Date of Birth: | 24. Gender | 25. Rest Days | 26. Work Order No: |
|---|---|---|---|---|
| (410) 496-4202 | / / | ☒ Male ☐ Female | ☐ Su ☐ Mo ☐ Tu ☐ We ☐ Th ☒ Fr ☒ Sa | |

| 27. Occupation | 28. Was employee working Extra Board? | 29. Employee's Tour Start Time: | 30. Employee's Sched. Tour End Time: |
|---|---|---|---|
| HSR SMW TECH | ☐ Yes ☒ No | 07:00 ☒ AM ☐ PM | 03:00 ☐ AM ☒ PM |

## Description of Injury/Illness:

**31. What task does the injured person say he/she was performing when they became injured or ill? (i.e. Cleaning Coach)**
Mr. Chambliss claims to have been sitting at the end of the table away from the Foreman during a Safety Brief.

**32. How does the injured person say the injury/illness occurred? (i.e. Tripped over loose carpet)**
Injury occurred from being hit in the face with a Safety Book.

**33. What object or substance does the injured person say caused the injury/illness? (i.e. Loose carpet)**
NRPC 1905 Safety Rules and Instruction Booklet.

**34. What injury/illness does the injured person report? (i.e. Bruised knee and sprained wrist)**
Pain to his nose and general face area.

| 35. Train number (if applicable) | 36. Locomotive/Car Number (if applicable) | 37. Was a Drug/Alcohol Test Performed? | |
|---|---|---|---|
| | | ☐ Yes | ☒ No |

## Treating or Medical Facility/Provider:

| 38. Did the injured person decline first aid and/or medical treatment? | 39. Was injured person taken to a Medical Facility? If so, PRINT name of accompanying supervisor: |
|---|---|
| ☒ Yes ☐ No | ☐ Yes ☒ No    Printed Name: |

| 40. Name of Treating or Medical Facility/Provider: | 41. Telephone number of Treating or Medical Facility Provider: ( ) - |
|---|---|

## Point of Contact Information:

| 42. SSN of person completing form: | 43. Printed name of person completing form: | 44. Title of person completing form: |
|---|---|---|
| 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 | Joseph C. Allione, Jr. | QA Inspector, HSR |

| 45. Phone number of person completing form: | 46. Date/Time Event was Reported: | | 47. Date/Time form Completed: | |
|---|---|---|---|---|
| (202) 906-2845 | 6/14/2004 10:00 | ☒ AM ☐ PM | 6/14/2004 02:05 | ☐ AM ☒ PM |

**48. Supervisors Name:**
Steven Snyder, Foreman II, HSR

NRPC 260 (11/01) Word Template Page 1

EXHIBIT #19
Chambliss
DEFENDANT'S EXHIBIT
I