Amtrak/Chambliss578

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>120-2004-05310 |

D.C. Office Of Human Rights — State or local Agency, if any — and EEOC

**Name:** Mr. Jerry K. Chambliss
**Home Phone No.:** (410) 496-4202
**Date of Birth:**
**Street Address:** 1 Trestlewood Court
**City, State and ZIP Code:** Randallstown, MD 21133

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** AMTRAK
**No. Employees, Members:** 500 or More
**Phone No.:** (202) 906-1536
**Street Address:** 1401 W Street, N.E.
**City, State and ZIP Code:** Washington, DC 20018

**DISCRIMINATION BASED ON:** ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER

**DATE(S) DISCRIMINATION TOOK PLACE:** Earliest 08-13-2004  Latest 08-13-2004
☐ CONTINUING ACTION

**THE PARTICULARS ARE:**

began working as a coach cleaner for Amtrak in November 1989. I became a high speed rail pipefitter technician in January 2000.

Amtrak terminated my employment on August 13, 2004. The company has not terminated the employment of similarly situated white employees. I believe that Amtrak fired me because of my race (black) and that the company excessively disciplines black employees.

I believe that I have been discriminated against because of my race (black) and retaliated against because of my protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended.

EXHIBIT #14
Chambliss

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 6-15-05
Charging Party Signature: Jerry K Chambliss

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME (month, day, year)

DEFENDANT'S EXHIBIT K