IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY K. CHAMBLISS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05CV02490-CKK |

## ORDER

Upon review of Defendants National Railroad Passenger Corporation and Steven Snyder's Motion for Summary Judgment, and all papers submitted in support of this Motion, and Plaintiff Jerry K. Chambliss' Opposition thereto and all papers submitted in support of this Opposition, and the Court being fully advised in the Premises,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and

IT IS FURTHER ORDERED that the Complaint is dismissed with prejudice.

_____
Judge Colleen Kollar-Kotelly

Dated: _____