IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY K. CHAMBLISS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05CV02490-CKK |

REPLY MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants National Railroad Passenger Corporation ("Amtrak") and Steven Snyder filed a Motion for Summary Judgment on July 7, 2006. According to the Court's Scheduling and Procedures Order, dated June 5, 2006, plaintiff Jerry K. Chambliss' opposition was due on or before July 28, 2006. However, Chambliss failed to meet this deadline. In fact, plaintiff has failed to file any response to defendants' motion or any explanation for his failure to abide by the Court's Order.

Plaintiff should face substantial consequences for his decision not to file a timely opposition. The Court's Scheduling and Procedures Order expressly provides that "[t]he Court assumes facts identified by the moving party in its statement of material facts are admitted, unless such a fact is controverted in the statement of genuine issues filed in opposition to the motion." Scheduling and Procedures Order, June 5, 2006, *citing* Local CLCvR 7(h), 56.1. Because plaintiff has failed to respond to the Motion for Summary Judgment in a timely manner, the Court should treat this motion as conceded.

As a result, the Court should grant summary judgment in defendants' favor and dismiss plaintiff's claims with prejudice. Defendants filed a proper motion, demonstrating with support from Chambliss' deposition and other record evidence that all five counts in the complaint fail as a matter of law. The undisputed facts establish that Amtrak disciplined Chambliss for legitimate, business-related reasons and that his claims are time-barred or otherwise legally defective. Summary judgment, therefore, is appropriate on all of the counts in Chambliss' complaint. Fed. R. Civ. P. 56; *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247 (1986); *Williams v. Verizon Washington DC, Inc.*, 266 F. Supp.2d 107, 115 (D.D.C 2003).

## CONCLUSION

There are no material issues of fact in dispute in this case. Plaintiff has conceded the arguments raised in defendants' summary judgment motion by failing to file an opposition in compliance with the Court's June 5, 2006 Scheduling and Procedures Order. The Court should grant defendants' now unopposed Motion for Summary Judgment and dismiss plaintiff's claims with prejudice.

Dated: July 31, 2006                              Respectfully submitted,

                                                  KRUCHKO & FRIES

                                                  By: _____
                                                      John G. Kruchko

                                                  _____
                                                  Keith Fischler
                                                  D.C. Bar No. 377601

OF COUNSEL:                                       Counsel for Defendants
                                                  National Railroad Passenger
KRUCHKO & FRIES                                   Corporation and Steven Snyder
1750 Tysons Blvd., Suite 560
McLean, VA 22102
(703) 734-0554