ATTACHMENTS
APPENDIX

1. DOCUMENTS PLAINTIFF'S NOTICE TO THE DEFENDANT CONCERNING DISCRIMINATION
INCLUDING EEOC DOCUMENTS.  2-- 24

2 PORTIONS OF CHAMBLISS PERSONNEL FILE 24-33

3.  MEDICAL RECORDS OF DR. JEFFREY D. GABOR AND ASSOCIATES 34-39

4. EVIDENCE THAT PLAINTIFF FILE CRIMINAL CHARGES 40-43

5. PORTION OF STEVEN SNYDER'S PERSONNEL FILE 44-95

6.  DEPOSITION TESTIMONY OF DENNIS SMITH 96-125

7.  DEPOSITION OF DORIA W..  WASHINGTON . 157-167

8.  DEPOSITION OF DAWN MARCELLE 137-147

9.  DEPOSITION OF HARRY CHARLUS 148-156

10..  PORTIONS OF TRANSCRIPT FROM HEARING CONCERNING PLAINTIFF'S DISMISSAL 168-199

11.  DEPOSITION TESTIMONY OF CARLOS OF ALVARADO 126-136

12. DEPOSITION OF BELO