IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jerry K. Chambliss,

    Plaintiff

V.                                              Civil Action: 1: 05cv2490-CKK

National Railroad Passenger Corporation

And
 Steven Snyder

    Defendants

## PLAINTIFF'S NOTICE OF ERATTA

Plaintiff, Jerry K. Chambliss, files this notice of the rate, for that:

1.     While filing documents in this case in response to the defendants' motion for summary judgment, certain errors were made during the filing of the response and documents.

2.     Plaintiffs memorandum in opposition to the defendants' motion for summary judgment was and filed twice, and, it contained a rough draft of the plaintiff statement of facts not in dispute that contain numerous grammatical errors.

3.     The attachments in support of the plaintiff's answer to the defendants' motion for summary judgment did not transfer to the court.  The appendix or attachment contained in excess of 100 pages.

4.     The attachments were scanned in separate volumes due to the number of pages involved.

5.     The docket entries involved includes docket entries 18, and 19.

6. Plaintiffs herewith pursuant to instructions of the clerk of the court with regard to E-Filing hereby refile the attachments and Plaintiff's Statement of Facts not in dispute, (corrected) documents contained at docket entries.

7. Pursuant the Local Rule Plaintiff also file a Statement In Response to Defendants' Statement of Facts Not In Dispute.

Norris C. Ramsey<br>
2122 Maryland Ave<br>
Baltimore, Maryland 21218<br>
Maryland Trial Bar No.01453<br>
Attorney for Plaintiff