IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

COLUMBIA

JERRY CHAMBLISS

     Plaintiff

v.                                                    Case No. 105cv02490

National Railroad Passenger

Corporation, Et Al.

     Defendant

PLAINTIFF'S ERATTA WITH REGARD TO FILING OF ATTACHMENTS WERE TOO LARGE TO BE ACCEPTED BY THE ELECTRONIC MAILING SYSTEM 17, WITH REGARD TO DOCKET ENTRIES 18, 19, and 20

     Plaintiff by the undersigned attorney files   these errata, for that:

1.    On July 31,200, August 1, 2006, and several other occasions including August 20,2006, Plaintiff attempted to file attachments to his opposition to defendants' motion for summary judgment which had not been completely transmitted to the court the at the electronic filing system. See docket entry 17 and 19.

2.    Upon discussion with the clerk of the court concerning the electronic filing, it was learned that the attachments were too large to be transmitted via the electronic filing system.

3.    Using the same commercial service, Kinko's, the plaintiff had the files reduced to seven files from, 3. See docket entry 18.

                       Respectfully Submitted,

Norris C. Ramsey

4105 Springdale Ave.

Baltimore, Maryland 212 07

410-448-1996

Trial Bar Number 01453