1. DOCUMENTS PLAINTIFF'S NOTICE TO THE DEFENDANT CONCERNING DISCRIMINATION INCLUDING EEOC DOCUMENTS.



06/09 '03 10:43 NO.232  03/04



Jerry K. Chambliss
I Trestle Wood Ct.
Randallstown MD 21133

National Railroad Passenger Corporation
Business Diversity Department
Dispute Resolution Office
60 Massachusetts Ave, NE
Washington DC 2002

Dear Sir or Madam:

    I am writing this letter to detail the events that support my case of discriminatory harassment against the Amtrak and NEC management staff at the High Speed Rail Facility.

    On February 7, 2003 I became injured after taking a fall in my driveway on a patch of ice. I was diagnosed with a sprained ankle and used my vacation time to recuperate from my injury to avoid discipline under Amtrak's absenteeism policy. I was seen by my doctor on 2/13/03 during my vacation and was given a return to duty slip for 03/13/03. Although I was granted the vacation time, Jeff Mead and Frank Christello decided to suspend my vacation on 2/16/03 and 2/17/03 to disqualify me for my President's Day holiday pay. I returned to duty on 3/14/03 and discovered that I was still in pain and not fully recovered from my injury.

    I informed Frank Christello and Mike McClean that I was not at 100% performance, my return to duty slip had expired and my doctor was out of the country, which prevented me from getting an extension. I was told that I may not be able to work at less than 100% and that I would be notified of a final decision. I continued to work as much as my injury would allow until a decision was made. However, I was never informed with a decision.

    Once my doctor returned to the country I had an MRI on 4/2/03. I received the results on 4/17/03 which revealed a cyst in the ankle that would require surgery if it did not respond to cortisone therapy. I received the cortisone shot that day after leaving work early for this appointment. I reported to duty on 4/19/03 and was sent home by Mike McClean and Bill Vullo for not being at 100% performance. Subsequently, the 17 minutes I had reported to work were taken from me, which disqualified me for the Good Friday holiday pay.

    On 4/28/03 I was called into Dino Giurfa's office to discuss my attendance. I was told that I would be given 3 days over my head, and that doctor's appointments and treatments were not excused absences. If I had a problem, I should have stayed home for the entire duration of my disability. I explained that I was required to report to duty on

3

the days not covered by my doctor's note. I was threatened with suspension and extreme disciplinary action if I did not sign a waiver of my rights in this case.

During the course of this meeting I inquired on the proper procedure to be excused for pending doctor's appointments and possible surgery. I was told that permission could be granted. However, Bill Vullo told me that there was no such policy on permission. The NEC and Amtrak supervisors argued this point in my presence, but no resolution was reached. I returned to Mr. Giurfa at a later date to get an answer to this question and thought it prudent to bring union representation. It was then that Mr. Giurfa proceeded to verbally assault me. I informed Mr. Giurfa that his tone and manner was unprofessional and unacceptable. His reply was that I should file a grievance if I was unhappy.

At this point I am extremely concerned about my future at Amtrak based on the fact that my injury is not recovered and surgery may be inevitable. I feel that I have been harassed, treated rudely, unprofessionally and with extreme prejudice throughout this entire ordeal. I find this administration of Amtrak's absenteeism policy is unlawful in light of the FMLA act of 1993.

Thank You,

Jerry K. Chambliss

Cc:
U.S. Department of Labor
Guy M Albertini, LLP
Richard P. Branson
Kelly Blair



5



# Display Organizational Assig (Infotype 0001)

HR master data   Edit   Goto   Environment   System   Help

Org.Mgmt env.

**PersNo  00009533          04        MR JERRY K CHAMBLISS SR**

**Mid-Atlantic Dv/DC Non-HQ Inactive**
**SMWIA                      Hourly Full-Time      SSN    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**

From    05/24/2003 — 12/31/9999          Chngd  06/10/2003    JACKSOG

**Enterprise structure**

CoCode    | **NRPC** Nat'l Railroad Pass. Corp
Pers.area | **EA03** Mid-Atlantic Dv/DC Non-HQ Dist   Subarea   **0025** SMWIA
Cost ctr. | **3119**        HSR START-UP MECH. W

**Personnel structure**

EE group    | **1** Active                      Payr.area   **04**  Weekly (Wed-Tues) Th
EESubgroup  | **01** Hourly Full-Time

**Organizational structure**

Position   | **00309533** SHEETMETAL WORKER MECHA  Org.key   **IUV CITY WTM77**
Job key    | **00200389** Sheetmetal Worker B
Exempt     | **N**   Percentage  **100.00**   Time
Org. unit  | **00403598** NEC Mechanical HSR Mechan   Payroll

Start   M.   55   2:28 PM



Amtrak/Chambliss1499

NATIONAL RAILROAD PASSENGER CORPORATION

1401 "W" Street, NE, Washington, DC 20018

# NORTHEAST CORRIDOR
### High Speed Rail Mechanical Operations



July 15, 2005                    FedEx No.: 7905 7854 6449

Mr. Jerry Chambliss
1 Trestle Wood Court
Randallstown, MD  21133            Subject: Return to Work

Dear Mr. Chambliss:

I have been informed by Amtrak Labor Relations that the Arbitrator considering your case has decided to return you to work with no back pay.

You are, therefore, directed to report to the Concentra Medical Center, 4451-G Parliament Avenue, Lanham, MD  20706 (301) 459-9113 on or before Friday, July 22, 2005 to submit to a return to service physical examination and company drug screen. An authorization for Examination or Treatment is enclosed to submit to Concentra.  This medical facility takes walk in appointments so a scheduled appointment is not required.

Once it is determined that you successfully passed these examinations, you will be instructed to return to active service with Amtrak.

If you have any questions related to this matter, I may be contacted by cell phone at 410-458-1930.

Sincerely,

Dino Giurfa
Assistant Superintendent
High Speed Rail Mechanical Operations

Copy: Labor Relations, NeC-MSC, Medical Services

Amtrak/Chambliss1190

Amtrak/Chambliss849

**Atkinson, Glenda**

---

**From:** Coleman, Lisa A.
**Sent:** Thursday, June 17, 2004 1:32 PM
**To:** Atkinson, Glenda
**Subject:** RE: Chambliss case

Yes, refer the case to Ted.

