# 5. PORTION OF STEVEN SNYDER'S PERSONNEL FILE

44

NATIONAL RAILROAD PASSENGER CORPORATION

## NORTHEAST CORRIDOR

1401 "W" Street, NE, Washington, DC 20018

High Speed Rail Mechanical Operations

## **WAIVER**

**AMTRAK**

19-May-04

HSR #     JC04.138.01

O.D.I. #     04 · 250

SNYDER STEVEN
329 CENTER ST. N
VIENNA          VA 22180

HIGH SPEED SPVR TECH

ARASA

I agree to waive my right to a Formal Investigation in connection with the below listed charge(s) and specification(s) and agree to accept the discipline assessed by the National Railroad Passenger Corporation. Furthermore, I agree to waive my right to appeal the discipline assessed.

**Charge:** Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties".

**Specification:** While assigned as the Supervising Technichian on May 11, 2004, you allegedly struck Mr. Chambliss in the face with the Safety Rule Book. This is a violation of Amtrak's safety policy.

**Discipline Assessed:**     **Two (2) actual days suspension to be served according to operational committements.**

_____
Employee Signature

6/19/04
Date

_____
Witness Signature

6/14/04
Date

_____
Management Signature

6/14/04
Date

45

Amtrak/Chambliss1574

NATIONAL RAILROAD PASSENGER CORPORATION

NORTHEAST CORRIDOR
High Speed Rail Mechanical Operations



## WAIVER

January 23, 2004

HSR File:  JC04.007.01

ODI #:  04.050

Mr. Steven Snyder
329 Center Street North
Vienna, VA   22180

I agree to waive my right to a **Formal Investigation** in connection with the below listed charge(s) and specification(s) and agree to accept the discipline assessed by the National Railroad Passenger Corporation. Furthermore, I agree to waive my right to appeal the discipline assessed.

**Charge:**       Violation of **Amtrak's Standards of Excellence**, specifically that section(s) pertaining to  **"Attending to Duties"**.

**Specification:**  1) On December 24, 2003, you allegedly failed to **"remain alert to your duties at all times"**, which resulted in an injury sustained by you.

**Discipline Assessed:  Formal Letter of Reprimand to be held in abeyance for six (6) months.**

_____
Employee Signature

_____
1/23/04
Date

_____
Witness Signature

_____
1/23/04
Date

_____
Management Signature

_____
1/23/04
Date

46

Amtrak/Chambliss1577

NATIONAL RAILROAD PASSENGER CORPORATION

1401 "W" Street, NE Washington, DC 20018

**WAIVER**

AMTRAK

19-May-04

HSR #    JC04.138.01

O.D.I. #

SNYDER STEVEN
329 CENTER ST. N
VIENNA        VA 22180

HIGH SPEED SPVR TECH

ARASA

    I agree to waive my right to a Formal Investigation in connection with the below listed charge(s) and specification(s) and agree to accept the discipline assessed by the National Railroad Passenger Corporation.  Furthermore, I agree to waive my right to appeal the discipline assessed.

**Charge:**   Violation of Amtrak's Standards of Excellence.  Specifically, the section(s) pertaining to "Attending to Duties".

**Specification:**   While assigned as the Supervising Technichian on May 11, 2004, you allegedly struck Mr. Chambliss in the face with the Safety Rule Book.  This is a violation of Amtrak's safety policy.

**Discipline Assessed:**   **Two (2) actual days suspension to be served according to operational committements.**

_____
Employee Signature

6/19/04
_____
Date

_____
Witness   Signature

6/14/04
_____
Date

_____
Management Signature

6/14/04
_____
Date

47

Amtrak/Chambliss1699

**NATIONAL RAILROAD PASSENGER CORPORATION**

NORTHEAST CORRIDOR

1401 "W" Street, NE, Washington, DC 20018

High Speed Rail Mechanical Operations

**WAIVER**

AMTRAK

21-Jun-04

HSR #    JC04.159.06

O.D.I. #

SNYDER STEVEN
329 CENTER ST. N
VIENNA        VA  22180

HIGH SPEED SPVR TECH
ARASA

    I agree to waive my right to a Formal Investigation in connection with the below listed charge(s) and specification(s) and agree to accept the discipline assessed by the National Railroad Passenger Corporation.  Furthermore, I agree to waive my right to appeal the discipline assessed.

**Charge:**  Violation of Amtrak's Standards of Excellence.  Specifically, the section(s) pertaining to "Attending to Duties".

**Specification:**  While assigned as the Supervising Technician on May 21, 2004 you alledgedly told the NecMsc Supervisor that pantographs on TS17 were down. De-inergizing the catenary based on your alleged information caused the catenary to go to ground and blow the line.

**Discipline Assessed:**    **Three (3) actual days suspension to be served according to operational commitments.**

_____
Employee Signature

_____
Date

_____
Witness   Signature

6/21/04
Date

_____
Management Signature

6/21/04
Date



# WAIVER

28-Sep-05

HSR #    CMB05.264.01

O.D.I. #

SNYDER STEVEN
13613 CLARY SAGE DRIVE
CHANTILY        VA 20151

HIGH SPEED SPVR TECH
ARASA

I agree to waive my right to a Formal Investigation in connection with the below listed charge(s) and specification(s) and agree to accept the discipline assessed by the National Railroad Passenger Corporation. Furthermore, I agree to waive my right to appeal the discipline assessed.

**Charge:** Violation of Amtrak's Anti-Discrimination and Anti-Harrassment Policy specifically the section(s) pertaining to " Harrassment"

**Specification:** While assigned as the Supervising Technicion you allegedly made epithets, slurs, or negative stereotyping based on race, religion, or other protected personal characteristic. This constitutes a violation of Amtrak's Anti-Discrimination and Anti-Harrassment Policy (4.2)

**Discipline Assessed:**      **15 days suspension to be served immediately starting 9/28/2005 and resignation from the Supervisor position (ARASA roster). Once Mr. Snyder has served the suspension he will have bumping rights in the IBEW roster starting October 13th 2005.**

_____
Employee Signature

_____
9/28/05
Date

_____
Joseph F. Tara
Witness  Signature

_____
9/28/05
Date

_____
Management Signature

_____
9/28/05
Date

*H.R File*                              49

NATIONAL RAILROAD PASSENGER CORPORATION





# NOTICE OF INTENT TO IMPOSE DISCIPLINE MEETING

January 07, 2004                                             HSR File:  JC04.007.01

Mr. Steven Snyder
329 Center Street North
Vienna, VA  22180

Mr. Snyder,

You are hereby instructed to appear for an **Intent to Impose Discipline** meeting as indicated below:

Date: **Tuesday, January 20, 2004**
Time: **8:00 AM**
Place: Amtrak High Speed Rail Office
1401 "W" Street, NE
2nd Floor Conference Room
Washington, DC  20018

The purpose of this meeting is to develop the facts and determine your responsibility, if any, in connection with the following charge(s) and specification(s):

**Charge:**          Violation of **Amtrak's Standards of Excellence**, specifically that section(s) pertaining to **"Attending to Duties"**.

**Specification:**   1) On December 24, 2003, you allegedly failed to **"remain alert to your duties at all times"**, which resulted in an injury sustained by you.

You may produce any witnesses you so desire, and you may be accompanied by a representative as provided for in your current governing bargaining agreement without expense to the National Railroad Passenger Corporation.

All requests for postponement of this investigation must be handled through the Amtrak High Speed Rail Office at (202) 906-2845 or by mail at the above-mentioned address.

Sincerely.

Joseph C. Allione, Jr.
Manager, HSR Operations

Cc:  A. Aaronson – ARASA representative          *50*
File

Amtrak/Chambliss1578

Received: _____          Date: _____

NATIONAL RAILROAD PASSENGER CORPORATION

1401 W Street, NE, Washington, DC 20018

## NORTHEAST CORRIDOR

High Speed Rail Mechanical Operations

**AMTRAK**

## NOTICE OF INTENT TO IMPOSE DISCIPLINE MEETING

. 17-May-04

HSR #    JC04.138.01

O.D.I. #    OH·250

SNYDER STEVEN
329 CENTER ST. N
VIENNA          VA 22180

HIGH SPEED SPVR TECH

ARASA

You are hereby instructed to appear for an Intent to Impose Discipline meeting as indicated below:

Date: **Wednesday, May 19, 2004**

Time: **12:00 PM**

Place: Amtrak High Speed Rail Office
2nd Floor
1401 W Street, N.E.
Washington, DC 20018

The purpose of this meeting is to develop the facts and determine your responsiblity, if any, in connection with the following charge(s) and specification(s):

**Charge:** Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties".

**Specifications:** While assigned as the Supervising Technichian on May 11, 2004, you allegedly struck Mr. Chambliss in the face with the Safety Rule Book. This is a violation of Amtrak's safety policy.

You may produce any witnesses you so desire and you may be accompanied by a representative as provided for in your current governing bargaining agreement without expense to the National Railroad Passenger Corporation.

All requests for postponement of this investigation must be handled through the Amtrak High Speed Rail Office at (202) 906-2845 or by mail at the above mentioned address.

Sincerely,

Joseph C. Allione, Jr.
Manager, HSR

cc: Union Rep
file

Received: _____    Date: _____

5 )

NATIONAL RAILROAD PASSENGER CORPORATION

1401 "W" Street, NE, Washington, DC 20018

## NORTHEAST CORRIDOR

High Speed Rail Mechanical Operations

**AMTRAK**

## NOTICE OF INTENT TO IMPOSE DISCIPLINE MEETING

07-Jun-04

HSR #    JC04.159.06

O.D.I. #    04·26.0

SNYDER STEVEN
329 CENTER ST. N
VIENNA          VA 22180

HIGH SPEED SPVR TECH
ARASA

You are hereby instructed to appear for an Intent to Impose Discipline meeting as indicated below:

Date: **Tuesday, June 15, 2004**

Time: **11:00 AM**

Place: Amtrak High Speed Rail Office
2nd Floor
1401 W Street, N.E.
Washington, DC 20018

The purpose of this meeting is to develop the facts and determine your responsiblity, if any, in connection with the following charge(s) and specification(s):

**Charge:** Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties".

**Specifications:** While assigned as the Supervising Technician jon May 21, 2004 you alledgedly told the NecMsc Supervisor that pantographs on TS17 were down. De-inergizing the catenary based on your alleged information caused the catenary to go to ground and blow the line.

You may produce any witnesses you so desire and you may be accompanied by a representative as provided for in your current governing bargaining agreement without expense to the National Railroad Passenger Corporation.

All requests for postponement of this investigation must be handled through the Amtrak High Speed Rail Office at (202) 906-2845 or by mail at the above mentioned address.

Sincerely,

Joseph C. Allione, Jr.
Manager, HSR

cc: Union Rep
file

5 2

Received:                                    Date: 6/14/04

Amtrak/Chambliss1572

# MEDICALLY DISQUALIFIED
## PENDING RESULTS OF DRUG AND ALCOHOL TESTING

Date: _____ May 21, 2004 _____

Name: _____ STEVE SNYDER _____

Location: _____ HSR MECHANICAL IVY CITY _____

Craft: _____ SUPERVISOR _____

NOTIFICATION IS HEREBY GIVEN THAT YOU ARE MEDICALLY DISQUALIFIED

beginning _____ May 21, 2004 _____    4:00 PM _____
                        (Date)                   (Time)

In connection
with: Allegedly you erroneously told an MSC supervisor that pantographs were down on TS17.
The MSC supervisor acting on your erroneous information de-energized the main catenary causing
the catenary to go to ground and "blow the line"

_____
_____
_____
_____

You will be advised promptly with regard to any further action(s) that will be taken.

_____
Signature of Amtrak Officer

_____
Printed Name of Amtrak Officer    DINO GIURBA

Asst. Superintendent.
Title

5 3

Amtrak/Chambliss 1679

NATIONAL RAILROAD PASSENGER CORPORATION

1401 W Street, NE, Washington, DC 20018



NORTHEAST CORRIDOR

High Speed Rail Mechanical Operations

# NOTICE OF INTENT TO IMPOSE DISCIPLINE MEETING

January 07, 2004                                      HSR File:  JC04.007.01

Mr. Steven Snyder
329 Center Street North
Vienna, VA   22180

Mr. Snyder,

You are hereby instructed to appear for an **Intent to Impose Discipline** meeting as indicated below:

Date:  **Tuesday, January 20, 2004**
Time:  **8:00 AM**
Place:  Amtrak High Speed Rail Office
1401 "W" Street, NE
2nd Floor Conference Room
Washington, DC  20018

The purpose of this meeting is to develop the facts and determine your responsibility, if any, in connection with the following charge(s) and specification(s):

**Charge:**    Violation of **Amtrak's Standards of Excellence**, specifically that section(s) pertaining to **"Attending to Duties"**.

**Specification:**   1) On December 24, 2003, you allegedly failed to **"remain alert to your duties at all times"**, which resulted in an injury sustained by you.

You may produce any witnesses you so desire, and you may be accompanied by a representative as provided for in your current governing bargaining agreement without expense to the National Railroad Passenger Corporation.

All requests for postponement of this investigation must be handled through the Amtrak High Speed Rail Office at (202) 906-2845 or by mail at the above-mentioned address.

Sincerely,

Joseph C. Allione, Jr.
Manager, HSR Operations

Cc:  A. Aaronson – ARASA representative
File

54

Amtrak/Chambliss1680

Received: _____            Date: _1/7/04_

Page 1 of 1

NATIONAL RAILROAD PASSENGER CORPORATION



NORTHEAST CORRIDOR
High Speed Rail Mechanical Operations

# NOTICE OF INTENT TO IMPOSE DISCIPLINE MEETING

January 07, 2004                                        HSR File:  JC04.007.01

Mr. Steven Snyder
329 Center Street North
Vienna, VA  22180

Mr. Snyder,

    You are hereby instructed to appear for an **Intent to Impose Discipline** meeting as indicated below:

    Date:  **Tuesday, January 20, 2004**
    Time:  **8:00 AM**
    Place: Amtrak High Speed Rail Office
           1401 "W" Street, NE
           2nd Floor Conference Room
           Washington, DC  20018

    The purpose of this meeting is to develop the facts and determine your responsibility, if any, in connection with the following charge(s) and specification(s):

**Charge:**         Violation of **Amtrak's Standards of Excellence**, specifically that section(s) pertaining to **"Attending to Duties"**.

**Specification:**  1) On December 24, 2003, you allegedly failed to **"remain alert to your duties at all times"**, which resulted in an injury sustained by you.

    You may produce any witnesses you so desire, and you may be accompanied by a representative as provided for in your current governing bargaining agreement without expense to the National Railroad Passenger Corporation.

    All requests for postponement of this investigation must be handled through the Amtrak High Speed Rail Office at (202) 906-2845 or by mail at the above-mentioned address.

