10. DEPOSITION TESTIMONY OF DORIA w. Washington

Case 1:05-cv-02490-CKK   Document 24-8   Filed 08/22/2006   Page 1 of 11

157

```
                                                                Page 1
 1   JERRY CHAMBLISS

 2            Plaintiff              IN THE
                                     CIRCUIT COURT
 3       vs                          FOR
                                     BALTIMORE CITY
 4   NATIONAL RAILROAD PASSENGER     Case No. 24-C-04-008216
     CORP.
 5
              Defendant.
 6   _____/

 7

 8            The deposition of DORIA W. WASHINGTON was

 9   held on Tuesday, August 2, 2005, commencing at 12:10

10   p.m. at the offices of National Railroad Passenger

11   Corp, 900 Second Street, N.E., Washington, D.C. 2002,

12   before Steven Poulakos, Notary Public in and for the

13   District of Columbia.

14

15   APPEARANCES:

16            JOHN F. HANNAWAY, ESQUIRE
                 On behalf of Plaintiff
17
              ILANA SUBAR, ESQUIRE
18               On behalf of Defendant

19

20

21   REPORTED BY:  Steven Poulakos
```

*158*

Dora W. Washington - 8/2/05

### Page 2

1  Whereupon,
2          DORIA W. WASHINGTON,
3  called as a witness, having been first duly sworn to
4  tell the truth, the whole truth and nothing but the
5  truth, was examined and testified as follows:
6          EXAMINATION BY MR. HANNAWAY:
7     Q    Would you state your name, please.
8     A    Doria Willeen Washington.
9     Q    What's the middle name?
10    A    Willeen.
11    Q    How do you spell that?
12    A    W-I-L-L-E-E-N.
13    Q    Have you ever been deposed or questioned
14  like this before?
15    A    No.
16    Q    Well, this is what's called a deposition.
17  We're here about specifically an incident that occurred
18  on May the 10th of 2004 in which Mr. Chambliss is
19  asserting that Mr. Snyder hit him in the face with a
20  book.
21    A    Okay.

### Page 3

1     Q    I'm going to be asking you specifically
2  about that incident and some other things.
3          This gentleman here is a stenographer. He
4  takes down everything that you and I and anybody else
5  says word-for-word and we get back a little transcript
6  or book in question and answer form.
7          I just tell you that because you know when
8  we're just out day-to-day we nod our head and shake our
9  head no and go like this meaning I don't know. We
10  can't do that with him because he can't read that,
11  shook head. He has to write down yes and no.
12         Sometimes I make no sense at all, believe
13  it or not, and when I ask you a question you may not
14  understand it, it may not make sense. If that occurs I
15  want you to say I didn't understand your question.
16  Please state again, or if you don't hear me or I mumble
17  or something like that. I don't want you to guess at
18  things.
19         It's perfectly fine to say I don't know or
20  I don't remember or say, well, I think. There's no
21  game here. We just want you to tell the truth and

### Page 4

1  we'll take it from there.
2          This is a formal proceeding. You have been
3  sworn in like you just did to testify under oath and
4  you are subject to penalties of perjury, although we
5  are conducting this in the District of Columbia,
6  subject to the penalties in the State of Maryland
7  because this state is pending in the State of Maryland,
8  okay?
9     A    Okay.
10    Q    Any questions at this point?
11    A    No.
12    Q    You want to take a break or need water or
13  anything you let me know. It's not dock to be that
14  long, Ms. Washington.
15    A    Okay.
16    Q    Did you meet with anyone before coming down
17  here today to discuss this matter?
18    A    No.
19    Q    Did you meet with anyone today to discuss
20  this matter?
21    A    No.

### Page 5

1     Q    Did you meet with the attorney for Amtrak
2  to discuss this Casson, this lady here?
3     A    Yes.
4     Q    What did you all talk about?
5     A    About the Casson and the accident that
6  happened, that day.
7     Q    Just what occurred? That's what you all
8  talked about, just what happened that day?
9     A    Yes.
10    Q    You're a coach cleaner?
11    A    Yes.
12    Q    How long have you been with Amtrak?
13    A    Five years.
14    Q    As I said, you're craft is a coach cleaner.
15  What's that job entail? What do you do?
16    A    When the train comes in we clean the train.
17  Sometimes we turn around. Sometime we do a level one.
18  It's how the foreman and what he wants done on that
19  train.
20    Q    Turn around is a -- it's less of a cleaning
21  because the train has to go back out?

