IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY K. CHAMBLISS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02490-CKK |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO STRIKE

Defendants National Railroad Passenger Corporation and Steven Snyder move this Court for an Order striking plaintiff Jerry Chambliss' filings, dated August 21 and 22, 2006. The basis for this Motion is set out in full in the attached Memorandum of Law.

Dated: August 23, 2006

Respectfully submitted,

KRUCHKO & FRIES

By: _____
John G. Kruchko

_____
Keith Fischler
DC Bar No. 377601

Counsel for Defendants
National Railroad Passenger
Corporation and Steven Snyder

OF COUNSEL:

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554