IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY K. CHAMBLISS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05CV02490-CKK |

MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION TO STRIKE

The Court's scheduling order of June 5, 2006 required plaintiff Jerry Chambliss to file his opposition to defendants National Railroad Passenger Corporation and Steven Snyder's motion for summary judgment on or before July 28, 2006. At the same time, Plaintiff was required to file a statement contravening defendants' statement of material issues not in dispute and identifying genuine issues that required further litigation.

Chambliss missed the Court's deadline. He filed his first response to the summary judgment motion on July 31, 2006, but, as plaintiff has acknowledged, the papers he filed were deficient. On August 21 and 22, he filed four additional documents in an attempt to fix these problems. The Court should strike these delinquent filings and should not consider these materials in ruling on defendants' motion.

1. Chambliss' Latest Filings Are Inexcusably Late.

Plaintiff submitted his most recent filings more than three weeks after the Court's deadline. He has failed to seek leave for his late filing or to offer any excuse for his repeated violations of the Court's scheduling order. Even if these filings were intended solely to remedy

problems with his prior electronic filings, plaintiff offers no explanation for the lengthy delay in acknowledging these errors and providing these documents to the Court and to defendants. The omissions were clearly pointed out in defendants' reply memorandum, filed on August 4, 2006.

Further, defendants were prejudiced by this delay, as they did not know which documents (or portions thereof) plaintiff referred to in his Opposition and could not address these documents directly. By waiting to file these documents until well after defendants' reply brief was due, Chambliss foreclosed defendants' ability to respond thoroughly to these documents.[1]

2. <u>Plaintiff's Filing is Inconsistent with the Court's Rules</u>

Second, despite Chambliss' repeated remedial measures, his opposition remains defective. He has filed "Plaintiff's Statement of Facts Not in Dispute," which is inconsistent with both the Local Court rules and the Court's Scheduling Order.

Chambliss was required to file a concise statement of genuine issues necessary to be litigated. LCvR 7(h); LCvR 56.1; Scheduling and Procedures Order, dated June 5, 2006. To date, he has not filed a proper statement with the Court. Chambliss' Statement of Facts Not in Dispute and the documents submitted in support of this Statement do not meet the Court's requirements and do not address the issues material to defendants' motion. For this reason as well, the Court should strike the August 21 and 22 filings.[2]

---

[1] If the Court should decide to accept the August 21 and 22 filings, defendants request ten days to respond to the new claims raised by these documents.

[2] In further violation of the Court's Local Rules and the Scheduling Order, plaintiff has failed to cite any support for numerous paragraphs in his Statement of Material Facts Not in Dispute. See e.g., Plaintiff's Statement of Facts Not in Dispute at ¶¶ 3, 6, 31, 33.

CONCLUSION

For these reasons, the Court should strike plaintiff's August 21 and 22, 2006 filings. Despite repeated efforts, plaintiff has been unable to comply with the Local Court rules or the Court's Scheduling Orders.

Defendants have filed a well-founded Motion for Summary Judgment. The Court should grant summary judgment in favor of defendants and dismiss plaintiff's complaint with prejudice.

Dated: August 23, 2006

Respectfully submitted,

KRUCHKO & FRIES

By: *John G. Kruchko* /cs/kf
John G. Kruchko

*Keith Fischler*
Keith Fischler
DC Bar No. 377601

Counsel for Defendants
National Railroad Passenger Corporation
and Steven Snyder

OF COUNSEL:

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554