IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRY K. CHAMBLISS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05CV02490-CKK |

### ORDER

Upon review of Defendants' Motion for Strike, and all papers submitted in support of this Motion, and Plaintiff Jerry K. Chambliss' Opposition thereto and all papers submitted in support of this Opposition, and the Court being fully advised in the Premises,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and

IT IS FURTHER ORDERED that Plaintiff's filings dated August 21 and 22, 2006 are stricken from the record.

_____
Judge Colleen Kollar-Kotelly

Dated: _____