# ATTACHMENTS

1. DOCUMENTS CONERNING PLAINTIFF'S NOTICE TO THE DEFENDANT'S CONCERNING DISCRIMINATION INCLUDING EEOC DOCUMENTS

2. PORTIONS OF CHAMBLISS PERSONNEL FILE

2A. DEPOSITION TESTIMONY OF JERRY CHAMBLISS

3. MEDICAL RECORDS OF DR. JEFFREY D. GABOR AND ASSOCIATES

4. EVIDENCE THAT PLAINTIFF FILED CRIMINAL CHARGES

5. PORTION OF STEVEN SNYDER'S PERSONNEL FILE

6. DEPOSITION TESTIMONY OF DENNIS SMITH

7. DEPOSITION TESTIMONY OF DORIA WASHINGTON

8. DEPOSITION TESTIMONY OF DAWN MARCELLE

9. DEPOSITION TESTIMONY HARRY CHARLUS

10. DEPOSITION TESTIMONY OF CARLOS ALVARADO

11. DEPOSITION TESTIMONY OF CHRISTOPHER BELLO

12. PORTIONS OF TRANSCRIPT OF ARBITRATION HEARING

13. WRITTEN WITNESS STATEMENTS