# 3. MEDICAL RECORDS OF DOCTOR JEFFERY D. GABOR AND ASSOCIATES



# Dr. Jeffrey D. Gaber & Associates, P.A.

Jeffrey D. Gaber, MD, FACP
Neil Novin, MD, FACS
Dennis Myers, MS, PA-C
*Affiliated with:*
Sheldon Milner, MD, P.A.

## CONSULTATION NOTE

**CHAMBLISS, Jerry**

D/B: 10/09/68
D/A: 05/10/04
D/V: 05/11/04
ACCT#: 35600

**HISTORY OF PRESENT ILLNESS:** Mr. Chambliss was working in his normal capacity at Amtrak when a co-worker threw a piece of paper towards him, followed by throwing a safety manual at him. The manual struck him diagonally across the face, striking him in the right forehead and the bridge of the nose. There was no loss of consciousness, but he was stunned. He has a headache disorder and nasal pain. There was no problem breathing, or nosebleed. There was no loss of consciousness. This caused a great deal of anxiety. Indeed, he was referred today by the employer to a psychiatrist, Dr. Hollander.

**PAST MEDICAL HISTORY:** Pertinent for trauma to the left eye for which he now wears a prosthesis, and allergic rhinitis.

**MEDICATIONS:** Clarinex and Flonase.

**ALLERGIES:** None.

**SOCIAL AND FAMILY HISTORY:** He works as a pipe fitter for Amtrak.

**PHYSICAL EXAMINATION:**

**GENERAL:** He is anxious, quiet, extremely pleasant, and cooperative.

**VITAL SIGNS:** The height is 5'9". The weight is 241 pounds. The blood pressure is 120/82.

**HEENT:** Tenderness is noted at the right frontal region along the nasal bridge with adequate airflow. There is no bleeding or laceration. The remaining facial bones are benign.

**NEUROLOGIC:** Neurologically, he is stable.

---

☑ **Pikesville**
Woodholme Medical Building
1838 Greene Tree Road, Suite 120
Baltimore, MD 21208
Phone: 410-653-8840
Fax: 410-653-8847

☐ **Baltimore City**
The Professional Arts Building
101 W. Read Street, Suite 515
Baltimore, MD 21201
Phone: 410-986-4400
Fax: 410-986-4411
www.drgaber.com

☐ **Rosedale/Essex**
*Affiliated with:*
Sheldon Milner, MD, P.A.
9110 Philadelphia Road
Seven Square Office Park #206
Baltimore, MD 21237
Scheduler: 410-986-0048

38

Amtrak/Chambliss488

CHAMBLISS, Jerry – Page 2

**ASSESSMENT:**   Mr. Chambliss has a headache disorder and secondary nasal pain as a result of being struck in the face by a safety manual at work yesterday. I have recommended that he try Fioricet for the headache disorder. This may help to relax him a bit as well. The usual precautions were carefully outlined. I consider him not fit for duty until May 17, 2004, and he will return to see me in approximately nine to ten days, certainly sooner if needed.

_____
Jeffrey D. Gaber, M.D., FACP

JDG:HIS

39

TOTAL P.03

DR JEFFREY GABER AND ASSO
101 WEST READ STREET #515
PROFESSIONAL ARTS BLDG
BALTIMORE, MD 21201
410-986-4400

Date 05-11-2004

①

Patient Information.

Jerry Chambliss

WHOM IT MAY CONCERN:

hereby certify the following statements for the patient listed above:

is patient had an appointment in this office on 5/11/04.

is patient has been UNABLE to return to work from ~~to~~ 5/11/04 to 5/16/04

is patient is allowed to return to work on 5/17/04.

e llowing restriction(s) will apply until further notice:

scellaneous Restrictions:

Signed : _Jeffrey D. Gaber, M.D. /bgw_
JEFFREY GABER, M.D.

EXHIBIT "J"    3 5

Amtrak/Chambliss47