# 4. EVIDENCE THAT PLAINIFF FILED CRIMINAL CHARGES

```
Date/Time:   5/24/04  12:49:44
-----------------------------------------------------------------------------
                        Crimes Management System              Page:     2
Progr..: CMS301            Incident Report
-----------------------------------------------------------------------------
C  e No.: 1-04-009949  AMTRAK POLICE DEPARTMENT              (Continued)


* * * * * * * * * * *    OFFENSE PRIMARY RELATIONSHIPS    * * * * * * * * * *

Offense #: 001 ASSAULT/SIMPLE / ASSAULT - SIMPLE / SIMPLE ASSAULT
    Name #....: 001 (SUSP) SNYDER, STEVE
    Name #....: 001 (VICT) CHAMBLISS, JERRY K.

******************* P E R S O N   I N F O R M A T I O N *********************

         * S U S P E C T / O F F E N D E R *     INFORMATION  #   1
Name: STEVE SNYDER                                          DOB.:
Addr:                                                       SSN.: 000000000
City:                          ST:       ZIP:               Phn#:
POB.:                          ST:       Country:
Empl:                                                       Bus#:
Occp: MECHANICAL SUPERVISOR
Race.......: WHITE                          Sex.: MALE
Ethnic Org.: NON-HISPANIC
DL #.......:                   OL ST:     Country:
Min. Height: 220 FT./IN.       Weight: 601 LBS.      Misc#:
Max. Height:     FT./IN.       Weight:     LBS.
Min. Age...:      Max:

****************** ADDITIONAL SUSPECT INFORMATION  #   1 ********************
 Hair Color..:                              Length.:
    : Style..:
   e Color...:                              Glasses:
 Complexion..:                              Fl.Hair:
 Build.......:                              Teeth..:
 Speech/Voice:
 Clothing....- Hat..:                       Shirt:
               Coat.:                       Pants:
               Shoes:
 Body Marks#1:                              Marks#2:
      Marks#3:                              Marks#4:
 Hand Use....:                               NCIC #:
 Caution/Haz.: UNKNOWN                      Weapon.:
 STATE #.....:                              ID #...:
 STATUS......: SUSPECT                      Arrest#:
 Marital stat: UNKNOWN                      FBI#...: AMTRAK

         * W I T N E S S *                    INFORMATION  #   1
Name: PAM BUNCH                                             DOB.:
Addr:                                                       SSN.:
City:                          ST:       ZIP:               Phn#:
POB.:                          ST:       Country:
Empl:                                                       Bus#:
Occp: COACH CLEANER
Race.......: BLACK                          Sex.: FEMALE
Ethnic Org.: NON-HISPANIC
DL #.......:                   OL ST:     Country:
```

41

```
Date/Time:   5/24/04  12:49:44
-------------------------------------------------------------------------
                         Crimes Management System              Page:    1
Program: CMS301              Incident Report
-------------------------------------------------------------------------
Case No.: 1-04-009949 AMTRAK POLICE DEPARTMENT

Date of Occurrence.:  5/10/04 thru  5/10/04  Time of Occur.:  7:20 thru  7:35
Date of Report.....:  5/10/04              Time of Report: 13:59
Dispatched.........:  5/10/04 @ 14:07      Responded......:          @  0:00
Arrived............:  5/10/04 @ 14:34      Cleared........:  5/10/04 @ 15:28

Day of the Week...: MONDAY
Common Name.......: HIGH SPEED RAIL FACILITY WAS
Incident Location.: 13400 MAIN LINE WAS              APT: .34
Incident Cty/ST/PR: WASHINGTON F/O                   ZIP:
County............: DC-DISTRICT OF COLUMBIA
Location Type.....: AMTRAK YARD                              317
Beat Assignment...: WASHINGTON DC                    MILE POST: TWASM0801
District..........: MID ATLANTIC SOUTH DIVISION
Patrol Area    :  : WASHINGTON-STATION(MP 136.)
Department Classif: ASSAULT/SIMPLE                   X
Reporting Officer.: VICTOR A PAZ
 CASE STATUS......: CLOSED                          Date:    5/10/04
Alcohol Related...: UNKNOWN
Drugs Related.....: UNKNOWN

************ V E R I F I C A T I O N   I N F O R M A T I O N ****************
DATA ENTRY CLERK..:  5/24/04  Employee: JOAN L FORTE
REPORT OFCR REVIEW:           Employee:
APPROVED..........:  5/13/04  Employee: RAYMOND E WRIGHT

******** C A S E   M A N A G E M E N T   I N F O R M A T I O N ************
Case Disposition.: CLOSED
                                                     CLOSED    Date:  5/10/04
Case Forwarded To:

********************** O F F E N S E   R E P O R T S ***********************

        Offense #:    1
STATE UCR CLASSIF.: ASSAULT/SIMPLE
UCR CLASSIFICATION: ASSAULT - SIMPLE
Attempt./Committed: COMMITTED
Statute Ordinance.: SIMPLE ASSAULT
Theft by Computer.: NO
Reason for Attack.: UNKNOWN
UCR Type of Weapon:
Entry - How/Where?:
Forced Entry......: NO
Structure Occupcy.: OCCUPIED
Evidence Collected: NO
Criminal Activity.: N/A
Location Type.....: AMTRAK YARD                              317
STATE DISPOSITION.:
UCR Incident Stat.: CLOSED                          Date:    5/10/04
Arrest Case #.....:               # of People Arrested:
Excpt. Cleared Typ: N/A
Rept. UCR Offense#:
```

*[Stamp: COPY — NOT TO BE DUPLICATED. This copy consisting of ___ page(s) is furnished for the exclusive use of Jerry Chambliss and is not to be duplicated, copied, or furnished to any other person or agency, except as provided by law, without the express permission of the AMTRAK POLICE DEPARTMENT RECORDS UNIT and is to be returned to that department upon demand. By: ___ Chief of Police  Date: 5/25/04  # Premises: ___]*

42

```
Date/Time:  5/24/94  12:49:44
----------------------------------------------------------------
                        Crimes Management System         Page:    4
Progrm: CMS301            Incident Report
----------------------------------------------------------------
  No.: 1-04-009949 AMTRAK POLICE DEPARTMENT              (Continued)
```

ME?" AT THE STATEMENT, THE SUSPECT PICKED UP THE SAFETY BOOK FROM
THE TABLETOP WITH HIS RIGHT HAND AND MADE THE FOLLOWING STATEMENT.
"NO, THIS IS TRYING TO HIT YOU." AS HE MADE THE STATEMENT, HE THREW
THE SAFETY BOOK AT THE VICTIM, HITTING HIM ON THE BRIDGE OF HIS NOSE.
THE DISTANCE WAS ABOUT 10 FEET. THIS WAS ALSO IN THE PRESENCE OF
DORIA WASHINGTON, A BLACK, ADULT, FEMALE COACH CLEANER FOR AMTRAK.
THE VICTIM CONTACTED THE UNION REPRESENTATIVE, BOB MASECTTI,
CONCERNING THE INCIDENT.

APD INCIDENT NO. 04-009949 CLOSED.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

43

Amtrak/Chambliss476