# 5. PORTION OF STEVEN SNYDER'S PERSONNEL FILE

44

# WAIVER

28-Sep-05

HSR # CMB05.264.01

O.D.I. #

SNYDER STEVEN
13613 CLARY SAGE DRIVE
CHANTILY VA 20151

HIGH SPEED SPVR TECH
ARASA

I agree to waive my right to a Formal Investigation in connection with the below listed charge(s) and specification(s) and agree to accept the discipline assessed by the National Railroad Passenger Corporation. Furthermore, I agree to waive my right to appeal the discipline assessed.

**Charge:** Violation of Amtrak's Anti-Discrimination and Anti-Harrassment Policy specifically the section(s) pertaining to." Harrassment"

**Specification:** While assigned as the Supervising Technicion you allegedly made epithets, slurs, or negative stereotyping based on race, religion, or other protected personal characteristic. This constitutes a violation of Amtrak's Anti-Discrimination and Anti-Harrassment Policy (4.2)

**Discipline Assessed:** **15 days suspension to be served immediately starting 9/28/2005 and resignation from the Supervisor position (ARASA roster). Once Mr. Snyder has served the suspension he will have bumping rights in the IBEW roster starting October 13th 2005.**

[signature] 9/28/05
Employee Signature Date

Joseph F. Tara 9/28/05
Witness Signature Date

R. Bello 9/28/05
Management Signature Date

R File

49

Around The 20 of Aug
Bettween 8AM and 9AM
I was sitting outside of Ro
track talking with gary Jackson
and S. Snyder.
Snyder start talkin about
Eliet walke saying How walke
was in His country with
All the other Bunnees
~~[illegible]~~ int is country.

[signature]

NATIONAL RAILROAD PASSENGER CORPORATION
1401 W Street, NE, Washington, DC 20018

NORTHEAST CORRIDOR

High Speed Rail Mechanical Operations

AMTRAK

# NOTICE OF INTENT TO IMPOSE DISCIPLINE MEETING

17-May-04

HSR # JC04.138.01
O.D.I. # 04.250

SNYDER STEVEN
329 CENTER ST. N
VIENNA VA 22180

HIGH SPEED SPVR TECH
ARASA

You are hereby instructed to appear for an Intent to Impose Discipline meeting as indicated below:

Date: **Wednesday, May 19, 2004**
Time: **12:00 PM**
Place: Amtrak High Speed Rail Office
2nd Floor
1401 W Street, N.E.
Washington, DC 20018

The purpose of this meeting is to develop the facts and determine your responsiblity, if any, in connection with the following charge(s) and specification(s):

**Charge:** Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties".

**Specifications:** While assigned as the Supervising Technichian on May 11, 2004, you allegedly struck Mr. Chambliss in the face with the Safety Rule Book. This is a violation of Amtrak's safety policy.

You may produce any witnesses you so desire and you may be accompanied by a representative as provided for in your current governing bargaining agreement without expense to the National Railroad Passenger Corporation.

All requests for postponement of this investigation must be handled through the Amtrak High Speed Rail Office at (202) 906-2845 or by mail at the above mentioned address.

Sincerely,

Joseph C. Allione, Jr.
Manager, HSR

cc: Union Rep
file

5/

Received: _______________ Date: 5/17/04

NATIONAL RAILROAD PASSENGER CORPORATION
NORTHEAST CORRIDOR
1401 "W" Street, NE, Washington, DC 20018
High Speed Rail Mechanical Operations

AMTRAK

**WAIVER**

19-May-04

HSR # JC04.138.01
O.D.I. # 04 . 250

SNYDER STEVEN
329 CENTER ST. N
VIENNA VA 22180

HIGH SPEED SPVR TECH
ARASA

I agree to waive my right to a Formal Investigation in connection with the below listed charge(s) and specification(s) and agree to accept the discipline assessed by the National Railroad Passenger Corporation. Furthermore, I agree to waive my right to appeal the discipline assessed.

**Charge:** Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties".

**Specification:** While assigned as the Supervising Technichian on May 11, 2004, you allegedly struck Mr. Chambliss in the face with the Safety Rule Book. This is a violation of Amtrak's safety policy.

**Discipline Assessed:** **Two (2) actual days suspension to be served according to operational committements.**

[signature]
Employee Signature

6/19/04
Date

[signature]
Witness Signature

6/14/04
Date

[signature]
Management Signature

6/14/04
Date

45

Jun.14. 2004 1:51PM No.1614 P. 5

# HEARING INFORMATION CALL-IN SHEET

Called In: 6/14/2004 (Date) 1:52 PM (Time) 04. (File #)

Employee Name: SNYDER, STEVEN

SS#: 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

Position: High Speed Supvr Tech Union.- ARASA

Business Unit: ____ Product Line- ____

Location: Ivy City, Washington, DC Department: Mechanical

Out of Service (OOS).- ☐ Yes ☒ No If Yes, effective date: ____

Rules Violated: (Rules of Conduct, Standards of Excellence, NORAC)

Standards of Excellence - Attending to Duties

Specification (Brief Synopsis):

While assigned as the Supervising Technichian on May 11, 2004, you allegedly struck Mr. Chambliss in the face with the Safety Rule Book. This is a violation of Amtrak's safety policy.

Incident Date: May 10, 2004 Date of First Knowledge: 5/10/04

Charging Officer: Joseph C. Allione, Jr., Manager, HSR (Name) 202-906-2845 cell: 443-336-6868 (Telephone #)

Waiver Offer: ☒ Yes ☐ No If Yes, date: 6/14/04

**(Charging officer must furnish this information prior to date of investigation)**

Hearing Schedule: ____ (Date) ____ (Time) ____ (Location)

** CHARGING OFFICER/S MUST SEND COPY OF CHARGES TO SUSAN MANGATAL @ 777-2105**

70

NATIONAL RAILROAD PASSENGER CORPORATION
1401 "W" Street, NE, Washington, DC 20018

NORTHEAST CORRIDOR

High Speed Rail Mechanical Operations

AMTRAK

# WAIVER

21-Jun-04

HSR # JC04.159.06

O.D.I. #

SNYDER STEVEN
329 CENTER ST. N
VIENNA VA 22180

HIGH SPEED SPVR TECH
ARASA

I agree to waive my right to a Formal Investigation in connection with the below listed charge(s) and specification(s) and agree to accept the discipline assessed by the National Railroad Passenger Corporation. Furthermore, I agree to waive my right to appeal the discipline assessed.

**Charge:** Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties".

**Specification:** While assigned as the Supervising Technician on May 21, 2004 you alledgedly told the NecMsc Supervisor that pantographs on TS17 were down. De-inergizing the catenary based on your alleged information caused the catenary to go to ground and blow the line.

**Discipline Assessed:** **Three (3) actual days suspension to be served according to operational committements.**

[signature] 6/21/04
Employee Signature Date

[signature] 6/21/04
Witness Signature Date

[signature] 6/21/04
Management Signature Date

48

# MEDICALLY DISQUALIFIED
# PENDING RESULTS OF DRUG AND ALCOHOL TESTING

Date: May 21, 2004

Name: STEVE SNYDER

Location: HSR MECHANICAL IVY CITY

Craft: SUPERVISOR

NOTIFICATION IS HEREBY GIVEN THAT YOU ARE MEDICALLY DISQUALIFIED

beginning May 21, 2004 (Date) 4:00 PM (Time)

connection with: Allegedly you erroneously told an MSC supervisor that pantographs were down on TS17. The MSC supervisor acting on your erroneous information de-energized the main catenary causing the catenary to go to ground and "blow the line"

You will be advised promptly with regard to any further action(s) that will be taken.

[signature]
Signature of Amtrak Officer

DINO GIUREA
Printed Name of Amtrak Officer

Asst. Superintendent
Title

53

Amtrak/Chambliss 1679

NATIONAL RAILROAD PASSEN... CORPORATION
1401 "W" Street, NE, Washington, DC 20018

NORTHEAST CORRIDOR

High Speed Rail Mechanical Operations

AMTRAK

# NOTICE OF INTENT TO IMPOSE DISCIPLINE MEETING

07-Jun-04

HSR # JC04.159.06

O.D.I. # 04-260

SNYDER STEVEN
329 CENTER ST. N
VIENNA VA 22180

HIGH SPEED SPVR TECH
ARASA

You are hereby instructed to appear for an Intent to Impose Discipline meeting as indicated below:

Date: **Tuesday, June 15, 2004**

Time: **11:00 AM**

Place: Amtrak High Speed Rail Office
2nd Floor
1401 W Street, N.E.
Washington, DC 20018

The purpose of this meeting is to develop the facts and determine your responsiblity, if any, in connection with the following charge(s) and specification(s):

**Charge:** Violation of Amtrak's Standards of Excellence. Specifically, the section(s) pertaining to "Attending to Duties".

**Specifications:** While assigned as the Supervising Technician jon May 21, 2004 you alledgedly told the NecMsc Supervisor that pantographs on TS17 were down. De-inergizing the catenary based on your alleged information caused the catenary to go to ground and blow the line.

