# 7. DEPOSITION TESTIMONY OF DORA W. WASHINGTON

Page 1

JERRY CHAMBLISS

2          Plaintiff              IN THE
                                  CIRCUIT COURT
3     vs                          FOR
                                  BALTIMORE CITY
4    NATIONAL RAILROAD PASSENGER  Case No. 24-C-04-008216
     CORP.
5
              Defendant.
6    _____/

7

8          The deposition of DORIA W. WASHINGTON was

9    held on Tuesday, August 2, 2005, commencing at 12:10

10   p.m. at the offices of National Railroad Passenger

11   Corp, 900 Second Street, N.E., Washington, D.C. 2002,

12   before Steven Poulakos, Notary Public in and for the

13   District of Columbia.

14

15   APPEARANCES:

16        JOHN F. HANNAWAY, ESQUIRE
               On behalf of Plaintiff
17
          ILANA SUBAR, ESQUIRE
18             On behalf of Defendant

19

20

21   REPORTED BY:  Steven Poulakos

*158*

Page 2

Whereupon,
      DORIA W. WASHINGTON,
3 called as a witness, having been first duly sworn to
4 tell the truth, the whole truth and nothing but the
5 truth, was examined and testified as follows:
6       EXAMINATION BY MR. HANNAWAY:
7 Q  Would you state your name, please.
8 A  Doria Willeen Washington.
9 Q  What's the middle name?
10 A  Willeen.
11 Q  How do you spell that?
12 A  W-I-L-L-E-E-N.
13 Q  Have you ever been deposed or questioned
14 like this before?
15 A  No.
16 Q  Well, this is what's called a deposition.
17 We're here about specifically an incident that occurred
18 on May the 10th of 2004 in which Mr. Chambliss is
19 asserting that Mr. Snyder hit him in the face with a
20 book.
21 A  Okay.

Page 3

1 Q  I'm going to be asking you specifically
2 about that incident and some other things.
3       This gentleman here is a stenographer. He
4 takes down everything that you and I and anybody else
5 says word-for-word and we get back a little transcript
6 or book in question and answer form.
7       I just tell you that because you know when
8 we're just out day-to-day we nod our head and shake our
9 head no and go like this meaning I don't know. We
10 can't do that with him because he can't read that,
11 shook head. He has to write down yes and no.
12       Sometimes I make no sense at all, believe
13 it or not, and when I ask you a question you may not
14 understand it, it may not make sense. If that occurs I
15 want you to say I didn't understand your question.
16 Please state again, or if you don't hear me or I mumble
17 or something like that. I don't want you to guess at
18 things.
19       It's perfectly fine to say I don't know or
20 I don't remember or say, well, I think. There's no
21 game here. We just want you to tell the truth and

Page 4

1 we'll take it from there.
2       This is a formal proceeding. You have been
3 sworn in like you just did to testify under oath and
4 you are subject to penalties of perjury, although we
5 are conducting this in the District of Columbia,
6 subject to the penalties in the State of Maryland
7 because this state is pending in the State of Maryland,
8 okay?
9 A  Okay.
10 Q  Any questions at this point?
11 A  No.
12 Q  You want to take a break or need water or
13 anything you let me know. It's not dock to be that
14 long, Ms. Washington.
15 A  Okay.
16 Q  Did you meet with anyone before coming down
17 here today to discuss this matter?
18 A  No.
19 Q  Did you meet with anyone today to discuss
20 this matter?
21 A  No.

Page 5

1 Q  Did you meet with the attorney for Amtrak
2 to discuss this Casson, this lady here?
3 A  Yes.
4 Q  What did you all talk about?
5 A  About the Casson and the accident that
6 happened, that day.
7 Q  Just what occurred? That's what you all
8 talked about, just what happened that day?
9 A  Yes.
10 Q  You're a coach cleaner?
11 A  Yes.
12 Q  How long have you been with Amtrak?
13 A  Five years.
14 Q  As I said, you're craft is a coach cleaner.
15 What's that job entail? What do you do?
16 A  When the train comes in we clean the train.
17 Sometimes we turn around. Sometime we do a level one.
18 It's how the foreman and what he wants done on that
19 train.
20 Q  Turn around is a -- it's less of a cleaning
21 because the train has to go back out?

