5/11/04
Statement of events from 5/10/04

After our 7am Safety meeting in the High Speed Rail lunchroom I was sitting on one end of one of the tables, and pipefitter Jerry Chambliss was sitting on the other end of the same table. I had eaten a doughnut and had a used napkin that I tossed into the trash receptacle about 4 feet to his left. Jerry commented something on the order of "you threw that at me" in a joking manner. I thought nothing of this, Jerry is one of many workers I kid with and kid back with me often. I said something like "that wasn't at you" and lightly flipped the safety brochure I had just read a rule from at Jerry. It unintentionally hit him lightly flat in the face. He had glasses on and it was soft enough that they were not moved or knocked off. I immediately apologized to Mr. Chambliss for hitting him with the pamphlet, and his response was something like "that had better never happen again" to which I responded that it sure would not. I told Jerry I was sorry at least one more time before leaving the lunchroom, then saw him in the locker room a few minutes later and again apologized for the incident. He did not in any way signal to me at any of these times that he was miffed, shocked or in any way distressed by my actions or words. There was no intent of harm and fortunately none appeared to have occurred. It only happened in the spirit of friendship, no slight was in any way intended, either personal, racial, job-related or any other type of prejudice. I have had no poor relations with Jerry (or with any other employees) and it is not how I act anyway to take things out against anyone if there WERE anything between us.

Shortly thereafter I was informed by Supervisor Bill Vullo that since Joe Wilson had not shown up for work that day I was needed to go to the Station. The first that I had any idea that the situation wasn't settled was seeing Dino Giurfa at the Station and hearing him

Amtrak/Chambliss851

say he needed a statement from me regarding an incident that had occurred at the house that morning. I only picked up what it was when he mentioned Mr. Chambliss and the lunchroom. There was seriously no intent of harm or slight, and after talking several times with him after the event I did not think there was any misunderstanding between the 2 of us- it was a mistake but not an intentional one.

Respectfully yours,

Steven S. Snyder

Amtrak/Chambliss852

Amtrak/Chambliss853

Statement                                    5/10/04  12:45

On May 10 at the morning safety meeting I was hit in the face with a book by Sup. Steve Snyder. After the meeting was over I was having a conversation will Bill Vullo when Mr. Snyder through a paper towel at the trash can next to me. I asked if he was trying to hit me. Mr. Snyder said, "this is trying to hit you," picked up the safety book and launched it at me hitting me in the face. Stunned I sat there in disbelief when he walked up to me and said, "I hit you in your little face" and laughed. I told him just take your book and go, because I was too angry to talk about it. I went down stairs and called my union man Bob and told him about what happened. Later at lunch Ms. Pam Bunch and Daria Washington told me they saw what happened and asked if I was okay.

Jerry K Chambliss
Jerry K Chambliss

5/10/04

Statement:
From: B. Vullo
To: C. Bello

    This morning at the morning safety meeting I sat at a table with Foreman Steve Snyder on one end and Mr. J. Chambliss on the other. The safety rule was read and all questions pertaining to the safety rule and concerns of the day were addressed. At the end of the meeting craftsmen were dismissed to begin the day. I stood and turned around and took one step towards the north end of the lunchroom and heard an odd sound. At that time Mr. Chambliss was sitting in his seat and the safety rulebook was up against his chin and chest area. I asked what happened and he said Mr. Snyder threw the book at him. I thought they were just messing around and left the room because 2158 was very late and needed to have the level 1 completed. The time was somewhere around 7:20am. Later on I heard that this was not horseplay and that Mr. Chambliss was reporting the incident. I did not hear any conversation from the two gentlemen or have any idea as to why this had happened.


B. Vullo
NecMsc

Amtrak/Chambliss854

I Doria Washington only thing I heard lou noisy but I didn't see Steven Synder throw saftey book. I turn book was on Jerry fac I can't explain what really happen only what heard.

I saw Steve throw the safety book and hit Jerry in the face. Then he got up walked over and told Jerry to give him his book back.

*[signature]*

Amtrak/Chambliss856