## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2006 I served a copy of the foregoing Reply

Memorandum in Response to Plaintiff's Opposition to Defendants' Motion for Summary

Judgment by electronic mail and first-class mail, postage prepaid on:

Norris C. Ramsey, Esq.
2122 Maryland Avenue
Baltimore, MD 21218

Norris C. Ramsey, Esq.
4105 Springdale Avenue
Baltimore, MD 21207