UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERRY K. CHAMBLISS,

   Plaintiff,

    v.

NATIONAL RAILROAD PASSENGER
CORPORATION, *et al.*,

   Defendants.

Civil Action No. 05-2490 (CKK)

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 20th day of February, 2007, hereby

**ORDERED** that [16] Defendants' Motion for Summary Judgment is GRANTED in its entirety; it is also

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED**.

*This is a final, appealable order.*

                                                  */s/*
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge