# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jerry K Chambliss
_____
Plaintiff

vs.                                   Civil Action No. 05-2490 (ckk)

National Passenger Railroad Corporation
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this   19th   day of   March   , 20 07   , that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   20th   day of   February   , 20 07

in favor of   National Passenger Railroad Corporation

_____
Attorney or Pro Se Litigant

al Rules of Appellate Procedure a notice of appeal in a civil
after the date of entry of judgment or 60 days if the United
y)

f the above Notice of Appeal to the following at the addresses

;0 Tysons Blvd suite 560 Mclean Virginia 22102

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4615007056
Cashier ID: lwatt
Transaction Date: 03/21/2007
Payer Name: Appeal
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
  For: Appeal
  Amount:        $455.00
----------------------------------
CHECK
  Check/Money Order Num: 1093
  Amt Tendered: $455.00
----------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

05-2490

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```