-----Original Message-----
**From:** Atkinson, Glenda
**Sent:** Thursday, June 17, 2004 1:04 PM
**To:** Coleman, Lisa A.
**Subject:** Chambliss case

**For Reader's Eyes Only --- CONFIDENTIAL --- Please Do Not Forward**

I spoke w/ Dino a few days ago and he told me that the Co. has received a letter from an attorney representing Chambliss. Chambliss is the HSR employee who got hit in the face w/ a book during a safety mtg. He is now claiming that he was injured as a result of the incident. Since he has legal representation, can we transfer this case to the law dept. ? The basis of his DRO complaint is that the incident was not treated seriously by Dino and that if the supervisor who threw the book had been African American, the situation would have been handled much differently. Chambliss is African American.

Dino told me that he plans to charge Chambliss for late reporting of an injury. Chambliss marked off sick- not injured - after the incident and no one knew about the "injury" until the Co. got a letter from his attorney.

**The information contained in this e-mail message is confidential and intended for your eyes only. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately by e-mail, and delete the original message.**

6/22  TC w/ Dino

• in addition to being charged w/ late reporting of an injury Chambliss will also be charged w/ false reporting of an injury and "accident prone ness"
• Greg Temple is handling Chambliss' injury claim

6/23  TC w/ Paris Davis - Reed
    • Chambliss' injury claim has been assigned to her
    ◦ Chambliss is represented by an attorney

06/18/2004

NATIONAL RAILROAD PASSENGER CORPORATION

60 Massachusetts Avenue NE, #2E-127, Washington DC  20002
tel 202 906.3235  fax 202 906.2261
ATS 777-3235

# Memo



| | | | |
|---|---|---|---|
| **Date** | June 22, 2004 | **From** | Glenda Atkinson, Intake Coordinator |
| **To** | Ted Campbell | **Department** | Business Diversity, DRO |
| | | **Subject** | referral of employee complaint |
| | | **cc** | Dawn Marcelle, DRO |

CONFIDENTIAL

**Message**

On June 9, 2004, Jerry Chambliss, a High Speed Rail Pipefitter, contacted the Dispute Resolution Office (DRO) of Amtrak's Business Diversity Department to report an incident that occurred on May 10, 2004. Mr. Chambliss (African American) alleged that ARASA Supervisor Steve Snyder (White) struck him in the face with a book after a Safety Meeting in the lunchroom of the High Speed Rail facility. He also claimed that Dino Giurfa, Assistant Superintendent, did not take the incident seriously and that Mr. Snyder was allowed to continue working that day. Mr. Chambliss told the DRO that Mr. Snyder had not been disciplined for his alleged misconduct. While he did not say that he believed the incident was racially motivated, Mr. Chambliss told the DRO that he believed if Mr. Snyder had been African American, he would have been taken out of service immediately and asked to leave the property. Mr. Chambliss also said that Mr. Snyder had had problems with African American employees in the past.

On June 14, 2004, Mr. Giurfa informed me that the company had been contacted by an attorney representing Mr. Chambliss. The DRO does not have a copy of the letter written by Mr. Chambliss' attorney; however, I confirmed with Paris Davis-Reed of the Claims Department that Mr. Chambliss does have an attorney and that he (Mr. Chambliss) is claiming he was injured in the incident with Mr. Snyder. Since Mr. Chambliss is represented by legal counsel, the DRO is forwarding this matter to you for further handling. I am enclosing a copy of the DRO investigation file. I have informed Mr. Chambliss that his complaint has been referred to the EEO Compliance Unit in accordance with Amtrak policy.

If you have any questions, please feel free to contact me at ATS 777-3235.

6/14 TC w/ Dino Giurfa

- when Dino learned of incident between Chambliss
+ Snyder, he went to Vern Miller in Labor Relations
- Vern told Dino that the incident didn't meet
the criteria for workplace violence because Snyder
threw the book at Chambliss as a "joke"
- Vern recommended a written reprimand, but Dino
wanted something harsher ⇒ 2 days on the street
- on 5/17, Snyder received a NOI
- on 5/19, he signed a waiver and was assessed a
2-day suspension
- according to Dino, NEC-MSC will designate the
days Snyder takes, per operational requirements
- Snyder apologized to Chambliss, Dino has never
had a problem w/ Snyder, but he has "poor
judgment". Snyder is about to get a 5-day
suspension for "blowing the line".
- Chambliss marked off sick after the incident w/
Snyder
- the company has received a letter from an attorney
representing Chambliss, alleging that Chambliss
was injured + asking for damages
- Chambliss did not report that he had been injured
by Snyder; after the incident, he said he was OK
- after learning about the atty letter, Joe Allione
asked Chambliss if he had been injured + he said "yes"
- Dino will charge Chambliss w/ late reporting of
an injury.

10

Amtrak/Chambliss859

Case Manager Intake Form

❑ Date of intake:

6 | 9 | 04

❑ Complaint filed:
   ❑ in person
   ✗ by telephone
   ❑ in writing
   ❑ by email

❑ Name of person filing complaint:

Jerry Chambliss

❑ Complainant's home address:

1 Trestle Wood Court
Randallstown, MD 21133

❑ Complainant's home telephone number:

410-496-4202 ( home)
410-736-2799 (cell)

❑ Complainant's job title and work department:

Pipefitter, Mechanical Dept. (HSR)

❑ Complainant's work location:

Ivy City, Washington DC

❑ Complainant's work telephone number (if available):

n|a

11

Amtrak/Chambliss860

▢ Complainant's work schedule and best time to reach Complainant by
   telephone:

   *6 a.m. — 2 p.m.  Su — Th*

▢ Is Complainant:
   ☒ an agreement-covered employee; or
   ▢ management employee?

   If agreement-covered, which union?

   *SMWIA*

Individual (name and job title) against whom allegations initiated:

*Steve Snyder , ARASA Supervisor*
*Dino Gierka , Asst. Superintendant*

Nature of allegations: Give brief summary and attach intake notes.

*Chambliss (A-A) was hit in the face w/ a book*
*thrown by Snyder (White). He was allowed to continue*
*working after Chambliss reported the incident to Dino.*
*Dino didn't take the incident seriously. If Snyder*
*had been African American, he would have been taken out*
*of service & asked*
*to leave the property*

On what basis do you believe that you have been discriminated
against/harassed?

(Race)                  Color                    Sex/Gender

Religion                Age                      National Origin/Ethnicity

Disability              Veterans Status          Sexual Orientation

Retaliation             Harassment               Other (specify):

*12*

Amtrak/Chambliss861

❑ Dates and locations of alleged incidents:

5/10/04 — HSR lunchroom

❑ Have allegations been reported to anyone else?  If so, when and how?  What, if anything, has been done to remedy situation?

• 5/10/04 — Chambliss reported incident to union rep.

• Claims Dept. has received a lt. from Chambliss' atty asking for damages for "injury"

### For DRO's Purposes Only

Threshold Issues

Does the complaint allege that an action was taken for a prohibited reason?