Sincerely,

Joseph C. Allione, Jr.
Manager, HSR Operations

Cc:  A. Aaronson – ARASA representative
     File

55

Amtrak/Chambliss1681

Received: _____          Date: 1/27/04

NATIONAL RAILROAD PASSENGER CORPORATION
1401 W Street, NE, Washington, DC 20018



NORTHEAST CORRIDOR
High Speed Rail Mechanical Operations

## WAIVER

January 23, 2004                          HSR File: JC04.007.01

Mr. Steven Snyder
329 Center Street North
Vienna, VA   22180

I agree to waive my right to a **Formal Investigation** in connection with the below listed charge(s) and specification(s) and agree to accept the discipline assessed by the National Railroad Passenger Corporation. Furthermore, I agree to waive my right to appeal the discipline assessed.

**Charge:**     Violation of **Amtrak's Standards of Excellence**, specifically that section(s) pertaining to  **"Attending to Duties".**

**Specification:**  1) On December 24, 2003, you allegedly failed to **"remain alert to your duties at all times",** which resulted in an injury sustained by you.

**Discipline Assessed:  Formal Letter of Reprimand to be held in abeyance for six (6) months.**

_____          _____
Employee Signature                              Date

_____          _____
Witness Signature                                 Date

_____          _____
Management Signature                           Date

5 6

Amtrak/Chambliss1682

Letter of statement
From: Jeff Cason S&I Supervisor
Subject: Steve Snyder

On Wednesday December 24, 2003 at approx. 11:45pm I received a phone call from
Steve Snyder informing me he had just injured himself by walking off the platform on
track 19 at the station. He said he thought he was all right but his leg was bothering him. I
asked him if he wanted to go to the hospital he replied that he did. At that time I made the
necessary phone calls and took him to the hospital.

57

Amtrak/Chambliss1683

 **AMTRAK**    **Accident Investigation Committee Report**

| Incident Number: | Date of Injury: **12 / 24 /03** |
|---|---|
| Name of Injured: **Steven Snyder** | Social Security Number: **373 - 62 - 6560** |

### Accident Analysis

Steven Snyder a 48 yr. old male HSR foreman with no prior injuries assigned to Union Station was walking backwards in track 19 North looking back at train 2259 when he lost track of his position on the platform and fell off the platform.  After falling off the platform Mr. Snyder contacted Msc supervisor Jeff Cason via radio and informed him of the incident.  Mr Snyde reported that he landed on his feet but was experiencing pain in his left

knee.  He was transported to Providence Hospital for treatment and evaluation.

**Cause :** Mr Snyder failed to remain alert to his position on the platform and did not "STOP" and look behind before backing up.

Was a Safety Rule violated?

☐ Yes   ☐ No   If yes, list numbers,

Contributing Factors

It was Christmas eve, employee most likely failed to stay focussed on his job and responsibilities.

Committee Recommendations

This was a most inexcusble and rare accident .  Every Holiday during the daily safety meeting every shift supervisor stresses the importance of concentrating and staying focussed on duties and responsibilities.   During holiday periods managers and supervisors will have to be even more vigilant  at stressing focus and alertness at all times when on the job.

### Accident Investigation Committee

Date and time committee established 12 / 29 /2003     8 : 00   ☒ AM   ☐ PM

| Name | Title | Signature |
|---|---|---|
| **Chris Bello** | **General Foreman** | |
| **Jeff Cason** | **Msc supervisor** | |
| **Jeff Wiegel** | **Q.A Inspector** | |

| Department Head (review and approval) | Signature | Date |
|---|---|---|
| **Giuseppe Giurfa** | | 1-12-04 |

NRPC 405 (07/02) word template

Amtrak is a registered service mark of the National Railroad Passenger Corporation.

- 1 -

Amtrak/Chambliss1684

| Date Entered Service:  1 / 4 /99 | Total number of injuries:  1 |
|---|---|

Who arrived first at the accident scene?

Name and occupation of all witnesses (*written statements must be attached*).

| Name | Occupation | Statement Attached |
|---|---|---|
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |

*NO /WITNESS*

## Accident Conditions

Weather:  ☒ Clear    ☐ Cloudy    ☐ Foggy    ☐ Rainy    ☐ Snowy    ☐ Sleeting

Temperature:  **46°**

Housekeeping Conditions
**Good**

Lighting Conditions
**Adequate**

Ground or Floor Conditions
**Clear**

Defects
**N/A**

Was inspection performed?
☐ Yes    ☒ No  Inspector's Name:                    Date last inspected:    /    /

## Vehicle

Did the accident involve a licensed motor vehicle?  ☐ Yes    ☒ No   If yes, attach completed NRPC 1310 Amtrak Accident Report

-2-

*59*

## Equipment

If accident involved equipment, machine or tools, provide equipment name and identification number (if train involved, provide train and car number.

List all malfunctions or defects found

Was equipment or machine moving?  ☐ Yes    ☐ No

If so, speed and direction.

Name of person operating equipment, machine or tool (if other than injured)

Were safeguards or warning devices operating?    ☐ Yes    ☐ No

List all appropriate inspection dates for equipment involved:

## Employee Data

List personal protective equipment required.
**Hard hat**

**Safety glasses**

**Safety shoes**

Was this equipment used?    ☒ Yes    ☐ No    If no, explain

Condition of injured's clothing, shoes, gloves, etc.
**O,K**

Were photographs taken of accident scene?  (attach same)    ☐ Yes    ☒ No

Was sketch showing measurement of accident location to fixed parts made (see page 4)?    ☐ Yes    ☒ No

Was injured on:    ☒ Regular Assignment    ☐ Extra Assignment    ☐ Relief Assignment

Date of injured's last periodic medical examination:    /   /

Date of injured's last safety or rule instruction:  **12 / 24 /2003**

Date of injured's last last documented safety meeting (other than daily):    /   /

Amtrak/Chambliss1686

AMTRAK

## NOTICE FOR HOLDING MEDICALLY DISQUALIFIED EMPLOYEES OUT OF SERVICE PENDING RESULTS OF D&A

DATE: _12-25-03_

NAME: _STEVEN SNYDER_

LOCATION: _WASHINGTON HSR FACILITY_

CRAFT: _SUPERVISING TECHNICIAN_

Notification is hereby given that you are held out of service, beginning

_4:05AM      12-25-03_____, in connection with

_INJURY THAT OCURRED IN 19 TRACK UNION_

_STATION_____

_____

You will be advised promptly with regard to any further action that will be taken.

_____
Signature of Charging Officer

General Foreman
_____
Title

CERTIFICATE OF SERVICE

RECEIVED this ___ day of _DEC_ ___ 200_3_

_____
EMPLOYEE SIGNATURE

_61_

Amtrak/Chambliss1688

# Amtrak

## MEDICAL INFORMATION AND CONSENT
*(To be completed and signed by the injured person and the medical provider)*

### Injured Person Information:

| | | | |
|---|---|---|---|
| Last Name: Snyder | First Name: Steven | MI: S | SSN: 373 61 6560 |
| Address: 327 Center St N | City: Vienna | State: VA | Zip: 22180 |
| Occupation: Sig Tech | Place of Injury/Illness: L Knee | SBU: | Product Line: HSR | Department: MECH |
| Injury/Illness Date: 12/24/03 | Incident Time: 11:30 ☐AM ☒PM | | Date of Initial Treatment: 12/24/03 |

### Release of Information/Case Consent:

I hereby authorize all physicians, clinics and all other persons to discuss with, and release to AMTRAK and its authorized agents, all records, X-rays and results, reports, and all other information concerning the alleged injury/illness sustained by Stevens Snyder on 12/24/03. I also agree that a photostatic copy of this

Patient's Name                    Date

report and authorization be accepted with the same authority as the original document. This authorization shall not extend to any other medical condition, past or present, unless the same is casually or historically relevant to related to the injury referred to above.

**Signature of the Injured Person:** _Steven Snyder_          **Date:** 12/25/03

### Medical Treatment Information:

| | | | |
|---|---|---|---|
| Diagnosis of Injury/Illness: 12/24/03   23 cohns | | | |
| Were X-Rays Taken? Yes    If yes, Type: L Knee    Results: — | | ☒Yes ☐No |
| Was prescription Medication Prescribed? If Yes, | | ☐Yes ☐No |
| Prescription Name: Motrin    Prescription Strength: 800 mg | | |
| Prescription Name:    Prescription Strength: | | |
| Was Medication administered at time of treatment only? | | ☐Yes ☒No |
| Did the injured person receive a closure device (i.e. sutures, stitches etc.)?    If yes, Type: | | ☐Yes ☒No |
| Did the injured person receive an immobilization device (i.e. cast, sling, cane etc)? If yes, Type: Knee immobilizer | | ☒Yes ☐No |
| Is the injured person able to resume normal work activities immediately after treatment? | | ☐Yes ☒No |
| Will the injured person have to perform restricted duties?    Total days of restricted activity: Four days    As of: 12/24/03 to 12/29/03 | | ☒Yes ☐No |
| Was the injured person transferred to another job or terminated? | | ☐Yes ☒No |
| Did the injured person loose consciousness? | | ☐Yes ☒No |
| Was the injured person hospitalized for treatment as an inpatient? | | ☐Yes ☒No |
| Did the injured person receive multiple treatments or therapy sessions? | | ☐Yes ☒No |
| Is this an Occupational Illness?    Date of initial diagnosis:   /   / | | ☐Yes ☒No |

Describe the Treatment Given:

| | |
|---|---|
| Comments: Patient should follow up with Orthopedic Doctor | |
| Printed Name of Treating Facility: (703) 969-7047 | Phone Number of Treating Facility: Providence ER |
| **Physicians Signature:** Carl M Jones   Jones, Darnell | **Date:** 12/24/03 |

NRPC 488 (04/01) Word Template

62

# EMPLOYEE PERSONAL STATEMENT

*(To be completed and signed by the injured person)*

| Last Name: SNYDER | First Name: STEPHEN | MI: S | SSN: 373 62 1560 |
|---|---|---|---|

Date of Accident: 1/29/03

Amtrak may need to contact you within the next 5 days. Please provide a list of telephone numbers where you can be reached. Be sure to include the appropriate area code.

Place of Accident:

UNION STA, WAS

703 481 3331
703 960 2673

**How did the accident happen?**

I WAS WALKING NORTH TRACK A PLATFORM LOOKING BACK AT 2250 ON TRACK 18. I LOST TRACK OF WHERE THE PLATFORM REDUCES IN SIZE AND FELL OFF THE NORTH END, LANDING ON MY FEET ABOUT 10 FEET DOWN

**What caused the accident?**

I WALKED OFF THE END OF THE PLATFORM

**Describe the injury/illness:** L KNEE HURTS, IS STIFF

| Were you provided first aid treatment at the place of the accident? ☒ Yes ☐ No | Were you taken to a medical facility for treatment? ☒ Yes ☐ No |
|---|---|
| | If Yes, what facility were you taken to? PROVIDENCE HOSPITAL |

**Describe the treatment provided:** ☒ (XRAY of KNEE) KNEE IMMOBILIZER
MOTRIN; F/UP C ORTHOPEDIC IN 2-3d

**Witnesses:**

| Name | Address | Telephone |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Signature of Injured Person:** X [signature]    **Date:** 1/29/03

NRPC 260 (11/01) Word Template Page 2

63

Amtrak/Chambliss1690

# Amtrak

## EMPLOYEE INJURY/ILLNESS REPORT
*(To be completed by the supervisor of injured person)*

### Incident Information:

| 1. Incident Date 12/24/03  Incident Time 11:30  ☐ AM ☒PM | 2. Res/Cen: 3119 | 3. Specific Incident location: (i.e. #6 Track etc.) TRK 19 ONION STATION |
|---|---|---|
| 4. City: WAS | 5. State: DC | 6. County: | 7. Nearest Amtrak Station: UNION, WASH | 8. Mile Post: N/A |

### Injured Person Information:

**9. FRA Class of Person:** ☒A= Amtrak employee on duty   ☐ B= Amtrak employee not on duty

| 10. Injured Persons SBU/Commuter Agency: ☒NEC ☐INT ☐Commuter Agency (name) ☐WST ☐COR | 11. Injured Persons Division: MID ATL. | 12. Injured Persons Product Line: N/A | 13. Injured Persons Dept: HSR MECH |
|---|---|---|---|
| 14. Last Name: SNYDER | 15. First Name: STEVEN | 16. MI: S | 17. Injured Persons SSN: 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 |
| 18. Home Address: 329 CENTER ST N. | | 19. City: VIENNA | 20. State: VA | 21. Zip: 22180 |
| 22. Home Phone Number: (703)281-9218 | 23. Date of Birth: 6/14/55 | 24. Gender ☒Male ☐Female | 25. Rest Days ☐Su ☐Mo ☐Tu ☐We ☒Th ☐Fr ☐Sa | 26. Work Order No: |
| 27. Occupation FOREMAN | 28. Was employee working Extra Board? ☐Yes ☒No | 29. Employee's Tour Start Time: 7:00 ☐AM ☒PM | 30. Employee's Sched. Tour End Time: 3:00 ☒AM ☐PM |

### Description of Injury/Illness:

**31. What task does the injured person say he/she was performing when they became injured or ill? (i.e. Cleaning Coach)**

WALKING ON PLATFORM.

**32. How does the injured person say the injury/illness occurred? (i.e. Tripped over loose carpet)**

WHILE WALKING AND LOOKING BACK. HE WALKED OFF THE END OF PLATFORM

**33. What object or substance does the injured person say caused the injury/illness? (i.e. Loose carpet)**

**34. What injury/illness does the injured person report? (i.e. Bruised knee and sprained wrist)**

INJURED LEFT KNEE.

| 35. Train number (if applicable) 2173 - 2250 | 36. Locomotive/Car Number (if applicable) 2035 | 37. Was a Drug/Alcohol Test Performed? ☒Yes ☐No |
|---|---|---|

### Treating or Medical Facility/Provider:

| 38. Did the injured person decline first aid and/or medical treatment? ☐Yes ☒No | 39. Was injured person taken to a Medical Facility?  If so, PRINT name of accompanying supervisor: ☒Yes ☐No  Printed Name: PROVIDENCE HOSP. |
|---|---|
| 40. Name of Treating or Medical Facility/Provider: DARNEL JONES | 41. Telephone number of Treating or Medical Facility Provider: (202)269 7047 |

### Point of Contact Information:

| 42. SSN of person completing form: 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 | 43. Printed name of person completing form: JEFF CASON | 44. Title of person completing form: NEC SUPV. |
|---|---|---|
| 45. Phone number of person completing form: (202)359-5632 | 46. Date/Time Event was Reported: 12/24/03 11:45 ☐AM ☒PM | 47. Date/Time form Completed: 12/25/03 3:00 ☒AM ☐PM |
| 48. Supervisors Name: JEFF CASON | | |

NRPC 260 (11/01) Word Template Page 1

64

Amtrak/Chambliss1691

# Amtrak®

## Drug and Alcohol Testing Notification Form

### Important Note: First, meet all testing criteria, then test employee immediately.

| Employee Name | Employee Number | Date of Test: | Time of Test: |
|---|---|---|---|
| STEVEN SNYDER | 373 62 6560 | 12-25-03 | 3:35 AM |

| Employee Job Title | Hours of Service: | Work Location: | Commuter Service (If Applicable) ❶ |
|---|---|---|---|
| SUPERVISING TECHNICIAN | ☐ Yes  ☒ No | WASHINGTON HSR | N/A |

❶ **Commuter Services:** Connecticut Dot (CDOT); MBTA; VRE; MARC; Metrolink (SCRRA); Peninsula (PCS); Coaster (SDNR)

---

**Reason for Testing Employee (check one):**　　　　　　**Refer to PERS-19 for Additional Information**

**For Cause:**

☒ Accident/Injury (drug and alcohol) use Non-DOT/Company forms.