Towson Reporting Company       GORE BROTHERS            Whitman Reporting-Rockville
410-828-4148                   410-837-3027                    301-279-7599

6565660c-59ad-4575-a3f5-9005f9c7fa2d

Page 6

1   A    Yes.
2   Q    And 111 is more of a cleaning?
3   A    Right.
4   Q    Sort of what I do on a Wednesday to pick up
5   around the house as opposed to what I do on Saturday to
6   really clean the house?
7   A    Yes.
8   Q    Do you generally have a regular assigned
9   shift?
10  A    Yes, I do.
11  Q    What is your shift presently?
12  A    It's 12:00 noon time to 8:00 p.m.
13  Q    You get weekends off?
14  A    No.
15  Q    Not yet?
16  A    No.
17  Q    Do you recall back in around May of 2004
18  what shift you worked?
19  A    7:00 p.m. to 3:00 am.
20  Q    Do you generally work with the same people?
21  A    Yes.

Page 7

1   Q    Did you ever work with Mr. Chambliss, who,
2   for the record, is sitting here?
3   A    Yes.
4   Q    On the same shift with him?
5   A    Yes.
6   Q    And back around May 10th of 2004 he got hit
7   on the head with a book; is that right?
8   A    Yes.
9   Q    Do you recall what shift you worked that
10  day, whether that occurred in the morning or at night
11  or in between?
12  A    I worked 7:00 a.m. to -- 7:00 a.m. to
13  3:00 p.m.
14  Q    This occurred in the morning?
15  A    Yes.
16  Q    Just after the safety meeting and job
17  assignments?
18  A    Yes.
19  Q    Did you ever work with Harry, I may
20  mispronounce it, Charleus?
21  A    Yes.

Page 8

1   Q    Did you ever work with Carlos Alvarado?
2   A    Yes.
3   Q    Steve Snyder, was he ever your foreman or
4   supervisor.
5   A    Yes.
6   Q    Is that what he's called, a foreman?
7   A    ' Yes.
8   Q    Has that been going on regular him being a
9   foreman since you were at Amtrak?
10  A    I have different foreman.  It depend what
11  shift I was on and find out if he was the foreman on
12  that shift.
13  Q    Got you.
14       Now, you were present when Mr. Snyder threw
15  the book at Mr. Chambliss on May 10th, 2004?
16  A    Yes.
17  Q    Where did that occur?
18  A    In our lunchroom.
19  Q    In the lunchroom?
20  A    Yes.
21  Q    Is that over where the high speeds pull up

Page 9

1   to get cleaned?  I think it's a blue or gray building?
2   A    Yes.
3   Q    Over at Ivy City?
4   A    Yes.
5   Q    How many tables in the lunchroom, do you
6   know?
7   A    I think nine or ten.
8   Q    That's about right.  That's close enough
9   when you do something like that say between eight and
10  ten.  You don't have -- I couldn't tell you how many
11  chairs are in my dining room right now.  So don't worry
12  about it.
13       Were you all seated at one table for the
14  safety meeting on that day?
15  A    On that day?
16  Q    Yes.
17  A    I think, five or six was at my table, and
18  I'm for sure Jerry was by himself.  I think he was
19  sitting my hisself at his table.
20  Q    So you were at a different table than
21  Mr. Chambliss was for the safety meeting?

3 (Pages 6 to 9)

Page 10

1  A  Right.
2  Q  You were seated at your table?
3  A  Right.
4  Q  And he's seated at his table?
5  A  Right.
6  Q  And at which table, if you remember, was
7  Mr. Snyder?
8  A  He was at the fourth table.
9  Q  At the same one Mr. Chambliss was at?
10 A  No.
11 Q  Do you recall who was on the crew that day?
12 A  Everybody that was working that day?
13 Q  Yes, please.
14 A  It was Pam, myself, Stacy, Vullo, he's an
15 NEC, and Steven.
16 Q  That's Steve Snyder?
17 A  Yes.
18 Q  What's Pam many last name?
19 A  Bunch.
20 Q  And Stacy's last name?
21 A  Deffenbaugh.