You may produce any witnesses you so desire and you may be accompanied by a representative as provided for in your current governing bargaining agreement without expense to the National Railroad Passenger Corporation.

All requests for postponement of this Investigation must be handled through the Amtrak High Speed Rail Office at (202) 906-2845 or by mail at the above mentioned address.

Sincerely,

Joseph C. Allione, Jr.
Manager, HSR

cc: Union Rep
file

52

Received: [signature] Date: 6/14/04

# Amtrak Unusual Occurrence Report

**IMPORTANT:** Timely submission of this form is required by Federal Railroad Administration (FRA) Title 49, Part 225 of the code of Federal Regulations.

The following sequence of reporting must be strictly adhered to

- ⇨ **First** Notify the Operations Center at 1-800-424-0217 or ATS 734-2308 immediately when an incident occurs.
- ⇨ **Second** Complete one form for each Amtrak consist involved in the incident.
- ⇨ **Third** Fax the completed form and all accompanying documents to Central Reporting with 72 hours of the incident.

**Section 1: To be completed by person on damaged equipment:**

1. Name of Person Completing Section 1: **Dino Giurfa**

2. Date of Occurrence: **5/21/04** | 3. Time: **1:15** ☐ AM ☒ PM | 4. Milepost Number (nearest tenth): **n/a** | 5. Nearest City/Town: **Washington** | 6. State: **DC**

7. County: **n/a** | 8. Name Other Railroad Involved: **no other railroad** | 9. Railroad that owns the track **Amtrak** | 10. Timetable Direction: ☐ N ☐ S ☐ E ☐ W

11. Type of Accident: ☐ Derailment ☐ Collision ☐ Grade Crossing ☐ Fire ☐ Obstruction ☐ Explosion ☒ Other (Explain in box 44)

12. Commuter Service ☐ N/A ☐ Coaster (SDR) ☐ Caltrain ☐ Metrolink ☐ VRE ☐ Marc ☐ ConDot ☐ MBTA

13. Train No. **2171** | 14. Nearest Amtrak Sta.: **WAS** | 15. Type of On-Track Equipment: ☐ Freight ☒ Passenger ☐ Commuter ☐ Work Train ☐ Single Car ☐ Cut of Cars ☐ Light Loco (s) ☐ Yard/Switching ☐ Maint./Inspection Cars

16. Total Locomotives Derailed: **0** | 17. Total Cars Derailed: **0** | 18. Was Consist Transporting Passengers? ☐ Yes ☒ No

19. No. of Hazmat Cars in Consist: **0** | 20. No. of Hazmat Cars Damaged/Derailed: **0** | 21. No. of Hazmat Cars Releasing Product: **0** | 22. No. of People Evacuated: **0** | 23. Temp. (F): **80** | 24. Track No./Name: **11 shop**

25. Type of Track: ☐ Main ☒ Yard ☐ Siding ☐ Industry | 26. Specific Site, if not on Main Line: **HSR Main. fac.** | 27. Visibility: ☐ Dawn ☒ Day ☐ Dusk ☐ Dark | 28. Weather: ☒ Clear ☐ Cloudy ☐ Rain ☐ Fog ☐ Sleet ☐ Snow

29. FRA Track Class (check one box):

| Track Class | Freight Trains | Passenger Trains |
|---|---|---|
| ☐ x | 10 | PROHIBITED |
| ☐ 1 | 10 | 15 |
| ☐ 2 | 25 | 30 |
| ☐ 3 | 40 | 60 |
| ☐ 4 | 60 | 80 |
| ☐ 5 | 80 | 90 |
| ☐ 6 | 110 | 110 |
| ☐ OTHER | | |

30. Method of Operation (check all boxes that apply):

A. ☐ ATCS
B. ☐ Auto Train Control
C. ☐ Auto Train Stop
D. ☐ Cab Signals
E. ☐ Traffic Control
F. ☐ Interlocking
G. ☐ Automatic Block
H. ☐ Current of Traffic
I. ☐ Time Table/Train Orders
J. ☐ Track Warrant Control
K. ☐ Direct Traffic Control
L. ☐ Yard Limits
M. ☐ Special Instructions
N. ☐ Other Than Main Track Rules
O. ☒ Other (Explain in box 46)

31. Number of Crew Members? Engineers/Operator: **0** Fireman **0** Conductors: **0** Brakemen: **0**

32. Length on Time of Duty? Engineer/Operator: Hours: **0** Mins: **0** Conductor: Hours: **0** Mins: **0**

33. List unit number of: first involved in the incident and all units damaged.
**TS17**

Total Locos in Consist: Head **1** Mid **6** Rear **1** | Total Cars in Consist: **6** | Position of 1st Involved: **0** | Unit Number of first Involved: **2022**

**Section 2: To be Completed by person accountable for damaged equipment:**

34. Name of Person Responsible for Submitting Form: **Dino Giurfa** | 35. Date: **5/21/04**

36. Title: **Asst. Superintendent HSR** | 37. Telephone Number: **202-906-2900** | 38. Product Line: **n/a** | 39. Division: **MAD** | 40. SBU: **n/a**

41. Actual Train Speed (MPH): **0** | 42. Estimated M/W Damage: **0** | 43. Estimated Equipment Damage: **0**

44. Primary Cause (be specific): **de-energizament of catenary**

45. Contributing Cause (be specific):

46. Narrative, Describe what happened. Provide information you possess. If the information comes from someone else, please identify the person: (continue on separate sheet if necessary) **Supervisor actuated main catenary de-energize control button inside the maintenance facility while pantograph on power car 2022 was still on the wire and drawing power, catenary ground lever went to ground and line was blown. Supervisor name: Steven S. Snyder. SSN# 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**

47. Was a Drug and Alcohol Test Performed? ☒ Yes ☐ No
If yes, include a copy of NRPC 2744 Notification of D/A Testing

48. Was the cause or contributing cause a Human factor? ☒ Yes ☐ No
If yes, include NAMES's and SSN's in Block 46.

PC 2673 (6/98) Word Template Page 1

71

**COMPLETE THE REMAINING PORTION IF ACCIDENT/INCIDENT TOOK PLACE AT A GRADE CROSSING**

**Section 3:** To be completed by person on damaged equipment:

49. Name of Person Completing Section 3:

50. DOT-AAR Grade Crossing ID Number: ☐ Public ☐ Private

51. Highway or Street Name:

52. Type of Highway User:
A. ☐ Auto E. ☐ Van
B. ☐ Truck F. ☐ Bus J. ☐ Other motor vehicle
C. ☐ Truck-Trailer G. ☐ School Bus K. ☐ Pedestrian
D. ☐ Pickup Truck H. ☐ Motorcycle M. ☐ Other (specify)

53. Estimated Highway User Speed (MPH):

54. Whistle Ban? ☐ Yes ☐ No ☐ Unknown

55. Highway User Direction ☐ N ☐ S ☑ E ☐ W

56. Highway User Position:
☐ Stalled on Crossing ☐ Stopped on Crossing ☐ Moving Over Crossing ☐ Trapped on Crossing

57. Highway User: ☐ Stuck Train ☐ Stuck By Train

58. Railroad Equipment Involved:
☐ Train Units Pulling Moving ☐ Car(s) Moving ☐ Light Loco(s) ☐ Train Units Pushing ☐ Car(s) Standing ☐ Light Loco(s) Standing
☐ Train Standing ☐ Other:

59. Type of Crossing Warning (Check all numbers that apply):
1. ☐ Gates 3. ☐ Standard FLS 5. ☐ Hwy Traf Sig 7. ☐ Crossbucks 9. ☐ Watchman 11. ☐ Others (explain in box 46)
2. ☐ Cantilevers FLS 4. ☐ Wig Wags 6. ☐ Audible 8. ☐ Stop Signs 10. ☐ Flagged by Crew 12. ☐ None

60. Signaled Crossing Warning (If items 1, 2, 3, 4, 5, or 8 in Box 57, Type of Crossing Warning are checked, mark the status of the warning device at the time of the accident. Choose one of the following seven status codes.)
1. ☐ Provide minimum 20 second warning.
2. ☐ Alleged warning time greater than 60 seconds.
3. ☐ Alleged warning time less than 20 seconds.
4. ☐ Alleged no warning.
5. ☐ Confirmed warning time greater than 60 seconds.
6. ☐ Confirmed warning time less than 20 seconds.
7. ☑ Confirmed no warning.