Dora W. Washington - 8/2/05

Page 6

1  A  Yes.
2  Q  And 111 is more of a cleaning?
3  A  Right.
4  Q  Sort of what I do on a Wednesday to pick up
5  around the house as opposed to what I do on Saturday to
6  really clean the house?
7  A  Yes.
8  Q  Do you generally have a regular assigned
9  shift?
10 A  Yes, I do.
11 Q  What is your shift presently?
12 A  It's 12:00 noon time to 8:00 p.m.
13 Q  You get weekends off?
14 A  No.
15 Q  Not yet?
16 A  No.
17 Q  Do you recall back in around May of 2004
18 what shift you worked?
19 A  7:00 p.m. to 3:00 am.
20 Q  Do you generally work with the same people?
21 A  Yes.

Page 7

1  Q  Did you ever work with Mr. Chambliss, who,
2  for the record, is sitting here?
3  A  Yes.
4  Q  On the same shift with him?
5  A  Yes.
6  Q  And back around May 10th of 2004 he got hit
7  on the head with a book; is that right?
8  A  Yes.
9  Q  Do you recall what shift you worked that
10 day, whether that occurred in the morning or at night
11 or in between?
12 A  I worked 7:00 a.m. to -- 7:00 a.m. to
13 3:00 p.m.
14 Q  This occurred in the morning?
15 A  Yes.
16 Q  Just after the safety meeting and job
17 assignments?
18 A  Yes.
19 Q  Did you ever work with Harry, I may
20 mispronounce it, Charleus?
21 A  Yes.

Page 8

1  Q  Did you ever work with Carlos Alvarado?
2  A  Yes.
3  Q  Steve Snyder, was he ever your foreman or
4  supervisor.
5  A  Yes.
6  Q  Is that what he's called, a foreman?
7  A  Yes.
8  Q  Has that been going on regular him being a
9  foreman since you were at Amtrak?
10 A  I have different foreman. It depend what
11 shift I was on and find out if he was the foreman on
12 that shift.
13 Q  Got you.
14    Now, you were present when Mr. Snyder threw
15 the book at Mr. Chambliss on May 10th, 2004?
16 A  Yes.
17 Q  Where did that occur?
18 A  In our lunchroom.
19 Q  In the lunchroom?
20 A  Yes.
21 Q  Is that over where the high speeds pull up

Page 9

1  to get cleaned? I think it's a blue or gray building?
2  A  Yes.
3  Q  Over at Ivy City?
4  A  Yes.
5  Q  How many tables in the lunchroom, do you
6  know?
7  A  I think nine or ten.
8  Q  That's about right. That's close enough
9  when you do something like that say between eight and
10 ten. You don't have -- I couldn't tell you how many
11 chairs are in my dining room right now. So don't worry
12 about it.
13    Were you all seated at one table for the
14 safety meeting on that day?
15 A  On that day?
16 Q  Yes.
17 A  I think, five or six was at my table, and
18 I'm for sure Jerry was by himself. I think he was
19 sitting my hisself at his table.
20 Q  So you were at a different table than
21 Mr. Chambliss was for the safety meeting?

3 (Pages 6 to 9)

Towson Reporting Company       GORE BROTHERS        160        Whitman Reporting-Rockville
410-828-4148                   410-837-3027                    301-279-7599
                                                               6565660c-59ad-4575-a3f5-9005f9c7fa2d

Dora W. Washington - 8/2/05

Page 10

```
    A    Right.
    Q    You were seated at your table?
 3  A    Right.
 4  Q    And he's seated at his table?
 5  A    Right.
 6  Q    And at which table, if you remember, was
 7  Mr. Snyder?
 8  A    He was at the fourth table.
 9  Q    At the same one Mr. Chambliss was at?
10  A    No.
11  Q    Do you recall who was on the crew that day?
12  A    Everybody that was working that day?
13  Q    Yes, please.
14  A    It was Pam, myself, Stacy, Vullo, he's an
15  NEC, and Steven.
16  Q    That's Steve Snyder?
17  A    Yes.
18  Q    What's Pam many last name?
19  A    Bunch.
20  Q    And Stacy's last name?
21  A    Deffenbaugh.
```