 Yes              No

Is the Complainant eligible to file a complaint with DRO?  Is the Complainant:

 An employee              A former employee

An applicant

Is the complaint filed within 12 months of the date that the alleged discriminatory incident occurred?

Yes              No

13

Amtrak/Chambliss862

Does the complaint allege an adverse employment action?

Non-selection                    Termination                    Demotion

Denial of Promotion              Denial of Training

Other (specify):

Does complaint require further handling by DRO?
Yes          (No)    → he's represented by an attorney

Does complaint trigger consent decree provisions?  No.
    African American management employee/applicant for management position
    African American BMWE member (NEC)

Should complaint be referred to another Amtrak department?
(Yes)                        No

If yes, what department?
        EEO

## Additional Notes

Did Complainant submit any documentation?
Yes                    (No)

If yes, please attach.

/4

Has Complainant filed a previous complaint with DRO?

(Yes)                            No

If yes, state DRO case matter number.

2003 - 00291

Has Complainant filed an external complaint alleging similar issues?

(Yes)                            No

Name of Case Manager: *glenda Attkenson*
Date:  6|22|04

/ 5

Amtrak/Chambliss864

Amtrak/Chambliss865

6/9 TC w/ Jerry Chambliss      410-736-2799 (cell)
                              410-496-4202 (home)

- on 5/10, he was struck in the face w/ a book by ARASA Supervisor Steve Snyder
- the incident happened in the HSR lunchroom after the morning Safety Mtg.
- Snyder almost hit him w/ a tissue he (Snyder) was throwing into a trashcan. Chambliss asked, "Are you trying to hit me?" Snyder said something like, "This is trying to hit you" and then he threw the book
- Chambliss was hit on the bridge of his nose. When he got home, his face started to swell
- Chambliss called his union rep. after the incident on 5/10. According to Chambliss, his union rep. reported it to Dino & Dino "did nothing"
- Snyder was allowed to remain on the property & continue working.
- the incident happened @ 7 a.m., but no one talked to Chambliss or asked for a statement until 12:45
- if Snyder ~~was~~ had been African American, he ~~was~~ would have been taken out of service & asked to leave the property immediately
- there was a "lax attitude" about the incident
- Snyder still hasn't been punished for hitting him
- Chambliss' union rep. told him that Dino said the incident wasn't workplace violence because

16

②

Snyder threw the book as a joke
- Chambliss called the APD & filed a report w/
Officer Paz (incident # 0104009949)
- Chambliss has heard that Snyder has had problems
w/ African American employees on another Shift
- Snyder has been written up before

17

Amtrak/Chambliss866

NATIONAL RAILROAD PASS  'R CORPORATION
60 Massachusetts Avenue, NE, Washington, DC 20002



COPY

June 22, 2004

Mr. Jerry K. Chambliss
1 Trestlewood Court
Randallstown, MD 21133

Dear Mr. Chambliss:

On June 9, 2004, you contacted the Dispute Resolution Office (DRO) of Amtrak's Business Diversity Department to report an incident that occurred on May 10, 2004. Specifically, you alleged that ARASA Supervisor Steve Snyder struck you in the face with a book after a Safety Meeting in the lunchroom of the High Speed Rail facility. You also claimed that Dino Giurfa, Assistant Superintendent, did not take the incident seriously and that Mr. Snyder has not been disciplined for his alleged misconduct.

On June 14, 2004, the DRO learned that you are represented by an attorney. It is company policy that internal complaints are transferred to Amtrak's EEO Compliance Unit for investigation when the complainant is represented by an attorney. Accordingly, I am transferring your complaint to the EEO Compliance Unit, which will now have responsibility for looking into the allegations raised in your complaint.

You may be aware that there are various federal, state, and local laws that prohibit discrimination in the workplace. If you believe that you have been discriminated against, harassed, or retaliated against in the workplace because of your protected group status (race, color, national origin, sex, age, religion, disability, veteran status, sexual orientation, etc.), you have the right to file a complaint with the federal Equal Employment Opportunity Commission (EEOC) and/or a state or local fair employment practice agency even though you filed a complaint with Amtrak's DRO. If you are interested in filing a discrimination complaint with the EEOC (and/or other agency), you must do so within certain time limits. Generally, a complaint must be filed with the EEOC within 180 days of the date of the alleged discriminatory conduct. However, in states where there are state/local agencies with authority to deal with discrimination complaints you have 300 days from the date of the alleged discriminatory conduct in which to file complaint. These time limits must be met regardless of the fact that you filed an internal complaint with the DRO. If you are interested in filing such a complaint, you should consult your local telephone directory and contact the nearest EEOC Office for more details.

ambliss8

18

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 120-2004-05310 |

| D.C. Office Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.)<br>**Mr. Jerry K. Chambliss** | Home Phone No. (Incl Area Code)<br>**(410) 496-4202** | Date of Birth |
|---|---|---|

| Street Address<br>**1 Trestlewood Court** | City, State and ZIP Code<br>**Randallstown, MD 21133** | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**AMTRAK** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(202) 906-1536** |
|---|---|---|

| Street Address<br>**1401 W Street, N.E.** | City, State and ZIP Code<br>**Washington, DC 20018** | |
|---|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **08-13-2004** | **08-13-2004** |
| ☐ CONTINUING ACTION | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I began working as a coach cleaner for Amtrak in November 1989. I became a high speed rail pipefitter technician in January 2000.**

**Amtrak terminated my employment on August 13, 2004. The company has not terminated the employment of similarly situated white employees. I believe that Amtrak fired me because of my race (black) and that the company excessively disciplines black employees.**

**I believe that I have been discriminated against because of my race (black) and retaliated against because of my protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended.**

*20*

2005 JUN 2

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6-15-05<br>Date    *Jerry K Chambliss*<br>Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

Amtrak/Chambliss1184

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

*23*

| To: Mr. Jerry K. Chambliss<br>1 Trestlewood Court<br>Randallstown, MD 21133 | From: **Washington Field Office**<br>**1801 L Street, N.W.**<br>**Suite 100**<br>**Washington, DC 20507** |
|---|---|

| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR § 1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **120-2004-05310** | **Janet Stump,**<br>**Acting Enforcement Supervisor** | **(202) 419-0700** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Dana Hutter* (signature)

**Dana Hutter,**
**Director**

SEP 30 2005

*(Date Mailed)*

Enclosure(s)

cc: **Mr. Andrew McCallum**
**EEO Manager**
**AMTRAK**
**30th Street Station**
**Philadelphia, PA 19104**