☐ Rule Violation (drug and alcohol) use Non-DOT/Company forms.

☐ Reasonable Suspicion (drug and/or alcohol-depending on the suspicion) use Non-DOT/Company forms; **Except** if the employee is "hours of service" and was assigned to perform or was performing covered service at the time of the suspicion, use **DOT/Federal** Forms. If a test is not conducted within 2 hours of the determination to test (maximum 8 hours), write a statement indicating the reason for the delay and attach it to this form.
　　　　　　☐ Alcohol　　☐ Drugs　　☐ Drugs and Alcohol

**FRA Post Accident:**

The following four tests are to be performed using the "FRA Post-Accident Toxicological Box". Administer the test(s) promptly. If not administered within 4 hours, proceed with testing procedures and write a statement indicating the reason(s) for the delay and attach it to this form.

☐ **Major Train Accident** Test all crew members of trains involved plus any other "hours of service" employee(s) directly and contemporaneously involved in the circumstances of the accident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

☐ **Impact Accident**　　☐ **Fatal Train Incident**　　☐ **Passenger Train Accident**
Test all crew members of trains involved plus any other "hours of service" employees directly and contemporaneously involved in the circumstances of the accident, **except** employees who the responding supervisor can immediately determine, based on specific information, had no role in the cause or severity of the accident/incident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

**FHWA Post-Accident**

☐ An employee holding a commercial drivers license (CDL) required by Amtrak **and** was involved in a FHWA reportable accident must be urine drug **and** breath alcohol tested, within 2 hours of the accident (8 hr. max for alcohol, 32 hrs. for drug), using **DOT/Federal** testing forms. If tests are not conducted within 2 hours of the accident, write a statement indicating the reason for delay and attach it to this form.

**FHWA Reasonable Suspicion**

☐ (Drug and/or alcohol-depending on the suspicion). If the employee is required by Amtrak to hold a CDL and is performing CDL functions at the time of the suspicion, a **DOT/Federal** testing form **MUST** be used. If an alcohol test is not conducted within 2 hours of the determination to test, write a statement indicating the reason for the delay and attach it to this form.
　　　　　　☐ Alcohol　　☐ Drugs　　☐ Drugs and Alcohol

---

**Please Print Clearly**

| Medical Facility Representative | Medical Facility Rep. Telephone No. |
|---|---|
| Scott H. Carter | (703) 243 4414 |

Name of Medical Facility Performing Collection: EMSI

| Amtrak Supervisor's Name: | Amtrak Supervisor's Signature |
|---|---|
| CHRISTOPHER BELLO | Bello |

| Amtrak Supervisor's Title | Amtrak Supervisor's Telephone Number | Amtrak Supervisor's Pager Number | Amtrak Supervisor's Cell Phone Number |
|---|---|---|---|
| GENERAL FOREMAN | 777-2906 | | 410-207-3262 |

**Distribution:**
**WHITE:** Fax immediately to 202-906-2786 (ATS 777-2786), Attn: Drug and Alcohol Programs
Yellow: General/Facility Manager
**PINK:** Requesting Supervisor

NRPC 2744 (6/99)　　　　　　　　　　　65　　　　　　　Amtrak/Chambliss1692

## (COMPANY) ACCIDENT/INCIDENT
## ALCOHOL/DRUG TEST REPORT

### CRITERIA

➢ If a supervisor determines that an employee's acts or omissions contributed to the occurrence or severity of an accident/incident **AND** the incident is reportable (or the supervisor reasonably believes that it will be reportable) to the Federal Railroad Administration (FRA) under 49 CFR Part 225, the supervisor will require the employee to submit to company alcohol and drug testing. (**EXCEPTION:** If FRA Post-Accident Toxicological or FMCSA Post-Accident Testing criteria is met, FRA or FMCSA Post-Accident Testing procedures must be followed for employees governed by those procedures.)

➢ For guidance on injury reportability, please see reverse side of this report "Basis for Determining if an accident/incident is reportable to the FRA according to 49 CFR Part 225".

➢ Company (Non-Federal) alcohol and drug testing forms will be used for all accident/incident tests.

➢ Testing may be conducted in excess of hours of service limits established for employees covered by the Hours of Service Act. Excess service must be reported on the Division's or SBU monthly Hours of Service Report.

➢ The test are to be completed within two (2) hours of a qualifying accident. If not, the reason(s) for the delay must be stated on this report. Further, any test not completed within eight (8) hours of the rule violation will not be conducted and the reason(s) for canceling the test(s) must be stated on this report.

Completing this report does not replace or substitute for any required report by the Safety Department or the FRA.

Employee Name: _STEVEN    SNYDER_   Employee SSN:_373 62 6560_Personnel #: _____

Date of Accident/Incident: _12 /24 /03_   Time: _11_ : _30_ AM/PM Time Tested: _3_ : _35_ AM/PM   _12-250_

Nearest RR Location (e.g. M.P. or Station): _UNION  STATION   WASHINGTON_ State: _D.C_

Did the employee's acts or omissions contribute to the occurrence or severity of the accident/incident:    _✓_ Yes  _____ No

Basis for reporting accident/incident to FRA (use number codes from reverse side): _2_

Reason(s) for delaying or canceling test(s) and other remarks: _____

Supervisor Name: Printed _CHRISTOPHER   BELLO_ Signature: _____

Title: _GENERAL   FOREMAN_                    Phone #: _202 - 906 - 2906_

Pager #: _____

Amtrak/Chambliss1693

*Fax completed form to Amtrak Health Services at 202/906-2786 or ATS: 777-2786*

# BASIS FOR DETERMINING IF AN ACCIDENT/INCIDENT IS REPORTABLE TO THE FRA ACCORDING TO 49 CFR PART 225

1. Any impact between railroad on-track equipment and an automobile, bus, truck, motorcycle, bicycle, farm vehicle, or pedestrian at a rail-highway grade crossing.

2. A collision, derailment, fire explosion, act of God, or other event involving operation of railroad on-track equipment (standing or moving) that results in more than $6,600(1998 threshold) in damages to railroad on-track equipment, signals, track, track structures and roadbed.

   Hours of service employees involved in this type of accident may be required to submit to FRA Post-Accident Toxicological Testing.

3. Any event arising from the operation of a railroad which results in:

   (A)    death of one or more persons OR;
   (B)    injury to one or more persons, other than railroad employees, that requires **medical treatment** OR;
   (C)    injury to one or more employees that requires **medical treatment** or results in restriction of work or motion for:

   - One or more days;
   - One or more lost work days;
   - Transfer to another job;
   - Termination or employment
   - Loss of consciousness OR;

   (D)    Occupational illness of railroad employee as diagnosed by a physician.

   Examples of **Reportable Medical Treatment**:

   1. Closure of a wound with suture (stitch), staple, steristrip, butterfly or the like.
   2. The application of a cast or other professional means of immobilizing an injured part of the body.
   3. Any application of medication through the use of a syringe, except a tetanus shot.
   4. The treatment of a bruise by drainage of blood.
   5. Treatment of a burn.
   6. Prescription medication.
   7. Removal of any object embedded in the eye or the application of a patch of a bandage.
   8. A x-ray that is positive.
   9. Loss of consciousness.
   10. Hospitalization

**Note**: This is only a partial listing of reportable medical treatment.  Complete guidance is provided in the FRA Guide for Preparing Accident/Incident Reports, or call (202) 906-3280, 9 AM – 5 PM / Monday – Friday.

67

Amtrak/Chambliss1694

# Amtrak

## INJURED EMPLOYEE'S TEN DAY REPORT

| Division | Location |
|---|---|
| | *UNION STATION* |

| Name of Injured Employee | Occupation |
|---|---|
| *STEVEN SNYDER* | *FOREMAN* |

Place Where Accident Occurred

*TRACK 19*

| Date Injured | Time Injured | Employee's Status | | Assigned Hours | Did Employee Complete Tour | |
|---|---|---|---|---|---|---|
| *12 24/03* | *11:30 PM* | ☒ Regular | ☐ Extra | *7P - 3A* | ☐ Yes | ☒ No (Explain below) |

### IF TOUR NOT COMPLETED CHECK APPLICABLE BOX OR BOXES

☒ Medical Attention   ☐ Accident Investigation   ☐ Could Have Worked
☐ Other (Explain)   ☒ D & A Testing   ☐ Could Not Have Worked

| Date | Period Following Injury | Hours Worked From | Hours Worked To | Details of Work Performed |
|---|---|---|---|---|
| *12 D5/03* | 1st Day | | | RD |
| *12 26/03* | 2nd Day | | | RD |
| *12 27/03* | 3rd Day | | | DA/O |
| *12 28/03* | 4th Day | | | DA/O |
| *12 D9/03* | 5th Day | | | DA/O |
| *12 30/03* | 6th Day | *7 PM* | *3 AM* | WR |
| *12 31/03* | 7th Day | *7 PM* | *3 AM* | WR |
| *1/1/04* | 8th Day | | | RD |
| *1/2/04* | 9th Day | | | RD |
| *1/3/04* | 10th Day | *8 AM* | *4 PM* | WR |

Note: Under column "Details of Work Performed" select the applicable entry for each day from the following list:

| | | | | |
|---|---|---|---|---|
| WR | = | Worked Regular Duties | OI = | Off Duty Due to Injury |
| WL | = | Worked Light/Restricted Duties (Explain Duties) | OO = | Off Duty Due to unrelated illness/Injury or Reason (Explain) |
| RD | = | Regular Rest Day | OC = | On Call, Fit for Regular Duty |
| HD | = | Holiday | DA/W = | Off Pending D&A Test Results – Could Have Worked |
| DA | = | Doctor's Appointment | DA/O = | Off Pending D&A Test Results – Have Worked |
| SV | = | Scheduled Day of Vacation | | |

*Signature of Supervisor

Title   *S&I SUPERVISOR*

Signature of Injured Employee

Occupation *Sig Tech*

My signature certifies that this report is correct to the best of my knowledge.

IRPC 2265 (07/91) Word Template

Amtrak/Chambliss1695

## Giurfa, Giuseppe Dino

**From:**          Bello, Christopher
**Sent:**          Monday, December 29, 2003 12:42 PM
**To:**            Giurfa, Giuseppe Dino
**Subject:**       Steve Snyder Injury

Dino,
concerning the Steve Snyder injury I am requesting that he be charged with a violation of the standards of excellence, specifically, "Attending to Duties".  Mr Snyder failed to stay alert and aware of his location when he walked off the platform in 19 track union station causing injury to himself.  Amtrak's Standards of Excellence requires employee's to **remain alert** to their duties at all times.

CMB        *Dec 24  11:30 PM.*

*69*

## HEARING INFORMATION CALL-IN SHEET

Called In: __6/14/2004_____     __1:52 PM_____     _____04._____
                  Date                    Time                  File #

Employee Name:   SNYDER, STEVEN

SS#:         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

Position:    High Speed Supvr Tech              Union.- ARASA

Business Unit: _____       Product Line-_____

Location:   Ivy City, Washington, DC      Department: Mechanical

Out of Service (OOS).-   ☐ Yes   ☒ No    If Yes, effective date: _____

Rules Violated: (Rules of Conduct, Standards of Excellence, NORAC)

Standards of Excellence - Attending to Duties

Specification (Brief Synopsis):

While assigned as the Supervising Technichian on May 11, 2004, you allegedly struck Mr. Chambliss in the face with the Safety Rule Book.  This is a violation of Amtrak's safety policy.

Incident Date:   May 10, 2004        Date of First Knowledge: 5/10/04

Charging Officer:   **Joseph C. Allione, Jr., Manager, HSR**    **202-906-2845  cell: 443-336-6868**
                          Name                              Telephone #

Waiver Offer:   ☒ Yes   ☐ No    If Yes, date:  6/14/04
**(Charging officer must furnish this information prior to date of investigation)**

Hearing Schedule: _____   _____   _____
                    **Date**             **Time**           **Location**

**\*\* CHARGING OFFICER/S MUST SEND COPY OF CHARGES TO
SUSAN MANGATAL @ 777-2105\*\***

70

# Amtrak·

# Unusual Occurrence Report

**IMPORTANT:** Timely submission of this form is required by Federal Railroad Administration (FRA) Title 49, Part 225 of the code of Federal Regulations.

The following sequence of reporting must be strictly adhered to

⇨ **First**  Notify the Operations Center at 1-800-424-0217 or ATS 734-2308 immediately when an incident occurs.
⇨ **Second**  Complete one form for each Amtrak consist involved in the incident.
⇨ **Third**  Fax the completed form and all accompanying documents to Central Reporting with 72 hours of the incident.

| Section 1: | To be completed by person on damaged equipment: | 1. Name of Person Completing Section 1: Dino Giurfa | | | |
|---|---|---|---|---|---|
| **2. Date of Occurrence:** 5 /21 / 04 | **3. Time:** 1 : 15 ☐ AM ☒ PM | | **4. Milepost Number** (nearest tenth): n/a | **5. Nearest City/Town:** Washington | **6. State:** DC |
| **7. County:** n/a | **8. Name Other Railroad Involved:** no other railroad | **9. Railroad that owns the track** Amtrak | | **10. Timetable Direction:** ☐N ☐S ☐E ☐W | |

**11. Type of Accident:**
☐ Derailment ☐ Collision ☐ Grade Crossing ☐ Fire ☐ Obstruction ☐ Explosion ☒ Other (Explain in box 44)

**12. Commuter Service**
☐ N/A ☐ Coaster (SDR) ☐ Caltrain ☐ Metrolink ☐ VRE ☐ Marc ☐ ConDot ☐ MBTA

| **13. Train No.** 2171 | **14. Nearest Amtrak Sta.:** WAS | **15. Type of On-Track Equipment:** ☐ Freight ☒ Passenger ☐ Commuter ☐ Work Train ☐ Single Car ☐ Cut of Cars ☐ Light Loco (s) ☐ Yard/Switching ☐ Maint./Inspection Cars |
|---|---|---|

| **16. Total Locomotives Derailed:** 0 | **17. Total Cars Derailed:** 0 | **18. Was Consist Transporting Passengers?** ☐ Yes ☒ No |
|---|---|---|

| **19. No. of Hazmat Cars in Consist:** 0 | **20. No. of Hazmat Cars Damaged/Derailed:** 0 | **21. No. of Hazmat Cars Releasing Product:** 0 | **22. No. of People Evacuated:** 0 | **23. Temp.** (F): 80 | **24.** Track No./Name: 11 shop |
|---|---|---|---|---|---|

| **25. Type of Track:** ☐ Main ☒ Yard ☐ Siding ☐ Industry | **26. Specific Site, if not on Main Line:** HSR Main. fac. | **27. Visibility:** ☐ Dawn ☒ Day ☐ Dusk ☐ Dark | **28. Weather:** ☒Clear ☐ Cloudy ☐ Rain ☐ Fog ☐ Sleet ☐Snow |
|---|---|---|---|