Page 11

1       MS. SUBAR: D-E-F-F-E-N-B-A-U-G-H, and
2  Vullo is V-U-L-L-O.
3       BY MR. HANNAWAY:
4  Q  How far away from you were you from
5  Mr. Chambliss when he got hit in the head with the
6  book?
7  A  Right behind him.
8  Q  Right behind him?
9  A  Yes. We had the first table. He was in
10 the next table.
11 Q  So tables are right next to each other?
12 A  Yes.
13 Q  About how far is that? If you're not going
14 good with distances, you can point to something here.
15 I'm not good a distances.
16 A  Not that far.
17 Q  Me and you?
18 A  Yes.
19 Q  About?
20 A  Like that.
21 Q  Three-and-a-half, four feet; does that

Page 12

1  sound right?
2  A  Yes, I think.
3  Q  Don't rely on me. I'm not good at this.
4     What occurred? What did you see or hear?
5  A  Okay. We had our safety meeting first. He
6  read the rules and everything, what our job assignment
7  is. Like Jerry comes in every day, he comes and have
8  his breakfast like he do every morning.
9     After that was over Steve was over by the
10 sink blowing his nose and the trash can was near Jerry
11 and he threw it and it missed and it went in front of
12 Jerry breakfast was, and Jerry said --
13 Q  It landed in front of where Jerry's
14 breakfast was?
15 A  Yes.
16 Q  You mean on the table?
17 A  On the table.
18 Q  Did you see this?
19 A  Yes, I see that part.
20 Q  He had blown his nose in that?
21 A  Yes.

Page 13

1  Q  Where was the trash can --
2  A  Right --
3  Q  -- in relation to how far away was it from
4  Jerry's breakfast?
5  A  Not that far.
6  Q  What's not that far?
7  A  Say Jerry was here and the trash can was
8  right here.
9  Q  So right next to where Jerry's sitting?
10 A  Right next to where he was sitting.
11 Q  So he blew his nose and threw the tissue?
12 A  And it land where Jerry was at.
13 Q  Did you hear anybody say anything at that
14 point that you remember?
15 A  Let me think, because we were always
16 talking at that time. I think Pam said something. Pam
17 was saying because she say something like --
18 Q  Like yuk?
19 A  Yes.
20 Q  Did you hear Mr. Chambliss say anything at
21 that point?

4 (Pages 10 to 13)

Page 14

1  A  Yes. He said, now you're going to throw it
2  at me. He said, if I'm going to throw it at you --
3  Q  Who is he?
4  A  I'm sorry.
5  Q  That's okay, dear.
6  A  I'm sorry. He said, you going to throw it
7  at me, and Steve said --
8  Q  He is Mr. Chambliss?
9  A  Jerry say, you're going to throw it at me,
10 and Steve say, yes, I'm going to throw -- Jerry said,
11 you're going to throw it at me and Steve said, if I'm
12 going to throw it at you, I'm going to throw it.
13 Q  When I'm going to throw it at you I'm going
14 to throw it?
15 A  I'm going to throw it.
16 Q  Did you see him throw it?
17 A  Not the safety book because I was turned
18 the opposite way, but I heard it.
19 Q  You heard it. What did it sound like?
20 A  Like a boom. We turned around and the
21 safety book was laying right in front of Jerry.

Page 15

1  Q  Did you see it hit his face?
2  A  No, I didn't see it hit the face.
3  Q  You didn't see Steve Snyder throw it?
4  Because is that your writing?
5  A  Yes.
6  Q  Maybe I just don't understand. I didn't
7  see Steve Snyder throw safety book. I turned, book was
8  on Jerry face?
9  A  Yes.
10 Q  You meant in from front of him?
11 A  In front of him.
12 Q  You didn't mean you turned around and it
13 was stuck to his face?
14 A  No.
15 Q  Do you recall anything being said by anyone
16 after that, be it Jerry or Mr. Snyder or anyone else?
17 A  No.
18 Q  What was Jerry's -- do you know what the
19 word demeanor means?
20 A  No.
21 Q  It means how someone appears, you know, how

Page 16

1  you can tell people are angry or people are sad or
2  people are happy or agitated or angry.
3  A  Right.
4  Q  That's what demeanor means, how they look
5  and what you can pick up from the way they look.
6  A  What would you say Jerry's demeanor was?
7  How did he act after he got hit with the book? He was
8  kind of down.
9  Q  Down, what do you mean by down?
10 A  He was surprised that this happened. He
11 wasn't hisself after that happened.
12 Q  His wasn't --
13 A  He wasn't hisself because he always a happy
14 person when he comes in. He never be mean or nasty to
15 me. He always -- he was a good person.
16 Q  This change occur right after he got hit
17 you mean, what you saw that day?
18 A  Yes, that day.
19 Q  Did you talk to Mr. Chambliss at all that
20 day, if you remember?
21 A  I can't remember that day. I can't