If status code 5, 6, or 7 were checked, check one letter code explanation from the list below:
A. ☐ Insulated rail vehicle.
B. ☐ Storm/lightning damage.
C. ☐ Vandalism.
D. ☐ No power/batteries dead.
E. ☐ Devices down for repair.
☐ Devices out of services.
☐ Warning time greater than 60 seconds attributed to accident involved train stopping short of the crossing, but within track circuit limits, while warning devices remain continuously active with not other in-motion train present.
H ☐ Warning time greater than 60 seconds attributed to track circuit failure (e.g. insulated rail joint or rail bonding failure, or ballast fouled, etc.).
J. ☐ Warning time greater than 60 seconds attributed to other train/equipment within track circuit limits.
K. ☐ Warning time less than 20 seconds attributed to signals timing out before train's arrival at the crossing/island circuit.
L. ☐ Warning time less than 20 seconds attributed to train operating counter to track circuit's design speed.
M. ☐ Warning time less than 20 seconds attributed to train speed in excess of track circuit's design speed.
N. ☐ Warning time less than 20 seconds attributed to signal system's failure to detect train approach.
P. ☐ Warning time less than 20 seconds attributed to violation of special train operating instructions.
R. ☐ No warning attributed to signal system's failure to detect the train.
S. ☐ Other cause(s) (Explain in box 46)

61. Location of Warning: ☐ Both Sides ☐ Side of Vehicle Approach ☐ Opposite Side of Vehicle Approach

62. Crossing warning interconnected with highway signals? ☐ Yes ☐ No ☑ Unknown

63. Crossing illuminated by street or special light? ☐ Yes ☐ No ☐ Unknown

64. Driver passed standing highway vehicle? ☐ Yes ☐ No ☐ Unknown

65. Driver drove behind or in front or train and was struck by second train? ☐ Yes ☐ No ☐ Unknown

66. Motorist action at crossing: ☐ Drove around/through gates ☐ Stopped and then proceeded ☐ Did not stop
☑ Stopped on crossing ☐ Other:

67. View of track was obstructed by: ☐ Permanent structure ☐ Standing RR equipment ☐ Passing train
☐ Topography ☐ Vegetation ☐ Highway vehicles ☐ Not obstructed ☐ Other

68. Driver was: ☐ Killed ☐ Injured ☐ Uninjured

69. Total number of people in the vehicle including the driver:
Total number of vehicle occupants injured including the driver:
Total number of vehicle occupants killed including driver:
Total number of people on the train including passengers and crew:

70. Driver's gender: ☑ Male ☐ Female

71. Driver's Age:

72. Was the driver in the vehicle? ☐ Yes ☐ No

73. Was highway users or equipment transporting hazardous materials? ☐ Yes ☐ No

74. Make, model and year of highway vehicle:

75. Estimated dollar damage to highway vehicle:

76. Special Study Block:

77. Police Department Name:

78. Police Department Telephone Number:

NRPC 2673 (6/98) Word Template Page 2

72

Amtrak/Chambliss1674

# Amtrak — Unusual Occurrence Report

**IMPORTANT:** Timely submission of this form is required by Federal Railroad Administration (FRA) Title 49, Part 225 of the code of Federal Regulations.

The following sequence of reporting must be strictly adhered to:

- ⇨ **First** — Notify the Operations Center at 1-800-424-0217 or ATS 734-2308 immediately when an incident occurs.
- ⇨ **Second** — Complete one form for each Amtrak consist involved in the incident.
- ⇨ **Third** — Fax the completed form and all accompanying documents to Central Reporting with 72 hours of the incident.

**Section 1: To be completed by person on damaged equipment:**

1. Name of Person Completing Section 1: Dine Giurfa

2. Date of Occurrence: 5/21/04 | 3. Time: 1:15 ☐ AM ☒ PM | 4. Milepost Number (nearest tenth): n/a | 5. Nearest City/Town: Washington | 6. State: DC

7. County: n/a | 8. Name Other Railroad Involved: no other railroad | 9. Railroad that owns the track: Amtrak | 10. Timetable Direction: ☐ N ☐ S ☐ E ☐ W

11. Type of Accident: ☐ Derailment ☐ Collision ☐ Grade Crossing ☐ Fire ☐ Obstruction ☐ Explosion ☒ Other (Explain in box 44)

12. Commuter Service: ☐ N/A ☐ Coaster (SDR) ☐ Caltrain ☐ Metrolink ☐ VRE ☐ Marc ☐ ConDot ☐ MBTA

13. Train No.: 2171 | 14. Nearest Amtrak Sta.: WAS | 15. Type of On-Track Equipment: ☐ Freight ☒ Passenger ☐ Commuter ☐ Work Train ☐ Single Car ☐ Cut of Cars ☐ Light Loco (s) ☐ Yard/Switching ☐ Maint./Inspection Cars

16. Total Locomotives Derailed: 0 | 17. Total Cars Derailed: 0 | 18. Was Consist Transporting Passengers? ☐ Yes ☒ No

19. No. of Hazmat Cars in Consist: 0 | 20. No. of Hazmat Cars Damaged/Derailed: 0 | 21. No. of Hazmat Cars Releasing Product: 0 | 22. No. of People Evacuated: 0 | 23. Temp. (F): 80 | 24. Track No./Name: 11 shop

25. Type of Track: ☐ Main ☒ Yard ☐ Siding ☐ Industry | 26. Specific Site, If not on Main Line: HSR Main. fac. | 27. Visibility: ☐ Dawn ☒ Day ☐ Dusk ☐ Dark | 28. Weather: ☒ Clear ☐ Cloudy ☐ Rain ☐ Fog ☐ Sleet ☐ Snow

29. FRA Track Class (check one box):

| Track Class | Freight Trains | Passenger Trains |
|---|---|---|
| ☐ x | 10 | PROHIBITED |
| ☐ 1 | 10 | 15 |
| ☐ 2 | 25 | 30 |
| ☐ 3 | 40 | 60 |
| ☐ 4 | 60 | 80 |
| ☐ 5 | 80 | 90 |
| ☐ 6 | 110 | 110 |
| ☐ OTHER | | |

30. Method of Operation (check all boxes that apply):

- A. ☐ ATCS
- B. ☐ Auto Train Control
- C. ☐ Auto Train Stop
- D. ☐ Cab Signals
- E. ☐ Traffic Control
- F. ☐ Interlocking
- G. ☐ Automatic Block
- H. ☐ Current of Traffic
- I. ☐ Time Table/Train Orders
- J. ☐ Track Warrant Control
- K. ☐ Direct Traffic Control
- L. ☐ Yard Limits
- M. ☐ Special Instructions
- N. ☐ Other Than Main Track Rules
- O. ☒ Other (Explain in box 46)

31. Number of Crew Members? Engineers/Operator: 0 Fireman 0 Conductors: 0 Brakemen: 0

32. Length on Time of Duty? Engineer/Operator: Hours: 0 Mins: 0 Conductor: Hours: 0 Mins: 0

33. List unit number of: first involved in the incident and all units damaged.
TS17

Total Locos in Consist: Head 1 Mid 6 Rear 1 | Total Cars in Consist: 6 | Position of 1st Involved: 0 | Unit Number of first Involved: 2022

**Section 2: To be Completed by person accountable for damaged equipment:**

34. Name of Person Responsible for Submitting Form: Dine Giurfa | 35. Date: 5/21/04

36. Title: Asst. Superintendent HSR | 37. Telephone Number: 202-906-2900 | 38. Product Line: n/a | 39. Division: MAD | 40. SBU: n/a

41. Actual Train Speed (MPH): 0 | 42. Estimated M/W Damage: 0 | 43. Estimated Equipment Damage: 0

44. Primary Cause (be specific): de-energizament of catenary

45. Contributing Cause (be specific):

46. Narrative, Describe what happened. Provide information you possess. If the information comes from someone else, please identify the person: (continue on separate sheet if necessary) Supervisor actuated main catenary de-energize control button inside the maintenance facility while pantograph on power car 2022 was still on the wire and drawing power, catenary ground lever went to ground and line was blown. Supervisor name: Steven S. Snyder. SSN# 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

47. Was a Drug and Alcohol Test Performed? ☒ Yes ☐ No If yes, include a copy of NRPC 2744 Notification of D/A Testing

48. Was the cause or contributing cause a Human factor? ☒ Yes ☐ No If yes, include NAMES's and SSN's in Block 46.

NRPC 2673 (6/98) Word Template Page 1

Reason for error
E.1) Hang up or line fail
E.2) Busy
E.3) No answer
E.4) No facsimile connection

73

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7595 | Memory TX | 8777250 | P. 5 | OK | |

* * * Transmission Result Report(MemoryTX) ( May.21. 2004 3:50PM ) * * *

P. 1

Amtrak/Chambliss1705

**Amtrak®** **Drug and Alcohol Testing Notification Form**

***Important Note: First, meet all testing criteria, then test employee immediately.***

| Employee Name | Employee Number | Date of Test | Time of Test |
|---|---|---|---|
| STEVEN S. SNYDER | 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 | 5/21/04 | 3:15 PM |
| **Employee Job Title** | **Hours of Service:** | **Work Location:** | **Commuter Service** (If Applicable)❶ |
| Supervising Technician | ☐ Yes ☒ No | WASH. D.C. IVY CITY | N/A |

❶ **Commuter Services:** Connecticut Dot (CDOT); MBTA; VRE; MARC; Metrolink (SCRRA); Peninsula (PCS); Coaster (SDNR)

**Reason for Testing Employee (check one):** **Refer to PERS-19 for Additional Information**

For Cause:

☐ Accident/Injury (drug and alcohol) use Non-DOT/Company forms.

☐ Rule Violation (drug and alcohol) use Non-DOT/Company forms.