Page 11

```
 1          MS. SUBAR:  D-E-F-F-E-N-B-A-U-G-H, and
 2  Vullo is V-U-L-L-O.
 3          BY MR. HANNAWAY:
 4  Q    How far away from you were you from
 5  Mr. Chambliss when he got hit in the head with the
 6  book?
 7  A    Right behind him.
 8  Q    Right behind him?
 9  A    Yes.  We had the first table.  He was in
10  the next table.
11  Q    So tables are right next to each other?
12  A    Yes.
13  Q    About how far is that?  If you're not going
14  good with distances, you can point to something here.
15  I'm not good a distances.
16  A    Not that far.
17  Q    Me and you?
18  A    Yes.
19  Q    About?
20  A    Like that.
    Q    Three-and-a-half, four feet; does that
```

Page 12

```
 1  sound right?
 2  A    Yes, I think.
 3  Q    Don't rely on me.  I'm
 4       What occurred?  What d
 5  A    Okay.  We had our safet
 6  read the rules and everything, wha          ...gnment
 7  is.  Like Jerry comes in every day, he comes and have
 8  his breakfast like he do every morning.
 9          After that was over Steve was over by the
10  sink blowing his nose and the trash can was near Jerry
11  and he threw it and it missed and it went in front of
12  Jerry breakfast was, and Jerry said --
13  Q    It landed in front of where Jerry's
14  breakfast was?
15  A    Yes.
16  Q    You mean on the table?
17  A    On the table.
18  Q    Did you see this?
19  A    Yes, I see that part.
20  Q    He had blown his nose in that?
21  A    Yes.
```

Page 13

```
 1  Q    Where was the trash can --
 2  A    Right --
 3  Q    -- in relation to how far away was it from
 4  Jerry's breakfast?
 5  A    Not that far.
 6  Q    What's not that far?
 7  A    Say Jerry was here and the trash can was
 8  right here.
 9  Q    So right next to where Jerry's sitting?
10  A    Right next to where he was sitting.
11  Q    So he blew his nose and threw the tissue?
12  A    And it land where Jerry was at.
13  Q    Did you hear anybody say anything at that
14  point that you remember?
15  A    Let me think, because we were always
16  talking at that time.  I think Pam said something.  Pam
17  was saying because she say something like --
18  Q    Like yuk?
19  A    Yes.
20  Q    Did you hear Mr. Chambliss say anything at
21  that point?
```

4 (Pages 10 to 13)

Towson Reporting Company          GORE BROTHERS          Whitman Reporting-Rockville
410-828-4148                      410-837-3027                   301-279-7599
                                                          6565660c-59ad-4575-a3f5-9005f9c7fa2d

Dora W. Washington - 8/2/05

Page 14

A   Yes. He said, now you're going to throw it
at me. He said, if I'm going to throw it at you --
Q   Who is he?
A   I'm sorry.
Q   That's okay, dear.
A   I'm sorry. He said, you going to throw it
at me, and Steve said --
Q   He is Mr. Chambliss?
A   Jerry say, you're going to throw it at me,
and Steve say, yes, I'm going to throw -- Jerry said,
you're going to throw it at me and Steve said, if I'm
going to throw it at you, I'm going to throw it.
Q   When I'm going to throw it at you I'm going
to throw it?
A   I'm going to throw it.
Q   Did you see him throw it?
A   Not the safety book because I was turned
the opposite way, but I heard it.
Q   You heard it. What did it sound like?
A   Like a boom. We turned around and the
safety book was laying right in front of Jerry.