*2 /*

Amtrak/Chambliss567

EOC FORM 131 (5/01)                **U. S. Equal Employment Opportunity Commission**

| | PERSON FILING CHARGE |
|---|---|
| **AMTRAK**<br>**1401 W Street, N.E.**<br>**Washington, DC 20018**     2005 FEB -7 AM 5: 41 | **Jerry K. Chambliss** |
| | THIS PERSON *(check one or both)* |
| | [X] Claims To Be Aggrieved |
| | [ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**120-2004-05310** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act       [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act       [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **28-JUL-05** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **08-JUL-05** to **John Woods, ADR Coordinator, at (202) 419-0727**
If you <u>DO NOT</u> wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| | |
|---|---|
| **Stanika K. Smith,**<br>**Investigator Support Asst**<br>_____<br>*EEOC Representative*<br>Telephone: **(202) 419-0743** | **Washington Field Office**<br>**1801 L Street, N.W.**<br>**Suite 100**<br>**Washington, DC 20507** |

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL OR**RECEIVED**   [ ] DISABILITY   [X] RETALIATION   [ ] OTHER

**Amtrak**

**See enclosed copy of charge of discrimination.**

JUL 1 3 2005

2005 - 00465

ALICIA M. SERFATY
GENERAL COUNSEL AND
CORPORATE SECRETARY

*22*

Amtrak/Chambliss819

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **Jun 28, 2005** | **Dana Hutter,**<br>**Acting Director** | *Dana R Hutter* |

## NOTE TO FILE 6/12/03:

Yolanda from Diversity phoned to say that Jerry Chambliss contacted their office claiming discrimination concerning his application for FMLA. Barbara Hancock explained that was incorrect and that she stands behind her decision.

23

Amtrak/Chambliss1500

# 2. PORTIONS OF CHAMBLISS PERSONNEL FILE

24

NATIONAL RAILROAD PASSENGER CORPORATION
1401 W Street NE, Washington, DC 20018

**AMTRAK**

## NOTICE OF INTENT TO IMPOSE DISCIPLINE MEETING

01-Jul-04                                                        HSR #    JC04.184.04

                                                                O.D.I. #

CHAMBLISS SR JERRY                                              HIGH SPEED SMW  TECH
1 TRESTLE WOOD COURT                                                        SMWIA
RANDALLSTOWN        MD 21133


You are hereby instructed to appear for an Intent to Impose Discipline meeting as indicated below:

    Date: **Thursday, July 08, 2004**
    Time: **9:00 AM**
    Place: Amtrak High Speed Rail Office
           2nd Floor
           1401 W Street, N.E.
           Washington, DC  20018

The purpose of this meeting is to develop the facts and determine your responsiblity, if any, in connection with the following charge(s) and specification(s):

**Charge:** Violation of Amtrak's Standards of Ecellence. Specifically, the section(s) pertaining to "Truth and Honesty" and "Integrity", read in part: "We will always tell the truth."

**Specifications:** While assigned as a pipefitter with High Speed Rail you allegedly claimed an injury sustained on May 10, 2004. When asked by supervision and Amtrak Police Dept. you claimed no injury at the time of the alleged incident.


You may produce any witnesses you so desire and you may be accompanied by a representative as provided for in your current governing bargaining agreement without expense to the National Railroad Passenger Corporation.

All requests for postponement of this investigation must be handled through the Amtrak High Speed Rail Office at (202) 906-2845 or by mail at the above mentioned address.

Sincerely,

Joseph C. Allione, Jr.
Manager, HSR


cc: Union Rep
    file

Received                                                        Date  7/2/04

                                                                Amtrak/Chambliss1886

NATIONAL RAILROAD PASSENGER CORPORATION
1401 "W" Street, NE Washington DC 20018

NORTHEAST CORRIDOR

High Speed Rail Mechanical Operations

## POSTPONEMENT

### NOTICE OF INTENT TO IMPOSE DISCIPLINE MEETING



HSR #      JC04.184.04

O.D.I. #

CHAMBLISS SR JERRY                                    HIGH SPEED SMW  TECH
1 TRESTLE WOOD COURT                                                      SMWIA
RANDALLSTOWN      MD 21133

By mutual agreement between your organization and Amtrak, your Intent to Impose Discipline meeting dated      **Thursday, July 08, 2004      9:00 AM**      has been postponed to      **Tuesday, July 13, 2004      9:00 AM**      at the same location.

Joseph C. Allione, Jr.
Manager, High Speed Rail
202-906-2845

cc:  file
     Union Representative

*26*

Received _____          Date __7/02/04__

Amtrak/Chambliss1887

**NORTHEAST CORRIDOR**
**MAINTENANCE SERVICES COMPANY**
PO Box 92500, Washington, DC 20090-2500 USA
Phone **(202) 906-2800** • Fax (202) 906-2844

May 03, 2002

Jerry,

I would like to **Thank You** for the time, and effort you put into making the Safety Committee Cookout a success, your efforts are **greatly appreciated**. A special gratitude goes out to you for lending us your time, and energy to purchase the necessary items. Keep up the good work, and stay safe.

Sincerely,

Jim Reinknecht
General Manager

27

Amtrak/Chambliss1272

**BOMBARDIER**   Limited Liability Company Owned by Alstom Transportation Inc. and Bombardier Corporation   

NATIONAL MEDIATION BOARD
PUBLIC LAW BOARD NO. 6315

|  |  |
|---|---|
| Parties to dispute: )<br><br>SHEET METAL WORKERS INTERNATIONAL )<br>ASSOCIATION )<br><br>vs. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>) | __OPINION AND AWARD__<br><br>Case No. 7<br>Claimant Jerry Chambliss, Sr. |

## CLAIM OF EMPLOYEES:

1. "The National Railroad Passenger Corporation violated the Collective Bargaining Agreement when they improperly terminated Sheet Metal Worker Jerry Chambliss on August 12, 2004, as the result of an investigation that was held on July 29, 2004, at the Amtrak High Speed Rail Office, 2nd floor, 14301 W Street, N.E., Washington, DC 20018, on the following charges:

SPECIFICATION: Between May 1, 2004 and June 2, 2004 you allegedly had excessive absenteeism occurrences. This constitutes a violation of Amtrak's National Systems Attendance Policy.

Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Safety" read in part: "Immediately report to your supervisor all injuries and illnesses that occur..."

SPECIFICATIO0N: While assigned as a pipefitter with High Speed Rail on May 10, 2004, you allegedly sustained an injury. This injury was not reported in a timely manner.

Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Truth and Honesty" and "Integrity" read in part: "We will always tell the truth."