**29. FRA Track Class** (check one box):

| Track Class | Freight Trains | Passenger Trains |
|---|---|---|
| ☐ x | 10 | PROHIBITED |
| ☐ 1 | 10 | 15 |
| ☐ 2 | 25 | 30 |
| ☐ 3 | 40 | 60 |
| ☐ 4 | 60 | 80 |
| ☐ 5 | 80 | 90 |
| ☐ 6 | 110 | 110 |
| ☐ OTHER | | |

**30. Method of Operation** (check all boxes that apply):

| A. ☐ ATCS | H. ☐ Current of Traffic |
|---|---|
| B. ☐ Auto Train Control | I. ☐ Time Table/Train Orders |
| C. ☐ Auto Train Stop | J. ☐ Track Warrant Control |
| D. ☐ Cab Signals | K. ☐ Direct Traffic Control |
| E. ☐ Traffic Control | L. ☐ Yard Limits |
| F. ☐ Interlocking | M. ☐ Special Instructions |
| G. ☐ Automatic Block | N. ☐ Other Than Main Track Rules |
| | O. ☒ Other (Explain in box 46) |

| **31. Number of Crew Members?** Engineers/Operator: 0    Fireman 0    Conductors: 0    Brakemen 0 | **32. Length on Time of Duty?** Engineer/Operator:    Conductor: Hours: 0 Mins: 0    Hours: 0 Mins: 0 |
|---|---|

**33. List unit number of: first involved in the incident and all units damaged.**
TS17 ψ   ψ   ψ   ψ   ψ   ψ   ψ

| Total Locos in Consist: Head 1   Mid 6   Rear 1 | Total Cars in Consist: 6 | Position of 1st Involved: 0 | Unit Number of first Involved: 2022 |
|---|---|---|---|

| Section 2: | To be Completed by person accountable for damaged equipment: | 34. Name of Person Responsible for Submitting Form: Dino Giurfa | 35. Date: 5/21/04 |
|---|---|---|---|
| **36. Title:** Asst. Superintendent HSR | **37. Telephone Number:** 202-906-2900 | **38. Product Line:** n/a | **39. Division:** MAD | **40. SBU:** n/a |

| **41. Actual Train Speed (MPH):** 0 | **42. Estimated M/W Damage:** 0 | **43. Estimated Equipment Damage:** 0 |
|---|---|---|

**44. Primary Cause (be specific): de-energizement of catenary**

**45. Contributing Cause (be specific):**

**46. Narrative, Describe what happened. Provide information you possess. If the information comes from someone else, please identify the person:** (continue on separate sheet if necessary) **Supervisor actuated main catenary de-energize control button inside the maintenance facility while pantograph on power car 2022 was still on the wire and drawing power, catenary ground lever went to ground and line was blown. Supervisor name: Steven S. Snyder. SSN# 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**

| **47. Was a Drug and Alcohol Test Performed?** ☒ Yes ☐ No If yes, include a copy of **NRPC 2744** Notification of D/A Testing | **48. Was the cause or contributing cause a Human factor?** ☒ Yes ☐ No If yes, include **NAMES's** and **SSN's** in Block 46. |
|---|---|

NRPC 2673 (6/98) Word Template Page 1



Amtrak/Chambliss1673

**COMPLETE THE REMAINING PORTION IF ACCIDENT/INCIDENT TOOK PLACE AT A GRADE CROSSING**

| Section 3: To be completed by person on damaged equipment: | 49. Name of Person Completing Section 3: |
|---|---|

50. DOT-AAR Grade Crossing ID Number: ☐ Public ☐ Private | 51. Highway or Street Name:

52. Type of Highway User:
| | | | | 53. Estimated Highway User Speed (MPH): | 54. Whistle Ban? ☐ Yes ☑ No ☐ Unknown |
|---|---|---|---|---|---|
| A. ☐ Auto | E. ☐ Van | | | | |
| B. ☐ Truck | F. ☐ Bus | J. ☐ Other motor vehicle | | 55. Highway User Direction | |
| C. ☐ Truck-Trailer | G. ☐ School Bus | K. ☐ Pedestrian | | ☐ N  ☐ S  ☑ E  ☐ W | |
| D. ☐ Pickup Truck | H. ☐ Motorcycle | M. ☐ Other (specify) | | | |

56. Highway User Position:
☐ Stalled on Crossing   ☐ Stopped on Crossing   ☐ Moving Over Crossing   ☐ Trapped on Crossing
57. Highway User: ☐ Stuck Train   ☐ Stuck By Train

58. Type of Railroad Equipment Involved:
☐ Train Units Pulling Moving   ☐ Car(s) Moving   ☐ Light Loco(s)   ☐ Train Units Pushing   ☐ Car(s) Standing   ☐ Light Loco(s) Standing
☐ Train Standing   ☐ Other:

59. Type of Crossing Warning (Check all boxes that apply):
| 1. ☐ Gates | 3. ☐ Standard FLS | 5. ☐ Hwy Traf Sig | 7. ☐ Crossbucks | 9. ☐ Watchman | 11. ☐ Others (explain in box 46) |
|---|---|---|---|---|---|
| 2. ☐ Cantilevers FLS | 4. ☐ Wig Wags | 6. ☐ Audible | 8. ☐ Stop Signs | 10. ☐ Flagged by Crew | 12. ☐ None |

60. Signaled Crossing Warning (If items 1, 2, 3, 4, 5, or 6 in Box 57, Type of Crossing Warning are checked, mark the status of the warning device at the time of the accident. Choose **one** of the following seven status codes.)

1. ☐ Provide minimum 20 second warning.
2. ☐ Alleged warning time greater than 60 seconds.
3. ☐ Alleged warning time less than 20 seconds.
4. ☐ Alleged no warning.

5. ☐ Confirmed warning time greater than 60 seconds.
6. ☐ Confirmed warning time less than 20 seconds.
7. ☑ Confirmed no warning.

If status code 5, 6, or 7 were checked, check one letter code explanation from the list below:

A. ☐ Insulated rail vehicle.
B. ☐ Storm/lightning damage.
C. ☐ Vandalism.
D. ☐ No power/batteries dead.
E. ☐ Devices down for repair.
F. ☐ Devices out of services.
G. ☐ Warning time greater than 60 seconds attributed to accident involved train stopping short of the crossing, but within track circuit limits, while warning devices remain continuously active with not other in-motion train present.
H ☐ Warning time greater than 60 seconds attributed to track circuit failure (e.g. insulated rail joint or rail bonding failure, or ballast fouled, etc.).

J. ☐ Warning time greater than 60 seconds attributed to other train/equipment within track circuit limits.
K. ☐ Warning time less than 20 seconds attributed to signals timing out before train's arrival at the crossing/island circuit.
L. ☐ Warning time less than 20 seconds attributed to train operating counter to track circuit's design speed.
M. ☐ Warning time less than 20 seconds attributed to train speed in excess of track circuit's design speed.
N. ☐ Warning time less than 20 seconds attributed to signal system's failure to detect train approach.
P. ☐ Warning time less than 20 seconds attributed to violation of special train operating instructions.
R. ☐ No warning attributed to signal system's failure to detect the train.
S. ☐ Other cause(s) (Explain in box 46)

61. Location of Warning: ☐ Both Sides  ☑ Side of Vehicle Approach  ☐ Opposite Side of Vehicle Approach

| 62. Crossing warning interconnected with highway signals? ☐ Yes  ☐ No  ☑ Unknown | 63. Crossing illuminated by street or special light? ☐ Yes  ☐ No  ☐ Unknown |
|---|---|

| 64. Driver passed standing highway vehicle? ☐ Yes  ☐ No  ☐ Unknown | 65. Driver drove behind or in front or train and was struck by second train? ☐ Yes  ☐ No  ☐ Unknown |
|---|---|

66. Motorist action at crossing: ☐ Drove around/through gates   ☐ Stopped and then proceeded   ☐ Did not stop
☑ Stopped on crossing   ☐ Other:

67. View of track was obstructed by: ☐ Permanent structure   ☐ Standing RR equipment   ☐ Passing train
☐ Topography   ☐ Vegetation   ☐ Highway vehicles   ☐ Not obstructed   ☐ Other

| 68. Driver was: ☐ Killed ☐ Injured ☐ Uninjured | 69. Total number of people in the vehicle including the driver: |
|---|---|
| 70. Driver's gender: ☑ Male  ☐ Female | Total number of vehicle occupants injured including the driver: |
| 71. Driver's Age: | Total number of vehicle occupants killed including driver: |
| 72. Was the driver in the vehicle? ☐ Yes  ☐ No | Total number of people on the train including passengers and crew: |

73. Was highway users or equipment transporting hazardous materials? ☐ Yes   ☐ No

| 74. Make, model and year of highway vehicle: | 75. Estimated dollar damage to highway vehicle: |
|---|---|

76. Special Study Block:

| 77. Police Department Name: | 78. Police Department Telephone Number: |
|---|---|

NRPC 2673 (6/98) Word Template Page 2

72

Amtrak/Chambliss1674

# Amtrak·     Unusual Occurrence Report

**IMPORTANT** Timely submission of this form is required by Federal Railroad Administration (FRA) Title 49, Part 225 of the code of Federal Regulations.
The following sequence of reporting must be strictly adhered to
⇨ **First**   Notify the Operations Center at 1-800-424-0217 or ATS 734-2308 immediately when an incident occurs.
⇨ **Second**   Complete one form for each Amtrak consist involved in the incident.
⇨ **Third**   Fax the completed form and all accompanying documents to Central Reporting with 72 hours of the incident.

| Section 1: | To be completed by person on damaged equipment | 1. Name of Person Completing Section 1: Dine Gturfa | | | |
|---|---|---|---|---|---|
| **2. Date of Occurrence:** 5/21/04 | **3. Time:** 1 : 15 ☐ AM ☒ PM | **4. Milepost Number** (nearest tenth): n/a | | **5. Nearest City/Town:** Washington | **6. State:** DC |
| **7. County:** n/a | **8. Name that Railroad Involved:** no other railroad | **9. Railroad that owns the track** Amtrak | | | **10. Timetable Direction:** ☐ N ☐ S ☐ E ☐ W |

**11. Type of Accident:**
☐ Derailment   ☐ Collision   ☐ Grade Crossing   ☐ Fire   ☐ Obstruction   ☐ Explosion   ☒ Other (Explain in box 44)

**12. Commuter Service**
☐ N/A   ☐ Coaster (SDR)   ☐ Calrain   ☐ MetroLink   ☐ VRE   ☐ Marc   ☐ ConDot   ☐ MBTA

| **13. Train No.** 2171 | **14. Nearest Amtrak Sta.:** WAS | **15. Type of On-Track Equipment:** ☐ Freight ☒ Passenger ☐ Commuter ☐ Work Train ☐ Single Car ☐ Out of Cars ☐ Light Loco (s) ☐ Yard/Switching ☐ Maint./Inspection Cars |

| **16. Total Locomotives Derailed:** 0 | **17. Total Cars Derailed:** 0 | **18. Was Consist Transporting Passengers?** ☐ Yes ☒ No |
|---|---|---|

| **19. No. of Hazmat Cars in Consist:** 0 | **20. No. of Hazmat Cars Damaged/Derailed:** 0 | **21. No. of Hazmat Cars Releasing Product:** 0 | **22. No. of People Evacuated:** 0 | **23. Temp.** (F): 80 | **24.Track No./Name:** 11 shop |
|---|---|---|---|---|---|
| **25. Type of Track:** ☒ Yard ☐ Siding ☐ Industry | | **26. Specific Site, if not on Main Line:HSR Main. fac.** | **27. Visibility:** ☐ Dusk ☐ Dark ☐ Dawn ☒ Day | | **28. Weather:** ☒Clear ☐Cloudy ☐ Rain ☐ Fog ☐ Sleet ☐Snow |

**29. FRA Track Class** (check one box):

| Track Class | Freight Trains | Passenger Trains |
|---|---|---|
| ☐ x | 10 | PROHIBITED |
| ☐ 1 | 10 | 15 |
| ☐ 2 | 25 | 30 |
| ☐ 3 | 40 | 60 |
| ☐ 4 | 60 | 80 |
| ☐ 5 | 80 | 90 |
| ☐ 6 | 110 | 110 |
| ☐ OTHER | | |

**30. Method of Operation** (check all boxes that apply):

| | | | | |
|---|---|---|---|---|
| A. ☐ ATCS | | H. ☐ | | Current of Traffic |
| B. ☐ Auto Train Control | | I. ☐ | | Time Table/Train Orders |
| C. ☐ Auto Train Stop | | J. ☐ | | Track Warrant Control |
| D. ☐ Cab Signals | | K. ☐ | | Direct Traffic Control |
| E. ☐ Traffic Control | | L. ☐ | | Yard Limits |
| F. ☐ Interlocking | | M. ☐ | | Special Instructions |
| G. ☐ Automatic Block | | N. ☐ | | Other Than Main Track Rules |
| | | O. ☒ | | Other (Explain in box 46) |

| **31. Number of Crew Members:** Engineer/Operator: 0   Conductors: 0 | Fireman 0   Brakeman: 0 | **32. Length on Time of Duty?** Engineer/Operator: Hours: 0 Mins: 0 | Conductor: Hours: 0 Mins: 0 |
|---|---|---|---|

**33.** List unit number of: first involved in the incident and all units damaged.
T317

**Total Locos in Consist:**   Head 1   Mid 6   Rear 1 | **Total Cars in Consist:** 0 | **Position of 1ˢᵗ Involved:** 0 | **Unit Number of first Involved:** 0

| Section 2: | To be Completed by person accountable for damaged equipment | 34. Name of Person Responsible for Submitting Form: Dine Gturfa | 35. Date: 5/21/04 |
|---|---|---|---|
| **36. Title:** Asst. Superintendent HSR | **37. Telephone Number:** 202-906-2900 | **38. Product Line:** MAD | **39. Division:** n/a | **40. SBU:** n/a |
| **41. Actual Train Speed (MPH):** 0 | **42. Estimated M/W Damage:** 0 | | **43. Estimated Equipment Damage:** 0 |

**44. Primary Cause (be specific):** de-energizement of catenary

**45. Contributing Cause (be specific):**

**46. Narrative, Describe what happened.** Provide information you possess. If the information comes from someone else, please identify the person: (continue on separate sheet if necessary) Supervisor actuated main catenary de-energize control button inside the maintenance facility while pantograph on car 2022 was still on the wire and drawing power, catenary ground lever went to ground and line was blown. Supervisor name: Steven S. Snyder. SSN# 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

| **47. Was a Drug and Alcohol Test Performed?** ☒ Yes ☐ No If yes, include a copy of NRPC 2744 Notification of D/A Testing | **48. Was the cause or contributing cause a Human Factor?** ☒ Yes ☐ No If yes, include NAMES's and SSN's in Block 46. |
|---|---|

NRPC 2673 (5/98) Word Template Page 1

---

Reason for error
E.1) Hang up or line fail
E.2) Busy
E.3) No answer
E.4) No facsimile connection

7 3

---

| Page Not Sent | Result | Pg (s) | Destination | File No. Mode |
|---|---|---|---|---|
| | OK | P. 5 | 87772250 | 7595 Memory TX |

*  *  * Transmission Result Report (Memory TX) ( May.21. 2004  3:50PM ) *  *  *

P. 1

Amtrak/Chambliss1705

# Amtrak

# Unusual Occurrence Report

**IMPORTANT** Timely submission of this form is required by Federal Railroad Administration (FRA) Title 49, Part 225 of the Code of Federal Regulations.