Page 17

1  remember. It's been a while.
2  Q  That's okay. That's fine. You're doing
3  great.
4     Mr. Chambliss ever tell you that he got
5  hurt?
6  A  Yes, he did.
7  Q  Do you recall when that was? Would it have
8  been that day, if you know?
9  A  I don't know if it was that day or not.
10 Q  Now, you were questioned or interviewed
11 about this incident, right?
12 A  Yes.
13 Q  When did that occur, do you remember? I'm
14 not asking for a specific day, but was it that day or
15 within a week or whatever you can remember?
16 A  I don't remember what day it was.
17 Q  Who did you go and meet with someone?
18 A  Yes. Chris Bello had called us to his
19 office and we had to write a statement and everything
20 up.
21 Q  Was that basically all Mr. Bello said to

5 (Pages 14 to 17)

Towson Reporting Company   GORE BROTHERS   Whitman Reporting-Rockville
410-828-4148              410-837-3027     301-279-7599
                                           6565660c-59ad-4575-a3f5-9005f9c7fa2d

Page 18

1  you, write a statement about what happened?
2  A   Yes.
3  Q   Other than that time when you went to
4  Mr. Bello's office and he said write a statement about
5  what happened, did you talk with anyone from Amtrak
6  about the incident?
7  A   Me and Pam and Stacy was talking, us three.
8  Q   Among yourselves?
9  A   Yes.
10 Q   When did that occur?  Was it close to when
11 the incident occurred?
12 A   Yes.  The same day.
13 Q   Tell me the gist of the conversation, what
14 you all said to each other when --
15 A   We said it was wrong that that happened, or
16 we talked about all he had to do was just walk over
17 there and put it in the trash can.
18 Q   He being Mr. Snyder?
19 A   Yes, Steve.
20 Q   Any anything else you can recall about the
21 conversation with you and your two co-workers?

Page 19

1  A   No, that was it.
2  Q   And that was that day or --
3  A   Yes.
4  Q   Now, you said you worked with Mr. Charleus
5  and also Mr. Alvarado?
6  A   Yes.
7  Q   Are you aware that Mr. Charleus made a
8  complaint back in 2002 with respect to Mr. Snyder?
9  A   No, I didn't know nothing about that.
10 Q   I'm just going to -- bear with me one
11 second.
12     He wrote to -- let's see if I can refresh
13 your memory.  Back in August of 2002 he wrote a letter
14 saying that on August 14th at about 8:00 p.m. during
15 the coach cleaner group safety meeting, Steve Snyder
16 used profanity in a threatening matter when assigning
17 the group our work assignments.
18     After beginning to assign work assignments
19 he stopped to inject, quote -- this means this is what
20 he is he's saying.  I don't want to hear any shit from
21 you either, addressing the group, even though no one

Page 20

1  had said anything while he was giving out these
2  assignments.
3     Do you recall that occurring back in 2002?
4  A   I don't remember that one.
5  Q   That's only, okay.  He just said on that
6  date that he kind of cussed you all out.
7  A   Did he cuss us out, but we was in the van.
8  Q   Maybe I was wrong.  It just says during the
9  safety.
10    What did he say in the van?
11 A   He said -- he was telling us, stop
12 complaining, stop whining and told us all to shut up
13 and called us the N word and B name.
14 Q   The N word, I guess we'll all stipulate
15 that we know what the N word is?  I don't want to be
16 saying that?
17 A   Yes.
18 Q   The B word means the bitch word, right?
19 A   Yes.
20 Q   You consider use of the N word to be
21 fighting words?

Page 21

1  A   Well, to me, my opinion, that word should
2  never been used.  All he had to say was call us each of
3  us by name and say we have to go down to Ivy City to
4  clean the train and it has to be done.  You're here for
5  eight hours.  And that would have been it.
6  Q   Did you find him on that incident or any
7  other instances to be physically threatening towards
8  you or the others?
9  A   I don't know about the other coach
10 cleaners.  After that accident I ain't had no more
11 problems after that.
12 Q   After what?
13 A   After he was call us names, I didn't have
14 no more problems.
15 Q   Did you feel threatened by him at that
16 time?
17 A   Yes.
18 Q   And do you recall when that occurred, let's
19 say, in relation to when Mr. Chambliss got hit with the
20 book?  Was that before Mr. Chambliss got hit with the
21 book?