☒ Reasonable Suspicion (drug and/or alcohol-depending on the suspicion) use Non-DOT/Company forms; ***Except*** if the employee is "hours of service" and was assigned to perform or was performing covered service at the time of the suspicion, use **DOT/Federal** Forms. If a test is not conducted within 2 hours of the determination to test (maximum 8 hours), write a statement indicating the reason for the delay and attach it to this form.

☐ Alcohol ☐ Drugs ☒ Drugs and Alcohol

FRA Post Accident:

The following four tests are to be performed using the "FRA Post-Accident Toxicological Box". Administer the test(s) promptly. If not administered within 4 hours, proceed with testing procedures and write a statement indicating the reason(s) for the delay and attach it to this form.

☐ Major Train Accident Test all crew members of trains involved plus any other "hours of service" employee(s) directly and contemporaneously involved in the circumstances of the accident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

☐ Impact Accident ☐ Fatal Train Incident ☐ Passenger Train Accident

Test all crew members of trains involved plus any other "hours of service" employees directly and contemporaneously involved in the circumstances of the accident, ***except*** employees who the responding supervisor can immediately determine, based on specific information, had no role in the cause or severity of the accident/incident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

FHWA Post-Accident

☐ An employee holding a commercial drivers license (CDL) required by Amtrak ***and*** was involved in a FHWA reportable accident must be urine drug ***and*** breath alcohol tested, within 2 hours of the accident (8 hr. max for alcohol, 32 hrs. for drug), using **DOT/Federal** testing forms. If tests are not conducted within 2 hours of the accident, write a statement indicating the reason for delay and attach it to this form.

FHWA Reasonable Suspicion

☐ (Drug and/or alcohol-depending on the suspicion). If the employee is required by Amtrak to hold a CDL and is performing CDL functions at the time of the suspicion, a **DOT/Federal** testing form **MUST** be used. If an alcohol test is not conducted within 2 hours of the determination to test, write a statement indicating the reason for the delay and attach it to this form.

☐ Alcohol ☐ Drugs ☐ Drugs and Alcohol

Please Print Clearly

| Medical Facility Representative | Medical Facility Rep. Telephone No. | | |
|---|---|---|---|
| MARGARET L. MURPHY | 800 228-2788 | | |
| **Name of Medical Facility Performing Collection** | | | |
| Clinlab Solutions | | | |
| **Amtrak Supervisor's Name:** | **Amtrak Supervisor's Signature** | | |
| DINO GIURFA | [signature] | | |
| **Amtrak Supervisor's Title** | **Amtrak Supervisor's Telephone Number** | **Amtrak Supervisor's Pager Number** | **Amtrak Supervisor's Cell Phone Number** |
| Asst. Superintendent | 202 906 2900 | | 410 458 1930 |

**Distribution:**
WHITE: Fax immediately to 202-906-2786 (ATS 777-2786), Attn: Drug and Alcohol Programs
Yellow: General/Facility Manager
PINK: Requesting Supervisor

NRPC 2744 (6/99)

70

Amtrak/Chambliss1675

# (COMPANY) REASONABLE SUSPICION ALCOHOL/DRUG TEST REPORT

**CRITERIA**

- If a supervisor observes an employee on duty or reporting for duty whose appearance, behavior, speech or odor is reasonably associated with alcohol use and the supervisor determines that the employee may be in violation of Amtrak policy, the supervisor will require the employee to submit to an alcohol test.
- If a supervisor observes an employee on duty or reporting for duty whose appearance, behavior, speech or odor is reasonably associated with drug use and the supervisor determines that the employee may be in violation of Amtrak policy, the supervisor will require the employee to submit to a drug test.
- The tests are to be completed within two (2) hours of employee notification. If not, the reason(s) for the delay must be stated on this report. Any test not completed within eight (8) hours of employee notification will not be conducted and the reason(s) for canceling the test(s) must be stated on this report.
- Reasonable suspicion tests conducted on employees NOT assigned to perform Hours of Service functions or CDL Service must be documented on Company forms. Reasonable suspicion tests conducted on employees assigned to perform Hours of Service functions or CDL Service must be documented on Federal forms provided in the Federal Drug and Alcohol Testing package.

| | |
|---|---|
| **Employee Name:** Stevan S. SNYDER | **Employee SSN:** 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 |
| **Employee Position/Job Title:** Supervising Technician | **Personnel #:** |
| **Work Location:** WASH. D.C. HSR | *(Please provide both)* |
| **Supervisor #1: Name:** DINO GIURFA | **Supervisor #2 (if applicable): Name:** |
| **Title:** ASST. SUPERINTENDENT | **Title:** |
| **Phone:** 202 906 2900 | **Phone:** |
| **Date of Observation:** 5/21/04 | **Signs and Symptoms Observed (use guide codes from reverse side):** 5 – 7 |
| **Time of Observation:** 1:20 PM | |

**STATEMENT OF YOUR OBSERVATION (use extra sheet if necessary)**

Employee made statements in the course of his duty uncharacteristic of his behavior associated with his position. His statement/information relayed to another employee was the sole cause for the incident on this date for blowing the main catenary inside the High Speed Rail maintenance facility

**REASONS FOR DELAY OR CANCELED TEST**

***FAX completed form to Amtrak-Health Services @ (202) 906-2786 or ATS: 777-2786***

*Revised August 1, 2001* *Over ⇒*

Reason for error
E.1) Hang up or line fail
E.2) Busy
E.3) No answer
E.4) No facsimile connection

22

* * * Transmission Result Report(MemoryTX) ( May.21. 2004 3:43PM ) * * *

p. 1

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7589 | Memory TX | 8777 2786 | P. 1 | OK | |

# (COMPANY) REASONABLE SUSPICION ALCOHOL/DRUG TEST REPORT

## REASONABLE SUSPICION SIGNS AND SYMPTOMS

Based upon observing any of the following signs and symptoms in an Amtrak employee on duty or reporting for duty and determining that the employee may be in violation of Amtrak policy relating to alcohol and drug abuse, the supervisor will require the employee to submit to breath alcohol (if the suspicion is for alcohol) and/or urine drug (if the suspicion is for controlled substances) testing.

**Odor of**

1. Alcoholic Beverage
2. Marijuana

**Thinking**

3. Hallucinating
4. Disoriented
5. Confused
6. Memory Loss
7. Poor Concentration

**Speech**

8. Slurred
9. Incoherent
10. Thick, Sluggish
11. Endless, Anxious Talking

**Walk/Stand**

12. Staggering
13. Swaying
14. Falling
15. Unable to Walk
16. Unable to Stand

**Possession of**

17. Alcohol
18. Prohibited Drugs
19. Unauthorized Prescription Drugs
20. Drug Paraphernalia

**Mood**

21. Excited

uphoric

Uncontrolled Laughing

24. Fearful
25. Anxious
26. Irritable
27. Aggressive
28. Panic
29. Indifferent
30. Depressed

**General**

31. Sleeping
32. Difficult to Awaken
33. Crying
34. Angry Gestures
35. Fighting
36. Suicidal Gestures
37. Poor Coordination
38. Fainting
39. Vomiting
40. Urination on Self
41. Defecation on Self

**Eyes**

42. Watery
43. Glazed
44. Dilated Pupils
45. Red Eyes
46. Droopy Lids
47. Rapid Movement

**Face**

48. Flushed
49. Pale
50. Sweating

**Hands**

51. Shaky (tremors)
52. Fumbling
53. Slow
54. Wringing Hands
55. Excessive Movement

**REMINDER:**

- **Hours of Service Employees** are tested using **Federal** custody and control forms if employee was performing or subject to performing covered service at the time of observation.
- **CDL** employees are tested using **Federal** custody and control forms.

All other reasonable suspicion tests must be documented on **Company** forms.



# (COMPANY) REASONABLE SUSPICION ALCOHOL/DRUG TEST REPORT

## CRITERIA

- If a supervisor observes an employee on duty or reporting for duty whose appearance, behavior, speech or odor is reasonably associated with alcohol use **and** the supervisor determines that the employee may be in violation of Amtrak policy, the supervisor will require the employee to submit to an alcohol test.
- If a supervisor observes an employee on duty or reporting for duty whose appearance, behavior, speech or odor is reasonably associated with drug use **and** the supervisor determines that the employee may be in violation of Amtrak policy, the supervisor will require the employee to submit to a drug test.
- The tests are to be completed within two (2) hours of employee notification. If not, the reason(s) for the delay must be stated on this report. Any test not completed within eight (8) hours of employee notification will not be conducted and the reason(s) for canceling the test(s) must be stated on this report.
- Reasonable suspicion tests conducted on employees **NOT** assigned to perform **Hours of Service** functions or **CDL Service** must be documented on **Company** forms. Reasonable suspicion tests conducted on employees assigned to perform **Hours of Service** functions or **CDL Service** must be documented on Federal forms provided in the **Federal** Drug and Alcohol Testing package.