Page 15

Q   Did you see it hit his face?
A   No, I didn't see it hit the face.
Q   You didn't see Steve Snyder throw it?
Because is that your writing?
A   Yes.
Q   Maybe I just don't understand. I didn't
see Steve Snyder throw safety book. I turned, book was
on Jerry face?
A   Yes.
Q   You meant in from front of him?
A   In front of him.
Q   You didn't mean you turned around and it
was stuck to his face?
A   No.
Q   Do you recall anything being said by anyone
after that, be it Jerry or Mr. Snyder or anyone else?
A   No.
Q   What was Jerry's -- do you know what the
word demeanor means?
A   No.
Q   It means how someone appears, you know, how

Page 16

you can tell people are angry or people are sad or
people are happy or agitated or angry.
A   Right.
Q   That's what demeanor means, how they look
and what you can pick up from the way they look.
A   What would you say Jerry's demeanor was?
How did he act after he got hit with the book? He was
kind of down.
Q   Down, what do you mean by down?
A   He was surprised that this happened. He
wasn't hisself after that happened.
Q   His wasn't --
A   He wasn't hisself because he always a happy
person when he comes in. He never be mean or nasty to
me. He always -- he was a good person.
Q   This change occur right after he got hit
you mean, what you saw that day?
A   Yes, that day.
Q   Did you talk to Mr. Chambliss at all that
day, if you remember?
A   I can't remember that day. I can't

Page 17

remember. It's been a while.
Q   That's okay. That's fine. You're doing
great.
     Mr. Chambliss ever tell you that he got
hurt?
A   Yes, he did.
Q   Do you recall when that was? Would it have
been that day, if you know?
A   I don't know if it was that day or not.
Q   Now, you were questioned or interviewed
about this incident, right?
A   Yes.
Q   When did that occur, do you remember? I'm
not asking for a specific day, but was it that day or
within a week or whatever you can remember?
A   I don't remember what day it was.
Q   Who did you go and meet with someone?
A   Yes. Chris Bello had called us to his
office and we had to write a statement and everything
up.
Q   Was that basically all Mr. Bello said to

5 (Pages 14 to 17)

Page 18

you, write a statement about what happened?
A   Yes.
Q   Other than that time when you went to Mr. Bello's office and he said write a statement about what happened, did you talk with anyone from Amtrak about the incident?
A   Me and Pam and Stacy was talking, us three.
Q   Among yourselves?
A   Yes.
Q   When did that occur? Was it close to when the incident occurred?
A   Yes. The same day.
Q   Tell me the gist of the conversation, what you all said to each other when --
A   We said it was wrong that that happened, or we talked about all he had to do was just walk over there and put it in the trash can.
Q   He being Mr. Snyder?
A   Yes, Steve.
Q   Any anything else you can recall about the conversation with you and your two co-workers?

Page 19

A   No, that was it.
Q   And that was that day or --
A   Yes.
Q   Now, you said you worked with Mr. Charleus and also Mr. Alvarado?
A   Yes.
Q   Are you aware that Mr. Charleus made a complaint back in 2002 with respect to Mr. Snyder?
A   No, I didn't know nothing about that.
Q   I'm just going to -- bear with me one second.
    He wrote to -- let's see if I can refresh your memory. Back in August of 2002 he wrote a letter saying that on August 14th at about 8:00 p.m. during the coach cleaner group safety meeting, Steve Snyder used profanity in a threatening matter when assigning the group our work assignments.
    After beginning to assign work assignments he stopped to inject, quote -- this means this is what he is he's saying. I don't want to hear any shit from you either, addressing the group, even though no one

Page 20

had said anything while he was giving out these assignments.
Q   Do you recall that occurring back in 2002?
A   I don't remember that one.
Q   That's only, okay. He just said on that date that he kind of cussed you all out.
A   Did he cuss us out, but we was in the van.
Q   Maybe I was wrong. It just says during the safety.
    What did he say in the van?
A   He said -- he was telling us, stop complaining, stop whining and told us all to shut up and called us the N word and B name.
Q   The N word, I guess we'll all stipulate that we know what the N word is? I don't want to be saying that?
A   Yes.
Q   The B word means the bitch word, right?
A   Yes.
Q   You consider use of the N word to be fighting words?

Page 21

A   Well, to me, my opinion, that word should never been used. All he had to say was call us each of us by name and say we have to go down to Ivy City to clean the train and it has to be done. You're here for eight hours. And that would have been it.
Q   Did you find him on that incident or any other instances to be physically threatening towards you or the others?
A   I don't know about the other coach cleaners. After that accident I ain't had no more problems after that.
Q   After what?
A   After he was call us names, I didn't have no more problems.
Q   Did you feel threatened by him at that time?
A   Yes.
Q   And do you recall when that occurred, let's say, in relation to when Mr. Chambliss got hit with the book? Was that before Mr. Chambliss got hit with the book?