SPECIFICATON: While assigned as a pipefitter with High Speed rail you allegedly claimed an injury sustained on May 10, 2004. When asked by supervision and Amtrak Police Department you claimed no injury at the time the alleged incident.



Amtrak/Chambliss1

OPINION AND AWARD -                    Case No. 7 Public Law Board No. 6315

those rules, all questions and concerns of both parties may have been able to be addressed. Thus his absence commencing May 11 was unauthorized. Swirling around that judgment, however, is the Board's serious concern as to whether Carrier has established a case for its principal charge: intent to defraud.

The time Claimant missed on this occasion was a violation of Carrier's National System Attendance Policy. Standing alone, however, attendance issues would not in our judgment warrant dismissal. Termination thus rests chiefly upon the charge of falsifying an injury. Notwithstanding the suspicious circumstantial evidence, in our view that evidence is inconclusive. The record speaks to a situation in which the Claimant allowed himself to become emotionally distraught as he brooded over the pamphlet tossing incident, ultimately convincing himself that it was deliberate, that he had been struck a serious blow, and that he had been singled out for that mistreatment. It is, of course, a mark and measure of adulthood to modify the impulses that sometimes surge up, to exercise judgment, to organize behavior and decision-making and to learn and adhere to the rules of everyday life. In becoming emotionally flustered and retiring from his job obligations, Claimant simply failed to meet his employer's reasonable standards.

Not less than thirty (30) days from date this Award is executed by a majority of the Board Members, Claimant will be offered an opportunity to return to service in his former position without back pay or benefits. His period out of service is to be considered as a disciplinary suspension for his role in the matters described above.

### AWARD

The Claim is partially sustained in accordance with the Findings.

James E. Conway
Chairman & Neutral Member

Charles J. Fraley
Employee Member

C. E. Woodcock
Carrier Member

Dated: January, 20, 2006

4

29

Amtrak/Chambliss4

# Amtrak

## PERSONNEL ACTION REQUEST

| | Conflict Of Interest? | Training Required? |
|---|---|---|
| | ☐ Yes ☐ No | ☐ Yes ☐ No |

### Current Information *Must Be Completed*

| Payroll Area | Social Security Number | Personnel No. | LAST Name | FIRST Name | M.I. |
|---|---|---|---|---|---|
| 04 | 218 — 92 — 6021 | 9533 | Chambliss | Jerry | |

| Job Code | Position Title | Department | Personnel Area | Band/Zone | Cost Center | Emp. Sub Group |
|---|---|---|---|---|---|---|
| DA132 | Pipe Fitter | HSR | WAS | | 3119 | |

### Action Requested *Must Be Completed*

| | | |
|---|---|---|
| ☐ New Hire | ☐ Transfer between Management/Union | ☐ Leave of Absence Paid (Management) | ☐ Termination |
| ☒ Rehire/Reinstatement | ☐ Salary Change | ☐ Leave of Absence Unpaid | ☐ Retirement |
| ☐ Transfer/Organization Change | ☐ Leave of Absence Paid (Union) | ☐ Return from Leave | |

### Action Reason Code

| Code | Reason | Effective Date |
|---|---|---|
| B2 | Return from Dismissal | Month 11  Day 20  Year 2005 |

### New Job Code and Salary Information

| Job Code | Position Title | HOS ☐ Yes ☐ No | CDL ☐ Yes ☐ No | Position No. | Personnel Subarea | Band/Zone |
|---|---|---|---|---|---|---|
| | | | | | | |

| Hire Date | Current Salary/Rate Of Pay | New Salary/Rate Of Pay | Work Hours (Part Time) |
|---|---|---|---|
| Month   Day   Year | $ | $ | |

### Job Assignment

| Cost Center | Function | Work Order No. | FIS Location | Payroll Area | Shift | Work Schedule | Gang | Site Code | Check Seq. |
|---|---|---|---|---|---|---|---|---|---|
| 3119 | 1852 | | | 04 | 3 | 57 | WAS | 075017 | WTM77 |

| Work Phone No. | ATS No. | Original RR Hire Date | Prior RR Code | Personnel Area | Department |
|---|---|---|---|---|---|
| | | Month   Day   Year | | | |

| Emp Sub Group | Vacation Eligibility Date | Craft Seniority Date | ARSA Hire Date |
|---|---|---|---|
| | Month   Day   Year | Month   Day   Year | Month   Day   Year |

### Performance Evaluation Information *For Management Transaction Only*

| Last Performance Review Date: | Next Performance Review Date: |
|---|---|
| Month   Day   Year | Month   Day   Year |

### Termination Information/Allowances *Must Complete For All Termination Actions*

| Allowances | | |
|---|---|---|
| Vacation Hours Due | Eligible For Rehire? ☐ Yes ☐ No (Explain In Remarks) |
| Sick Hours Due | Outstanding Advance? ☐ Yes ☐ No (Explain 'Yes' Answer In Remarks) |
| Severance Pay Due | All Properties Collected? ☐ Yes ☐ No (Explain In Remarks) |
| Notice Pay Due | Fill Vacant Position? ☐ Yes ☐ No |

### For Human Resources Only

| Short-Term Disability Benefits | Relocations | |
|---|---|---|
| First _____ days at 100% pay | Approved for Benefits | ☐ Yes  ☐ No |
| _____ Days at 100% pay less RUIA _____ Days at 80% pay less RUIA | Level of Benefits: | ☐ Tier I  ☐ Tier II  ☐ Tier III |
| RUIA Benefits at $ _____ per day | | |

### Remarks

### Approval Signatures

| Supervisor's Name | Phone No. | Human Resources Approval |
|---|---|---|
| Jennifer Cabral | 202-906-2800 | Ψ |
| Signature Ψ | Date: 11/21/2005 | Date: |

| Department Approval | Entered By |
|---|---|
| Ψ | Ψ |
| Date: | Date: |

**Instructions:** Complete form, print and secure department approvals. Retain signed copy for department records and forward original to Human Resources.
NRPC 2000 (02/01) Word Template

30

Amtrak/Chambliss1180

NATIONAL RAILROAD PASSENGER CORPORATION
1401 "W" Street, NE, Washington, DC 20018

## NORTHEAST CORRIDOR
**High Speed Rail Mechanical Operations**



July 15, 2005                        FedEx No.: 7905 7854 6449

Mr. Jerry Chambliss
1 Trestle Wood Court
Randallstown, MD 21133              Subject: Return to Work

Dear Mr. Chambliss:

I have been informed by Amtrak Labor Relations that the Arbitrator considering your case has decided to return you to work with no back pay.