The following sequence of reporting must be strictly adhered to:
- **First** Notify the Operations Center at 1-800-424-0217 or ATS 734-2308 immediately when an incident occurs.
- **Second** Complete one form for each Amtrak consist involved in the incident.
- **Third** Fax the completed form and all accompanying documents to Central Reporting within 72 hours of the incident.

**Section 1:** To be completed by person on damaged equipment.

| 1. Name of Person Completing Section 1: Dino Giurfa |

| 2. Date of Occurrence: 5/21/04 | 3. Time: 1:35 ☐ AM ☒ PM | 4. Milepost Number (nearest tenth): n/a | 5. Nearest City/Town: Washington | 6. State: DC |

| 7. County: n/a | 8. Name Other Railroad Involved: no other railroad | 9. Railroad that owns the track: Amtrak | 10. Timetable Direction: ☐ N ☐ S ☐ E ☐ W |

**11. Type of Accident:** ☐ Derailment ☐ Collision ☐ Grade Crossing ☐ Fire ☐ Obstruction ☐ Explosion ☒ Other (Explain in box 44)

**12. Commuter Service** ☐ N/A ☐ Coaster (SDR) ☐ Caltrain ☐ Metrolink ☐ VRE ☐ Marc ☐ ConDot ☐ MBTA

| 13. Train No. 2171 | 14. Nearest Amtrak Sta.: WAS | 15. Type of On-Track Equipment: ☐ Freight ☒ Passenger ☐ Commuter ☐ Work Train ☐ Single Car ☐ Cut of Cars ☐ Light Loco (s) ☐ Yard/Switching ☐ Maint./Inspection Cars |

| 16. Total Locomotives Derailed: 0 | 17. Total Cars Derailed: 0 | 18. Was Consist Transporting Passengers? ☐ Yes ☒ No |

| 19. No. of Hazmat Cars in Consist: 0 | 20. No. of Hazmat Cars Damaged/Derailed: 0 | 21. No. of Hazmat Cars Releasing Product: 0 | 22. No. of People Evacuated: 0 | 23. Temp. (F): 80 | 24.Tank No./Name: 11 shon |

| 25. Type of Track: ☐ Main ☒ Yard ☐ Siding ☐ Industry | 26. Specific Site, if not on Main Line: ESR Main. fac. | 27. Visibility: ☐ Dawn ☒ Day ☐ Dusk ☐ Dark | 28. Weather: ☒ Clear ☐ Cloudy ☐ Rain ☐ Fog ☐ Sleet ☐ Snow |

**29. FRA Track Class** (check one box):

| Track Class | Freight Trains | Passenger Trains |
|---|---|---|
| ☒ X | 10 | PROHIBITED |
| ☐ 1 | 10 | 15 |
| ☐ 2 | 25 | 30 |
| ☐ 3 | 40 | 60 |
| ☐ 4 | 60 | 80 |
| ☐ 5 | 80 | 90 |
| ☐ 6 | 110 | 110 |
| ☐ OTHER | | |

**30. Method of Operation** (check all boxes that apply):

| A. ☐ ATCS | H. ☐ Current of Traffic |
| B. ☐ Auto Train Control | I. ☐ Time Table/Train Orders |
| C. ☐ Auto Train Stop | J. ☐ Track Warrant Control |
| D. ☐ Cab Signals | K. ☐ Direct Traffic Control |
| E. ☐ Traffic Control | L. ☐ Yard Limits |
| F. ☐ Interlocking | M. ☐ Special Instructions |
| G. ☐ Automatic Block | N. ☐ Other Than Main Track Rules |
| | O. ☒ Other (Explain in box 46) |

| 31. Number of Crew Members? Engineer/Operator: 0 Conductors: 0 | Fireman 0 Brakemen: 0 | 32. Length on Time of Duty? Engineer/Operator: Hours 0 Mins: 0 | Conductor: Hours 0 Mins: 0 |

**33. List unit number of first involved in the incident and all units damaged.**
TS17 ψ ___ ψ ___ ψ ___ ψ ___ ψ ___ ψ

| Total Locos in Consist: Head 1 Mid 6 Rear 1 | Total Cars in Consist: 6 | Position of 1st Involved: 0 | Unit Number of first Involved: |

**Section 2:** To be Completed by person accountable for damaged equipment.

| 34. Name of Person Responsible for Submitting Form: Dino Giurfa | 35. Date: 5/21/04 |

| 36. Title: Asst. Superintendent ESR | 37. Telephone Number: 202-906-2900 | 38. Product Line: n/a | 39. Division: MAD | 40. SBU: n/a |

| 41. Actual Train Speed (MPH): 0 | 42. Estimated M/W Damage: 0 | 43. Estimated Equipment Damage: 0 |

**44. Narrative. Describe what happened.** Provide information you possess. If the information comes from someone else, please identify the person: (continue on separate sheet if necessary) Supervisor main catenary de-energize control button inside the maintenance facility while pantograph on power car 2022 was still on the wire and drawing power, catenary ground lever went to ground and line was blown. Supervisor name: Steven S. Snyder. SSN# 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

**45. Contributing Cause (be specific):**

**46. Narrative. Describe what happened. Provide information you possess.** If the information comes from someone else, please identify the person:

**47. Was a Drug and Alcohol Test Performed?** ☐ Yes ☐ No
If yes, include a copy of NRPC 2744 Notification of D/A Testing

**48. Was the cause or contributing cause a Human factor?** ☒ Yes ☐ No
If yes, include NAMES's and SSN's in Block 46.

NRPC 2673 (6/98) Word Template Page 1

---

*(rotated fax transmission footer:)*

Reason for error
E.1) Hang up or line fail
E.2) Busy   E.3) No answer
E.4) No facsimile connection

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 7594 Memory TX | 87772695 | p. 5 | OK | |

74

* * * Transmission Result Report(Memory TX) (May.21. 2004 3:48PM) * * *

p. 1

Amtrak/Chambliss1706

**Amtrak®**           **Drug and Alcohol Testing Notification Form**

*Important Note: First, meet all testing criteria, then test employee immediately.*

| Employee Name | Employee Number | Date of Test: | Time of Test: |
|---|---|---|---|
| STEVEN S. SNYDER | 373 62 6560 | 5/21/04 | 3:15 PM |
| Employee Job Title | Hours of Service: | Work Location: | Commuter Service (If Applicable)❸ |
| Supervising Technician | ☐ Yes  ☒ No | WASH. D.C. 14ᵗʰ CITY | N/A |

❶ Commuter Services: Connecticut (CDOT); MBTA; VRE; MARC; Metrolink (SCRRA); Peninsula (PCS); Coaster (SDNR)

**Reason for Testing Employee** (check one):    Refer to PERS-19 for Additional Information

**For Cause:**

☐ Accident/Injury (drug and alcohol) use Non-DOT/Company forms.

☐ Rule Violation (drug and alcohol) use Non-DOT/Company forms.

☒ Reasonable Suspicion (drug and/or alcohol-depending on the suspicion) use Non-DOT/Company forms; **Except** if the employee in "hours of service" and was assigned to perform or was performing covered service at the time of the suspicion, use DOT/Federal Forms. If a test is not conducted within 2 hours of the determination to test (maximum 8 hours), write a statement indicating the reason for the delay and attach it to this form.

☐ Alcohol    ☐ Drugs    ☒ Drugs and Alcohol

**FRA Post Accident**

The following four tests are to be performed using the "FRA Post-Accident Toxicological Box". Administer the test(s) promptly. If not administered within 4 hours, proceed with testing procedure and write a statement indicating the reason(s) for the delay and attach it to this form.

☐ Major Train Accident Test all crew members of trains involved plus any other "hours of service" employee(s) directly and contemporaneously involved in the circumstances of the accident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

☐ Impact Accident    ☐ Fatal Train Incident    ☐ Passenger Train Accident
Test all crew members of trains involved plus any other "hours of service" employees directly and contemporaneously involved in the circumstances of the accident, **except** employees who the responding supervisor can immediately determine, based on specific information, had no role in the cause or severity of the accident/incident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

**FHWA Post-Accident**

☐ An employee holding a commercial drivers license (CDL) required by Amtrak **and** was involved in a FHWA reportable accident must be urine drug **and** breath alcohol tested, within 2 hours of the accident (8 hr. max for alcohol, 32 hrs. for drug), using DOT/Federal testing forms. If tests are not conducted within 2 hours of the accident, write a statement indicating the reason for delay and attach it to this form.

**FHWA Reasonable Suspicion**

☐ (Drug and/or alcohol-depending on the suspicion). If the employee is required by Amtrak to hold a CDL and is performing CDL functions at the time of the suspicion, a DOT/Federal testing form **MUST** be used. If an alcohol test is not conducted within 2 hours of the determination to test, write a statement indicating the reason for the delay and attach it to this form.    ☐ Alcohol    ☐ Drugs    ☐ Drugs and Alcohol

**Please Print Clearly**

| Medical Facility Representative | Medical Facility Rep. Telephone No. |
|---|---|
| MARGARET MURPHY | 800 222-2786 |
| Name of Medical Facility Performing Collection | |
| Comp Med Solutions | |
| Amtrak Supervisor's Name: | Amtrak Supervisor's Signature: |
| DINO GIURFA | |
| Amtrak Supervisor's Title | Amtrak Supervisor's Telephone Number / Amtrak Supervisor's Pager Number / Amtrak Supervisor's Cell Phone Number |
| Asst. Superintendent | 202 906 2900    410 458 1930 |

**Distribution:**
WHITE: Fax immediately to 202-906-2786 (ATS 777-2786), Attn: Drug and Alcohol Programs
Yellow: General/Facility Manager
PINK: Requesting Supervisor

NRPC 2744 (8/98)

*(The following is rotated/upside-down fax transmission text at the bottom of the page:)*

75

E.4) No facsimile connection    E.2) Busy    E.1) Hang up or line fail    E.3) No answer    Reason for error

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7592 Memory TX | | 87772786 | P. 1 | OK | |

* * * Transmission Result Report (Memory TX) ( May.21. 2004 3:45PM) * * *

P. 1

Amtrak/Chambliss1707

# Amtrak                    **Unusual Occurrence Report**

**IMPORTANT** Timely submission of this form is required by Federal Railroad Administration (FRA) Title 49, Part 225 of the code of Federal Regulations.

The following sequence of reporting must be strictly adhered to
- First    Notify the Operations Center at 1-800-424-0217 or ATS 734-2308 immediately when an incident occurs.
- Second   Complete one form for each Amtrak consist involved in the incident.
- Third    Fax the completed form and all accompanying documents to Central Reporting within 72 hours of the incident.

**Section 1:** To be completed by person on damaged equipment | | | | **1. Name of Person Completing Section 1:** Dino Giurfa | | |
|---|---|---|---|---|---|---|

| 2. Date of Occurrence: 5/21/04 | 3. Time: 1:15 ☐ AM ☒ PM | | 4. Milepost Number (nearest tenth): n/a | 5. Nearest City/Town: Washington | | 6. State: DC |
|---|---|---|---|---|---|---|

| 7. County: n/a | 8. Name Other Railroad Involved: no other railroad | 9. Railroad that owns the track Amtrak | | 10. Timetable Direction: ☐ N ☐ S ☐ E ☐ W |
|---|---|---|---|---|

**11. Type of Accident:**
☐ Derailment  ☐ Collision  ☐ Grade Crossing  ☐ Fire  ☐ Obstruction  ☐ Explosion  ☒ Other (Explain in box 44)

**12. Commuter Service**
☐ N/A  ☐ Coaster (SDR)  ☐ Caltrain  ☐ Metrolink  ☐ VRE  ☐ Marc  ☐ ConDot  ☐ MBTA

| 13. Train No. 2171 | 14. Nearest Amtrak Sta.: WAS | 15. Type of On-Track Equipment: ☐ Single Car ☐ Cut of Cars  ☐ Freight ☒ Passenger ☐ Commuter ☐ Work Train ☐ Light Loco (s) ☐ Yard/Switching ☐ Maint./Inspection Cars |
|---|---|---|

| 16. Total Locomotives Derailed: 0 | 17. Total Cars Derailed: 0 | 18. Was Consist Transporting Passengers? ☐ Yes ☒ No |
|---|---|---|

| 19. No. of Hazmat Cars in Consist: 0 | 20. No. of Hazmat Cars Damaged/Derailed: 0 | 21. No. of Hazmat Cars Releasing Product: 0 | 22. No. of People Evacuated: 0 | 23. Temp. (F): 80 | 24. Track No./Name: 11 show |
|---|---|---|---|---|---|

| 25. Type of Track: ☒ Yard ☐ Siding ☐ Main ☐ Industry | 26. Specific Site, if not on Main Line: HSR Main. fac. | 27. Visibility: ☐ Dawn ☒ Day ☐ Dusk ☐ Dark | 28. Weather: ☒ Clear ☐ Cloudy ☐ Rain ☐ Fog ☐ Sleet ☐ Snow |
|---|---|---|---|

**29. FRA Track Class** (check one box)

| Track Class | Freight Trains | Passenger Trains | 30. Method of Operation (check all boxes that apply): | | | |
|---|---|---|---|---|---|---|
| ☐ x | 10 | PROHIBITED | A. ☐ ATCS | H. ☐ Current of Traffic |
| ☐ 1 | 10 | 15 | B. ☐ Auto Train Control | I. ☐ Time Table/Train Orders |
| ☐ 2 | 25 | 30 | C. ☐ Auto Train Stop | J. ☐ Track Warrant Control |
| ☐ 3 | 40 | 60 | D. ☐ Cab Signals | K. ☐ Direct Traffic Control |
| ☐ 4 | 60 | 80 | E. ☐ Traffic Control | L. ☐ Yard Limits |
| ☐ 5 | 80 | 90 | F. ☐ Interlocking | M. ☐ Special Instructions |
| ☐ 6 | 110 | 110 | G. ☐ Automatic Block | N. ☐ Other Than Main Track Rules |
| ☐ OTHER | | | | O. ☒ Other (Explain in box 46) |

| 31. Number of Crew Members? Engineers/Operator: 0      Fireman   0 Conductors:   0      Brakemen:   0 | 32. Length on Time of Duty? Engineer/Operator:         Conductor: Hours: 0 Mins: 0        Hours: 0 Mins: 0 |
|---|---|