Page 22

1  A  Yes.
2  Q  Do you know how soon before or anything
3  like that?
4  A  That was like a year ago.
5  Q  You mean a year before Mr. Chambliss'?
6  A  Yes.
7  Q  Do you recall if you -- did you ever make
8  any complaints about Mr. Snyder to anyone?
9  A  Yes, I did. I have.
10 Q  What were the complaints and who did you
11 make them to?
12 A  I forgot to tell her about that, but.
13 Q  That's okay.
14 A  I had an accident with my hand back then
15 and I went to Steve Snyder and I said the gloves had
16 aten my skin up and I could use those no more.
17 Q  Gloves?
18 A  Yes, had ate my skin up real bad, and he
19 didn't do nothing about it. He walked away. So I went
20 back on the train. I didn't know what to do because I
21 was still new and learning a lot of things and I didn't

Page 23

1  know was I supposed to go to another foreman and tell
2  somebody else, but he was the only one around.
3     He supposed to bring you to the hospital
4  and he didn't, so I had to fill a statement. I have a
5  copy of that, but I left that at home.
6  Q  What did you get the chemicals on you?
7  A  It was the powder inside of the glove ate
8  my skin up.
9  Q  Was that the only time you complained about
10 him?
11 A  Yes.
12 Q  Did you ever talk with a Dennis Smith?
13 A  Yes, I have.
14 Q  What was that all about? Respect to
15 Mr. Snyder I mean.
16 A  Dennis Smith had came down to the station.
17 He talked to Steve Snyder and talked to all of the
18 employees, but it was separate. He talked to him first
19 and then he talked to us.
20 Q  And that was just this year, wasn't it?
21 A  I think that was when he was calling us

Page 24

1  names at that time.
2  Q  This past year, just a few months ago. Did
3  anyone from the Amtrak have everyone down to talk to
4  them about what's going on with Mr. Chambliss and
5  Mr. Snyder and any complaints they have, sometime this
6  year? We're in August now.
7  A  No.
8  Q  Did any employees, people you work with,
9  co-workers, ever complain to you about -- tell you
10 about problems they had with Mr. Snyder?
11 A  I know Carlos did.
12 Q  Carlos?
13 A  Alvarado and Tyryk Jenkins. Let me think
14 who's still there on that shift. Stacy wasn't there.
15 I think that's all that came and complained.
16 Q  With respect to Carlos Alvarado, did he
17 complain to you that to the effect that Mr. Snyder
18 tried to kick him?
19 A  Yes, I remember that.
20 Q  And would you know anymore details about
21 it?

Page 25

1  A  We just got finished cleaning a train --
2  Q  Did you see it?
3  A  Yes, I did. I was outside.
4  Q  Outside the train?
5  A  Outside by the van.
6  Q  Got you.
7  A  When it happened. We just got finished
8  cleaning 2150.
9  Q  Is that a train number?
10 A  That's the train number.
11    And Carlos was finished. He wanted to go
12 back and catch the shadow. Steve Snyder said we have
13 to wait until everybody finish, everybody go back
14 together. And Steve and Carlos got into an argument
15 outside.
16 Q  Verbal argument?
17 A  Yes.
18    I don't know what the words and everything,
19 but I don't know, the next minute Carlos was kicked.
20 Q  Did you see Steve Snyder kick Carlos?
21 A  Yes.

7 (Pages 22 to 25)

Towson Reporting Company        GORE BROTHERS        Whitman Reporting-Rockville
410-828-4148                    410-837-3027          301-279-7599
                                                      6565660c-59ad-4575-a3f5-9005f9c7fa2d

Page 26

| | | |
|---|---|---|
| 1 | Q | Where did he kick him? |
| 2 | A | In the behind. |
| 3 | Q | Kicked him in the rear end? |
| 4 | A | Yes. |
| 5 | Q | Carlos had his back to him? |
| 6 | A | Carlos was turning around getting ready to walk away. He decided he going to go ahead and catch the shadow anyway. |
| 9 | Q | Any other complaints -- that you witnessed. Did Carlos ever tell you about any problems he was having with Steve Snyder? |
| 12 | A | I know Carlos was talking about that he's nasty to him. He don't like him. And I said, all know is you just put in a complaint. |
| 15 | Q | Tyryk, is it Jenkins? |
| 16 | A | Yes. |
| 17 | Q | Can you tell me anything that Tyryk told you about Mr. Snyder and the problems he's had with Mr. Snyder? |
| 20 | A | Yes. Tyryk had a lot of problems with Steve. Talked to him any kind of way. I wasn't around |