| | |
|---|---|
| **Employee Name:** Steven S. SNYDER | **Employee SSN:** 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 |
| **Employee Position/Job Title:** Supervising Technician | **Personnel #:** |
| **Work Location:** WASH. D.C. HSR | *(Please provide both)* |
| **Supervisor #1: Name:** DINO GIURFA<br>**Title:** ASST. SUPERINTENDENT<br>**Phone:** 202 906 2900 | **Supervisor #2 (if applicable): Name:**<br>**Title:**<br>**Phone:** |
| **Date of Observation:** 5/21/04<br>**Time of Observation:** 1:20 PM | **Signs and Symptoms Observed (use guide codes from reverse sides):** 5 - 7 |

**STATEMENT OF YOUR OBSERVATION (use extra sheet if necessary)**

Employee made statements in the course of his duty uncharacteristic of his behavior associated with his position. His statement/information relayed to another employee was the sole cause for the incident on this date for blowing the main catenary inside the High Speed Rail maintenance facility

**REASONS FOR DELAY OR CANCELED TEST**

***FAX** completed form to Amtrak-Health Services @ (202) 906-2786 or ATS: 777-2786*

*Revised August 1, 2001*

81

*Over ⇒*

NATIONAL RAILROAD PASSENGER CORPORATION

# HEARING INFORMATION CALL-IN SHEET

60 Massachusetts Avenue, NE. Washington, DC 20002
401 "W" Street, NE. Washington, DC 20018

AMTRAK

Called In: 6/21/2004 (Date) 12:14 PM (Time) 04 (File #)

Employee Name: SNYDER, STEVEN

SS#: 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

Position: High Speed Supvr Tech Union.- ARASA

Business Unit: ____ Product Line- ____

Location: Ivy City, Washington, DC Department: Mechanical

Out of Service (OOS).- ☐ Yes ☒ No If Yes, effective date: ____

Rules Violated: (Rules of Conduct, Standards of Excellence, NORAC)

Standards of Excellence - Attending to Duties

Specification (Brief Synopsis):

While assigned as the Supervising Technician on May 21, 2004 you allegedly told the NecMsc Supervisor that pantographs on TS17 were down. De-inergizing the catenary based on your alleged information caused the catenary to go to ground and blow the line.

Incident Date: May 21, 2004 Date of First Knowledge: 05/21/04

Charging Officer: Joseph C. Allione, Jr., Manager, HSR (Name) 202-906-2845 cell: 443-336-6868 (Telephone #)

Waiver Offer: ☒ Yes ☐ No If Yes, date: 6/21/04

(Charging officer must furnish this information prior to date of investigation)

Hearing Schedule: ____ (Date) ____ (Time) ____ (Location)

** CHARGING OFFICER/S MUST SEND COPY OF CHARGES TO SUSAN MANGATAL @ 777-2105**

Reason for error
E-1) Hang up or line fail
E-2) Busy
E-3) No answer
E-4) No facsimile connection

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7994 | Memory TX | 2105 | P. 3 | OK | |

83

* * * Transmission Result Report(MemoryTX) ( Jun.21. 2004 12:15PM ) * * *

P. 1

NATIONAL RAILROAD PASSENGER CORPORATION
401 "W" Street, NE, Washington, DC 20018

AMTRAK

# HEARING INFORMATION CALL-IN SHEET

Called In: 6/21/2004 (Date) 12:14 PM (Time) 04. (File #)

Employee Name: SNYDER, STEVEN

SS#: 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

Position: High Speed Supvr Tech Union.- ARASA

Business Unit: ______ Product Line- ______

Location: Ivy City, Washington, DC Department: Mechanical

Out of Service (OOS).- ☐ Yes ☒ No If Yes, effective date: ______

Rules Violated: (Rules of Conduct, Standards of Excellence, NORAC)

Standards of Excellence - Attending to Duties

Specification (Brief Synopsis):

While assigned as the Supervising Technician on May 21, 2004 you allegedly told the NecMsc Supervisor that pantographs on TS17 were down. De-inergizing the catenary based on your alleged information caused the catenary to go to ground and blow the line.

Incident Date: May 21, 2004 Date of First Knowledge: 05/21/04

Charging Officer: Joseph C. Allione, Jr., Manager, HSR (Name) 202-906-2845 cell: 443-336-6868 (Telephone #)

Waiver Offer: ☒ Yes ☐ No If Yes, date: 6/21/04

(Charging officer must furnish this information prior to date of investigation)

Hearing Schedule: ______ (Date) ______ (Time) ______ (Location)

** CHARGING OFFICER/S MUST SEND COPY OF CHARGES TO SUSAN MANGATAL @ 777-2105**

Reason for error
E.1) Hang up or line fail E.2) Busy
E.3) No answer E.4) No facsimile connection

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7994 | Memory TX | 2105 | P. 3 | OK | |

83

* * * Transmission Result Report(MemoryTX) ( Jun.21. 2004 12:15PM ) * * *

P. 1

# HEARING INFORMATION CALL-IN SHEET

**Called In:** 6/14/2004 (Date) 1:52 PM (Time) 04. (File #)

**Employee Name:** SNYDER, STEVEN

**SS#:** 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

**Position:** High Speed Supvr Tech **Union.-** ARASA

**Business Unit:** ____ **Product Line-** ____

**Location:** Ivy City, Washington, DC **Department:** Mechanical

**Out of Service (OOS).-** ☐ Yes ☒ No **If Yes, effective date:** ____

**Rules Violated: (Rules of Conduct, Standards of Excellence, NORAC)**

Standards of Excellence – Attending to Duties

**Specification (Brief Synopsis):**

While assigned as the Supervising Techmichian on May 11, 2004, you allegedly struck Mr. Chambliss in the face with the Safety Rule Book. This is a violation of Amtrak's safety policy.

**Incident Date:** May 10, 2004 **Date of First Knowledge:** 5/10/04

**Charging Officer:** Joseph C. Allione, Jr., Manager, HSR (Name) 202-906-2845 cell: 443-336-6868 (Telephone #)

**Waiver Offer:** ☒ Yes ☐ No **If Yes, date:** 6/14/04

(Charging officer must furnish this information prior to date of investigation)

**Hearing Schedule:** ____ (Date) ____ (Time) ____ (Location)

** CHARGING OFFICER/S MUST SEND COPY OF CHARGES TO SUSAN MANGATAL @ 777-2105**

Reason for error
E.1) Hang up or line fail E.2) Busy
E.3) No answer E.4) No facsimile connection

84

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7874 | Memory TX | 2105 | P. 3 | OK | |

* * * Transmission Result Report(MemoryTX) ( Jun.14. 2004 1:51PM ) * * *

P. 1





# Employee Discipline Input Form

| Employee Name: Steven Snyder | Social Security Number: 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 |
|---|---|
| Payroll Code: 14 | Personnel District Code: EA4 |
| Labor Union: AB | O.D.I. File Number: 04-250 |

## Violation Data

| Rule Violation | Date of Violation (Year/Month/Day) |
|---|---|
| 402 | 04/05/11 |
| 460 | 04/05/11 |
| | |
| | |
| | |
| | |

## Discipline Data

| Discipline Assessed: S02 | Date Assessed (Date of Decision Letter Year/Month/Day) 04/06/14 |
|---|---|
| Proceeding: ☒ Waiver ☐ Hearing | Hearing Officer: [signature] |

**For Labor Relations Department Use Only**

| Labor Relations File No.: | Date Received: |
|---|---|
| Issues: (Identify all applicable arguments raised) | |
| | |
| | |
| | |
| | |
| Action Taken: ☐ Upheld ☐ Overturned ☐ Modified | |
| Modification Code (if applicable – by Labor Relations LRA or Arbitration BRD) | |
| Authorized by: 9/24 | Date: |

**Distribution:** **White** – Human Resources **Yellow** – Hearing Officer **Pink** – Labor Relations

NRPC 2827 (06/03)

Amtrak is a registered service mark of the National Railroad Passenger Corporation

NATIONAL RAILROAD PASSENGER CORPORATION




# NOTICE OF INTENT TO IMPOSE DISCIPLINE MEETING

January 07, 2004 HSR File: JC04.007.01

Mr. Steven Snyder
329 Center Street North
Vienna, VA 22180

Mr. Snyder,

You are hereby instructed to appear for an **Intent to Impose Discipline** meeting as indicated below:

Date: **Tuesday, January 20, 2004**
Time: **8:00 AM**
Place: Amtrak High Speed Rail Office
1401 "W" Street, NE
2nd Floor Conference Room
Washington, DC 20018

The purpose of this meeting is to develop the facts and determine your responsibility, if any, in connection with the following charge(s) and specification(s):

**Charge:** Violation of **Amtrak's Standards of Excellence**, specifically that section(s) pertaining to **"Attending to Duties"**.

**Specification:** 1) On December 24, 2003, you allegedly failed to **"remain alert to your duties at all times"**, which resulted in an injury sustained by you.

You may produce any witnesses you so desire, and you may be accompanied by a representative as provided for in your current governing bargaining agreement without expense to the National Railroad Passenger Corporation.

All requests for postponement of this investigation must be handled through the Amtrak High Speed Rail Office at (202) 906-2845 or by mail at the above-mentioned address.