6 (Pages 18 to 21)

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

6565660c-59ad-4575-a3f5-9005f9c7fa2d

Page 22

```
  A  Yes.
  Q  Do you know how soon before or anything
like that?
  A  That was like a year ago.
  Q  You mean a year before Mr. Chambliss'?
  A  Yes.
  Q  Do you recall if you -- did you ever make
any complaints about Mr. Snyder to anyone?
  A  Yes, I did. I have.
  Q  What were the complaints and who did you
make them to?
  A  I forgot to tell her about that, but.
  Q  That's okay.
  A  I had an accident with my hand back then
and I went to Steve Snyder and I said the gloves had
aten my skin up and I could use those no more.
  Q  Gloves?
  A  Yes, had ate my skin up real bad, and he
didn't do nothing about it. He walked away. So I went
back on the train. I didn't know what to do because I
was still new and learning a lot of things and I didn't
```

Page 23

```
know was I supposed to go to another foreman and tell
somebody else, but he was the only one around.
      He supposed to bring you to the hospital
and he didn't, so I had to fill a statement. I have a
copy of that, but I left that at home.
  Q  What did you get the chemicals on you?
  A  It was the powder inside of the glove ate
my skin up.
  Q  Was that the only time you complained about
him?
  A  Yes.
  Q  Did you ever talk with a Dennis Smith?
  A  Yes, I have.
  Q  What was that all about? Respect to
Mr. Snyder I mean.
  A  Dennis Smith had came down to the station.
He talked to Steve Snyder and talked to all of the
employees, but it was separate. He talked to him first
and then he talked to us.
  Q  And that was just this year, wasn't it?
  A  I think that was when he was calling us
```

Page 24

```
names at that time.
  Q  This past year, just a few months ago. Did
anyone from the Amtrak have everyone down to talk to
them about what's going on with Mr. Chambliss and
Mr. Snyder and any complaints they have, sometime this
year? We're in August now.
  A  No.
  Q  Did any employees, people you work with,
co-workers, ever complain to you about -- tell you
about problems they had with Mr. Snyder?
  A  I know Carlos did.
  Q  Carlos?
  A  Alvarado and Tyryk Jenkins. Let me think
who's still there on that shift. Stacy wasn't there.
I think that's all that came and complained.
  Q  With respect to Carlos Alvarado, did he
complain to you that to the effect that Mr. Snyder
tried to kick him?
  A  Yes, I remember that.
  Q  And would you know anymore details about
it?
```

Page 25

```
  A  We just got finished cleaning a train --
  Q  Did you see it?
  A  Yes, I did. I was outside.
  Q  Outside the train?
  A  Outside by the van.
  Q  Got you.
  A  When it happened. We just got finished
cleaning 2150.
  Q  Is that a train number?
  A  That's the train number.
      And Carlos was finished. He wanted to go
back and catch the shadow. Steve Snyder said we have
to wait until everybody finish, everybody go back
together. And Steve and Carlos got into an argument
outside.
  Q  Verbal argument?
  A  Yes.
      I don't know what the words and everything,
but I don't know, the next minute Carlos was kicked.
  Q  Did you see Steve Snyder kick Carlos?
  A  Yes.
```

7 (Pages 22 to 25)

Towson Reporting Company
410-828-4148

164

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

6565660c-59ad-4575-a3f5-9005f9c7fa2d

Dora W. Washington - 8/2/05

Page 26

Q Where did he kick him?
A In the behind.
Q Kicked him in the rear end?
A Yes.
Q Carlos had his back to him?
A Carlos was turning around getting ready to walk away. He decided he going to go ahead and catch the shadow anyway.
Q Any other complaints -- that you witnessed. Did Carlos ever tell you about any problems he was having with Steve Snyder?
A I know Carlos was talking about that he's nasty to him. He don't like him. And I said, all know is you just put in a complaint.
Q Tyryk, is it Jenkins?
A Yes.
Q Can you tell me anything that Tyryk told you about Mr. Snyder and the problems he's had with Mr. Snyder?
A Yes. Tyryk had a lot of problems with Steve. Talked to him any kind of way. I wasn't around