You are, therefore, directed to report to the Concentra Medical Center, 4451-G Parliament Avenue, Lanham, MD 20706 (301) 459-9113 on or before Friday, July 22, 2005 to submit to a return to service physical examination and company drug screen. An authorization for Examination or Treatment is enclosed to submit to Concentra. This medical facility takes walk in appointments so a scheduled appointment is not required.

Once it is determined that you successfully passed these examinations, you will be instructed to return to active service with Amtrak.

If you have any questions related to this matter, I may be contacted by cell phone at 410-458-1930.

Sincerely,

Dino Giurfa
Assistant Superintendent
High Speed Rail Mechanical Operations

Copy: Labor Relations, NeC-MSC, Medical Services

3

Amtrak/Chambliss1181

**BUSINESS DIVERSITY**                                    **DIVERSITY POLICIES**

IN THE KNOW          BUSINESS DIVERSITY          DIVERSITY POLICIES     EDUCATIONAL LINKS     CONTACT
                     DEPARTMENT

You are here: >Employees > Business Diversity > Diversity Policies > **Anti-discrimination and Anti-harassment Policy**

Anti-discrimination &
Anti-harassment Policy

Contracting Opportunities for
Minority M/WBEs

Religious Accommodations

# Anti-discrimination and Anti-harassment Policy

*Updated April 29, 2004 5.2.0*

## 1.0 RESPONSIBILITY

Vice President of Business Diversity and Strategic Initiatives

## 2.0 PURPOSE

This policy defines Amtrak's prohibition against discrimination, harassment and retaliation and describes the procedures to be followed for lodging and addressing internal complaints of discrimination, harassment or retaliation.

## 3.0 POLICY

Amtrak strictly prohibits discrimination and harassment based on a covered individual's race/color, sex (including gender), religion, national origin/ethnicity, age, disability, veteran status, sexual orientation or other personal characteristics protected by law. Amtrak also strictly prohibits retaliation. Violation of this policy constitutes an act of serious misconduct that can result in disciplinary action, up to and including termination. This policy applies to all applicants and employees (current and former), whether related to conduct involving fellow employees or a third-party (e.g., customers, outside vendors, persons doing business with Amtrak, and company visitors). Conduct prohibited by this policy is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, layovers, business meetings and business-related social events.

## 4.0 DEFINITIONS

### 4.1 Discrimination

Unfair treatment of or preference for an individual because of his/her personal characteristics protected by law. This may include, but is not limited to:

- Taking an adverse employment action such as firing someone, refusing to hire someone, or promoting someone less qualified because of race, age, disability, or other protected personal characteristic;
- Assigning individuals who work with clients or customers to certain departments, accounts or jobs because the client or customer demands or requests individuals of a certain race, religion, national origin, or other protected personal characteristic.

### 4.2 Harassment

Unwelcome conduct (including sexual misconduct), whether verbal, physical or visual, that is based on a person's personal characteristics protected by law. This may include, but is not limited to:

- Conduct (including sexual misconduct), whether verbal, physical or visual, that threatens, intimidates, offends, belittles, denigrates, or shows an aversion toward an individual or group because of a person's protected personal characteristics;
- Epithets, slurs, or negative stereotyping based on race, age, religion, or other protected

*32*

Amtrak/Chambliss1658

 **AMTRAK**

# PERSONNEL ACTION REQUEST

| Conflict Of Interest? | Training Required? |
|---|---|
| Yes ☐ No ☒ | ☒ Yes ☐ No |

**Current Information – Must Be Completed**

| Payroll Area | Social Security Number | Personnel No. | LAST Name | FIRST Name | M.I. |
|---|---|---|---|---|---|
| 04 | 218 — 92 — 6021 | 9533 | Chambliss, Sr. | Jerry | |

| Job Code | Position Title | Department | Personnel Area | Band/Zone | Cost Center | Emp. Sub Group |
|---|---|---|---|---|---|---|
| DA132 | HIGH SPEED SMW TECH | Mechanical, HSR | EA03 | | 3119 | 1 |

**Action Requested  – Must Be Completed**

| | | |
|---|---|---|
| ☐ New Hire | ☐ Transfer between Management/Union | ☐ Leave of Absence Paid (Management) |
| ☐ Rehire/Reinstatement | ☐ Salary Change | ☐ Leave of Absence Unpaid |
| ☐ Transfer/Organization Change | ☐ Leave of Absence Paid (Union) | ☐ Return from Leave |

☒ Termination
☐ Retirement

**Action Reason Code**

| Code | Reason | Effective Date |
|---|---|---|
| 99 | Dismissed Other | Month 8  Day 13  Year 2004 |

**New Job Code and Salary Information**

| Job Code | Position Title | CDL ☐ Yes ☐ No | Position No. | Personnel Subarea | Band/Zone |
|---|---|---|---|---|---|

| Hours of Service | ☐ Not Applicable (0) | ☐ Engineer (1) | ☐ Trainmen (2) | ☐ Train Dispatchers/Director (3) |
|---|---|---|---|---|
| Job Category | ☐ Block Operator (4) | ☐ Signalman (5) | ☐ Cab Signal/ATS Electrician (6) | ☐ Locomotive Mover/Helper (7) |

| Hire Date | Current Salary/Rate Of Pay | New Salary/Rate Of Pay | Work Hours (Part Time) |
|---|---|---|---|
| Month    Day    Year | $ | $ | |

**Job Assignment**

| Cost Center | Function | Work Order No. | FIS Location | Payroll Area | Shift | Work Schedule | Gang | Site Code | Check Seq. |
|---|---|---|---|---|---|---|---|---|---|

| Work Phone No. | ATS No. | Original RR Hire Date | | Prior RR Code | Personnel Area | Department |
|---|---|---|---|---|---|---|
| | | Month    Day    Year | | | | |

| Emp Sub Group | Vacation Eligibility Date | Craft Seniority Date | ARSA Hire Date |
|---|---|---|---|
| | Month    Day    Year | Month    Day    Year | Month    Day    Year |

**Performance Evaluation Information  – For Management Transactions Only**

| Last Performance Review Date: | Next Performance Review Date: |
|---|---|
| Month    Day    Year | Month    Day    Year |

**Termination Information/Allowances  – Must Complete For All Termination Actions**

| Allowances | | |
|---|---|---|
| Vacation Hours Due    **120hrs** | Eligible For Rehire? ☐ Yes ☒ No (Explain In Remarks) | |
| Sick Hours Due | Outstanding Advance? ☐ Yes ☒ No (Explain 'Yes' Answer In Remarks) | |
| Severance Pay Due | All Properties Collected? ☐ Yes ☒ No (Explain In Remarks) | |
| Notice Pay Due | Fill Vacant Position? ☒ Yes ☐ No | |

**For Human Resources Only**

| Short-Term Disability Benefits | Relocations |
|---|---|
| First _____ days at 100% pay | Approved for Benefits ☐ Yes ☐ No |
| _____ Days at 100% pay less RUIA _____ Days at 80% pay less RUIA | Level of Benefits: ☐ Tier I  ☐ Tier II  ☐ Tier III |
| RUIA Benefits at $ _____ per day | |

**Remarks**

**Termination is a result of Disciplinary Action from Attendance, Late Report of Injury, and Falsification of an Injury.**

**Approval Signatures**

| Supervisor's Name J.C. ALLIONE, JR Signature | Phone No. 202-906-2845 | Human Resources Approval | Date: |
|---|---|---|---|
| | Date 08/13/2004 | | |
| Department Approval G.D. GIURFA | Date 08/13/2004 | Entered By | Date: |

Instructions:  Complete form, print and secure department approvals.  Retain signed copy for department records and forward original to Human Resources.