**33. List unit number of first involved in the incident and all units damaged.**
T517 ⌄           ⌄           ⌄           ⌄           ⌄
Head 1    Mid 6    Rear 1

| Total Locos in Consist: | Total Cars in Consist: | Position of 1st Involved: | Unit Number of first Involved: |
|---|---|---|---|
| Head 1    Mid 6    Rear 1 | | 6 | 2022 |

| **Section 2:** To be Completed by person accountable for damaged equipment | 34. Name of Person Responsible for Submitting Form: Dino Giurfa | 35. Date: 5/21/04 |
|---|---|---|

| 36. Title: Asst. Superintendent HSR | 37. Telephone Number: 202-906-2900 | 38. Product Line: n/a | 39. Division: MAD | 40. SBU: n/a |
|---|---|---|---|---|

| 41. Actual Train Speed (MPH): 0 | 42. Estimated M/W Damage: 0 | 43. Estimated Equipment Damage: 0 |
|---|---|---|

**44. Primary Cause (be specific): de-energizament of catenary**

**45. Contributing Cause (be specific):**

**46. Narrative.** Describe what happened. Provide information you possess. If the information comes from someone else, please identify the person: (continue on separate sheet if necessary) Supervisor actuated main catenary de-energize control button inside the maintenance facility while pantograph on power car 2022 was still on the wire and drawing power, catenary ground lever went to ground and line was blown. Supervisor name: Steven S. Snyder. SSN# 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

| 47. Was a Drug and Alcohol Test Performed? ☒ Yes ☐ No If yes, include a copy of NRFC 2744 Notification of D/A Testing | 48. Was the cause or contributing cause a Human factor? ☒ Yes ☐ No If yes, include NAMES's and SSN's in Block 46. |
|---|---|

NRFC 2673 (6/98) Word Template Page 1

Reason for error
E.1) Hang up or line fail    E.3) No answer
E.2) Busy                    E.4) No facsimile connection

76

7591 Memory TX          87342308          p. 2          OK

File     No. Mode     Destination          Pg (s)     Result     Page
                                                                  Not Sent

* * * Transmission Result Report (MemoryTX) (May.21. 2004 3:45PM) * * *

p. 1

Amtrak/Chambliss1708

## (COMPANY) REASONABLE SUSPICION
### ALCOHOL/DRUG TEST REPORT

**CRITERIA**

➤ If a supervisor observes an employee on duty or reporting for duty whose appearance, behavior, speech or odor is reasonably associated with alcohol use and the supervisor determines that the employee may be in violation of Amtrak policy, the supervisor will require the employee to submit to an alcohol test.

➤ If a supervisor observes an employee on duty or reporting for duty whose appearance, behavior, speech or odor is reasonably associated with drug use and the supervisor determines that the employee may be in violation of Amtrak policy, the supervisor will require the employee to submit to a drug test.

➤ The tests are to be completed within two (2) hours of employee notification. If not, the reason(s) for the delay must be stated on this report. Any test not completed within eight (8) hours of employee notification will not be conducted and the reason(s) for canceling the test(s) must be stated on this report.

➤ Reasonable suspicion tests conducted on employees NOT assigned to perform Hours of Service functions or CDL Service must be documented on Company forms. Reasonable suspicion tests conducted on employees assigned to perform Hours of Service functions of CDL Service must be documented on Federal forms provided in the Federal Drug and Alcohol Testing package.

| | |
|---|---|
| Employee Name: Steven S. SNYDER | Employee SSN: 373 62 6560 |
| Employee Position/Job Title: Supervising Technician | Personnel #: |
| Work Location: WASH. D.C. HSR | *(Please provide both)* |
| Supervisor #1: Name: DINO GUURFA | Supervisor #2 (if applicable): Name: |
| Title: ASST. SUPERINTENDENT | Title: |
| Phone: 202 906 2900 | Phone: |
| Date of Observation: 5/21/04 Time of Observation: 1:20 PM | Signs and Symptoms Observed (use guide codes from reverse side): 5 - 7 |

**STATEMENT OF YOUR OBSERVATION (use extra sheet if necessary)**

Employee made statements in the course of his duty unchanteristic of his behavior associated with his position this statement/information required to another employee was the sole cause for the incident on this date for blowing the main catenary inside the High Speed Rail maintenance facility

**REASONS FOR DELAY OR CANCELED TEST**

---

_**FAX** completed form to Amtrak-Health Services @ (202) 906-2786 or ATS: 777-2786_

*Revised August 1, 2001*                                                                Over ⇒

Reason for error
E.1) Hang up or line fail    E.3) No answer
E.2) Busy    E.4) No facsimile connection

77

| File No. Mode | Destination | Pg (s) | Result | Page Not Sent |
|---|---|---|---|---|
| 7889 Memory TX | 8777/2786 | P. 1 | OK | |

* * * ( MemoryTX ) Transmission Result Report ( May.21. 2004 3:43PM ) * * *

P. 1

Amtrak/Chambliss1709

# Amtrak®                    **Drug and Alcohol Testing Notification Form**

**Important Note:  First, meet all testing criteria, then test employee immediately.**

| Employee Name | Employee Number | Date of Test: | Time of Test: |
|---|---|---|---|
| STEVEN S. SNYDER | 373 626560 | 5/21/04 | 3:15 PM |

| Employee Job Title | Hours of Service: | Work Location: | Commuter Service (If Applicable)❶ |
|---|---|---|---|
| Supervising technician | ☐ Yes  ☒ No | WASH. D.C. IVYCITY | N/A |

❶ **Commuter Services:** Connecticut Dot (CDOT); MBTA; VRE; MARC; Metrolink (SCRRA); Peninsula (PCS); Coaster (SDNR)

---

**Reason for Testing Employee (check one):**                **Refer to PERS-19 for Additional Information**

## For Cause:

☐     Accident/Injury (drug and alcohol) use Non-DOT/Company forms.

☐     Rule Violation (drug and alcohol) use Non-DOT/Company forms.

☒     Reasonable Suspicion (drug and/or alcohol-depending on the suspicion) use Non-DOT/Company forms; **Except** if the employee is "hours of service" and was assigned to perform or was performing covered service at the time of the suspicion, use **DOT/Federal** Forms.  If a test is not conducted within 2 hours of the determination to test (maximum 8 hours), write a statement indicating the reason for the delay and attach it to this form.
      ☐ Alcohol     ☐ Drugs     ☒ Drugs and Alcohol

## FRA Post Accident:

The following four tests are to be performed using the "FRA Post-Accident Toxicological Box".  Administer the test(s) promptly.  If not administered within 4 hours, proceed with testing procedures and write  a statement indicating the reason(s)  for the delay and attach  it to this form.

☐     **Major Train Accident**  Test all crew members of trains involved plus any other "hours of service" employee(s) directly and contemporaneously involved in the circumstances of the accident.  Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

☐     **Impact Accident**     ☐    **Fatal Train Incident**     ☐    **Passenger Train Accident**
Test all crew members of trains involved plus any other "hours of service" employees directly and contemporaneously involved in the circumstances of the accident, **except** employees who the responding supervisor can immediately determine, based on specific information, had no role in the cause or severity of the accident/incident.  Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

## FHWA Post-Accident

☐     An employee holding a commercial drivers license (CDL) required by Amtrak **and** was involved in a FHWA reportable accident must be urine drug **and** breath alcohol tested, within 2 hours of the accident (8 hr. max for alcohol, 32 hrs. for drug), using **DOT/Federal** testing forms.  If tests are not conducted within 2 hours of the accident, write a statement indicating the reason for delay and attach it to this form.

## FHWA Reasonable Suspicion

☐     (Drug and/or alcohol-depending on the suspicion).  If the employee is required by Amtrak to hold a CDL and is performing CDL functions at the time of the suspicion, a **DOT/Federal** testing form **MUST** be used.  If an alcohol test is not conducted within 2 hours of the determination to test, write a statement indicating the reason for the delay and attach it to this form.
      ☐ Alcohol     ☐ Drugs     ☐ Drugs and Alcohol

---

**Please Print Clearly**

| Medical Facility Representative | Medical Facility Rep. Telephone No. |
|---|---|
| MARGARET L. MURPHY | 800 222-2788 |

Name of Medical Facility Performing Collection
Clinet Solutions

| Amtrak Supervisor's Name: | Amtrak Supervisor's Signature |
|---|---|
| DINO GIURFA | |

| Amtrak Supervisor's Title | Amtrak Supervisor's Telephone Number | Amtrak Supervisor's Pager Number | Amtrak Supervisor's Cell Phone Number |
|---|---|---|---|
| Asst. Superintendent | 202 906 2900 | | 410 458 1930 |

**Distribution:**
**WHITE:** Fax immediately to 202-906-2786 (ATS 777-2786), Attn: Drug and Alcohol Programs
Yellow: General/Facility Manager
PINK: Requesting Supervisor

NRPC 2744 (6/99)



Amtrak/Chambliss1675

# Amtrak®    Drug and Alcohol Testing Notification Form

## *Important Note:  First, meet all testing criteria, then test employee immediately.*

| Employee Name | Employee Number | Date of Test: | Time of Test: |
|---|---|---|---|
| STEVEN S. SNYDER | 373 626 6560 | 5/21/04 | 3:15 PM |

| Employee Job Title | Hours of Service: | Work Location: | Commuter Service (If Applicable)❶ |
|---|---|---|---|
| Supervising Technician | ☐ Yes  ☒ No | WASH. D.C. IVY CITY | N/A |

❶ **Commuter Services:** Connecticut Dot (CDOT); MBTA; VRE; MARC; Metrolink (SCRRA); Peninsula (PCS); Coaster (SDNR)

**Reason for Testing Employee (check one):**          **Refer to PERS-19 for Additional Information**

**For Cause:**

- ☐ Accident/Injury (drug and alcohol) use Non-DOT/Company forms.
- ☐ Rule Violation (drug and alcohol) use Non-DOT/Company forms.
- ☒ Reasonable Suspicion (drug and/or alcohol-depending on the suspicion) use Non-DOT/Company forms; *Except* if the employee is "hours of service" and was assigned to perform or was performing covered service at the time of the suspicion, use **DOT/Federal** Forms. If a test is not conducted within 2 hours of the determination to test (maximum 8 hours), write a statement indicating the reason for the delay and attach it to this form.

  ☐ Alcohol    ☐ Drugs    ☒ Drugs and Alcohol

**FRA Post Accident:**

The following four tests are to be performed using the "FRA Post-Accident Toxicological Box". Administer the test(s) promptly. If not administered within 4 hours, proceed with testing procedures and write a statement indicating the reason(s) for the delay and attach it to this form.

- ☐ Major Train Accident Test all crew members of trains involved plus any other "hours of service" employee(s) directly and contemporaneously involved in the circumstances of the accident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

- ☐ Impact Accident    ☐ Fatal Train Incident    ☐ Passenger Train Accident
Test all crew members of trains involved plus any other "hours of service" employees directly and contemporaneously involved in the circumstances of the accident, *except* employees who the responding supervisor can immediately determine, based on specific information, had no role in the cause or severity of the accident/incident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

**FHWA Post-Accident**

- ☐ An employee holding a commercial drivers license (CDL) required by Amtrak *and* was involved in a FHWA reportable accident must be urine drug *and* breath alcohol tested, within 2 hours of the accident (8 hr. max for alcohol, 32 hrs. for drug), using **DOT/Federal** testing forms. If tests are not conducted within 2 hours of the accident, write a statement indicating the reason for delay and attach it to this form.

**FHWA Reasonable Suspicion**

- ☐ (Drug and/or alcohol-depending on the suspicion). If the employee is required by Amtrak to hold a CDL and is performing CDL functions at the time of the suspicion, a **DOT/Federal** testing form **MUST** be used. If an alcohol test is not conducted within 2 hours of the determination to test, write a statement indicating the reason for the delay and attach it to this form.

  ☐ Alcohol    ☐ Drugs    ☐ Drugs and Alcohol

| **Please Print Clearly** | |
|---|---|
| Medical Facility Representative<br>MARGARET L MURPHY | Medical Facility Rep. Telephone No.<br>800 228 - 2788 |
| Name of Medical Facility Performing Collection<br>Clinlet Solutions | |

| Amtrak Supervisor's Name:<br>DINO GIURFA | Amtrak Supervisor's Signature | | |
|---|---|---|---|
| Amtrak Supervisor's Title<br>Asst. Superintendent | Amtrak Supervisor's Telephone Number<br>202 906 2900 | Amtrak Supervisor's Pager Number | Amtrak Supervisor's Cell Phone Number<br>410 458 1930 |

**Distribution:**
**WHITE:** Fax immediately to 202-906-2786 (ATS 777-2786), Attn: Drug and Alcohol Programs
Yellow: General/Facility Manager
**PINK:** Requesting Supervisor

NRPC 2744 (6/99)          79          Amtrak/Chambliss1676

## (COMPANY) REASONABLE SUSPICION
## ALCOHOL/DRUG TEST REPORT

### REASONABLE SUSPICION SIGNS AND SYMPTOMS

Based upon observing any of the following signs and symptoms in an Amtrak employee on duty or reporting for duty **and** determining that the employee may be in violation of Amtrak policy relating to alcohol and drug abuse, the supervisor will require the employee to submit to <u>breath alcohol</u> (if the suspicion is for alcohol) and/or <u>urine drug</u> (if the suspicion is for controlled substances) testing.

| Odor of | Thinking | Speech | Walk/Stand | Possession of |
|---|---|---|---|---|
| 1. Alcoholic Beverage | 3. Hallucinating | 8. Slurred | 12. Staggering | 17. Alcohol |
| 2. Marijuana | 4. Disoriented | 9. Incoherent | 13. Swaying | 18. Prohibited Drugs |
| | 5. Confused | 10. Thick, Sluggish | 14. Falling | 19. Unauthorized Prescription Drugs |
| | 6. Memory Loss | 11. Endless, Anxious Talking | 15. Unable to Walk | 20. Drug Paraphernalia |
| | 7. Poor Concentration | | 16. Unable to Stand | |

| Mood | General | Eyes | Face | Hands |
|---|---|---|---|---|
| 21. Excited | 31. Sleeping | 42. Watery | 48. Flushed | 51. Shaky (tremors) |
| 22. Euphoric | 32. Difficult to Awaken | 43. Glazed | 49. Pale | 52. Fumbling |
| 23. Uncontrolled Laughing | 33. Crying | 44. Dilated Pupils | 50. Sweating | 53. Slow |
| 24. Fearful | 34. Angry Gestures | 45. Red Eyes | | 54. Wringing Hands |
| 25. Anxious | 35. Fighting | 46. Droopy Lids | | 55. Excessive Movement |
| 26. Irritable | 36. Suicidal Gestures | 47. Rapid Movement | | |
| 27. Aggressive | 37. Poor Coordination | | | |
| 28. Panic | 38. Fainting | | | |
| 29. Indifferent | 39. Vomiting | | | |
| 30. Depressed | 40. Urination on Self | | | |
| | 41. Defecation on Self | | | |

### REMINDER:

➢ **Hours of Service Employees** are tested using **Federal** custody and control forms if employee was performing or subject to performing covered service at the time of observation.