Page 27

1  when he called him other names, I wasn't there. He
2  goes to look through the cars and see a certain person
3  out on the car then he goes to each employee and where
4  they at.
5       And I said, I do not know because I'm not
6  getting involved and not getting in the middle of it.
7  Q    This is Steve's out looking for people?
8  A    Yes.
9  Q    Your co-workers want to look in their cars
10 and such --
11 A    To see where is a certain person at. Most
12 of us don't want to go involved. We just -- that's the
13 foreman job. They got to find them.
14 Q    I understand.
15      I want to ask you about 2004. Did a -- I
16 may mispronounce it -- Mr. Jeff Weigiels also --
17 A    Yes.
18 Q    Did he ever come and talk to you all?
19 A    He came in and talked to me and he tell me
20 about the -- yes, he came and talked to me on the train
21 a couple of times.

Page 28

1  Q    Who is he?
2  A    I'm sorry. Jeff Weigiels?
3  Q    What's his job?
4  A    His job is like -- he's a Q and A.
5  Q    What's a Q and A?
6  A    He was a Q and A at first. Then he took
7  Joe's job, employees that gets into like in trouble
8  have to go to a hearing, stuff like that, and he send
9  you letters and stuff out to employees.
10 Q    Got you. So he kind of investigates things
11 in his Q and A means that he questions and get answers?
12 A    He was like -- he was a Q first for the
13 employees. Q and A means to check through the trains
14 to make sure everything is all right, and then he went
15 into another job.
16 Q    Now, he's an investigator?
17 A    Yes.
18 Q    Did he come to you as an investigator?
19 A    Yes.
20 Q    And that was this year?
21 A    Yes.

Page 29

1  Q    In spring of 2005, somewhere in there?
2  A    Yes, around there, because we was like
3  outside of the train. He came and talked to me about
4  he heard Jerry attorney and everything.
5  Q    What else did he say? What did he ask you
6  about and what did you say?
7  A    He asked me about Jerry, and I told him
8  everything about it, around he said okay. Then he
9  said, we've been having a lot of problems with Steve
10 Snyder.
11 Q    What did you say?
12 A    I said, yes, a lot of people have a lot of
13 problems. I don't understand. They got the white hat.
14 They getting away with things and nothing being done.
15 I said, that's true.
16 Q    He said what?
17 A    He said he don't understand so much they
18 have some white hats. They get away with a lot of
19 things and nobody is doing anything about it.
20 Q    Is he a white hat?
21 A    Yes, a foreman.

8 (Pages 26 to 29)

Towson Reporting Company
410-828-4148



GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

6565660c-59ad-4575-a3f5-9005f9c7fa2d

Page 30

1  Q  The kind of helmet he wears?
2  A  Yes.
3  Q  Why don't you just take one.
4     Is that what Mr. Weigiels said or what you
5  said.
6  A  Yes, that's what we was both talking about.
7  Q  Do you know if he spoke with anyone other
8  than you?
9  A  He was talking to Pam Bunch too.
10 Q  Anyone else you know?
11 A  That's all that I know so far.
12 Q  Did he have a piece of paper?  Was he
13 writing anything down when you were talking to him?
14 A  No.
15 Q  Did he have a tape recorder?
16 A  No.
17 Q  He was just talking to you verbally back
18 and forth?
19 A  Right.
20 Q  I've asked you about Mr. Alvarado and
21 Mr. Charleus and Mr. Jenkins and yourself?

Page 31

1  A  Right.
2  Q  Any other employees who you can think about
3  who have complained about Mr. Snyder acting violent
4  towards them, threatening towards them, or hitting them
5  in any way, throwing things at them; any other people
6  you can think of?
7  A  No one I know of.  If it happened, I
8  probably wasn't there that day when it happened.
9  Q  Anybody else you can think of where he's
10 used the N word towards that individual?
11 A  You mean the same day?
12 Q  Well, you were all in the van?
13 A  The whole group was on the van together.
14 Q  Any other times that that has occurred that
15 you know of?
16 A  That's the only time that I know of.
17    MR. HANNAWAY:  I have nothing further.
18    Thank you for coming down.
19    MS. SUBAR:  I have a few questions.
20    BY MR. HANNAWAY:
21 Q  You talk to Dennis submit about any of