Sincerely,

Joseph C. Allione, Jr.
Manager, HSR Operations

Cc: A. Aaronson – ARASA representative
File

50

Amtrak/Chambliss1578

Received: ______ Date: ______

NATIONAL RAILROAD PASSEN CORPORATION




NORTHEAST CORRIDOR
High Speed Rail Mechanical Operations

# WAIVER

January 23, 2004

HSR File: JC04.007.01
ODI #: 04.050

Mr. Steven Snyder
329 Center Street North
Vienna, VA 22180

I agree to waive my right to a **Formal Investigation** in connection with the below listed charge(s) and specification(s) and agree to accept the discipline assessed by the National Railroad Passenger Corporation. Furthermore, I agree to waive my right to appeal the discipline assessed.

**Charge:** Violation of **Amtrak's Standards of Excellence**, specifically that section(s) pertaining to **"Attending to Duties".**

**Specification:** 1) On December 24, 2003, you allegedly failed to **"remain alert to your duties at all times"**, which resulted in an injury sustained by you.

**Discipline Assessed: Formal Letter of Reprimand to be held in abeyance for six (6) months.**

Employee Signature — Date 1/23/04

Witness Signature — Date 1/23/04

Management Signature — Date 1/23/04

46

Letter of statement
From: Jeff Cason S&I Supervisor
Subject: Steve Snyder

On Wednesday December 24, 2003 at approx. 11:45pm I received a phone call from Steve Snyder informing me he had just injured himself by walking off the platform on track 19 at the station. He said he thought he was all right but his leg was bothering him. I asked him if he wanted to go to the hospital he replied that he did. At that time I made the necessary phone calls and took him to the hospital.



# Accident Investigation Committee Report

| Incident Number: | Date of Injury: 12 / 24 /03 |
|---|---|
| Name of Injured: Steven Snyder | Social Security Number: 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 |

## Accident Analysis

**Steven Snyder a 48 yr. old male HSR foreman with no prior injuries assigned to Union Station was walking backwards in track 19 North looking back at train 2259 when he lost track of his position on the platform and fell off the platform. After falling off the platform Mr. Snyder contacted Msc supervisor Jeff Cason via radio and informed him of the incident. Mr Snyde reported that he landed on his feet but was experiencing pain in his left**

**knee. He was transported to Providence Hospital for treatment and evaluation.**

**Cause : Mr Snyder failed to remain alert to his position on the platform and did not "STOP" and look behind before backing up.**

Was a Safety Rule violated?

☐ Yes ☐ No If yes, list numbers,

Contributing Factors

**It was Christmas eve, employee most likely failed to stay focussed on his job and responsibilies.**

Committee Recommendations

**This was a most inexcusble and rare accident . Every Holiday during the daily safety meeting every shift supervisor stresses the importance of concentrating and staying focussed on duties and responsibilities. During holiday periods managers and supervisors will have to be even more vigilant at stressing focus and alertness at all times when on the job.**

## Accident Investigation Committee

Date and time committee established 12 / 29 /2003 8 : 00 ☒ AM ☐ PM

| Name | Title | Signature |
|---|---|---|
| **Chris Bello** | **General Foreman** | [signature] |
| **Jeff Cason** | **Msc supervisor** | [signature] |
| **Jeff Wiegel** | **Q.A Inspector** | [signature] |
| | | |

| Department Head (review and approval) | Signature | Date |
|---|---|---|
| **Giuseppe Giurfa** | [signature] | 1-12-04 |

NRPC 405 (07/02) word template

Amtrak is a registered service mark of the National Railroad Passenger Corporation.





| Date Entered Service: 1 / 4 /99 | Total number of injuries: 1 |
|---|---|

Who arrived first at the accident scene?

Name and occupation of all witnesses (*written statements must be attached*).

| Name | Occupation | Statement Attached |
|---|---|---|
| NO WITNESS | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |
| | | ☐ |

## Accident Conditions

Weather: ☒ Clear ☐ Cloudy ☐ Foggy ☐ Rainy ☐ Snowy ☐ Sleeting

Temperature: 46°

Housekeeping Conditions
**Good**

Lighting Conditions
**Adequate**

Ground or Floor Conditions
**Clear**

Defects
**N/A**

Was inspection performed?
☐ Yes ☒ No Inspector's Name: Date last inspected: / /

## Vehicle

Did the accident involve a licensed motor vehicle? ☐ Yes ☒ No If yes, attach completed NRPC 1310 Amtrak Accident Report

**Equipment**

If accident involved equipment, machine or tools, provide equipment name and identification number (if train involved, provide train and car number.

List all malfunctions or defects found

Was equipment or machine moving? ☐ Yes ☐ No

If so, speed and direction.

Name of person operating equipment, machine or tool (if other than injured)

Were safeguards or warning devices operating? ☐ Yes ☐ No

List all appropriate inspection dates for equipment involved:

**Employee Data**

List personal protective equipment required.

**Hard hat**

**Safety glasses**

**Safety shoes**

Was this equipment used? ☒ Yes ☐ No If no, explain

Condition of injured's clothing, shoes, gloves, etc.

**O,K**

Were photographs taken of accident scene? (attach same) ☐ Yes ☒ No

Was sketch showing measurement of accident location to fixed parts made (see page 4)? ☐ Yes ☒ No

Was injured on: ☒ Regular Assignment ☐ Extra Assignment ☐ Relief Assignment

Date of injured's last periodic medical examination: / /

Date of injured's last safety or rule instruction: 12 / 24 /2003

Date of injured's last last documented safety meeting (other than daily): / /






# NOTICE FOR HOLDING MEDICALLY DISQUALIFIED EMPLOYEES OUT OF SERVICE PENDING RESULTS OF D&A

DATE: 12-25-03

NAME: STEVEN SNYDER

LOCATION: WASHINGTON HSR FACILITY

CRAFT: SUPERVISING TECHNICIAN

Notification is hereby given that you are held out of service, beginning 4:05 AM 12-25-03, in connection with INJURY THAT OCURRED IN 19 TRACK UNION STATION

You will be advised promptly with regard to any further action that will be taken.

[signature]
Signture of Charging Officer

General Foreman
Title

CERTIFICATE OF SERVICE

RECEIVED this 25 day of DEC 2003

[signature]
EMPLOYEE SIGNATURE

61

Amtrak/Chambliss1688

**Amtrak**

# MEDICAL INFORMATION AND CONSENT

*(To be completed and signed by the injured person and the medical provider)*

**Injured Person Information:**

| Name: SNYDER | First Name: STEVEN | MI: S | SSN: 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 |
|---|---|---|---|
| Address: 329 CENTER ST N | City: VIENNA | State: VA | Zip: 22180 |
| Occupation: SUP TECH | Place of Injury/Illness: L KNEE | SBU: | Product Line: HSR / Department: MECH |
| Injury/Illness Date: 12/24/03 | Incident Time: 11:30 ☐ AM ☒ PM | Date of Initial Treatment: 12/23/03 | |

**Release of Information/Case Consent:**

I hereby authorize all physicians, clinics and all other persons to discuss with, and release to AMTRAK and its authorized agents, all records, X-rays and results, reports, and all other information concerning the alleged injury/illness sustained by STEVEN S SNYDER (Patient's Name) on 12/24/03 (Date). I also agree that a photostatic copy of this report and authorization be accepted with the same authority as the original document. This authorization shall not extend to any other medical condition, past or present, unless the same is casually or historically relevant to related to the injury referred to above.

**Signature of the Injured Person:** [signature] **Date:** 12/25/03

**Medical Treatment Information:**

| | | |
|---|---|---|
| Diagnosis of Injury/Illness: 12/24/03 2300 hrs | | |
| Were X-Rays Taken? Yes If yes, Type: (L) Knee Results: (−) | ☒ Yes | ☐ No |
| Was prescription Medication Prescribed? If (Yes), | ☐ Yes | ☐ No |
| Prescription Name: Motrin Prescription Strength: 800 mg | | |
| Prescription Name: Prescription Strength: | | |
| Was Medication administered at time of treatment only? | ☐ Yes | ☒ No |
| Did the injured person receive a closure device (i.e. sutures, stitches etc.)? If yes, Type: | ☐ Yes | ☒ No |
| Did the injured person receive an immobilization device (i.e. cast, sling, cane etc)? If yes, Type: Knee immobilizer | ☒ Yes | ☐ No |
| Is the injured person able to resume normal work activities immediately after treatment? | ☐ Yes | ☒ No |
| Will the injured person have to perform restricted duties? Total days of restricted activity: (Four days) As of: 12/24/03 to 12/29/03 | ☒ Yes | ☐ No |
| Was the injured person transferred to another job or terminated? | ☐ Yes | ☒ No |
| Did the injured person loose consciousness? | ☐ Yes | ☒ No |
| Was the injured person hospitalized for treatment as an inpatient? | ☐ Yes | ☒ No |
| Did the injured person receive multiple treatments or therapy sessions? | ☐ Yes | ☒ No |
| Is this an Occupational Illness? Date of initial diagnosis: / / | ☐ Yes | ☒ No |
| Describe the Treatment Given: | | |
| Comments: Patient should Follow up with Orthopedic Doctor | | |
| Printed Name of Treating Facility: (202) 269-7047 Phone Number of Treating Facility: Providence ER | | |
| Physicians Signature: [signature] Jones; Darnell Date: 12/24/03 | | |

NRPC 488 (04/01) Word Template

62

# EMPLOYEE PERSONAL STATEMENT

*(To be completed and signed by the injured person)*

Name: SNYDER | First Name: STEVEN | MI: S | SSN: 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

Date of Accident: 2/24/03

Amtrak may need to contact you within the next 5 days. Please provide a list of telephone numbers where you can be reached. Be sure to include the appropriate area code:*

703 481 3332
703 980 7673

Place of Accident:

UNION STA, WAS

How did the accident happen?