Page 27

when he called him other names, I wasn't there. He goes to look through the cars and see a certain person out on the car then he goes to each employee and where they at.
And I said, I do not know because I'm not getting involved and not getting in the middle of it.
Q This is Steve's out looking for people?
A Yes.
Q Your co-workers want to look in their cars and such --
A To see where is a certain person at. Most of us don't want to go involved. We just -- that's the foreman job. They got to find them.
Q I understand.
I want to ask you about 2004. Did a -- I may mispronounce it -- Mr. Jeff Weigiels also --
A Yes.
Q Did he ever come and talk to you all?
A He came in and talked to me and he tell me about the -- yes, he came and talked to me on the train a couple of times.

Page 28

Q Who is he?
A I'm sorry. Jeff Weigiels?
Q What's his job?
A His job is like -- he's a Q and A.
Q What's a Q and A?
A He was a Q and A at first. Then he took Joe's job, employees that gets into like in trouble have to go to a hearing, stuff like that, and he send you letters and stuff out to employees.
Q Got you. So he kind of investigates things in his Q and A means that he questions and get answers?
A He was like -- he was a Q first for the employees. Q and A means to check through the trains to make sure everything is all right, and then he went into another job.
Q Now, he's an investigator?
A Yes.
Q Did he come to you as an investigator?
A Yes.
Q And that was this year?
A Yes.

Page 29

Q In spring of 2005, somewhere in there?
A Yes, around there, because we was like outside of the train. He came and talked to me about he heard Jerry attorney and everything.
Q What else did he say? What did he ask you about and what did you say?
A He asked me about Jerry, and I told him everything about it, around he said okay. Then he said, we've been having a lot of problems with Steve Snyder.
Q What did you say?
A I said, yes, a lot of people have a lot of problems. I don't understand. They got the white hat. They getting away with things and nothing being done. I said, that's true.
Q He said what?
A He said he don't understand so much they have some white hats. They get away with a lot of things and nobody is doing anything about it.
Q Is he a white hat?
A Yes, a foreman.

8 (Pages 26 to 29)

Towson Reporting Company
410-828-4148



GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

6565660c-59ad-4575-a3f5-9005f9c7fa2d

Dora W. Washington - 8/2/05

Page 30

Q The kind of helmet he wears?
A Yes.
3  Q Why don't you just take one.
4  Is that what Mr. Weigiels said or what you
5 said.
6  A Yes, that's what we was both talking about.
7  Q Do you know if he spoke with anyone other
8 than you?
9  A He was talking to Pam Bunch too.
10 Q Anyone else you know?
11 A That's all that I know so far.
12 Q Did he have a piece of paper? Was he
13 writing anything down when you were talking to him?
14 A No.
15 Q Did he have a tape recorder?
16 A No.
17 Q He was just talking to you verbally back
18 and forth?
19 A Right.
20 Q I've asked you about Mr. Alvarado and
21 Mr. Charleus and Mr. Jenkins and yourself?

Page 31

1  A Right.
2  Q Any other employees who you can think about
3 who have complained about Mr. Snyder acting violent
4 towards them, threatening towards them, or hitting them
5 in any way, throwing things at them; any other people
6 you can think of?
7  A No one I know of. If it happened, I
8 probably wasn't there that day when it happened.
9  Q Anybody else you can think of where he's
10 used the N word towards that individual?
11 A You mean the same day?
12 Q Well, you were all in the van?
13 A The whole group was on the van together.
14 Q Any other times that that has occurred that
15 you know of?
16 A That's the only time that I know of.
17 MR. HANNAWAY: I have nothing further.
18 Thank you for coming down.
19 MS. SUBAR: I have a few questions.
20 BY MR. HANNAWAY:
21 Q You talk to Dennis submit about any of

Page 32

1 this?
2  A Yes, I did.
3  Q Was that back when it occurred or recently
4 in 2005?
5  A That is back when it occurred.
6  Q You didn't talk to him this year?
7  A No.
8  MR. HANNAWAY: Thank you.
9  EXAMINATION BY MS. SUBAR:
10 Q I have just a few questions.
11 When you said that you talked to Dennis
12 Smith when it occurred, what did Dennis submit talk to
13 you about?
14 A The same thing. He said -- Dennis Smith
15 said whatever, Steve say to go to the house, clean that
16 train, that that's your job, go ahead down and clean it
17 and everybody come on back where you supposed to be
18 stationed at.
19 Q At that time did you complain to Dennis
20 Smith that Mr. Snyder had used the N word or the B
21 word?