NRPC 2000 (10/02) Word Template
Amtrak is a registered service mark of the National Railroad Passenger Corporation.



Amtrak/Chambliss1814

3.  MEDICAL RECORDS OF DR. JEFFREY D.
TABOR AND ASSOCIATES

DR JEFFREY GABER AND ASSO
101 WEST READ STREET #515          Date 05-11-2004
PROFESSIONAL ARTS BLDG
BALTIMORE, MD 21201
410-986-4400              ①

Patient Information

_Terry Chambliss_

‧WHOM IT MAY CONCERN:

hereby certify the following statements for the patient listed above:

is patient had an appointment in this office on 5/11/04.

.is patient has been UNABLE to return to work from to 5/11/04 to 5/16/04

.is patient is allowed to return to work on 5/17/04.

.e following restriction(s) will apply until further notice:

.iscellaneous Restrictions:


Signed :    _Jeffrey D. Gaber, m.d./bgds_
          JEFFREY GABER, M.D.


EXHIBIT "J"    3 5

Amtrak/Chambliss47

## Kronos Missed Punch Form

Employee Name: _Jerry X Chambliss_

Craft/Shift: _Pipe Fitter_

Date of Missed Punch: _N/A_

Scheduled Start/End Time: _7 AM to 3 PM_   AM/PM

Actual Start/End Time: _6 AM to 2 PM_   AM/PM

NeC Supervisor Approval Required:

Name: _____

Date: _6/16/04_

**Forward form to the NeC-MSC Kronos Timekeeper.**

36

DR JEFFREY GABER AND ASSO
101 WEST READ STREET #515                    Date 05-11-2004
PROFESSIONAL ARTS BLDG
BALTIMORE, MD 21201
410-986-4400          ①

Patient Information

*Terry Chambliss:*

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient had an appointment in this office on *5/11/04.*

This patient has been UNABLE to return to work from ~~to~~ *5/11/04 to 5/16/04*

This patient is allowed to return to work on *5/17/04.*

The following restriction(s) will apply until further notice:

Miscellaneous Restrictions:

Signed :    *Jeffrey D. Gaber, m.d./gos*
            JEFFREY GABER, M.D.

3⁷





# Dr. Jeffrey D. Gaber & Associates, P.A.

Jeffrey D. Gaber, MD, FACP
Neil Novin, MD, FACS
Dennis Myers, MS, PA-C
*Affiliated with:*
Sheldon Milner, MD, P.A.

## CONSULTATION NOTE

**CHAMBLISS, Jerry**

D/B: 10/09/68
D/A: 05/10/04
D/V: 05/11/04
**ACCT#: 35600**

**HISTORY OF PRESENT ILLNESS:** Mr. Chambliss was working in his normal capacity at Amtrak when a co-worker threw a piece of paper towards him, followed by throwing a safety manual at him. The manual struck him diagonally across the face, striking him in the right forehead and the bridge of the nose. There was no loss of consciousness, but he was stunned. He has a headache disorder and nasal pain. There was no problem breathing, or nosebleed. There was no loss of consciousness. This caused a great deal of anxiety. Indeed, he was referred today by the employer to a psychiatrist, Dr. Hollander.

**PAST MEDICAL HISTORY:** Pertinent for trauma to the left eye for which he now wears a prosthesis, and allergic rhinitis.

**MEDICATIONS:** Clarinex and Flonase.

**ALLERGIES:** None.

**SOCIAL AND FAMILY HISTORY:** He works as a pipe fitter for Amtrak.

## PHYSICAL EXAMINATION:

**GENERAL:** He is anxious, quiet, extremely pleasant, and cooperative.

**VITAL SIGNS:** The height is 5'9". The weight is 241 pounds. The blood pressure is 120/82.

**HEENT:** Tenderness is noted at the right frontal region along the nasal bridge with adequate airflow. There is no bleeding or laceration. The remaining facial bones are benign.

**NEUROLOGIC:** Neurologically, he is stable.

---

☑**Pikesville**

Woodholme Medical Building
1838 Greene Tree Road, Suite 120
Baltimore, MD 21208
Phone: 410-653-8840
Fax: 410-653-8847

☐**Baltimore City**

The Professional Arts Building
101 W. Read Street, Suite 515
Baltimore, MD 21201
Phone: 410-986-4400
Fax: 410-986-4411

**www.drgaber.com**

☐**Rosedale/Essex**

*Affiliated with:*
Sheldon Milner, MD, P.A.
9110 Philadelphia Road
Seven Square Office Park #206
Baltimore, MD 21237
Scheduler: 410-986-0048

*38*

Amtrak/Chambliss488




CHAMBLISS, Jerry – Page 2

**ASSESSMENT:**            Mr. Chambliss has a headache disorder and
secondary nasal pain as a result of being struck in the face by a safety manual at work yesterday.
I have recommended that he try Fioricet for the headache disorder. This may help to relax him a
bit as well. The usual precautions were carefully outlined. I consider him not fit for duty until
May 17, 2004, and he will return to see me in approximately nine to ten days, certainly sooner if
needed.