➢ **CDL** employees are tested using **Federal** custody and control forms.

➢ All other reasonable suspicion tests must be documented on **Company** forms.



Amtrak/Chambliss1677

## (COMPANY) REASONABLE SUSPICION
## ALCOHOL/DRUG TEST REPORT

### CRITERIA

➢ If a supervisor observes an employee on duty or reporting for duty whose appearance, behavior, speech or odor is reasonably associated with alcohol use **and** the supervisor determines that the employee may be in violation of Amtrak policy, the supervisor will require the employee to submit to an alcohol test.

➢ If a supervisor observes an employee on duty or reporting for duty whose appearance, behavior, speech or odor is reasonably associated with drug use **and** the supervisor determines that the employee may be in violation of Amtrak policy, the supervisor will require the employee to submit to a drug test.

➢ The tests are to be completed within two (2) hours of employee notification.  If not, the reason(s) for the delay must be stated on this report.  Any test not completed within eight (8) hours of employee notification will not be conducted and the reason(s) for canceling the test(s) must be stated on this report.

➢ Reasonable suspicion tests conducted on employees **NOT** assigned to perform **Hours of Service** functions or **CDL Service** must be documented on **Company** forms.  Reasonable suspicion tests conducted on employees assigned to perform **Hours of Service** functions or **CDL Service** must be documented on Federal forms provided in the **Federal** Drug and Alcohol Testing package.

| | |
|---|---|
| **Employee Name:** Steven S. SNYDER | **Employee SSN:** 373 62 6560 |
| **Employee Position/Job Title:** Supervising Technician<br>**Work Location:** WASH. D.C. HSR | **Personnel #:** _____<br>*(Please provide both)* |
| **Supervisor #1:**<br>**Name:** DINO GIURFA<br>**Title:** ASST. SUPERINTENDENT<br>**Phone:** 202 906 2900 | **Supervisor #2 (if applicable):**<br>**Name:** _____<br>**Title:** _____<br>**Phone:** _____ |
| **Date of Observation:** 5/01/04<br>**Time of Observation:** 1:20 PM | **Signs and Symptoms Observed** (use guide codes from reverse sides): 5 - 7 |

**STATEMENT OF YOUR OBSERVATION** (use extra sheet if necessary)

Employee made statements in the course of his duty uncharacteristic of his behavior associated with his position. His statement/information released to another employee was the sole cause for the incident on this date for blowing the main catenary inside the High Speed Rail maintenance facility.

**REASONS FOR DELAY OR CANCELED TEST**

_____

**FAX** completed form to Amtrak-Health Services @ (202) 906-2786 or ATS: 777-2786

Amtrak/Chambliss1678

```
*  *  *  Transmission Result Report(MemoryTX) ( Sep.28. 2005 12:13PM ) *  *  *
```

| File<br>No. Mode | Destination | Pg(s) | Result | Page<br>Not Sent |
|---|---|---|---|---|
| 1441 Memory TX | 3349 | P. 1 | OK | |

```
Reason for error
  E.1) Hang up or line fail           E.2) Busy
  E.3) No answer                      E.4) No facsimile connection
```

**WAIVER**

28-Sep-05

SNYDER STEVEN
13613 CLARY SAGE DRIVE
CHANTILY        VA 20151

HSR #    CMB05.264.01
O.D.I. #

HIGH SPEED SPVR TECH
ARASA

I agree to waive my right to a Formal Investigation in connection with the below listed charge(s) and specification(s) and agree to accept the discipline assessed by the National Railroad Passenger Corporation. Furthermore, I agree to waive my right to appeal the discipline assessed.

**Charge:** Violation of Amtrak's Anti-Discrimination and Anti-Harrassment Policy specifically the section(s) pertaining to " Harrassment"

**Specification:** While assigned as the Supervising Technicion you allegedly made epithets, slurs, or negative stereotyping based on race, religion, or other protected personal characteristic. This constitutes a violation of Amtrak's Anti-Discrimination and Anti-Harrassment Policy (4.2)

**Discipline Assessed:** 15 days suspension to be served immediately starting 9/28/2005 and resignation from the Supervisor position (ARASA roster). Once Mr. Snyder has served the suspension he will have bumping rights in the IBEW roster starting October 13th 2005.

_____
Employee Signature

9/28/05
Date

_____
Witness Signature

9/28/05
Date

_____
Management Signature

9/28/05
Date

H.R File

82

Amtrak/Chambliss1701

NATIONAL RAILROAD PASSENGER CORPORATION
## HEARING INFORMATION CALL-IN SHEET
401 "W" Street, NE, Washington, DC 20018

Called In: __6/21/2004__          __12:14 PM__                04.  AMTRAK
                  Date                    Time                    File No.

Employee Name:   SNYDER, STEVEN

SS#:             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

Position:        High Speed Supvr Tech                    Union.- ARASA

Business Unit:   _____            Product Line- _____

Location:        Ivy City, Washington, DC   Department: Mechanical

Out of Service (OOS).-     ☐ Yes    ☒ No    If Yes, effective date: _____

Rules Violated: (Rules of Conduct, Standards of Excellence, NORAC)

Standards of Excellence - Attending to Duties

Specification (Brief Synopsis):

While assigned as the Supervising Technician on May 21, 2004 you allegedly told the NccMsc
Supervisor that pantographs on TS17 were down. De-inergizing the catenary based on your
alleged information caused the catenary to go to ground and blow the line.

Incident Date:   May 21, 2004            Date of First Knowledge: 05/21/04

Charging Officer: Joseph C. Allione, Jr., Manager, HSR     202-906-2845 cell: 443-336-6868
                          Name                                  Telephone #

Waiver Offer:    ☒ Yes    ☐ No    If Yes, date:  6/21/04
                 (Charging officer must furnish this information prior to date of investigation)

Hearing Schedule: _____   _____   _____
                        Date              Time              Location

** CHARGING OFFICER/S MUST SEND COPY OF CHARGES TO
SUSAN MANGATAL @ 777-2105**

Amtrak/Chambliss1703

## HEARING INFORMATION CALL-IN SHEET

Called In: _____6/14/2004_____          _____1:52 PM_____          _____04._____
                              Date                                 Time                        File #

Employee Name:   **SNYDER, STEVEN**

SS#:   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

Position:   High Speed Supvr Tech          Union.- **ARASA**

Business Unit:                         Product Line-_____

Location:   Ivy City, Washington, DC         Department: Mechanical

Out of Service (OOS).-   ☐ Yes   ☒ No     If Yes, effective date: _____

Rules Violated: (Rules of Conduct, Standards of Excellence, NORAC)

Standards of Excellence – Attending to Duties

Specification (Brief Synopsis):

While assigned as the Supervising Technician on May 11, 2004, you allegedly struck Mr. Chambliss in the face with the Safety Rule Book. This is a violation of Amtrak's safety policy.

Incident Date:   May 10, 2004          Date of First Knowledge: 5/10/04

Charging Officer:   Joseph C. Allione, Jr., Manager, HSR     202-906-2845 cell: 443-336-6868
                              Name                            Telephone #

Waiver Offer:   ☒ Yes   ☐ No     If Yes, date:   6/14/04
  (Charging officer must furnish this information prior to date of investigation)

Hearing Schedule: _____          _____          _____
                        Date                         Time                    Location

** CHARGING OFFICER/S MUST SEND COPY OF CHARGES TO
SUSAN MANGATAL @ 777-2105**

---

E. 4) No facsimile connection                     E. 3) No answer
E. 1) Hang up or line fail                       E. 2) Busy
Reason for error

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| File | No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7874 Memory TX | 2105 | | P. 3 | OK | |

*84*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

* * * Transmission Result Report (Memory TX) ( Jun.14. 2004  1:51PM ) * * *

P. 1

Amtrak/Chambliss1710

* * * Transmission Result Report(Immediate TX) ( Jun.14. 2004  1:26PM ) * * *

| Date | Time | Destination | Mode | TXtime | Page | Result | Pers. Name | File No. |
|------|------|-------------|------|--------|------|--------|-----------|----------|
| Jun.14. | 1:20PM | 2261 | G3TED | 6'07" | P. 13 | OK | | 7872 |

```
#  :  Batch            C  :  Confidential     $  :  Transfer        P  :  Polling
M  :  Memory           L  :  Send later       @  :  Forwarding      E  :  ECM
S  :  Standard         D  :  Detail           F  :  Fine            U  :  Super Fine
>  :  Reduction
```

Amtrak/Chambliss1711

# ⬳AMTRAK

## Accident Investigation Committee Report

| Incident Number: | Date of Injury: 12 / 24 /03 |
|---|---|
| Name of Injured:  Steven Snyder | Social Security Number: 373 ~ 62 ~ 6560 |

### Accident Analysis

Steven Snyder a 48 yr. old male HSR foreman with no prior injuries assigned to Union Station was walking backwards in track 19 North looking back at train 2259 when he lost track of his position on the platform and fell off the platform. After falling off the platform Mr. Snyder contacted Msc supervisor Jeff Cason via radio and informed him of the incident.  Mr Snyde reported that he landed on his feet but was experiencing pain in his left

knee.  He was transported to Providence Hospital for treatment and evaluation.

**Cause :** Mr Snyder failed to remain alert to his position on the platform and did not "STOP" and look behind before backing up.

### Was a Safety Rule violated?

☐ Yes      ☐ No    If yes, list numbers.

### Contributing Factors

It was Christmas eve, employee most likely failed to stay focussed on his job and responsibilies.

### Committee Recommendations

This was a most inexcusable and rare accident.  Every Holiday during the daily safety meeting every shift supervisor stresses the importance of concentrating and staying focussed on duties and responsibilities.  During holiday periods managers and supervisors will have to be even more vigilant  at stressing focus and alertness at all times when on the job.

### Accident Investigation Committee

Date and time committee established 12 / 29 /2003     8 : 00    ☒ AM    ☐ PM

| Name | Title | Signature |
|---|---|---|
| Chris Belle | General Foreman | |
| Jeff Cason | Msc supervisor | |
| Jeff Wiegel | Q.A Inspector | |

| Department Head (review and approval) | Signature | Date |
|---|---|---|
| Giuseppe Giurfa | | 1-6-04 |

NRPC 465 (07/02) word template

Amtrak is a registered service mark of the National Railroad Passenger Corporation.

- 1 -

Reason for error
E. 1) Hang up or line fail
E. 2) Busy      E. 3) No answer
E. 4) No facsimile connection

*  *  *  *  Transmission Result Report (Memory TX) ( Jan. 12. 2004 11:19AM )  *  *  *  *

| File No. Mode | Destination | Pg (s) | Result | Page Not Sent |
|---|---|---|---|---|
| 5558 Memory TX | 3784 | P. 4 | OK | |

P. 1

Amtrak/Chambliss1712

**AMTRAK**                                          **Accident Investigation Committee Report**

| Incident Number: | Date of Injury: 12 / 24 /03 |
|---|---|
| Name of Injured: **Steven Snyder** | Social Security Number: 373 – 62 – 6560 |

**Accident Analysis**

Steven Snyder a 48 yr. old male BSR foreman with no prior injuries assigned to Union Station was walking backwards in track 19 North looking back at train 2259 when he lost track of his position on the platform and fell off the platform. After falling off the platform Mr. Snyder contacted Msc supervisor Jeff Cason via radio and informed him of the incident. Mr Snyde reported that he landed on his feet but was experiencing pain in his left knee. He was transported to Providence Hospital for treatment and evaluation.

Cause : Mr Snyder failed to remain alert to his position on the platform and did not "STOP" and look behind before backing up.

**Was a Safety Rule violated?**

☐ Yes   ☐ No   If yes, list numbers,

**Contributing Factors**

It was Christmas eve, employee most likely failed to stay focussed on his job and responsibilies.

**Committee Recommendations**

This was a most inexcusable and rare accident . Every Holiday during the daily safety meeting every shift supervisor stresses the importance of concentrating and staying focussed on duties and responsibilities. During holiday periods managers and supervisors will have to be even more vigilant at stressing focus and alertness at all times when on the job.

**Accident Investigation Committee**

Date and time committee established 12 / 29 /2003   8 : 00   ☒ AM   ☐ PM

| Name | Title | Signature |
|---|---|---|
| Chris Bello | General Foreman | |
| Jeff Cason | Msc supervisor | |
| Jeff Wiegel | Q.A Inspector | |

| Department Head (review and approval) | Signature | Date |
|---|---|---|
| Giuseppe Ciurfa | | 1-/6-0 y |

NRPC 405 (07/02) word template

Amtrak is a registered service mark of the National Railroad Passenger Corporation.

– 1 –

Reason for error
E.1) Hang up or line fail   E.2) Busy   E.3) No answer   E.4) No facsimile connection

87

| File No. Mode | Destination | Pg(s) Result | Page Not Sent |
|---|---|---|---|
| 5556 Memory TX | 2531 | P. 4   OK | |

* * * - Transmission Result Report(Memory TX) ( Jan.12. 2004 11:17AM ) * * *

P. 1

Amtrak/Chambliss 1713

NOTICE FOR HOLDING MEDICALLY DISQUALIFIED
EMPLOYEES OUT OF SERVICE PENDING RESULTS OF D&A

DATE: _12-25-03_

NAME: _STEVEN  SNYDER_

LOCATION: _WASHINGTON  HSR FACILITY_

CRAFT: _SUPERVISING  TECHNICIAN_

Notification is hereby given that you are held out of service, beginning

_4:05 AM_  _12-25-03_ _____, in connection with

_INJURY  THAT  OCURRED  IN  19 TRACK  UNION_

_STATION_

You will be advised promptly with regard to any further action that will be
taken.

Signature of Charging Officer

General Foreman

Title

CERTIFICATE OF SERVICE

RECEIVED this _____ day of _____ 20__ 3.

EMPLOYEE SIGNATURE

E.3) No answer                    E.2) Busy            E.4) No facsimile connection
E.1) Hang up or line fail
Reason for error...