Page 32

1  this?
2  A  Yes, I did.
3  Q  Was that back when it occurred or recently
4  in 2005?
5  A  That is back when it occurred.
6  Q  You didn't talk to him this year?
7  A  No.
8     MR. HANNAWAY:  Thank you.
9     EXAMINATION BY MS. SUBAR:
10 Q  I have just a few questions.
11    When you said that you talked to Dennis
12 Smith when it occurred, what did Dennis submit talk to
13 you about?
14 A  The same thing.  He said -- Dennis Smith
15 said whatever, Steve say to go to the house, clean that
16 train, that that's your job, go ahead down and clean it
17 and everybody come on back where you supposed to be
18 stationed at.
19 Q  At that time did you complain to Dennis
20 Smith that Mr. Snyder had used the N word or the B
21 word?

Page 33

1  A  Yes.
2  Q  What did Dennis Smith say to you in
3  response?
4  A  He talked to us about it and everything.
5  He said that he had to talk to Steve first and find out
6  what really happened and everything.
7  Q  So did he say he would talk to --
8  A  Yes, he said he would talk to Steve first
9  and after he talked to Steve he would come and talk to
10 us.
11 Q  Did Dennis Smith come back and talk to you
12 again?
13 A  Yes, he did come back and talk to us.
14 Q  What did he say to you when he came back to
15 talk to you?
16 A  He explained to Steve and told him, you
17 can't use those types of words around Amtrak because
18 that's improper to use for a co-worker because we all
19 had to work together.
20 Q  After that incident were you ever present
21 when those words, the N word or the B word, were used

Page 34

1  either to you or in your presence after that incident?
2      A    After that happened, you mean after the --
3      Q    After on the van where you say Mr. Snyder
4  cursed on the van?
5      A    Yes, he did. After that, after Dennis
6  Smith came that was it.
7      Q    That was the incident that you recall
8  happening?
9      A    Right.
10     Q    And also just to back up again. When you
11 said, on the van Steve Snyder cursed on the van, was he
12 driving at the time?
13     A    Yes, he was driving.
14     Q    Was he facing you guys when he said these
15 things? I'm just trying to figure out who he was
16 talking to when he made these comments.
17     A    He was driving and we was all in the van
18 complaining and everything why we have to go down there
19 and everything. He said we have to go down there and
20 we said why because our job assignment is down at the
21 station and we bid the job at the station and why we

Page 35

1  have to go down there and then he got upset with us and
2  everything and he said those things, called us those
3  names.
4      Q    Did he say that to you or was he on a
5  walkie-talkie or was he talking to somebody else.
6      A    He was on the walkie-talkie too.
7      Q    Do you know who -- being there do you know
8  who he was talking to?
9      A    His Casson talking on the radio.
10     Q    Who is Casson?
11     A    Casson is the NEC.
12     Q    Are these the words, the N word and the B
13 word, words that you overheard him saying to Casson?
14     A    No. When we got in the van and everything
15 he was on the radio talking to Casson and we all heard
16 him when he said those Bs are complaining again.
17     Q    So he was talking to Casson.
18     A    Casson.
19     Q    Complaining about the people in the van
20 are --
21     A    We was right there.

Page 36

1      Q    You were present?
2      A    Yes, we were present.
3           MS. SUBAR: No further questions.
4           MR. HANNAWAY: Nothing further.
5           Thank you.
6                    - - -
7  (Whereupon, at 12:46 p.m., deposition was adjourned.)
8                    - - -
9  (By stipulation of counsel with the consent of the
10       witness, reading and signature waived.)

Page 37

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2           I, Steven Poulakos, registered Professional
3  Reporter, the officer before whom the foregoing
4  proceedings were taken, do hereby certify that the
5  foregoing transcript is a true and correct record of
6  the proceedings; that said proceedings were taken by me
7  stenographically and thereafter reduced to typewriting
8  under my supervision; and that I am neither counsel
9  for, related to, nor employed by any of the parties to
10 this case and have no interest, financial or otherwise,
11 in its outcome.
12          IN WITNESS WHEREOF, I have hereunto set my
13 hand and affixed my notarial seal this 27th day of
14 September, 2005.
15          _____
16          Steven Poulakos,
17          Notary Public
18
19
20 My commission expires:
21 April 30, 2006