I WAS WALKING NORTH TRACK A PLATFORM LOOKING BACK AT 2259 ON TRACK 18. I LOST TRACK OF WHERE THE PLATFORM REDUCES IN SIZE AND FELL OFF THE NORTH END, LANDING ON MY FEET ABOUT 10 FEET DOWN

What caused the accident?

I WALKED OFF THE END OF THE PLATFORM

Describe the injury/illness:

L KNEE HURTS, IS STIFF

Were you provided first aid treatment at the place of the accident? ☒ Yes ☐ No

Were you taken to a medical facility for treatment? ☒ Yes ☐ No
If Yes, what facility were you taken to? PROVIDENCE HOSPITAL

Describe the treatment provided: (XRAY of Knee) Knee Immobilizer Motrin; F/up c̄ Orthopedic in 2-3d

Witnesses:

| Name | Address | Telephone |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Signature of Injured Person: [signature] Date: 2/23/03

R' (11/01) Word Template Page 2

63

Amtrak/Chambliss1690

Amtrak

# EMPLOYEE INJURY/ILLNESS REPORT

*(To be completed by the supervisor of injured person)*

**Incident Information:**

| Incident Date | Incident Time | AM/PM | 2. Res/Cen: | 3. Specific Incident location: (i.e. #6 Track etc.) |
|---|---|---|---|---|
| 12/24/03 | 11:30 | ☐ AM ☒ PM | 3119 | TRK 19 UNION STATION |

| 4. City: | 5. State: | 6. County: | 7. Nearest Amtrak Station: | 8. Mile Post: |
|---|---|---|---|---|
| WAS. | DC | | UNION, WASH | N/A |

**Injured Person Information:**

9. FRA Class of Person: ☒ A= Amtrak employee on duty ☐ B= Amtrak employee not on duty

| 10. Injured Persons SBU/Commuter Agency: | 11. Injured Persons Division: | 12. Injured Persons Product Line: | 13. Injured Persons Dept: |
|---|---|---|---|
| ☒ NEC ☐ INT ☐ Commuter Agency (name) ☐ WST ☐ COR | MID ATL. | N/A | HSR MECH |

| 14. Last Name: | 15. First Name: | 16. MI: | 17. Injured Persons SSN: |
|---|---|---|---|
| SNYDER | STEVEN | S | 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 |

| 18. Home Address: | 19. City: | 20. State: | 21. Zip: |
|---|---|---|---|
| 329 CENTER ST N. | VIENNA | VA | 22180 |

| 22. Home Phone Number: | 23. Date of Birth: | 24. Gender | 25. Rest Days | 26. Work Order No: |
|---|---|---|---|---|
| (703)281-9218 | 6/4/55 | ☒ Male ☐ Female | ☐ Su ☐ Mo ☐ Tu ☐ We ☒ Th ☒ Fr ☐ Sa | |

| 27. Occupation | 28. Was employee working Extra Board? | 29. Employee's Tour Start Time: | 30. Employee's Sched. Tour End Time: |
|---|---|---|---|
| FORMAN | ☐ Yes ☒ No | 7:00 ☐ AM ☒ PM | 3:00 ☒ AM ☐ PM |

**Description of Injury/Illness:**

31. What task does the injured person say he/she was performing when they became injured or ill? (i.e. Cleaning Coach)

WALKING ON PLATFORM.

32. How does the injured person say the injury/illness occurred? (i.e. Tripped over loose carpet)

HE WALKING AND LOOKING BACK. HE WALKED OFF THE END OF PLATFORM

33. What object or substance does the injured person say caused the injury/illness? (i.e. Loose carpet)

34. What injury/illness does the injured person report? (i.e. Bruised knee and sprained wrist)

INJURED LEFT KNEE.

| 35. Train number (if applicable) | 36. Locomotive/Car Number (if applicable) | 37. Was a Drug/Alcohol Test Performed? |
|---|---|---|
| 2173 - 2250 | 2035 | ☒ Yes ☐ No |

**Treating or Medical Facility/Provider:**

| 38. Did the injured person decline first aid and/or medical treatment? | 39. Was injured person taken to a Medical Facility? If so, PRINT name of accompanying supervisor: |
|---|---|
| ☐ Yes ☒ No | ☒ Yes ☐ No Printed Name: PROVIDENCE HOSP. |

| 40. Name of Treating or Medical Facility/Provider: | 41. Telephone number of Treating or Medical Facility Provider: |
|---|---|
| DARNELL JONES | (202)269 7047 |

**Point of Contact Information:**

| 42. SSN of person completing form: | 43. Printed name of person completing form: | 44. Title of person completing form: |
|---|---|---|
| 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 | JEFF CASON | NEC SUPV. |

| 45. Phone number of person completing form: | 46. Date/Time Event was Reported: | 47. Date/Time form Completed: |
|---|---|---|
| (202)359-5632 | 12/24/03 11:45 ☐ AM ☒ PM | 12/25/03 3:00 ☒ AM ☐ PM |

48. Supervisors Name:

JEFF CASON



64

**Amtrak®**

# Drug and Alcohol Testing Notification Form

***Important Note: First, meet all testing criteria, then test employee immediately.***

| Employee Name | Employee Number | Date of Test | Time of Test |
|---|---|---|---|
| STEVEN SNYDER | 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 | 12-25-03 | 3:35 AM |
| **Employee Job Title** | **Hours of Service:** | **Work Location:** | **Commuter Service (If Applicable)❶** |
| SUPERVISING TECHNICIAN | ☐ Yes ☑ No | WASHINGTON HSR | N/A |

❶ Commuter Services: Connecticut Dot (CDOT); MBTA; VRE; MARC; Metrolink (SCRRA); Peninsula (PCS); Coaster (SDNR)

**Reason for Testing Employee (check one):** **Refer to PERS-19 for Additional Information**

For Cause:

☑ Accident/Injury (drug and alcohol) use Non-DOT/Company forms.

☐ Rule Violation (drug and alcohol) use Non-DOT/Company forms.

☐ Reasonable Suspicion (drug and/or alcohol-depending on the suspicion) use Non-DOT/Company forms; ***Except*** if the employee is "hours of service" and was assigned to perform or was performing covered service at the time of the suspicion, use **DOT/Federal** Forms. If a test is not conducted within 2 hours of the determination to test (maximum 8 hours), write a statement indicating the reason for the delay and attach it to this form.

☐ Alcohol ☐ Drugs ☐ Drugs and Alcohol

FRA Post Accident:

The following four tests are to be performed using the "FRA Post-Accident Toxicological Box". Administer the test(s) promptly. If not administered within 4 hours, proceed with testing procedures and write a statement indicating the reason(s) for the delay and attach it to this form.

☐ Major Train Accident Test all crew members of trains involved plus any other "hours of service" employee(s) directly and contemporaneously involved in the circumstances of the accident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

☐ Impact Accident ☐ Fatal Train Incident ☐ Passenger Train Accident

Test all crew members of trains involved plus any other "hours of service" employees directly and contemporaneously involved in the circumstances of the accident, ***except*** employees who the responding supervisor can immediately determine, based on specific information, had no role in the cause or severity of the accident/incident. Test any on-duty railroad ["hours-of-service" and "non-hours-of-service"] employees fatally injured in the accident.

FHWA Post-Accident

☐ An employee holding a commercial drivers license (CDL) required by Amtrak ***and*** was involved in a FHWA reportable accident must be urine drug ***and*** breath alcohol tested, within 2 hours of the accident (8 hr. max for alcohol, 32 hrs. for drug), using **DOT/Federal** testing forms. If tests are not conducted within 2 hours of the accident, write a statement indicating the reason for delay and attach it to this form.

FHWA Reasonable Suspicion

☐ (Drug and/or alcohol-depending on the suspicion). If the employee is required by Amtrak to hold a CDL and is performing CDL functions at the time of the suspicion, a **DOT/Federal** testing form **MUST** be used. If an alcohol test is not conducted within 2 hours of the determination to test, write a statement indicating the reason for the delay and attach it to this form.