Page 33

1  A Yes.
2  Q What did Dennis Smith say to you in
3 response?
4  A He talked to us about it and everything.
5 He said that he had to talk to Steve first and find out
6 what really happened and everything.
7  Q So did he say he would talk to --
8  A Yes, he said he would talk to Steve first
9 and after he talked to Steve he would come and talk to
10 us.
11 Q Did Dennis Smith come back and talk to you
12 again?
13 A Yes, he did come back and talk to us.
14 Q What did he say to you when he came back to
15 talk to you?
16 A He explained to Steve and told him, you
17 can't use those types of words around Amtrak because
18 that's improper to use for a co-worker because we all
19 had to work together.
20 Q After that incident were you ever present
21 when those words, the N word or the B word, were used

9 (Pages 30 to 33)

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

6565660c-59ad-4575-a3f5-9005f9c7fa2d

Page 34

1 either to you or in your presence after that incident?
2   A   After that happened, you mean after the --
3   Q   After on the van where you say Mr. Snyder
4 cursed on the van?
5   A   Yes, he did. After that, after Dennis
6 Smith came that was it.
7   Q   That was the incident that you recall
8 happening?
9   A   Right.
10   Q   And also just to back up again. When you
11 said, on the van Steve Snyder cursed on the van, was he
12 driving at the time?
13   A   Yes, he was driving.
14   Q   Was he facing you guys when he said these
15 things? I'm just trying to figure out who he was
16 talking to when he made these comments.
17   A   He was driving and we was all in the van
18 complaining and everything why we have to go down there
19 and everything. He said we have to go down there and
20 we said why because our job assignment is down at the
21 station and we bid the job at the station and why we

Page 35

1 have to go down there and then he got upset with us and
2 everything and he said those things, called us those
3 names.
4   Q   Did he say that to you or was he on a
5 walkie-talkie or was he talking to somebody else.
6   A   He was on the walkie-talkie too.
7   Q   Do you know who -- being there do you know
8 who he was talking to?
9   A   His Casson talking on the radio.
10   Q   Who is Casson?
11   A   Casson is the NEC.
12   Q   Are these the words, the N word and the B
13 word, words that you overheard him saying to Casson?
14   A   No. When we got in the van and everything
15 he was on the radio talking to Casson and we all heard
16 him when he said those Bs are complaining again.
17   Q   So he was talking to Casson.
18   A   Casson.
19   Q   Complaining about the people in the van
20 are --
    A   We was right there.

Page 36

1   Q   You were present?
2   A   Yes, we were present.
3       MS. SUBAR: No further questions.
4       MR. HANNAWAY: Nothing further.
5       Thank you.
6       - - -
7 (Whereupon, at 12:46 p.m., deposition was adjourned.)
8       - - -
9 (By stipulation of counsel with the consent of the
10    witness, reading and signature waived.)

Page 37

1 CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2       I, Steven Poulakos, registered Professional
3 Reporter, the officer before whom the foregoing
4 proceedings were taken, do hereby certify that the
5 foregoing transcript is a true and correct record of
6 the proceedings; that said proceedings were taken by me
7 stenographically and thereafter reduced to typewriting
8 under my supervision; and that I am neither counsel
9 for, related to, nor employed by any of the parties to
10 this case and have no interest, financial or otherwise,
11 in its outcome.
12       IN WITNESS WHEREOF, I have hereunto set my
13 hand and affixed my notarial seal this 27th day of
14 September, 2005.
15
16           Steven Poulakos,
17           Notary Public
18
19
20 My commission expires:
21 April 30, 2006

10 (Pages 34 to 37)



Towson Reporting Company    GORE BROTHERS    Whitman Reporting-Rockville
410-828-4148                410-837-3027      301-279-7599
                                              6565660c-59ad-4575-a3f5-9005f9c7fa2d