_____
Jeffrey D. Gaber, M.D., FACP

JDG:HIS

*39*

Amtrak/Chambliss489

## 4. EVIDENCE THAT PLAINTIFF FILE CRIMINAL CHARGES

40

```
Date/Time:  5/24/04  12:49:44
------------------------------------------------------------------
                        Crimes Management System        Page:    2
Progr... CMS301            Incident Report
------------------------------------------------------------------
 Case No.: 1-04-009949 AMTRAK POLICE DEPARTMENT          (Continued)


* * * * * * * * * *   OFFENSE PRIMARY RELATIONSHIPS   * * * * * * * * * *

Offense #: 001 ASSAULT/SIMPLE / ASSAULT - SIMPLE / SIMPLE ASSAULT
    Name #....: 001 (SUSP) SNYDER, STEVE
    Name #....: 001 (VICT) CHAMBLISS, JERRY K.

******************** P E R S O N   I N F O R M A T I O N ********************

      * S U S P E C T / O F F E N D E R *    INFORMATION  #   1
Name: STEVE SNYDER                               DOB.:
Addr:                                            SSN.: 000000000
City:                  ST:       ZIP:            Phn#:
POB.:                  ST:       Country:
Empl:                                            Bus#:
Occp: MECHANICAL SUPERVISOR
Race.......: WHITE                   Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #.......:                 OL ST:    Country:
Min. Height: 220 FT./IN.     Weight: 601 LBS.   Misc#:
Max. Height:     FT./IN.     Weight:     LBS.
Min. Age...:   Max:

****************** ADDITIONAL SUSPECT INFORMATION  #   1 ******************
  Hair Color..:                     Length.:
  Hair Style..:
  Eye Color...:                     Glasses:
  Complexion..:                     Fl.Hair:
  Build.......:                     Teeth..:
  Speech/Voice:
  Clothing....- Hat..:               Shirt:
                Coat.:               Pants:
                Shoes:
  Body Marks#1:                     Marks#2:
       Marks#3:                     Marks#4:
  Hand Use....:                      NCIC #:
  Caution/Haz.: UNKNOWN             Weapon.:
  STATE #.....:                     ID #...:
  STATUS......: SUSPECT             Arrest#:
  Marital stat: UNKNOWN             FBI#...: AMTRAK

      * W I T N E S S *                 INFORMATION  #   1
Name: PAM BUNCH                                  DOB.:
Addr:                                            SSN.:
City:                  ST:       ZIP:            Phn#:
POB.:                  ST:       Country:
Empl:                                            Bus#:
Occp: COACH CLEANER
Race.......: BLACK                   Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
OL #.......:                 OL ST:    Country:
```

4 1

Amtrak/Chambliss474

```
Date/Time: 5/24/04 12:49:44
------------------------------------------------------------------------
                        Crimes Management System              Page:    1
Program: CMS301               Incident Report
------------------------------------------------------------------------

  Case No.: 1-04-009949 AMTRAK POLICE DEPARTMENT

Date of Occurrence.: 5/10/04 thru 5/10/04 Time of Occur.:  7:20 thru  7:35
Date of Report.....: 5/10/04              Time of Report: 13:59
Dispatched.........: 5/10/04 @ 14:07      Responded.....:         @  0:00
Arrived............: 5/10/04 @ 14:34      Cleared.......: 5/10/04 @ 15:28

  Day of the Week...: MONDAY
  Common Name.......: HIGH SPEED RAIL FACILITY WAS
  Incident Location.: 13400 MAIN LINE WAS          APT: .34
  Incident Cty/ST/PR: WASHINGTON F/O              ZIP:
  County............: DC-DISTRICT OF COLUMBIA
  Location Type.....: AMTRAK YARD                   317
  Beat Assignment...: WASHINGTON DC                   MILE POST: TWASM0801
  District..........: MID ATLANTIC SOUTH DIVISION
  Patrol Area  :    : WASHINGTON-STATION(MP 136.)
  Department Classif: ASSAULT/SIMPLE                X
  Reporting Officer.: VICTOR A PAZ
   CASE STATUS......: CLOSED                     Date:   5/10/04
  Alcohol Related...: UNKNOWN
  Drugs Related.....: UNKNOWN

************ V E R I F I C A T I O N   I N F O R M A T I O N ****************
DATA ENTRY CLERK..: 5/24/04  Employee: JOAN L FORTE
REPORT OFCR REVIEW:          Employee:
APPROVED..........: 5/13/04  Employee: RAYMOND E WRIGHT

*********** C A S E   M A N A G E M E N T   I N F O R M A T I O N ***********

Case Disposition.: CLOSED                              CLOSED    Date:   5/10/04
Case Forwarded To:

********************* O F F E N S E   R E P O R T S ************************

        Offense #:  1
  STATE UCR CLASSIF.: ASSAULT/SIMPLE
  UCR CLASSIFICATION: ASSAULT - SIMPLE
  Attempt./Committed: COMMITTED
  Statute Ordinance.: SIMPLE ASSAULT
  Theft by Computer.: NO
  Reason for Attack.: UNKNOWN
  UCR Type of Weapon:
  Entry - How/Where?:
  Forced Entry......: NO
  Structure Occupcy.: OCCUPIED
  Evidence Collected: NO
  Criminal Activity.: N/A
  Location Type.....: AMTRAK YARD                     317
  STATE DISPOSITION.:
  UCR Incident Stat.: CLOSED                          Date:   5/10/04
  Arrest Case #.....:                    # of People Arrested:
  Excpt. Cleared Typ: N/A
  Rept. UCR Offense#:
```

NOT TO BE COPY
This document consisting of ___ page(s)
is furnished for the exclusive use of
and is not to be duplicated, copied, or
furnished to any other person or
agency, except as provided by law,
without the express permission of the
AMTRAK POLICE DEPARTMENT
and is to be returned to that department
upon demand.

BY:
DATE: 5/25/04
Chief of Police
TERRY CHAMBLISS

42

Amtrak/Chambliss473

```
Date/Time:  3/24/7?   12:43:44
--------------------------------------------------------------------
                          Crimes Management System          Page:    4
Progrm  CMS301                Incident Report
--------------------------------------------------------------------
Case No.: 1-04-009949 AMTRAK POLICE DEPARTMENT              (Continued)
```

ME?"  AT THE STATEMENT, THE SUSPECT PICKED UP THE SAFETY BOOK FROM
THE TABLETOP WITH HIS RIGHT HAND AND MADE THE FOLLOWING STATEMENT.
"NO, THIS IS TRYING TO HIT YOU."  AS HE MADE THE STATEMENT, HE THREW
THE SAFETY BOOK AT THE VICTIM, HITTING HIM ON THE BRIDGE OF HIS NOSE.
THE DISTANCE WAS ABOUT 10 FEET.  THIS WAS ALSO IN THE PRESENCE OF
DORIA WASHINGTON, A BLACK, ADULT, FEMALE COACH CLEANER FOR AMTRAK.
THE VICTIM CONTACTED THE UNION REPRESENTATIVE, BOB MASECTTI,
CONCERNING THE INCIDENT.

     APD INCIDENT NO. 04-009949 CLOSED.

* * * * * * * * * * * * * *.* * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

43

Amtrak/Chambliss476