Amtrak/Chambliss1714

---

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 5363 Memory TX | 3784 | P. 6 | OK | |

Transmission Result Report (Memory TX) ( Dec.29. 2003  8:51AM ) * * *

P. 1

**Amtrak®**　　　　　　　　　**Drug and Alcohol Testing Notification Form**

**Important Note:** _First, meet all testing criteria, then test employee immediately._

| Employee Name | Employee Number | Date of Test: | Time of Test: |
|---|---|---|---|
| STEVEN SNYDER | 373 62 6560 | 12-25-03 | 3:35 AM |

| Employee Job Title | Hours of Service: | Work Location: | Commuter Service (If Applicable) ❶ |
|---|---|---|---|
| SUPERVISING TECHNICIAN | ☐ Yes  ☑ No | WASHINGTON HSR | N/A |

❶ Commuter Services: Connecticut Dot (CDOT); MBTA; VRE; MARC; Metrolink (SCRRA); Peninsula (PCS); Coaster (SDNR)

**Reason for Testing Employee** (check one):　　　　　　　Refer to PERS-19 for Additional Information

**For Cause:**

- ☑ Accident/Injury (drug and alcohol) use Non-DOT/Company forms.
- ☐ Rule Violation (drug and alcohol) use Non-DOT/Company forms.
- ☐ Reasonable Suspicion (drug and/or alcohol-depending on the suspicion) use Non-DOT/Company forms; Except if the employee is "hours of service" and was assigned to perform or was performing covered service at the time of the suspicion, use DOT/Federal Forms. If a test is not conducted within 2 hours of the determination to test (maximum 8 hours), write a statement indicating the reason for the delay and attach it to this form.
  ☐ Alcohol  ☐ Drugs  ☐ Drugs and Alcohol

**FRA Post Accident:**

The following four tests are to be performed using the "FRA Post-Accident Toxicological Box". Administer the test(s) promptly. If not administered within 4 hours, proceed with testing procedures and write a statement indicating the reason(s) for the delay and attach it to this form.

- ☐ Major Train Accident Test all crew members of trains involved plus any other "hours of service" employee(s) directly and contemporaneously involved in the circumstances of the accident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.
- ☐ Impact Accident  ☐ Fatal Train Incident  ☐ Passenger Train Accident Test all crew members of trains involved plus any other "hours of service" employees directly and contemporaneously involved in the circumstances of the accident. unless employee who the responding supervisor can immediately determine, based on specific information, had no role in the cause or severity of the accident/incident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

**FHWA Post-Accident**

- ☐ An employee holding a commercial drivers license (CDL) required by Amtrak and was involved in a FHWA reportable accident must be urine drug and breath alcohol tested, within 2 hours of the accident, (8 hr. max for alcohol, 32 hr. for drug, using DOT/Federal testing forms. If tests are not conducted within 2 hours of the accident, write a statement indicating the reason for delay and attach it to this form.

**FHWA Reasonable Suspicion**

- ☐ (Drug and/or alcohol-depending on the suspicion). If the employee is required by Amtrak to hold a CDL and is performing CDL functions at the time of the suspicion, a DOT/Federal testing form MUST be used. If an alcohol test is not conducted within 2 hours of the determination to test, write a statement indicating the reason for the delay and attach it to this form.
  ☐ Alcohol  ☐ Drugs  ☐ Drugs and Alcohol

**Please Print Clearly**

| Medical Facility Representative | Medical Facility Rep. Telephone No. |
|---|---|
| Scott M. Carter | (703) 243 4414 |

| Name of Medical Facility Performing Collection |
|---|
| Inova |

| Amtrak Supervisor's Name: | Amtrak Supervisor's Signature |
|---|---|
| CHRISTOPHER BELLO | C. Bello |

| Amtrak Supervisor's Title | Amtrak Supervisor's Telephone Number | Amtrak Supervisor's Pager Number | Amtrak Supervisor's Cell Phone Number |
|---|---|---|---|
| GENERAL FOREMAN | 777-2906 | | 410-207-3262 |

**Distribution:**
WHITE: Fax Immediately to 202-906-2786, Attn: Drug and Alcohol Programs
Yellow: General/Facility Manager
PINK: Requesting Supervisor

NRPC 2744 (6/99)

uoıɟɔǝuuoɔ ǝlıɯısɔɐɟ oN (ㄣ˙Ǝ    ʎsnꓭ (Ɛ˙Ǝ    lıɐɟ ǝuıl ɹo dn ƃuɐH (Ɩ˙Ǝ    ɹǝʍsuɐ oN (Ɛ˙Ǝ

ɹoɹɹǝ ɹoɟ uosɐǝꓤ

ꓘO    ᄅ ˙d    98ㄥᄅ    X⟘ ʎɹoɯǝW ƖƐƐϛ

ʇuǝS ʇoN ǝƃɐd    ʇlnsǝꓤ    (s)ƃd    uoıʇɐuıʇsǝꓷ    ǝpoW ˙oN ǝlıℲ

* * * ( WⱯ8Ɛ˙ϛ Ɛ00ᄅ ˙ϛᄅ˙ɔǝꓷ ) (X⟘ʎɹoɯǝW)ʇɹodǝꓤ ʇlnsǝꓤ uoıssıɯsuɐɹ⟘ ˙ː ⁎ ⁎ ⁎

˙d

Amtrak/Chambliss1715

NOTICE FOR HOLDING MEDICALLY DISQUALIFIED
EMPLOYEES OUT OF SERVICE PENDING RESULTS OF D&A

DATE: 12-25-03

NAME: STEVEN SNYDER

LOCATION: WASHINGTON HSR FACILITY

CRAFT: SUPERVISING TECHNICIAN

Notification is hereby given that you are held out of service, beginning
4:45 AM   12-25-03 , in connection with
INJURY THAT OCURRED IN 19 TRACK UNION
STATION

You will be advised promptly with regard to any further action that will be taken.

_____
Signature of Charging Officer

General Foreman
_____
Title

CERTIFICATE OF SERVICE

RECEIVED the ___ day of Dec , 2003

_____
EMPLOYEE SIGNATURE

Reason for error    E.1) Hang up or line fail    E.2) Busy    E.4) No facsimile connection
E.3) No answer

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 5330 Memory TX | 2596 | P. 5 | OK | |

* * * Transmission Result Report(MemoryTX) (Dec.25. 2003 5:36AM) * * *

p. 1

Amtrak/Chambliss1716

AMTRAK

## NOTICE FOR HOLDING MEDICALLY DISQUALIFIED
## EMPLOYEES OUT OF SERVICE PENDING RESULTS OF D&A

DATE: *12-25-03*

NAME: *STEVEN SNYDER*

LOCATION: *WASHINGTON HSR FACILITY*

CRAFT: *SUPERVISING TECHNICIAN*

Notification is hereby given that you are held out of service, beginning

*4:65AM    12-25-03* _____. in connection with

*INJURY THAT OCURRED IN 19 TRACK UNION*

*STATION*

You will be advised promptly with regard to any further action that will be taken.

_____
Signature of Charging Officer

General Foreman
_____
Title

### CERTIFICATE OF SERVICE

RECEIVED this _____ day of _____ 2003

_____
EMPLOYEE SIGNATURE

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

*91*

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5829 | Memory TX | 2250 | P. 5 | OK | |

* * * Transmission Result Report(MemoryTX) (Dec.25. 2003 5:34AM) * * *

P. 1

Amtrak/Chambliss1717

# Amtrak                    INJURED EMPLOYEE'S TEN DAY REPORT

| Division | Location  UNION STATION |
|---|---|
| Name of Injured Employee  STEVEN SNYDER | Occupation  FOREMAN |
| Place Where Accident Occurred  TRACK 19 | |

| Date Injured  12-24-03 | Time Injured  11:30 pm | Employee's Status  ☒ Regular  ☐ Extra | Assigned Hours  7P - 3A | Did Employee Complete Tour  ☐ Yes  ☒ No (Explain below) |
|---|---|---|---|---|

**IF TOUR NOT COMPLETED CHECK APPLICABLE BOX OR BOXES**

| ☒ Medical Attention | ☐ Accident Investigation | ☐ Could Have Worked |
|---|---|---|
| ☐ Other (Explain) | ☒ D & A Testing | ☐ Could Not Have Worked |

| Date | Period Following Injury | Hours Worked From | To | Details of Work Performed |
|---|---|---|---|---|
| 12-25-03 | 1st Day | | | RD |
| 12-26-03 | 2nd Day | | | RD |
| 12-27-03 | 3rd Day | | | DA / ☒ |
| 12-28-03 | 4th Day | | | DA / ☒ |
| 12-29-03 | 5th Day | | | DA / ☒ |
| 12-30-03 | 6th Day | 7PM | 3AM | WR |
| 12-31-03 | 7th Day | 7PM | 3AM | WR |
| 1-1-04 | 8th Day | | | RD |
| 1-2-04 | 9th Day | | | RD |
| 1-3-04 | 10th Day | 8AM | 4PM | WR |

Note: Under column "Details of Work Performed" select the applicable entry for each day from the following list:

| WR | = | Worked Regular Duties | OI | = | Off Duty Due to Injury |
|---|---|---|---|---|---|
| WL | = | Worked Light/Restricted Duties (Explain Duties) | OO | = | Off Duty Due to unrelated Illness/Injury or Reason (Explain) |
| RD | = | Regular Rest Day | OC | = | On Call, Fit for Regular Duty |
| HD | = | Holiday | DA/W | = | Off Pending D&A Test Results – Could Have Worked |
| DA | = | Doctor's Appointment | DA/O | = | Off Pending D&A Test Results – Have Worked |
| SV | = | Scheduled Day of Vacation | | | |

| *Signature of Supervisor | Signature of Injured Employee |
|---|---|
| Title  S+I SUPERVISOR | Occupation  Sig Tech |

My signature certifies that this report is correct to the best of my knowledge.
JRPC 2265 (07/91) Word Template

Reason for error
E.1) Hang up or line fall    E.3) No answer
E.2) Busy    E.4) No facsimile connection

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5446 Memory TX | | 3784 | P. 1 | OK | |

*  *  *  Transmission Result Report (Memory TX) ( Jan. 5. 2004 3:02PM) *  *  *

P. 1

Amtrak/Chambliss1718

# Amtrak    INJURED EMPLOYEE'S TEN DAY REPORT

| Division | Location |
| --- | --- |
| | UNION STATION |
| Name of Injured Employee | Occupation |
| STEVEN SNYDER | FOREMAN |

| Place Where Accident Occurred | | | | |
| --- | --- | --- | --- | --- |
| TRACK 19 | | | | |

| Date Injured | Time Injured | Employee's Status | Assigned Hours | Did Employee Complete Tour |
| --- | --- | --- | --- | --- |
| 12 04 03 | 11:30 PM | ☒ Regular ☐ Extra | 7P - 3A | ☐ Yes ☒ No (Explain below) |

**IF TOUR NOT COMPLETED CHECK APPLICABLE BOX OR BOXES**

| | | | |
| --- | --- | --- | --- |
| ☒ Medical Attention | ☐ Accident Investigation | | ☐ Could Have Worked |
| ☐ Other (Explain) | ☒ D & A Testing | | ☐ Could Not Have Worked |

| Date | Period Following Injury | Hours Worked From | Hours Worked To | Details of Work Performed |
| --- | --- | --- | --- | --- |
| 12 05 03 | 1st Day | | | RD |
| 12 06 03 | 2nd Day | | | RD |
| 12 07 03 | 3rd Day | | | DA/O |
| 12 08 03 | 4th Day | | | DA/O |
| 12 09 03 | 5th Day | | | DA/O |
| 12 30 03 | 6th Day | 7 PM | 3 AM | WR |
| 12 31 03 | 7th Day | 7 PM | 3 AM | WR |
| 1 11 04 | 8th Day | | | RD |
| 1 12 04 | 9th Day | | | RD |
| 1 13 04 | 10th Day | 3 AM | 4 PM | WR |

Note: Under column "Details of Work Performed" select the applicable entry for each day from the following list:

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| WR | = | Worked Regular Duties | OI | = | Off Duty Due to Injury |
| WL | = | Worked Light/Restricted Duties (Explain Duties) | OO | = | Off Duty Due to unrelated Illness/Injury or Reason (Explain) |
| RD | = | Regular Rest Day | OC | = | On Call, Fit for Regular Duty |
| HD | = | Holiday | DA/W | = | Off Pending D&A Test Results – Could Have Worked |
| DA | = | Doctor's Appointment | DA/O | = | Off Pending D&A Test Results – Have Worked |
| SV | = | Scheduled Day of Vacation | | | |

| *Signature of Supervisor | Signature of Injured Employee |
| --- | --- |
| | |
| Title | Occupation |
| ET&I Supervisor | Sig Tech |

My signature certifies that this report is correct to the best of my knowledge.
JRPC 2265 (07/91) Word Template

E.4) No facsimile connection
E.3) No answer
E.2) Busy
E.1) Hang up or line fail
Reason for error

93

| 5445 Memory TX | 2596 | | P. 1 | OK |
| --- | --- | --- | --- | --- |
| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |

* * * Transmission Result Report(MemoryTX) (Jan. 5. 2004 3:01PM) * * *

P. 1

Amtrak/Chambliss1719

 

**Employee Discipline Input Form**

| Employee Name: Steven Snyder | Social Security Number: 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 |
|---|---|
| Payroll Code: 14 | Personnel District Code: EA4 |
| Labor Union: AB | O.D.I. File Number: 04.250 |

## Violation Data

| Rule Violation | Date of Violation (Year/Month/Day) |
|---|---|
| 402 | 04 05 11 |
| 460 | 04 05 11 |
| | |
| | |
| | |
| | |

## Discipline Data

| Discipline Assessed: 502 | Date Assessed (Date of Decision Letter Year/Month/Day) 04 06 14 |
|---|---|
| Proceeding: ☒ Waiver ☐ Hearing | Hearing Officer: Ant Dalendro |

### For Labor Relations Department Use Only

| Labor Relations File No.: | Date Received: |
|---|---|
| Issues: (Identify all applicable arguments raised) | |
| | |
| | |
| | |

| Action Taken: | ☐ Upheld | ☐ Overturned | ☐ Modified |
|---|---|---|---|

Modification Code (if applicable – by Labor Relations **LRA** or Arbitration **BRD**)

| Authorized by: | | Date: |
|---|---|---|

**Distribution:**   **White** – Human Resources    **Yellow** – Hearing Officer    **Pink** – Labor Relations

NRPC 2827 (06/03)
Amtrak is a registered service mark of the National Railroad Passenger Corporation

Amtrak/Chambliss1573

 **NATIONAL RAILROAD PASSENGER CORPORATION**
**EMPLOYEE DISCIPLINE INPUT FORM**

EMPLOYEE NAME: _____ Steven Snyder _____

PAYROLL CODE: BE _14_ SOCIAL SECURITY NUMBER: _373 - 62 - 6560_

PERSONNEL DISTRICT CODE: _EA4_ LABOR UNION: _AT_

O. D. I. FILE NUMBER: _____ 04.050 _____

## VIOLATION DATA

| Rule Violation | Date of Violation (Year/Month/Day) |
|---|---|
| 400 / 401 | 03 / 12 / 24 |

## DISCIPLINE DATA

Discipline Assessed: _REP_

Date Assessed (date of decision letter-YMD): _04 01 23_

Proceeding: **Waiver: W** or Hearing: **H** (circle one)

_____
Hearing Officer

## FOR LABOR RELATIONS DEPARTMENT USE ONLY

Labor Relations File No.: _____ Date Received: _____

Issues: _____ _____ _____ _____ _____ _____ _____
(identify all applicable arguments raised)

Action taken: Upheld _____ Overturned _____ Modified _____

Modification Code (if applicable): _____
(by Labor Relations **LRA** or Arbitration **BRD**)

_____          _____
**Authorized by**                        **Date**

**White** - Personnel    **Yellow** - Hearing Officer    **Pink** - Labor Relations

NRPC 2827

Amtrak/Chambliss1576