☐ Alcohol ☐ Drugs ☐ Drugs and Alcohol

**Please Print Clearly**

| Medical Facility Representative | | Medical Facility Rep. Telephone No. | |
|---|---|---|---|
| Scott H. Carter | | (703) 243 4414 | |
| **Name of Medical Facility Performing Collection** | | | |
| EMSI | | | |
| **Amtrak Supervisor's Name:** | **Amtrak Supervisor's Signature** | | |
| CHRISTOPHER BELLO | C Bello | | |
| **Amtrak Supervisor's Title** | **Amtrak Supervisor's Telephone Number** | **Amtrak Supervisor's Pager Number** | **Amtrak Supervisor's Cell Phone Number** |
| GENERAL FOREMAN | 777-2906 | — | 410-207-3262 |

**Distribution:**

WHITE: Fax immediately to 202-906-2786 (ATS 777-2786), Attn: Drug and Alcohol Programs

Yellow: General/Facility Manager

PINK: Requesting Supervisor

NRPC 2744 (6/99)



Amtrak/Chambliss1692

# (COMPANY) ACCIDENT/INCIDENT ALCOHOL/DRUG TEST REPORT

## CRITERIA

- If a supervisor determines that an employee's acts or omissions contributed to the occurrence or severity of an accident/incident **AND** the incident is reportable (or the supervisor reasonably believes that it will be reportable) to the Federal Railroad Administration (FRA) under 49 CFR Part 225, the supervisor will require the employee to submit to company alcohol and drug testing. (**EXCEPTION:** If FRA Post-Accident Toxicological or FMCSA Post-Accident Testing criteria is met, FRA or FMCSA Post-Accident Testing procedures must be followed for employees governed by those procedures.)
- For guidance on injury reportability, please see reverse side of this report "Basis for Determining if an accident/incident is reportable to the FRA according to 49 CFR Part 225".
- Company (Non-Federal) alcohol and drug testing forms will be used for all accident/incident tests.
- Testing may be conducted in excess of hours of service limits established for employees covered by the Hours of Service Act. Excess service must be reported on the Division's or SBU monthly Hours of Service Report.
- The test are to be completed within two (2) hours of a qualifying accident. If not, the reason(s) for the delay must be stated on this report. Further, any test not completed within eight (8) hours of the rule violation will not be conducted and the reason(s) for canceling the test(s) must be stated on this report.

Completing this report does not replace or substitute for any required report by the Safety Department or the FRA.

Employee Name: STEVEN SNYDER Employee SSN: 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 Personnel #: ____

Date of Accident/Incident: 12 / 24 / 03 Time: 11 : 30 AM/(PM) Time Tested: 3 : 35 (AM)/PM 12-25-03

Nearest RR Location (e.g. M.P. or Station): UNION STATION WASHINGTON State: D.C

Did the employee's acts or omissions contribute to the occurrence or severity of the accident/incident: ✓ Yes ____ No

Basis for reporting accident/incident to FRA (use number codes from reverse side): 2

Reason(s) for delaying or canceling test(s) and other remarks: ____

Supervisor Name: Printed CHRISTOPHER BELLO Signature: [signature]

Title: GENERAL FOREMAN Phone #: 202-906-2906

Pager #: ____

66

Amtrak/Chambliss1693

***Fax completed form to Amtrak Health Services at 202/906-2786 or ATS: 777-2786***

# BASIS FOR DETERMINING IF AN ACCIDENT/INCIDENT IS REPORTABLE TO THE FRA ACCORDING TO 49 CFR PART 225

1. Any impact between railroad on-track equipment and an automobile, bus, truck, motorcycle, bicycle, farm vehicle, or pedestrian at a rail-highway grade crossing.

2. A collision, derailment, fire explosion, act of God, or other event involving operation of railroad on-track equipment (standing or moving) that results in more than $6,600(1998 threshold) in damages to railroad on-track equipment, signals, track, track structures and roadbed.

   Hours of service employees involved in this type of accident may be required to submit to FRA Post-Accident Toxicological Testing.

3. Any event arising from the operation of a railroad which results in:

   (A) death of one or more persons OR;
   (B) injury to one or more persons, other than railroad employees, that requires **medical treatment** OR;
   (C) injury to one or more employees that requires **medical treatment** or results in restriction of work or motion for:

   - One or more days;
   - One or more lost work days;
   - Transfer to another job;
   - Termination or employment
   - Loss of consciousness OR;

   (D) Occupational illness of railroad employee as diagnosed by a physician.

   Examples of **Reportable Medical Treatment**:

   1. Closure of a wound with suture (stitch), staple, steristrip, butterfly or the like.
   2. The application of a cast or other professional means of immobilizing an injured part of the body.
   3. Any application of medication through the use of a syringe, except a tetanus shot.
   4. The treatment of a bruise by drainage of blood.
   5. Treatment of a burn.
   6. Prescription medication.
   7. Removal of any object embedded in the eye or the application of a patch of a bandage.
   8. A x-ray that is positive.
   9. Loss of consciousness.
   10. Hospitalization

**Note**: This is only a partial listing of reportable medical treatment. Complete guidance is provided in the FRA Guide for Preparing Accident/Incident Reports, or call (202) 906-3280, 9 AM – 5 PM / Monday – Friday.

67

**Amtrak**

# INJURED EMPLOYEE'S TEN DAY REPORT

Division

Location: UNION STATION

Name of Injured Employee: STEVEN SNYDER

Occupation: FOREMAN

Place Where Accident Occurred: TRACK 19

| Date Injured | Time Injured | Employee's Status | Assigned Hours | Did Employee Complete Tour |
|---|---|---|---|---|
| 12/24/03 | 11:30 PM | ☒ Regular ☐ Extra | 7P - 3A | ☐ Yes ☒ No (Explain below) |

IF TOUR NOT COMPLETED CHECK APPLICABLE BOX OR BOXES

☒ Medical Attention ☐ Accident Investigation ☐ Could Have Worked
☐ Other (Explain) ☒ D & A Testing ☐ Could Not Have Worked

| Date | Period Following Injury | Hours Worked | | Details of Work Performed |
|---|---|---|---|---|
| | | From | To | |
| 12/25/03 | 1st Day | | | RD |
| 12/26/03 | 2nd Day | | | RD |
| 12/27/03 | 3rd Day | | | DA/@ |
| 12/28/03 | 4th Day | | | DA/@ |
| 1 /03 | 5th Day | | | DA/@ |
| 12/30/03 | 6th Day | 7PM | 3AM | WR |
| 12/31/03 | 7th Day | 7PM | 3AM | WR |
| 1/1/04 | 8th Day | | | RD |
| 1/2/04 | 9th Day | | | RD |
| 1/3/04 | 10th Day | 8AM | 4PM | WR |

Note: Under column "Details of Work Performed" select the applicable entry for each day from the following list:

WR = Worked Regular Duties
WL = Worked Light/Restricted Duties (Explain Duties)
RD = Regular Rest Day
HD = Holiday
DA = Doctor's Appointment
SV = Scheduled Day of Vacation
OI = Off Duty Due to Injury
OO = Off Duty Due to unrelated illness/Injury or Reason (Explain)
OC = On Call, Fit for Regular Duty
DA/W = Off Pending D&A Test Results – Could Have Worked
DA/O = Off Pending D&A Test Results – Have Worked

*Signature of Supervisor: [signature]

Signature of Injured Employee: [signature]

Title: S&I SUPERVISOR

Occupation: Sup Tech

*Signature certifies that this report is correct to the best of my knowledge.

NRPC 2265 (07/91) Word Template

68

**Giurfa, Giuseppe Dino**

**From:** Bello, Christopher
**Sent:** Monday, December 29, 2003 12:42 PM
**To:** Giurfa, Giuseppe Dino
**Subject:** Steve Snyder Injury

Dino,
concerning the Steve Snyder injury I am requesting that he be charged with a violation of the standards of excellence, specifically, "Attending to Duties". Mr Snyder failed to stay alert and aware of his location when he walked off the platform in 19 track union station causing injury to himself. Amtrak's Standards of Excellence requires employee's to **remain alert** to their duties at all times.

CMB Dec 24 11:30PM.

69



# NATIONAL RAILROAD PASSENGER CORPORATION
## EMPLOYEE DISCIPLINE INPUT FORM

EMPLOYEE NAME: Steven Snyder

PAYROLL CODE: BE 14 SOCIAL SECURITY NUMBER: 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

PERSONNEL DISTRICT CODE: EA4 LABOR UNION: AT

O. D. I. FILE NUMBER: 04.050

### VIOLATION DATA

| Rule Violation | Date of Violation (Year/Month/Day) |
|---|---|
| 400/401 | 03/12/24 |
| | |
| | |
| | |
| | |
| | |
| | |

2/12/04

### DISCIPLINE DATA

Discipline Assessed: REP

Date Assessed (date of decision letter-YMD): 04/01/23

Proceeding: (Waiver: W) or Hearing: H (circle one)

[signature]
Hearing Officer

### FOR LABOR RELATIONS DEPARTMENT USE ONLY

Labor Relations File No.: ______ Date Received: ______

Issues: ______ ______ ______ ______ ______ ______ ______
(identify all applicable arguments raised)

Action taken: Upheld ____ Overturned ____ Modified ____

95

Modification Code (if applicable): ______
(by Labor Relations LRA or Arbitration BRD)

______ Authorized by

______ Date

White - Personnel Yellow - Hearing Officer Pink - Labor Relations

NRPC 2827

Amtrak/Chambliss1576